**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HAYDEN AI TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAFE FLEET HOLDINGS LLC SAFE FLEET ACQUISITION CORP., and SEON DESIGN (USA) CORP. <br><br> Defendants. | **CASE NO. 1:23-cv-03471-EK-JRC** <br><br> **THIRD AMENDED COMPLAINT FOR PATENT INFRINGEMENT** <br><br> **JURY TRIAL DEMANDED** |

Pursuant to the Court's Order of December 8, 2023, Plaintiff Hayden AI Technologies, Inc. ("Hayden AI" or "Plaintiff"), by and through its undersigned attorneys, files this Third Amended Complaint against Defendants, Safe Fleet Holdings LLC and Safe Fleet Acquisition Corp. (collectively, "Safe Fleet") and Seon Design (USA) Corp. ("Seon") (collectively "Defendants"), and alleges, upon knowledge with respect to its acts and upon information and belief as to other matters, as follows:

<u>**Nature of the Action**</u>

1. This action arises under the Patent Laws of the United States, 35 U.S.C. § 1 *et seq.*, including specifically 35 U.S.C. § 271, based on Defendants' infringement of two U.S. Patents that are owned by Hayden AI. These two "Patents-in-Suit" are U.S. Patent Nos. 11,003,919 (the "'919 Patent") and 11,164,014 (the "'014 Patent").

2. Hayden AI is a leader in artificial intelligence (AI) and machine learning technologies and the owner of the Patents-in-Suit. Bringing together experts in AI, computer vision, data science, transportation and government technology, Hayden AI designs and deploys solutions to real-world problems facing governments and businesses.

3.      Through sustained, substantial investment in research and development, Hayden AI has developed an industry-leading mobile perception platform that enhances safety, efficiency, and sustainability.  Among other things, Hayden AI's platform can be used to help municipalities maintain intended access to, and safety of, bus lanes and bus stops by automating the identification and processing of traffic violations.  The efficacy of Hayden AI's platform has helped it become the leading provider of mobile automated bus lane and bus stop enforcement systems in the United States.

4.      Defendants' products and services, including the "ClearLane" automated bus lane enforcement system, infringe one or more claims of each of the Patents-in-Suit.  Defendants' infringing activity includes, but is not limited to, practicing a method for detecting traffic violations using mobile detection, and/or offering for sale and providing physical devices for mounting on buses to facilitate the same.

5.      Plaintiff brings this action in order that this Court enjoin Defendants' infringement of the '919 and '014 Patents and/or otherwise relieve and redress the injury to Plaintiff caused by Defendants' infringement.

### The Parties and Related Entities

6.      Plaintiff Hayden AI Technologies, Inc., is a Delaware corporation with its principal place of business at 460 Bryant Street, San Francisco, California.

7.      Defendant Safe Fleet Holdings LLC is a Delaware limited liability company with a principal place of business at 6800 East 163rd Street, in Belton, Missouri.

8.      Defendant Safe Fleet Acquisition Corporation is a Delaware corporation with a principal place of business at 6800 East 163rd Street, in Belton, Missouri.

9. Rear View Safety, Inc. (hereafter, "RVS") is a wholly owned affiliate of Safe Fleet with a principal place of business at 1797 Atlantic Avenue, in Brooklyn, New York, and was acquired by Safe Fleet in or about May 2016.

10. RVS holds itself out as one among Safe Fleet's portfolio of "brands" focused on improving operator, pedestrian, and driver safety.

11. Safe Fleet holds RVS out as one among Safe Fleet's at least 22 "locations" across the United States and Canada, out of which Safe Fleet's brands and products are operated and manufactured.

12. Seon Design (USA) Corp. has a principal place of business at 1313 East Maple Street, Suite 231, Bellingham, Washington.

13. Upon information and belief, Seon Design (USA) Corp. is a wholly owned subsidiary of Safe Fleet.

14. On September 22, 2014, Safe Fleet announced its acquisition of Seon. https://www.safefleet.net/news-releases/seon-joins-the-safe-fleet-family-of-brands/.

15. On June 6, 2022, Seon issued a press release that it was changing its name to Safe Fleet.  https://www.safefleet.net/blog/we-are-changing-our-name-to-safe-fleet/.

16. Regarding the name change, Seon stated:

> You'll start to see the Safe Fleet name in our email address, and the Safe Fleet logo on our email signatures, business cards, slide decks and product support materials. Over the next few months you'll see new ads and social media posts with the Safe Fleet name. Also start to look for the Safe Fleet logo on the floors of tradeshows that you attend, and please add @safefleet.net to your safe email senders list. And later this year, look for a big redesign on our website.

https://www.safefleet.net/blog/we-are-changing-our-name-to-safe-fleet/.

3

17.    Seon describes itself as being "A Safe Fleet Brand."



www.seon.com.

18.    On information and belief, Seon has no employees or, at most, one employee.  On further information and belief, all hiring activities for Seon are conducted by Safe Fleet.  For example, navigating to the "Careers" tab on Seon's homepage leads a user to the Safe Fleet careers postings.  *See* www.seon.com; https://www.safefleet.net/about/careers/jobs/.  Further, on December 17, 2014 Safe Fleet announced the promotion of Tom Gill to the role of Seon President.  https://www.safefleet.net/news-releases/safe-fleet-announces-new-seon-president/.

19.    On further information and belief, Seon operates as a proxy for, by and through the actions taken by individuals employed by, or otherwise at the direction and/or control of, Safe Fleet.

20.    On information and belief, Seon's officers and directors are employed by Safe Fleet.  On further information and belief, Safe Fleet exercises complete control over Seon's operations.

21.    Seon is the alter ego of Safe Fleet.

22.    Safe Fleet is the alter ego of Seon.

## **Jurisdiction and Venue**

23.    This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331, and 1338(a) because the claims herein arise under the Patent Laws of the United States, 35 U.S.C. § 1, *et seq.*, including 35 U.S.C. § 271.

24.    This Court has personal jurisdiction over Safe Fleet because Safe Fleet regularly transacts business and contracts to supply goods and services, and has committed acts of infringement, within New York State and within this District through, for example, offering to sell and provide products and services to New York City Transit/MTA Bus ("MTA").  Safe Fleet derives and/or imminently will derive substantial revenue from products and/or services supplied in New York and in this District and has purposefully established substantial, systematic, and continuous contacts within this District such that it should reasonably expect to be sued in a court in this District.

25.    This Court has personal jurisdiction for the further reason that Safe Fleet answered Hayden AI's Complaint and filed a Counter-Claim in this matter and consented to personal jurisdiction for this Action.  D.I. 41.

26.    At least for the aforementioned conduct, and/or by and through its "location" at, and doing business as, RVS, Safe Fleet is "at home" in this District.

27.    Safe Fleet has waived any right to contest personal jurisdiction in this District at least for the limited purpose of defending asserted claims in this civil action at least by way of filing an Answer in this action.  D.I. 41.

28.    Safe Fleet does not contest personal jurisdiction in this civil action.

29.    This Court has personal jurisdiction over Seon because Seon regularly transacts business and contracts to supply goods and services, including by, through, and/or at the direction of Safe Fleet, and has committed acts of infringement, within New York State and within this District through, for example, offering to sell and provide products and services to the MTA.

30.    On information and belief, Seon and Safe Fleet operate as a single entity.

31.    Further, this Court has personal jurisdiction over Seon because it filed a "Proposed Answer" in this proceeding and Safe Fleet filed a Motion to Intervene on its behalf. Thus, Seon consented to jurisdiction and venue for this Action.  D.I. 50, 52.

32.    Seon has waived any right to contest personal jurisdiction in this District at least for the limited purpose of defending asserted claims in this civil action.

33.    Seon does not contest personal jurisdiction in this civil action.

34.    Venue in this District is proper under 28 U.S.C. §§ 1391(b), (c) and 1400(b). Defendants offer products and services and conduct business in the Eastern District of New York.  Defendants have committed, and/or imminently will commit, acts within this judicial district, giving rise to this action, including one or more acts of making, selling, using, importing and/or offering for sale infringing products, systems, and methods to existing or prospective customers in this District.

35.    At least by and through its "location" at, and doing business as, RVS, Safe Fleet has a regular and established place of business in this District.

36.    At least by and through Safe Fleet, Seon has a regular and established place of business in this District.

37.    Safe Fleet has waived any right to contest that venue is proper in this District at least for the limited purpose of defending asserted claims in this civil action.

38.    Safe Fleet does not contest venue in this civil action.

39.    Seon has waived any right to contest that venue is proper in this District at least for the limited purpose of defending asserted claims in this civil action.

40.    Seon does not contest venue in this civil action.

**Hayden AI's Innovative Technology**

41.     Hayden AI was founded in 2019, with the mission of developing artificial intelligence and machine learning technologies to revolutionize how governments and businesses solve, *inter alia*, transit-related problems which theretofore existed but were, with previously available technology, difficult or impossible to fix.

42.     Presently the centerpiece of Hayden AI's offering is its mobile perception platform, which accurately identifies the precise location of vehicles and other objects utilizing a novel combination of AI technology and cameras mounted inside a moving vehicle.  Though the mobile perception platform has many applications (*e.g.*, school buses, garbage trucks, street sanitation vehicles), pertinent to the instant action is the use of Hayden AI's technology to automate transit bus (*i.e.*, city bus) lane, transit bus stop, bike lane, and other no-parking enforcement (the "Hayden Automated Bus Lane Enforcement System," or, and hereafter, the "Hayden ABLE System").

43.     For years, public transit agencies have struggled with challenges caused by motor vehicles impermissibly parking in bus stops or restricted, bus-only or bike-only lanes; the implications can be far reaching.

44.     Obstructions in bus stops or lanes slow down buses, cause delays, and make it harder for transit buses to maintain an "on-time" schedule.  Over time, a pattern of regular delays can decrease customer satisfaction and, ultimately, ridership.

45.     Obstruction of bus stops or lanes can pose serious safety hazards.  An obstructed bus stop may, for example, prevent a passenger with a disability from accessing a bus at all.  In major metropolitan areas, the sheer volume of bus stops and bus lanes makes consistent, comprehensive, human patrols unworkable.

46.     To resolve a long-felt but unmet need to improve enforcement of traffic ordinances governing bus stops and bus lanes, Hayden AI leveraged its expertise to devise an automated

7

solution.  Using a novel AI-powered camera system, Hayden AI could automatically capture and enforce these violations, while safeguarding the privacy of members of the community, with levels of accuracy and efficiency never before seen in the industry.

47.    Hayden AI specially designed a system that relies on a unique combination of hardware and software, that is attached to transit buses themselves, to identify and enforce bus-lane violations in lieu of relying, among other alternatives, on police or municipal parking enforcement officers to detect and notice violations.

48.    The Hayden ABLE System begins with a mobile-AI based system, including a context camera, that is mounted on the inside of a bus's windshield.

49.    Using patented software and AI tools, the onboard component of the Hayden ABLE System captures and detects potential traffic violations in dedicated bus lanes and bus stops.  The detection of these potential violations is based on a series of "traffic rules" learned by the system.  Traffic rules can be pre-programmed and can also be updated in real time, and remotely deployed, to each roadside capture device either using AI algorithms or manually (via a map editor, raw data or heat maps of traffic violations).

50.    Once a potential violation is recorded and detected, the Hayden ABLE System further extracts license plate details (*e.g.*, number, state) from the image associated with the potential traffic violation.  The onboard processor then assembles an evidence package.

51.    Each evidence package generated by the Hayden ABLE System is transferred to Hayden AI's cloud server for further processing.  Importantly, the *only* data sent are the evidence packages, and these data are so sent using government-grade encryption.  This method of transmission reduces bandwidth and mitigates security and privacy concerns associated with automated data collection.

52.     Once processed by the evidence cloud server within the Hayden ABLE System, a fully auditable evidence package is transmitted to the relevant enforcement officer or agency for a particular municipality for review.

53.     Consequently, a violation or warning notice may be issued to the driver that obstructed the bus lane or bus stop.

54.     The various inventions embodied by the Hayden ABLE System, including the innovative system described above, are claimed in several U.S. Patents or pending applications, including the Patents-in-Suit.

55.     Core to the inventive nature of the subject matter claimed in the '919 and '014 Patents is not the mere employ of cameras affixed to municipal vehicles to record and/or capture actually apparent transit-related legal violations in real or near-real time but rather, the employ of data from an ever-augmenting database, applied to a computer vision library and a deep learning model, to generate artificial intelligence to yield a prediction that such a violation has in fact occurred.

56.     In providing, offering, and/or managing or operating the Hayden ABLE System to or on behalf of existing or potential customers, Hayden AI itself practices the subject matter of more claims of the Patents-in-Suit, alone or in concert with one or more third parties, including, for example, a municipal transit entity, with which it directs or controls the third parties' performance, or whereby its performance is directed or controlled by one or more of the third parties, and/or acts with such third parties to form a joint enterprise (collectively and hereafter, "Partners").

### Defendants' Infringing System

57.     Safe Fleet was formed in 2013, by merger of two fleet safety equipment providers:  ROM and SMI.  On information and belief, Safe Fleet's business now comprises some 24 different brands, including RVS, which offer products ranging from "firefighting, fire

9

protection & water flow equipment innovation" to "custom safety mirrors for buses and fire apparatus."  *See* SAFE FLEET, Brands, accessible at https://www.safefleet.net/brands/.

58.      On further information and belief, Safe Fleet's business comprises at least 24 different brands, including Seon (collectively and hereafter, "Affiliates"), which offers at least one or more products of services for use in or concerning school buses and transit surveillance. *See* SAFE FLEET, Brands, accessible at https://www.safefleet.net/brands/.

59.      Unlike Hayden AI's, Defendants' business historically has not been focused on AI, computer vision, or cutting-edge technologies.  Rather, Safe Fleet is a conglomeration of brands, including Seon, and products directed to traditional products for fleet vehicles, such as basic cameras, lighting products, roof hatches, and overhead luggage racks.

60.      On information and belief, recognizing the potential value for a product like that developed by Hayden AI, Safe Fleet and/or Seon has sought and continues to seek to manufacture, advertise, market, offer for sale, and sell a product like the patented Hayden ABLE System that in operation does and/or would directly compete with Hayden AI for automated bus lane and bus stop enforcement system contracts awarded by municipal transit agencies.

61.      On information and belief, rather than undertaking independent research and development to develop a competing product, Defendants freeloaded on the significant investment by, and innovative work of technologists and engineers at Hayden AI to reverse engineer a system product, which it markets as "ClearLane."

62.      Publicly available information, including the "ABLE ClearLane eBook" bearing the Safe Fleet logo, describes "Safe Fleet Automated Bus Lane Enforcement" as being able to identify a vehicle and create an evidence package for ticket processing.

63.      Further publicly available information, including marketing material prepared, on information and belief, by or on behalf of Defendants, shows that the ClearLane product embodies

10

system architecture identical to, or the legal equivalent of, that embodied by the patented Hayden ABLE System and/or claimed in the Patents-in-Suit.



(Excerpted from https://www.safefleet.net/document/safe-fleet-clearlane/.)

64.    By its unauthorized manufacture, offer, and sale of ClearLane, Defendants act, alone or in concert with affiliates or other third-party entities under its control or at its instruction, in order to reap the benefits of Hayden AI's investment in research and development while itself incurring substantially none of the attendant costs.  Defendants' infringement, therefore, allows them to position ClearLane into direct competition with Hayden AI's patented system, offering a copycat product at a lower price.  Defendants' infringement is the kind of innovation-stifling competition that the patent laws were designed to prevent.

## Defendants' Infringing Activities

65.    Defendants began discussions with municipal transit entities, including at least MTA, by or before 2018 regarding supplying municipal transit entities such as and including MTA with an Automatic Bus Lane Enforcement (ABLE) system.  *See* D.I. 28-23 at ¶ 7.

66.    Upon information and belief, employees of Safe Fleet Acquisition Corp., and/or one or more Affiliates, participated in these discussions.

11

67.    Subsequently, the MTA issued a Request for Information (RFI) for Automatic Bus Lane Enforcement (ABLE).  D.I. 28-25 at 2.  The MTA's RFI provides that:

> At a minimum, the proposer shall demonstrate a system that will be able to meet the following design and operating criteria:
>
> 1.  identify vehicles which are illegally in the bus lanes using data collected from one or multiple buses.
>
> 2.  With a high level of accuracy, minimum of 85%, the system must accurately capture license plate images of vehicles illegally in the bus lane and convert them into machine readable text using commercially available Automatic License Plate Recognition (ALPR) software. The text must include both the plate number and state or province of issue.
>
> 3.  Be able to identify and record the precise time, location and license plate of the vehicle illegally in the bus lane using Global Positioning System (GPS) coordinates that automatically convert to corresponding street address.
>
> 4.  Be able to identify bus lane violators by matching the images and metadata captured by multiple buses . . . .
>
> D.I. 28-25 at 2.

68.    At least by its RFI, the MTA further requested that the system "capture images and short video clips of vehicles,' "[p]rovide an image(s) that clearly show that a vehicle is in a bus lane," and "[p]rovide an image(s) that clearly shows identifying information about the vehicle," D.I. 28-25 at 2 (hereafter, the "Plate Image Mechanism").

69.    On information and belief, the Plate Image Mechanism further involves the recognition or capture of the specific physical location of a license plate on, or otherwise relative to the overall physical structure of, a given vehicle imaged.

70.    On June 21, 2019, a document entitled "New York City Transit/MTA Bus Request for Information (RFI) #267429 Automatic Bus Lane Enforcement (ABLE)" (the "Proposal") was submitted to the MTA.  D.I. 28-26.  The Proposal included a Cover Letter from Troy Sullivan, Sales & Service Manager, NYC | Transit Video, Safe Fleet Bus & Rail.  D.I. 28-26 at 4.  The

Proposal includes a cover page with both the Safe Fleet Bus & Rail logo and the Seon logo.  D.I. 28-26 at 1.

71.    Upon information and belief, Troy Sullivan was employed by, and/or acting on behalf of Safe Fleet Acquisition Corp., or an Affiliate.

72.    The Proposal presented a proposed ABLE solution.  D.I. 28-26 at 3 ("Thank you for the opportunity to present our proposed ABLE solution."); D.I. 28-23 at ¶ 10 ("In June 2019, Seon affirmed its interest in supplying the ABLE system to the MTA in a response to the RFI, which outlined a design for a proposed ABLE system that would meet MTA's specified design and operation criteria.").

73.    Safe Fleet and/or Seon caused the Proposal to be submitted to the MTA.  D.I. 28-26 at 3.

74.    Safe Fleet and/or Seon represented to the MTA that the Safe Fleet Bus & Rail Automatic Bus Lane Enforcement (ABLE) System (hereafter, the "SF ABLE System" or ClearLane) "leverages a forward-facing camera and a right-facing License Plate Recognition camera to identify vehicles illegally parked in bus lanes."  D.I. 28-26 at 8.

75.    Safe Fleet and/or Seon represented to the MTA that the SF ABLE System "appl[ies] computer vision algorithms to analyze forward-facing camera video, identifying the driving lanes and determine the location of the bus relative to the bus lane."  D.I. 28-26 at 8.

76.    Safe Fleet and/or Seon represented to the MTA that if and when in operation, the SF ABLE System "includes automatic detection of bus lanes to ensure that only license plates of vehicles in the bus lanes are forwarded to the central database."  D.I. 28-26 at 9.

77.    The MTA requires that the ABLE system has a minimum of 85% accuracy in accurately capturing license plate images of vehicles illegally in the bus lane.  D.I. 28-26 at 10.  The

MTA also requires that the ABLE system provide an image that clearly shows a vehicle in a bus lane and identifying information about the vehicle.  D.I. 28-26 at 11.

78.    Safe Fleet and/or Seon represented to the MTA that the illegally parked vehicle will be visible on one of the two camera images collected and that the high-definition cameras would provide images of the illegally parked vehicle.  D.I. 28-26 at 11.

79.    Upon information and belief, Safe Fleet and/or Seon provided the MTA with the SF ABLE System for the MTA's use.  Upon further information and belief, the MTA used the SF ABLE System after the asserted patents issued at the direction and encouragement of Safe Fleet and/or Seon and with Safe Fleet and/or Seon's assistance.

80.    In April 2023, Safe Fleet authored a document called "Whitepaper: Vendor Interoperability for ABLE" (hereinafter, the "Whitepaper").  D.I. 28-34.

81.    The Whitepaper concerns MTA's Automated Bus Lane Enforcement (ABLE) program.  D.I. 28-34 at 2.  The Whitepaper "reviews interoperability options and recommends a solution that Safe Fleet considers as the best option."  D.I. 28-34 at 2.

82.    The SF ABLE System employs the use of bounding boxes, as recited in one or more claims of the Patents-in-Suit, or employs the legal equivalent thereof.

83.    The SF ABLE System employs identifying vehicle attributes, other than and in addition to the alphanumeric string appearing on the vehicle's license plate, as recited in one or more claims of the Patents-in-Suit, or employs the legal equivalent thereof.  The SF ABLE System employs identifying a restricted road area, as recited in one or more claims of the Patents-in-Suit, or employs the legal equivalent thereof.

84.    The SF ABLE System employs the use of bounding a restricted road area in, and detecting a potential violation using, using one or more bounding boxes, as recited in one or more claims of the Patents-in-Suit, or employs the legal equivalents thereof.

14

85.    The SF ABLE System employs the use of a deep learning model, as recited in one or more claims of the Patents-in-Suit, or employs the legal equivalent thereof.

86.    The SF ABLE System employs the use of a computer vision library, as recited in one or more claims of the Patents-in-Suit, or employs the legal equivalent thereof.

87.    The SF ABLE System comprises multiple constituent parts, notably its component edge devices and processors therein (the "SF Components")

88.    Safe Fleet and/or Seon sell, offer for sale, and/;or otherwise provide the SF Components for customer use.

89.    There are no substantial uses of the SF Components that would not infringe claims of the Patents-in-Suit.

### The '919 Patent

90.    The '919 Patent, entitled "Systems and Methods for Detecting Traffic Violations Using Mobile Detection Devices," was issued by the United States Patent and Trademark Office on May 11, 2021.  The '919 Patent matured from U.S. Patent Appl. No. 17/072,816, filed on October 16, 2020.  A true and correct copy of the '919 Patent is attached hereto as **Exhibit A**.

91.    Plaintiff Hayden AI Technologies, Inc. is the assignee of the '919 Patent.

92.    Hayden AI owns all right, title, and interest in and to the '919 Patent, including the right to exclude others and to enforce and recover damages for past and future infringement.

93.    The '919 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

94.    The '919 Patent is generally directed to systems and methods for detecting traffic violations involving a vehicle and a restricted road area, using mobile detection devices and the construction of semantic annotated maps using data and information received from the mobile detection devices.

15

95.    Independent Claim 1 of the '919 Patent is exemplary of its claims and is to:

A method for detecting a traffic violation, comprising:

capturing a first video of a vehicle and a restricted road area using one or more video image sensors of a first edge device, wherein the first video comprises a first frame captured at a first point in time;

determining a location of the vehicle using in part a first positioning data obtained from a first positioning unit of the first edge device;

identifying, using one or more processors of the first edge device, the vehicle, the restricted road area, a first set of vehicle attributes of the vehicle, and a first alphanumeric string representing a license plate number of the vehicle from frames of the first video by applying a plurality of functions from a computer vision library to the first video and passing at least some [of] the frames of the first video including the first frame to a deep learning model running on the first edge device;

bounding, using the one or more processors of the first edge device, the vehicle and the restricted road area in the first frame in a plurality of first bounding boxes;

detecting, at the first edge device, a first potential traffic violation at the first point in time based in part on overlap of the plurality of the first bounding boxes and transmitting at least the first alphanumeric string, the first set of vehicle attributes, and the first positioning data from the first edge device to the server;

capturing a second video of the vehicle and the restricted road area using one or more video image sensors of a second edge device, wherein the second video comprises a second frame captured at a second point in time after the first point in time;

identifying, using one or more processors of the second edge device, the vehicle, the restricted road area, a second set of vehicle attributes of the vehicle, and a second alphanumeric string representing the license plate number of the vehicle from frames of the second video by applying a plurality of functions from a computer vision library to the second video and passing at least some of the frames of the second video including the second frame to a deep learning model running on the second edge device;

bounding, using the one or more processors of the second edge device, the vehicle and the restricted road area in the second frame in a plurality of second bounding boxes;

detecting, at the second edge device, a second potential traffic violation at the second point in time based in part on overlap of the plurality of second bounding boxes and transmitting at least the second alphanumeric string, the second set of vehicle

attributes, and a second positioning data obtained from a second positioning unit of the second edge device from the second edge device to the server; and

determining, at the server, that a traffic violation has occurred based on an elapsed time between the second point in time and the first point in time and based on a comparison of the first alphanumeric string with the second alphanumeric string, the first set of vehicle attributes with the second set of vehicle attributes, and the first positioning data with the second positioning data.

96.    The '919 Patent solves a specific technological problem inherent in the prior art systems.  Prior art bus lane enforcement technologies, which predated the invention of the '919 Patent, were often logic-based and yielded extremely high false positive detection rates, some as high as 80%.  '919 Patent, 1:40-44.  Upon information and belief, Siemens and/or Yunex has owned, offered, and/or operated one or more such prior art systems.

97.    These prior-art, logic-based systems were designed to capture images of vehicles and licenses plates when a transit bus moved to the left from its current lane, meaning that if the transit bus was in the right-most lane and moved left, it could potentially classify any observed license plate as violating vehicles—which would result in an extraordinarily high rate of false positives.

98.    The '919 Patent claims a concrete way to achieve a result, namely innovative methods and systems to solve problems inherent in static, rule-based systems that existed in the art.  The claims of the '919 Patent claim a way of achieving a scalable and more accurate system and method for detecting a traffic violation by leveraging deep learning models and computer vision technologies.

99.    The claims of the '919 Patent are directed to improvements in technologies that are used to detect bus lane infractions.  The invention of the '919 Patent combines unconventional elements (*e.g.*, HDR cameras, GPS devices and powerful onboard computing) in an unconventional

arrangement of steps (designed to optimize complicated computer functions for a mobile and scalable application) to achieve this improvement. The claims of the '919 Patent recite precisely how to construct and deploy these novel systems and methods to detect bus lane violations.

100. The '919 patent is neither directed to nor claims abstract subject matter.

101. Insofar as the '919 patent may be directed to or claim, in whole or in part, abstract subject matter, such abstraction is transformed as ordered in the '919 patent's claims.

**Defendants' Infringement of the '919 Patent**

102. Defendants infringe, or imminently will infringe, at least Claim 1 of the '919 Patent, directly or indirectly, literally of according to the doctrine of equivalents, alone or in concert with its Affiliates and/or Partners.

103. Plaintiff's preliminary, claim-by-claim, element-by-element infringement contentions as to the '919 Patent are attached hereto as **Exhibit B**.

104. Use of Defendants' ClearLane product practices a method for detecting a traffic violation, such as "obstruct[ing] bus lanes during enforcement periods."

Keep your dedicated bus lanes clear by automatically issuing violation notices to vehicle owners who obstruct bus lanes during enforcement periods.

(Excerpted from https://www.safefleet.net/document/safe-fleet-clearlane/.)

105. In response to the MTA's request that the ABLE system "[b]e able to identify bus lane violators by matching the images and metadata captured by multiple buses," Safe Fleet and/or Seon stated that "[r]ecords of potential violations from all the buses will be uploaded to a

18

centralized server, where metadata from multiple buses can be matched and correlated to identify violators."  D.I. 28-26 at 10.

106.    In operation, ClearLane employs a cloud-based server, leased or otherwise acquired from AWS or another third-party provider of cloud-based servers, over which served Safe Fleet, Seon, and/or their Affiliates enjoy the property rights and control typical of those enjoyed by a lessee of real or intellectual property.

107.    Use of Defendants' ClearLane system practices a method comprising determining a location of the vehicle using in part a positioning data obtained from a positioning unit of the edge device.  The ClearLane system "relies on . . . a GPS receiver", and "advanced algorithms process business rules against vehicle" based on the "GPS receiver."

| | |
|---|---|
| **3 Advanced algorithms process business rules against vehicle**  GPS Receiver | The system relies on a context and an ALPR camera, a purpose-built computer with intertial sensors, a GPS receiver and a cellular router. |

(Excerpted from https://www.safefleet.net/document/safe-fleet-clearlane/ (annotated).)

108.    In response to the MTA's request that the ABLE system "[b]e able to identify and record the precise time, location and license plate of the vehicle illegally in the bus lane using Global Positioning System (GPS) coordinates that automatically convert to corresponding street address," Safe Fleet and/or Seon stated that "The system integrates with the existing NVR in the bus and can collect precise time and GPS location of any illegal vehicles.  The GPS coordinates will be converted to a street address using our reverse geocoding module."  D.I. 28-26 at 10.

109.    Use of Defendants' ClearLane system practices a method comprising identifying, using one or more processors of the edge device, the vehicle, the restricted road area, a set of vehicle attributes of the vehicle, and a first alphanumeric string representing a license plate

19

number of the vehicle from frames of the video by applying a plurality of functions from a computer vision library to the video and passing at least some of the frames of the video including the frame to a deep learning model running on the edge device.  The ClearLane system's "[a]dvanced algorithms determine the position and location of the violating vehicle and the length of time it has been blocking the bus lane" and vehicle identification includes "license plate details."



(Excerpted from https://www.safefleet.net/document/safe-fleet-clearlane/.)

110.    In response to the MTA's request that the ABLE system "[p]rovide an image(s) that clearly shows identifying information about the vehicle," "[p]rovide an image(s) that clearly shows that a vehicle is in a bus lane," and "[p]rovide an image(s) that clearly shows the vehicle's license plate," Safe Fleet and/or Seon stated that "[t]he high-definition cameras will provide images of the illegally parked vehicle," "[t]he system will identify illegally parked vehicles using automatic license plate recognition," "and "[t]he illegally parked vehicle will be visible either in the forward-facing camera image, or in the right-facing camera image."  D.I. 28-26 at 11.

111.    Use of Defendants' ClearLane system practices a method comprising bounding, using the one or more processors of the edge device, the vehicle and the restricted road area in the frame in a plurality of bounding boxes.



(https://www.safefleet.net/blog/get-increased-ridership-and-faster-rides-with-ai/.)



(Excerpted from https://www.safefleet.net/document/safe-fleet-clearlane/.)

112.    Use of Defendants' ClearLane system practices a method comprising detecting, at the edge device, a potential traffic violation at a point in time based in part on overlap of the

plurality of the bounding boxes and transmitting at least the alphanumeric string, the set of vehicle attributes, and the positioning data from the edge device to the server.  The ClearLane system sends an "evidence package" for "review and ticket processing" at a server.



(Excerpted from https://www.youtube.com/watch?v=oxV2qaIiTwY, at 1:10.)



(Excerpted from https://www.safefleet.net/document/safe-fleet-clearlane/.)

113.    By further example, in response to the MTA's request that the ABLE system "[p]rovide an image(s) that clearly shows identifying information about the vehicle," "[p]rovide an image(s) that clearly shows that a vehicle is in a bus lane," and "[p]rovide an image(s) that clearly shows the vehicle's license plate," Safe Fleet and/or Seon stated that "[t]he high-definition cameras will provide images of the illegally parked vehicle," "[t]he system will identify illegally

parked vehicles using automatic license plate recognition," "and "[t]he illegally parked vehicle will be visible either in the forward-facing camera image, or in the right-facing camera image." D.I. 28-26 at 11.  Safe Fleet and/or Seon further represented that it "expect[s] to work with NYC DOF and NYC DOT to interface the central server via APIs to the Verra Mobility system currently used to manage violations."  D.I. 28-26 at 11.

114.    Use of Defendants' ClearLane system practices a method comprising repeating these method steps using a second edge device and second captured video at a second point in time.

115.    For example, in response to the MTA's request that the ABLE system "[b]e able to identify bus lane violators by matching the images and metadata captured by multiple buses" and "[b]e able to automatically configure the time period between matched violation incidents of the same vehicle parked at the same location," Safe Fleet and/or Seon stated that "[r]ecords of potential violations from all the buses will be uploaded to a centralized server, where metadata from multiple buses can be matched and correlated to identify violators," and "[t]his will be a configuration setting for the centralized server."  D.I. 28-26 at 11.

116.    Use of Defendants' ClearLane system practices a method comprising determining, at the server, that a traffic violation has occurred based on an elapsed time between the second point in time and the first point in time and based on a comparison of the first alphanumeric string with the second alphanumeric string, the first set of vehicle attributes with the second set of vehicle attributes, and the first positioning data with the second positioning data.

> Advanced algorithms determine the position and location of the violating vehicle and the length of time it has been blocking the bus lane.

(Excerpted from https://www.safefleet.net/document/safe-fleet-clearlane/ (annotated).)

117.    By further example, in response to the MTA's request that the ABLE system "[b]e able to identify bus lane violators by matching the images and metadata captured by multiple buses" and "[b]e able to automatically configure the time period between matched violation incidents of the same vehicle parked at the same location," Safe Fleet and/or Seon stated that "[r]ecords of potential violations from all the buses will be uploaded to a centralized server, where metadata from multiple buses can be matched and correlated to identify violators," and "[t]his will be a configuration setting for the centralized server." D.I. 28-26 at 11.

118.    Upon information and belief, Safe Fleet and/or Seon have sold, offered for sale and/or otherwise provided ClearLane to their customers or prospective customers for their use. For example, upon information and belief, Safe Fleet and/or Seon provided ClearLane to the MTA for the MTA's use after Hayden AI's patents issued. Upon further information and belief, the MTA used ClearLane after Hayden AI's patents issued at the direction and encouragement of Safe Fleet and/or Seon and with Safe Fleet and/or Seon's assistance.

### The '014 Patent

119.    The '014 Patent, entitled "Lane Violation Detection Using Convolutional Neural Networks," was issued by the United States Patent and Trademark Office on November 2, 2021. The '014 Patent matured from U.S. Appl. No. 17/242,969, filed on April 28, 2021, and claims priority to U.S. Provisional Appl. No. 63/111,290, filed on November 9, 2020. A true and correct copy of the '014 Patent is attached hereto as **Exhibit C**.

120.    Plaintiff Hayden AI Technologies, Inc. is the assignee of the '014 Patent.

121.    Hayden AI owns all right, title, and interest in and to the '014 Patent, including the right to exclude others and to enforce and recover damages for past and future infringement.

122.    The '014 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

24

123. The '014 Patent is generally directed to systems and methods for detecting traffic lane violations.

124. Independent Claim 1 of the '014 Patent is exemplary of its claims and is to:

A method for detecting a potential traffic violation, comprising:

cropping and resizing one or more video frames of a video captured by one or more video image sensors of an edge device;

bounding, using one or more processors of the edge device, a vehicle detected from the one or more video frames of the video in a vehicle bounding box, and wherein the vehicle is detected and bounded using a first convolutional neural network;

bounding, using the one or more processors of the edge device, a plurality of lanes of a roadway detected from the one or more video frames in a plurality of polygons, wherein the plurality of lanes are detected and bounded using multiple heads of a multi-headed second convolutional neural network separate from the first convolutional neural network, and wherein at least one of the polygons is a lane-of-interest (LOI) polygon bounding a LOI;

translating coordinates in the cropped and resized video frames into new coordinates based on a uniform coordinate domain; and

detecting, using the one or more processors, a potential traffic violation based in part on an overlap of at least part of the vehicle bounding box and at least part of the LOI polygon.

125. The '014 Patent solves a specific technological problem inherent in the prior art systems. Prior art bus lane enforcement technologies, which predated the invention of the '014 Patent, were often logic-based and yielded extremely high false positive detection rates, some as high as 80%. '014 Patent, 1:50-54.

126. These prior-art, logic-based systems were designed to capture images of vehicles and licenses plates when a transit bus moved to the left from its current lane, meaning that if the transit bus was in the right-most lane and moved left, it could potentially classify any observed license plate as violating vehicles—which would result in an extraordinarily high rate of false

positives.  Upon information and belief, Siemens and/or Yunex has owned, offered, and/or operated one or more such prior art systems.

127.    The '014 Patent claims a concrete way to achieve a result, namely innovative methods and systems to solve problems inherent in static, rule-based systems that existed in the art.  The claims of the '014 Patent claim a way of achieving a scalable and more accurate system and method for detecting a traffic violation by leveraging deep learning models and computer vision technologies.

128.    The claims of the '014 Patent are directed to improvements in technologies that are used to detect bus lane infractions.  The invention of the '014 Patent combines unconventional elements into a mobile, physical edge device, and arranges them to perform an unconventional arrangement of steps (designed to quickly and robustly detect lane violations while using a minimal, portable computing device) to achieve this improvement.  The claims of the '014 Patent recite precisely how to construct and deploy this novel system and method to detect bus lane violations.

129.    The '014 Patent is neither directed to nor claims abstract subject matter.

130.    Insofar as the '014 Patent may be directed to or claim, in whole or in part, abstract subject matter, such abstraction is transformed as ordered in the '014 Patent's claims.

### Defendants' Infringement of the '014 Patent

131.    Defendants infringe, or imminently will infringe, at least Claim 1 of the '014 Patent, directly or indirectly, literally of according to the doctrine of equivalents, alone or in concert with its Affiliates and/or Partners.

132.    Plaintiff's preliminary claim-by-claim, element-by-element infringement contentions as to the '014 Patent are attached hereto as **Exhibit D**.

133.    Use of Defendants' ClearLane system practices a method of detecting a potential traffic violation.  Defendants state that the ClearLane system "automatically detect[s] a bus lane violation," which is a potential traffic violation.  *See* https://www.safefleet.net/products/fleet-video-systems/transit-surveillance-systems/automated-bus-lane-enforcement-able/.

134.    By further example, in response to the MTA's request that the ABLE system "[b]e able to identify bus lane violators by matching the images and metadata captured by multiple buses," Safe Fleet and/or Seon stated that "[r]ecords of *potential violations* from all the buses will be uploaded to a centralized server, where metadata from multiple buses can be matched and correlated to identify violators."  D.I. 28-26 at 10 (emphasis added).

135.    Use of the Defendants' ClearLane system practices a method comprising cropping and resizing one or more video frames of a video captured by one or more video image sensors of an edge device.  The ClearLane system employs cameras to capture the license plate details by cropping and resizing a video frame from a video device:



(Excerpted from https://www.youtube.com/watch?v=oxV2qaIiTwY, at 1:10.)

136.    Use of Defendants' ClearLane system practices a method comprising bounding, using one or more processors of the edge device, a vehicle detected from the one or more video frames of the video in a vehicle bounding box, and wherein the vehicle is detected and bounded using a first convolutional neural network.  The ClearLane system's "[a]dvanced algorithms

determine the position and location of the violating vehicle and the length of time it has been blocking the bus lane."



(https://www.safefleet.net/blog/get-increased-ridership-and-faster-rides-with-ai/.)

137.    Use of Defendants' ClearLane system practices a method comprising bounding, using the one or more processors of the edge device, a plurality of lanes of a roadway detected from the one or more video frames in a plurality of polygons, wherein the plurality of lanes are detected and bounded using multiple heads of a multi-headed second convolutional neural network separate from the first convolutional neural network, and wherein at least one of the polygons is a lane-of-interest (LOI) polygon bounding a LOI.

28



(Excerpted from https://www.safefleet.net/document/safe-fleet-clearlane/.)

138.    Use of Defendants' ClearLane system practices a method comprising translating coordinates in the cropped and resized video frames into new coordinates based on a uniform coordinate domain.

139.    Use of Defendants' ClearLane system practices a method comprising detecting, using the one or more processors, a potential traffic violation based in part on an overlap of at least part of the vehicle bounding box and at least part of the LOI polygon.



(https://www.safefleet.net/blog/get-increased-ridership-and-faster-rides-with-ai/.)

140.    Upon information and belief, Safe Fleet and/or Seon have sold, offered for sale and/or otherwise provided ClearLane to their customers or prospective customers for their use. For example, on information and belief, Safe Fleet and/or Seon provided the MTA with ClearLane for the MTA's use after Hayden AI's patents issued.  Upon further information and belief, the MTA used ClearLane, after Hayden AI's patent issued at the direction and encouragement of Safe Fleet and/or Seon and with Safe Fleet and/or Seon's assistance.

### COUNT I:  Infringement of U.S. Patent No. 11,003,919 by Safe Fleet

141.    Plaintiff restates, realleges and incorporates each of the preceding paragraphs as if fully set forth herein.

142.    In violation of 35 U.S.C. § 271(a), Safe Fleet has directly infringed and continues to directly infringe, both literally and/or under the doctrine of equivalents, the '919 Patent by making, using, offering for sale, selling and/or importing devices and/or systems in the United States, including within this judicial district, that infringe at least claim 1 of the '919 Patent without license from Hayden AI.

143.    In violation of 35 U.S.C. § 271(b) and/or (c), Safe Fleet has induced its customers or prospective customers and continues to induce its customers or prospective customers to directly infringe, or to commit acts so as to practice the subject matter claimed, and/or has contributed and continues to contribute to its customers' infringement of, both literally and/or under the doctrine of equivalents, one or more claims of the '919 Patent by taking actions that include, but are not limited to advertising its products and services and their infringing uses, including on Safe Fleet's website; establishing distribution channels for these products in the United States; drafting, distributing, or making available product specifications, instructions, or user manuals for the products to Safe Fleet's customers and prospective customers; providing

technical support or other services for the products to Safe Fleet's customers and prospective customers; and/or offering for sale component devices for use as part of its ClearLane product. On information and belief, Safe Fleet has provided its prospective customers with ClearLane for their use.  Upon further information and belief, Safe Fleet's prospective customers use ClearLane in certification and testing procedures.  As part of these procedures, Safe Fleet has provided its potential customers with ClearLane and those potential customers have used ClearLane with Safe Fleet's assistance and at Safe Fleet's direction and encouragement.

144.    Safe Fleet has had actual knowledge of the '919 Patent since at least the filing date of the original Complaint in this civil action (D.I. 1).  On information and belief, Safe Fleet had actual or constructive knowledge and notice of the '919 Patent prior to the filing of this Complaint because Safe Fleet and Hayden AI are competitors in the automated bus lane enforcement solutions market and are competing, or imminently will compete, head-to-head with Hayden AI in bids for contracts with governments or quasi-governmental transit agencies.  On information and belief, Safe Fleet knew, should have known, or was willfully blind as to the existence of the '919 Patent.

145.    As a result of Safe Fleet's infringement of the '919 Patent, Hayden AI has been damaged and will continue to suffer damages in the future.  Hayden AI is entitled to recover for damages, including in the form of lost profits and/or a reasonable royalty sustained as a result of Safe Fleet's wrongful acts in an amount yet to be determined and to receive such other and further relief, including equitable relief, as this Court deems just and proper.

146.    Hayden AI will be substantially and irreparably damaged and harmed if Safe Fleet's infringement of the '919 Patent is not enjoined, including because Safe Fleet and Hayden AI are direct competitors in government contract bids related to automated bus lane enforcement technologies.

147.    On information and belief, Hayden AI alleges that Safe Fleet's infringement of the '919 Patent, either literally or under the doctrine of equivalents, has been and continues to be deliberate and willful.

### COUNT II:  Infringement of U.S. Patent No. 11,003,919 by Seon

148.    Plaintiff restates, realleges and incorporates each of the preceding paragraphs as if fully set forth herein.

149.    In violation of 35 U.S.C. § 271(a), Seon has directly infringed and continues to directly infringe, both literally and/or under the doctrine of equivalents, the '919 Patent by making, using, offering for sale, selling and/or importing devices and/or systems in the United States, including within this judicial district, that infringe at least claim 1 of the '919 Patent without license from Hayden AI.

150.    In violation of 35 U.S.C. § 271(b) and/or (c), Seon has induced its customers and prospective customers and continues to induce its customers and prospective customers to directly infringe, or to commit acts so as to practice the subject matter claimed, and/or has contributed and continues to contribute to its customers' infringement of, both literally and/or under the doctrine of equivalents, one or more claims of the '919 Patent by taking actions that include, but are not limited to advertising its products and services and their infringing uses, including on Seon's website; establishing distribution channels for these products in the United States; drafting, distributing, or making available product specifications, instructions, or user manuals for the products to Seon's customers and prospective customers; providing technical support or other services for the products to Seon's customers and prospective customers; and/or offering for sale component devices for use as part of its ClearLane product.  On information and belief, Seon has provided its prospective customers with ClearLane for their use.  Upon further information and belief, Seon's prospective customers use ClearLane in certification and testing

procedures.  As part of these procedures, Seon has provided its potential customers with ClearLane and those potential customers have used ClearLane with Seon's assistance and at Seon's direction and encouragement.

151.    Seon has had actual knowledge of the '919 Patent since at least the filing date of the original Complaint in this civil action (D.I. 1).  On information and belief, Seon had actual or constructive knowledge and notice of the '919 Patent prior to the filing of this Complaint because Seon and Hayden AI are competitors in the automated bus lane enforcement solutions market and are competing, or imminently will compete, head-to-head with Hayden AI in bids for contracts with governments or quasi-governmental transit agencies.  On information and belief, Seon knew, should have known, or was willfully blind as to the existence of the '919 Patent.

152.    As a result of Seon's infringement of the '919 Patent, Hayden AI has been damaged and will continue to suffer damages in the future.  Hayden AI is entitled to recover for damages, including in the form of lost profits and/or a reasonable royalty sustained as a result of Seon's wrongful acts in an amount yet to be determined and to receive such other and further relief, including equitable relief, as this Court deems just and proper.

153.    Hayden AI will be substantially and irreparably damaged and harmed if Seon's infringement of the '919 Patent, either literally or under the doctrine of equivalents, is not enjoined, including because Seon and Hayden AI are direct competitors in government contract bids related to automated bus lane enforcement technologies.

154.    On information and belief, Hayden AI alleges that Seon's infringement of the '919 Patent has been and continues to be deliberate and willful.

### COUNT III:  Infringement of U.S. Patent No. 11,164,014 by Safe Fleet

155.    Plaintiff restates, realleges and incorporates each of the preceding paragraphs as if fully set forth herein.

156.     In violation of 35 U.S.C. § 271(a), Safe Fleet has directly infringed and continues to directly infringe, both literally and/or under the doctrine of equivalents, the '014 Patent by making, using, offering for sale, selling and/or importing devices and/or systems in the United States, including within this judicial district, that infringe at least claim 1 of the '014 Patent without license from Hayden AI.

157.     In violation of 35 U.S.C. § 271(b) and/or (c), Safe Fleet has induced its customers and prospective customers and continues to induce its customers and prospective customers to directly infringe, or to commit acts so as to practice the subject matter claimed, and/or has contributed and continues to contribute to its customers' infringement of, both literally and/or under the doctrine of equivalents, one or more claims of the '014 Patent by taking actions that include, but are not limited to advertising its products and services and their infringing uses, including on Safe Fleet's website; establishing distribution channels for these products in the United States; drafting, distributing, or making available product specifications, instructions, or user manuals for the products to Safe Fleet's customers and prospective customers; providing technical support or other services for the products to Safe Fleet's customers and prospective customers; and/or offering for sale component devices for use as part of its ClearLane product. On information and belief, Safe Fleet has provided its prospective customers with ClearLane for their use. Upon further information and belief, Safe Fleet's prospective customers use ClearLane in certification and testing procedures. As part of these procedures, Safe Fleet has provided its potential customers with ClearLane and those potential customers have used ClearLane with Safe Fleet's assistance and at Safe Fleet's direction and encouragement.

158.     Safe Fleet has had actual knowledge of the '014 Patent since at least the filing date of the original Complaint in this civil action (D.I. 1). On information and belief, Safe Fleet had actual or constructive knowledge and notice of the '014 Patent prior to the filing of this

34

Complaint because Safe Fleet and Hayden AI are competitors in the automated bus lane enforcement solutions market and are competing, or imminently will compete, head-to-head with Hayden AI in bids for contracts with governments or quasi-governmental transit agencies.  On information and belief, Safe Fleet knew, should have known, or was willfully blind as to the existence of the '014 Patent.

159.    As a result of Safe Fleet's infringement of the '014 Patent, Hayden AI has been damaged and will continue to suffer damages in the future.  Hayden AI is entitled to recover for damages, including in the form of lost profits and/or a reasonable royalty sustained as a result of Safe Fleet's wrongful acts in an amount yet to be determined and to receive such other and further relief, including equitable relief, as this Court deems just and proper.

160.    Hayden AI will be substantially and irreparably damaged and harmed if Safe Fleet's infringement of the '014 Patent, either literally or under the doctrine of equivalents, is not enjoined, including because Safe Fleet and Hayden AI are direct competitors in government contract bids related to automated bus lane enforcement technologies.

161.    On information and belief, Hayden AI alleges that Safe Fleet's infringement of the '014 Patent has been and continues to be deliberate and willful.

**COUNT IV:  Infringement of U.S. Patent No. 11,164,014 by Seon**

162.    Plaintiff restates, realleges and incorporates each of the preceding paragraphs as if fully set forth herein.

163.    In violation of 35 U.S.C. § 271(a), Seon has directly infringed and continues to directly infringe, both literally and/or under the doctrine of equivalents, the '014 Patent by making, using, offering for sale, selling and/or importing devices and/or systems in the United States, including within this judicial district, that infringe at least claim 1 of the '014 Patent without license from Hayden AI.

164.     In violation of 35 U.S.C. § 271(b) and/or (c), Seon has induced its customers and prospective customers and continues to induce its customers and prospective customers to directly infringe, or to commit acts so as to practice the subject matter claimed, and/or has contributed and continues to contribute to its customers' infringement of, both literally and/or under the doctrine of equivalents, one or more claims of the '014 Patent by taking actions that include, but are not limited to advertising its products and services and their infringing uses, including on Seon's website; establishing distribution channels for these products in the United States; drafting, distributing, or making available product specifications, instructions, or user manuals for the products to Seon's customers and prospective customers; providing technical support or other services for the products to Seon's customers and prospective customers; and/or offering for sale component devices for use as part of its ClearLane product.  On information and belief, Seon has provided its prospective customers with ClearLane for their use.  Upon further information and belief, Seon's prospective customers use ClearLane in certification and testing procedures.  As part of these procedures, Seon has provided its potential customers with ClearLane and those potential customers have used ClearLane with Seon's assistance and at Seon's direction and encouragement.

165.     Seon has had actual knowledge of the '014 Patent since at least the filing date of the original Complaint in this civil action (D.I. 1).  On information and belief, Seon had actual or constructive knowledge and notice of the '014 Patent prior to the filing of this Complaint because Seon and Hayden AI are competitors in the automated bus lane enforcement solutions market and are competing, or imminently will compete, head-to-head with Hayden AI in bids for contracts with governments or quasi-governmental transit agencies.  On information and belief, Seon knew, should have known, or was willfully blind as to the existence of the '014 Patent.

166.    As a result of Seon's infringement of the '014 Patent, Hayden AI has been damaged and will continue to suffer damages in the future.  Hayden AI is entitled to recover for damages, including in the form of lost profits and/or a reasonable royalty sustained as a result of Seon's wrongful acts in an amount yet to be determined and to receive such other and further relief, including equitable relief, as this Court deems just and proper.

167.    Hayden AI will be substantially and irreparably damaged and harmed if Seon's infringement of the '014 Patent, either literally or under the doctrine of equivalents, is not enjoined, including because Seon and Hayden AI are direct competitors in government contract bids related to automated bus lane enforcement technologies.

168.    On information and belief, Hayden AI alleges that Seon's infringement of the '014 Patent has been and continues to be deliberate and willful.

* * *

169.    This civil action, as to and against Safe Fleet and Seon, individually and/or collectively presents an exceptional case.

## Jury Demand

Hayden AI demands a trial by jury on all issues triable as such.

## Prayer for Relief

WHEREFORE, Hayden AI respectfully requests that this Court find and/or enter judgment in its favor and against Defendants as follows:

A.    That Defendants have infringed, and continues to infringe, either literally and/or under the doctrine of equivalents, each of the Patents-in-Suit;

B.    That Defendants' infringement was willful;

37

C.    That Defendants and their respective officers, agents, employees, and those acting in privity with them, be permanently enjoined from further direct and/or indirect infringement of the Patents-in-Suit;

D.    That Defendants pay a damages award adequate to compensate Hayden AI for its infringement, together with interest and costs, arising out of (i) Defendants' past infringement of the Patents-in-Suit; and (ii) Defendants' ongoing infringement of the Patents-in-Suit;

E.    That is an exceptional case;

F.    That Hayden AI is entitled to enhanced damages in an amount treble the above-requested damages award or otherwise increased over and above said award as determined appropriate within the Court's discretion, pursuant to 35 U.S.C. § 284;

G.    That Defendants be ordered to pay pre-judgment and post-judgment interest on the damages asserted;

H.    That Defendants be ordered to pay supplemental damages to Hayden AI, including interest, with an accounting, as needed, of all infringements and/or damages not presented at trial;

I.    That Hayden AI be awarded attorneys' fees and other sums available and as determined reasonable within the Court's discretion, 35 U.S.C. § 285, and/or as otherwise provided by law;

J.    An order requiring Defendants to pay an ongoing royalty in an amount to be determined for any continued infringement after the date judgment is entered; and

K.    An award to Hayden AI of such further relief at law or in equity as this Court deems just and proper.

Dated: December 15, 2023
     New York, NY

/s/ James S. Trainor
James S. Trainor
Nicholas J. Klenow
Retley G. Locke, Jr.
FENWICK & WEST LLP
902 Broadway, Floor 18
New York, NY 10010
Telephone:  (212) 430-2600
Facsimile:  (650) 938-5200
jtrainor@fenwick.com
nklenow@fenwick.com
rlocke@fenwick.com

*Attorneys for Plaintiff*
*Hayden AI Technologies, Inc.*

39

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of December, 2023, I caused a true and correct copy of the foregoing document to be filed with the Clerk of the Court using the Court's CM/ECF system, which will send notice of electronic filing to all counsel of record.  Additionally, I certify that a true and correct copy of the foregoing document was served via electronic mail to counsel of record for all parties.

*/s/ James S. Trainor*
James S. Trainor

# Exhibit A

US011003919B1

## (12) United States Patent
### Ghadiok et al.

(10) **Patent No.:**  **US 11,003,919 B1**
(45) **Date of Patent:**  **May 11, 2021**

(54) **SYSTEMS AND METHODS FOR DETECTING TRAFFIC VIOLATIONS USING MOBILE DETECTION DEVICES**

(71) Applicant: **Hayden Al Technologies, Inc.**, Oakland, CA (US)

(72) Inventors: **Vaibhav Ghadiok**, Mountain View, CA (US); **Christopher Carson**, Oakland, CA (US); **Bo Shen**, Fremont, CA (US)

(73) Assignee: **Hayden Al Technologies, Inc.**, Oakland, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **17/072,816**

(22) Filed: **Oct. 16, 2020**

(51) **Int. Cl.**
| | |
|---|---|
| *G06K 9/00* | (2006.01) |
| *G06K 9/62* | (2006.01) |
| *H04N 5/247* | (2006.01) |
| *H04N 7/18* | (2006.01) |
| *G01S 19/33* | (2010.01) |
| *G01C 22/02* | (2006.01) |
| *H04N 5/225* | (2006.01) |
| *B60R 16/023* | (2006.01) |
| *H04L 29/08* | (2006.01) |

(52) **U.S. Cl.**
CPC ......... *G06K 9/00791* (2013.01); *G01C 22/02* (2013.01); *G01S 19/33* (2013.01); *G06K 9/6201* (2013.01); *G06K 9/6256* (2013.01); *G06K 9/6261* (2013.01); *H04N 5/2253* (2013.01); *H04N 5/247* (2013.01); *H04N 7/181* (2013.01); *B60R 16/023* (2013.01); *G06K 9/0063* (2013.01); *G06K 2209/15* (2013.01); *G06K 2209/23* (2013.01); *H04L 67/10* (2013.01)

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 7,489,257 B2 | 2/2009 | Izakov |
| 7,701,363 B1 | 4/2010 | Zlojutro |
| 7,986,339 B2 | 7/2011 | Higgins |
| 8,531,520 B2 | 9/2013 | Stricklin et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | WO 2019/043446 | 3/2019 |
| WO | WO 2019/045899 | 3/2019 |

(Continued)

*Primary Examiner* — James M Anderson, II
(74) *Attorney, Agent, or Firm* — Levine Bagade Han LLP

(57) **ABSTRACT**

Disclosed are systems and methods for detecting traffic violations using mobile detection devices. Videos captured by the mobile detection devices can be processed on the mobile detection devices to extract data and information concerning a potential traffic violation involving a vehicle and a restricted road area. The mobile detection devices can transmit such data and information to a server configured to make a final determination as to whether a traffic violation has occurred by comparing the data and information received from at least two mobile detection devices. The server can also construct semantic annotated maps using data and information received from the mobile detection devices. Updated versions of the semantic annotated maps can be transmitted back to the mobile detection devices to aid in traffic violation detection.

**32 Claims, 11 Drawing Sheets**



## US 11,003,919 B1

Page 2

(56)            **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 8,599,260 | B1 | 12/2013 | Vaughn |
| 8,971,581 | B2 | 3/2015 | Wu et al. |
| 9,019,380 | B2 | 4/2015 | Schenken et al. |
| 9,104,939 | B2 | 8/2015 | Seyfried et al. |
| 9,262,914 | B2 | 2/2016 | Purushothaman |
| 9,389,147 | B1 | 7/2016 | Lambert et al. |
| 9,443,152 | B2 | 9/2016 | Atsmon et al. |
| 9,466,210 | B2 | 10/2016 | Arpin et al. |
| 9,495,601 | B2 | 11/2016 | Hansen |
| 9,524,269 | B1 | 12/2016 | Brinkmann et al. |
| 9,552,724 | B2 | 1/2017 | Rothschild |
| 9,679,203 | B2 | 6/2017 | Bulan et al. |
| 9,704,060 | B2 | 7/2017 | Wang et al. |
| 9,754,484 | B2 | 9/2017 | Schenken |
| 9,934,627 | B1 | 4/2018 | Brinkmann et al. |
| 9,984,566 | B1 | 5/2018 | Mostofi et al. |
| 10,032,318 | B1 | 7/2018 | Ferguson |
| 10,134,285 | B1 | 11/2018 | Isler et al. |
| 10,147,004 | B2 | 12/2018 | Atsmon et al. |
| 10,209,081 | B2 | 2/2019 | Ghadiok et al. |
| 10,215,571 | B2 | 2/2019 | Ghadiok et al. |
| 10,269,242 | B2 | 4/2019 | Ahmad et al. |
| 10,296,794 | B2 | 5/2019 | Ratti |
| 10,360,738 | B1 | 7/2019 | Ferguson |
| 10,360,793 | B1 | 7/2019 | Costantini et al. |
| 10,410,064 | B2 | 9/2019 | Newman |
| 10,440,471 | B2 | 10/2019 | Robbins et al. |
| 10,475,338 | B1 | 11/2019 | Noel |
| 10,504,304 | B1 | 12/2019 | Ferguson |
| 10,553,109 | B2 | 2/2020 | Burley et al. |
| 10,580,294 | B2 | 3/2020 | Bedard |
| 10,643,467 | B2 | 5/2020 | Alon |
| 10,664,707 | B2 | 5/2020 | Hannah |
| 10,713,490 | B2 | 7/2020 | Edmondson et al. |
| 10,755,111 | B2 | 8/2020 | Golov et al. |
| 10,755,565 | B2 | 8/2020 | Zhang et al. |
| 10,814,815 | B1 * | 10/2020 | Rishi ..................... B60R 21/013 |
| 2014/0036076 | A1 * | 2/2014 | Nerayoff ............ G06K 9/00791 |
| | | | 348/148 |
| 2018/0025636 | A1 | 1/2018 | Boykin et al. |
| 2018/0134282 | A1 | 5/2018 | Freienstein et al. |
| 2018/0137754 | A1 | 5/2018 | Alon |
| 2018/0350229 | A1 | 12/2018 | Yigit et al. |
| 2019/0066517 | A1 | 2/2019 | Neser |
| 2019/0137280 | A1 | 5/2019 | Ghadiok et al. |
| 2019/0197889 | A1 | 6/2019 | Kanehara et al. |
| 2019/0206254 | A1 | 7/2019 | Tao et al. |
| 2019/0220011 | A1 | 7/2019 | Della Penna |
| 2019/0304297 | A1 | 10/2019 | Burley et al. |
| 2020/0043326 | A1 | 2/2020 | Tao et al. |
| 2020/0081134 | A1 * | 3/2020 | Wheeler ............... G01S 19/393 |
| 2020/0105135 | A1 | 4/2020 | Noel |
| 2020/0117928 | A1 | 4/2020 | Nishimura |
| 2020/0130711 | A1 | 4/2020 | Turek et al. |
| 2020/0137580 | A1 | 4/2020 | Yang et al. |
| 2020/0216064 | A1 | 7/2020 | Du Toit et al. |
| 2020/0250970 | A1 | 8/2020 | Takeshita et al. |
| 2020/0257306 | A1 * | 8/2020 | Nisenzon ........... G06K 9/00791 |
| 2020/0265713 | A1 | 8/2020 | Abeling et al. |
| 2020/0265714 | A1 | 8/2020 | Alon |
| 2020/0280842 | A1 | 9/2020 | Liu et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | WO 2019/143723 | 7/2019 |
| WO | WO 2020/046218 | 3/2020 |
| WO | WO 2020/068923 | 4/2020 |
| WO | WO 2020/121627 | 6/2020 |
| WO | WO 2020/146445 | 7/2020 |

* cited by examiner



**FIG. 1A**



**FIG. 1B**



**FIG. 2A**

**FIG. 2B**



FIG. 3

CARRIER VEHICLE 110



## MUNICIPAL FLEET VEHICLE



## SEMI-AUTONOMOUS VEHICLE



## AUTONOMOUS VEHICLE



FIG. 4



FIG. 5A

FIG. 5B

FIG. 5C

FIG. 5D

FIG. 5E

102



FIG. 6

Case 1:23-cv-03471-EK-JRC    Document 80    Filed 12/15/23    Page 51 of 258 PageID #: 3278



**FIG. 7**



**FIG. 8**



**FIG. 9**

Case 1:23-cv-03471-EK-JRC    Document 80    Filed 12/15/23    Page 53 of 258 PageID #: 3280

1000



**GAME ENGINE SIMULATION**

**FIG. 10**

Case 1:23-cv-03471-EK-JRC   Document 80   Filed 12/15/23   Page 54 of 258 PageID #: 3281



**FIG. 11**

US 11,003,919 B1

# SYSTEMS AND METHODS FOR DETECTING TRAFFIC VIOLATIONS USING MOBILE DETECTION DEVICES

## TECHNICAL FIELD

This disclosure relates generally to the field of computer-based traffic violation detection, more specifically, to systems and methods for detecting traffic violations using mobile detection devices.

## BACKGROUND

Non-public vehicles parking in bus lanes or bike lanes is a significant transportation problem for municipalities, counties, and other government entities. While some cities have put in place Clear Lane Initiatives aimed at improving bus speeds, enforcement of bus lane violations is often lacking and the reliability of multiple buses can be affected by just one vehicle illegally parked or temporarily stopped in a bus lane. Such disruptions in bus schedules can frustrate those that depend on public transportation and result in decreased ridership. On the contrary, as buses speed up due to bus lanes remaining unobstructed, reliability improves, leading to increased ridership, less congestion on city streets, and less pollution overall.

Similarly, vehicles parked illegally in bike lanes can force bicyclists to ride on the road, making their rides more dangerous and discouraging the use of bicycles as a safe and reliable mode of transportation. Moreover, vehicles parked along curbs or lanes designated as no parking zones or during times when parking is forbidden can disrupt crucial municipal services such as street sweeping, waste collection, and firefighting operations.

Traditional traffic enforcement technology and approaches are often not suited for lane enforcement purposes. For example, most traffic enforcement cameras are set up near crosswalks or intersections and are not suitable for enforcing lane violations beyond the cameras' fixed field of view. While some municipalities have deployed automated camera-based solutions to enforce traffic violations beyond intersections and cross-walks, such solutions are often logic-based and can result in detections with up to 80% false positive detection rate. Moreover, municipalities often do not have the financial means to dedicate specialized personnel to enforce lane violations.

Therefore, an improved traffic violation detection system is needed which addresses the challenges faced by traditional traffic violation detection systems and approaches. Such a solution should be accurate and use resources currently available to a municipality or other government entity. Moreover, such a solution should improve traffic safety and enable transportation efficiency. Furthermore, such a solution should be scalable and reliable and not be overly expensive to deploy.

## SUMMARY

Disclosed are systems and methods for detecting traffic violations using mobile detection devices. In some embodiments, a method of detecting a traffic violation can comprise capturing a first video of a vehicle and a restricted road area using one or more video image sensors of a first edge device. The first video can comprise a first frame captured at a first point in time. The method can also comprise determining a location of the vehicle using, in part, a first positioning data obtained from a first positioning unit of the first edge device.

The method can also comprise identifying, using one or more processors of the first edge device, the vehicle, a first set of vehicle attributes of the vehicle, a first alphanumeric string representing a license plate number of the vehicle, and the restricted road area from frames of the first video by applying functions from a computer vision library to frames of the first video and passing at least some the first video including the first frame to a deep learning model running on the first edge device. The method can further comprise bounding the vehicle and the restricted road area in the first frame in a plurality of first bounding boxes and detecting a first potential traffic violation at the first point in time based in part on overlap of the first bounding boxes. The method can further comprise generating or recording a first timestamp to reflect the first point in time. The method can also comprise transmitting the first alphanumeric string, the first set of vehicle attributes, the first positioning data, the first timestamp, and a segment of the first video around the first point in time from the first edge device to the server. In some embodiments, the segment of the first video transmitted from the first edge device to the server can be configurable such that the duration of the video transmitted can be adjusted by a system operator or administrator (e.g., the video segment transmitted can include 15 to 30 seconds of the video before the first point in time and 15 to 30 seconds of the video after the first point in time).

The method can further comprise capturing a second video of the vehicle and the restricted road area using one or more video image sensors of a second edge device. The second video can comprise a second frame captured at a second point in time. The method can also comprise determining a location of the vehicle using, in part, a second positioning data obtained from a second positioning unit of the second edge device. The method can also comprise identifying, using one or more processors of the second edge device, the vehicle, a second set of vehicle attributes of the vehicle, a second alphanumeric string representing a license plate number of the vehicle, and the restricted road area from frames of the second video by applying a plurality of functions from a computer vision library to the second video and passing at least some of the second video including the second frame to a deep learning model running on the second edge device.

The method can also comprise bounding the vehicle and the restricted road area in the second frame in a plurality of second bounding boxes and detecting a second potential traffic violation at a second point in time based in part on overlap of the second bounding boxes. The method can further comprise generating or recording a second timestamp to reflect the second point in time. The method can further comprise transmitting at least the second alphanumeric string, the second set of vehicle attributes, the second positioning data, the second timestamp, and a segment of the second video around the second point in time from the second edge device to the server. In some embodiments, the segment of the second video transmitted from the second edge device to the server can be configurable such that the duration of the video transmitted can be adjusted by a system operator or administrator (e.g., the video segment transmitted can include 15 to 30 seconds of the video before the second point in time and 15 to 30 seconds of the video after the second point in time).

The method can also comprise determining, at the server, that a traffic violation has occurred based on an elapsed time between the second point in time and the first point in time and based on a comparison of the first alphanumeric string with the second alphanumeric string, the first set of vehicle

US 11,003,919 B1

3

attributes with the second set of vehicle attributes, and the first positioning data with the second positioning data.

In some embodiments, the deep learning model can comprise or be a convolutional neural network trained for object detection. The deep learning model can be trained in part from videos captured using edge devices other than the first edge device and the second edge device.

In certain embodiments, the first positioning unit can be a multi-band global navigation satellite system (GNSS) receiver configured for concurrent reception of signals from at least two of a GPS satellite navigation system, a GLONASS satellite navigation system, a Galileo navigation system, and a BeiDou satellite navigation system.

The steps of bounding the vehicle and the restricted road area can further comprise bounding the vehicle using a vehicular bounding box and bounding the restricted road area using a road bounding box. The steps of determining the first potential traffic violation and the second potential traffic violation can further comprise detecting any overlaps between the vehicular bounding box and the road bounding box.

The steps of capturing the videos can further comprise capturing the first video and the second video at a frame rate of between 1 frame per second (FPS) and 120 frames per second (FPS). In other embodiments, the steps of capturing the videos can further comprise capturing the first video and the second video at between 20 FPS and 80 FPS.

In some embodiments, at least some of the video image sensors of each of the edge devices can be high-dynamic range (HDR) image sensors. Moreover, at least one of the video image sensors of each of the edge devices can be a fixed-focal or varifocal license plate recognition (LPR) camera. In these embodiments, the method can further comprise passing a video frame captured by the LPR camera to a license plate recognition engine running on each of the edge devices to identify the alphanumeric string representing the license plate number of the vehicle.

In other embodiments, the license plate recognition engine can be run on the server. In further embodiments, the license plate recognition engine can be run on each of the edge devices and on the server.

Alternatively, the method can also comprise passing a video frame captured by an HDR image sensor to the license plate recognition engine running on each of the edge devices, the server, or a combination thereof.

The first edge device can be configured to be coupled to a first carrier vehicle and the second edge device can be configured to be coupled to a second carrier vehicle. The first edge device can comprise a first vehicle bus connector for obtaining wheel odometry data from a wheel odometer of the first carrier vehicle. The second edge device can comprise a second vehicle bus connector for obtaining wheel odometry data from a wheel odometer of the second carrier vehicle. In some embodiments, the steps of determining the location of the vehicle can further comprise using in part the wheel odometry data from the first carrier vehicle and the second carrier vehicle.

The method can further comprise generating, using the one or more server processors, a simulation of the traffic violation using a reasoning engine running on the server by utilizing a game engine based on data and video frames obtained from the first video and the second video. The server can then use the simulation to determine whether any mitigating events occurring in a vicinity of the vehicle should preclude the potential traffic violation from being considered a traffic violation.

4

The method can also comprise generating, using the one or more server processors, a graphical user interface (GUI) to be displayed on a client device communicatively coupled to the server. In some embodiments, the GUI can comprise a video clip made from at least one of the first video and the second video, the location of the vehicle determined by at least one of the first edge device and the second edge device, and a portion of a map showing the location.

In some embodiments, each of the edge devices can comprise an attachment arm configured to secure the edge device to a window or dashboard of a carrier vehicle. In other embodiments, each of the edge devices can comprise an attachment arm configured to secure the edge device to a handle bar/handrail of a micro-mobility vehicle serving as the carrier vehicle. In further embodiments, each of the edge devices can comprise an attachment arm configured to secure the edge device to a mount or body of an unmanned aerial vehicle (UAV) or drone serving as the carrier vehicle.

In another embodiment, a system for detecting a traffic violation is disclosed. The system can comprise a first edge device, a second edge device, and a server in communication with the first edge device and the second edge device. The first edge device can comprise one or more first edge device processors, one or more first video image sensors, and a first positioning unit.

The first video image sensors can be configured to capture a first video of a vehicle and a restricted road area. The first video can comprise a first frame captured at a first point in time. The one or more first edge device processors can be programmed to determine a location of the vehicle using in part a first positioning data obtained from the first positioning unit and identify the vehicle, the restricted road area, a first set of vehicle attributes of the vehicle, and a first alphanumeric string representing a license plate number of the vehicle from frames of the first video by applying a plurality of functions from a computer vision library to the first video and passing at least some of the first video including the first frame to a deep learning model running on the first edge device.

The one or more first edge device processors can also be programmed to bound the vehicle and the restricted road area in the first frame in a plurality of first bounding boxes and detect a first potential traffic violation at the first point in time based in part on overlap of the plurality of first bounding boxes. The one or more first edge device processors can also be programmed to generate or record a first timestamp to reflect the first point in time. The one or more first edge device processors can also be programmed to transmit the first alphanumeric string, the first set of vehicle attributes, the first positioning data, the first timestamp, and a configurable segment of the first video around the first point in time from the first edge device to the server.

The system can also comprise a second edge device comprising one or more second edge device processors, one or more second video image sensors, and a second positioning unit. The second video image sensors can be configured to capture a second video of the vehicle and the restricted road area. The second video can comprise a second frame captured at a second point in time.

The one or more second edge device processors can be programmed to determine the location of the vehicle using in part a second positioning data obtained from the second positioning unit and identify the vehicle, the restricted road area, a second set of vehicle attributes of the vehicle, and a second alphanumeric string representing the license plate number of the vehicle from frames of the second video by applying a plurality of functions from a computer vision

US 11,003,919 B1

5

library to the second video and passing at least some of the second video including the second frame to a deep learning model running on the second edge device. The deep learning model running on the second edge device can be the same as the deep learning model running on the first edge device.

The one or more second edge device processors can also be programmed to bound the vehicle and the restricted road area in the second frame in a plurality of second bounding boxes and detect a second potential traffic violation at the second point in time based in part on overlap of the plurality of second bounding boxes. The one or more second edge device processors can also be programmed to generate or record a second timestamp to reflect the second point in time. The one or more second edge device processors can also be programmed to transmit the second alphanumeric string, the second set of vehicle attributes, the second positioning data, the second timestamp, and a configurable segment of the second video around the second point in time from the second edge device to the server.

The server can comprise one or more server processors programmed to determine that a traffic violation has occurred based on an elapsed time between the second point in time and the first point in time and a comparison of the first alphanumeric string with the second alphanumeric string, the first set of vehicle attributes with the second set of vehicle attributes, and the first positioning data with the second positioning data.

In some embodiments, the deep learning model can be or comprise a convolutional neural network trained for object detection. The deep learning model can be trained in part from videos captured using edge devices other than the first edge device and the second edge device.

In certain embodiments, the first positioning unit can be a multi-band global navigation satellite system (GNSS) receiver configured for concurrent reception of signals from at least two of a GPS satellite navigation system, a GLONASS satellite navigation system, a Galileo navigation system, and a BeiDou satellite navigation system.

The one or more first edge device processors can further be programmed to bound the vehicle in the first frame using a first vehicular bounding box, bound the restricted road area in the first frame using a first road bounding box, and detect the first potential traffic violation by detecting any overlap between the first vehicular bounding box with the first road bounding box.

The one or more second edge device processors can further be programmed to bound the vehicle in the second frame using a second vehicular bounding box, bound the restricted road area in the second frame using a second road bounding box, and detect the second potential traffic violation by detecting any overlap between the second vehicular bounding box with the second road bounding box.

In some embodiments, at least one of the video image sensors of each of the edge devices can be a varifocal or fixed-focal LPR camera. In these embodiments, the video frame captured by the LPR camera can be passed to a license plate recognition engine running on each of the edge devices, the server, or a combination thereof to identify an alphanumeric string representing the license plate number of the vehicle.

In some embodiments, at least some of the video image sensors of each of the edge devices can be HDR image sensors. In these embodiments, the first video and the second video can be captured at a frame rate of between 1 frame per second to 120 FPS. In further embodiments, the first video and the second video can be captured at a frame rate of between 20 FPS and 80 FPS.

6

In other embodiments, a video frame captured by one of the HDR image sensors can be passed to the license plate recognition engine running on the edge device, the server, or a combination thereof.

The first edge device can be configured to be coupled to a first carrier vehicle or device and the second edge device can be configured to be coupled to a second carrier vehicle or device. The first edge device can comprise a first vehicle bus connector for obtaining wheel odometry data from a wheel odometer of the first carrier vehicle. The second edge device can comprise a second vehicle bus connector for obtaining wheel odometry data from a wheel odometer of the second carrier vehicle. In some embodiments, the location of the vehicle can be determined in part from the wheel odometry data of the first carrier vehicle and the wheel odometry data of the second carrier vehicle.

The server can further comprise a reasoning engine configured to generate a simulation of the traffic violation utilizing a game engine based on data and video frames obtained from the first video and the second video. The reasoning engine of the server can then use the simulation to determine whether any mitigating events occurring in a vicinity of the vehicle should preclude the potential traffic violation from being considered a traffic violation.

The one or more server processors can be further programmed to generate a GUI to be displayed on a client device communicatively coupled to the server. The GUI can comprise a video clip made from at least one of the first video and the second video, the location of the vehicle determined by at least one of the first edge device and the second edge device, and a portion of a map showing the location.

A device for detecting a potential traffic violation is also disclosed. The device can comprise one or more video image sensors configured to capture a video of a vehicle and a restricted road area and a positioning unit configured to determine a location of the vehicle. The device can also comprise one or more processors programmed to execute instructions to identify the vehicle and the restricted road area from frames of the video by applying a plurality of functions from a computer vision library to the frames and passing the frames to a deep learning model running on the device. The one or more processors can also be programmed to bound the vehicle in the frames with a vehicular bounding box and bound the restricted road area in the frames with a road bounding box. The one or more processors can further be programmed to detect that a potential traffic violation has occurred based in part on the location of the vehicle and any overlap between the vehicular bounding box and the road bounding box.

A method for detecting a potential traffic violation is also disclosed. The method can comprise capturing a video of a vehicle and a restricted road area using one or more video image sensors of the device and determining a location of the vehicle using, in part, a positioning data obtained from a positioning unit of the device. The method can also comprise identifying, using one or more processors of the device, the vehicle and the restricted road area from frames of the video by applying a plurality of functions from a computer vision library to the frames and passing the frames to a deep learning model running on the device. The method can further comprise bounding the vehicle in the frames with a vehicular bounding box and bounding the restricted road area in the frames with a road bounding box. The method can also comprise detecting that a potential traffic violation

US 11,003,919 B1

7

has occurred based in part on the location of the vehicle and any overlap between the vehicular bounding box and the road bounding box.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1A** illustrates one embodiment of a system for detecting traffic violations.

FIG. **1B** illustrates a scenario where the system of FIG. **1A** can be utilized to detect a traffic violation.

FIG. **2A** illustrates one embodiment of an edge device of the system.

FIG. **2B** illustrates one embodiment of a server of the system.

FIG. **3** illustrates various modules and engines of the edge device and server.

FIG. **4** illustrates different examples of carrier vehicles used to carry the edge device.

FIG. **5A** illustrates a front view of one embodiment of an edge device.

FIG. **5B** illustrates a right side view of the embodiment of the edge device shown in FIG. **5A**.

FIG. **5C** illustrates a combined field of view of cameras housed within the embodiment of the edge device shown in FIG. **5A**.

FIG. **5D** illustrates a perspective view of another embodiment of the edge device having a camera skirt.

FIG. **5E** illustrates a right side view of the embodiment of the edge device shown in FIG. **5D**.

FIG. **6** illustrates another embodiment of an edge device implemented as a personal communication device such as a smartphone.

FIG. **7** illustrates point clouds comprising a plurality of salient points being extracted from a video frame of a video captured by the edge device.

FIG. **8** illustrates a semantically segmented video frame where each pixel of the video frame is associated with a semantic label or class label.

FIG. **9** is a visual representation of bounding boxes being applied to a vehicle and a restricted road area and a license plate of the vehicle being recognized.

FIG. **10** illustrates one embodiment of a game engine simulation generated by the server.

FIG. **11** illustrates one embodiment of a violation review graphical user interface.

DETAILED DESCRIPTION OF THE INVENTION

FIG. **1A** illustrates one embodiment of a system **100** for detecting traffic violations using a multi-device corroborative approach. The system **100** can comprise a plurality of edge devices **102** communicatively coupled to or in wireless communication with a server **104** in a cloud computing environment **106**.

The server **104** can comprise or refer to one or more virtual servers or virtualized computing resources. For example, the server **104** can refer to a virtual server or cloud server hosted and delivered by a cloud computing platform (e.g., Amazon Web Services®, Microsoft Azure®, or Google Cloud®). In other embodiments, the server **104** can refer to one or more stand-alone servers such as a rack-mounted server, a blade server, a mainframe, a dedicated desktop or laptop computer, one or more processors or processors cores therein, or a combination thereof.

The edge devices **102** can communicate with the server **104** over one or more networks. In some embodiments, the

8

networks can refer to one or more wide area networks (WANs) such as the Internet or other smaller WANs, wireless local area networks (WLANs), local area networks (LANs), wireless personal area networks (WPANs), system-area networks (SANs), metropolitan area networks (MANs), campus area networks (CANs), enterprise private networks (EPNs), virtual private networks (VPNs), multi-hop networks, or a combination thereof. The server **104** and the plurality of edge devices **102** can connect to the network using any number of wired connections (e.g., Ethernet, fiber optic cables, etc.), wireless connections established using a wireless communication protocol or standard such as a 3G wireless communication standard, a 4G wireless communication standard, a 5G wireless communication standard, a long-term evolution (LTE) wireless communication standard, a Bluetooth™ (IEEE 802.15.1) or Bluetooth™ Lower Energy (BLE) short-range communication protocol, a wireless fidelity (WiFi) (IEEE 802.11) communication protocol, an ultra-wideband (UWB) (IEEE 802.15.3) communication protocol, a ZigBee™ (IEEE 802.15.4) communication protocol, or a combination thereof.

The edge devices **102** can transmit data and files to the server **104** and receive data and files from the server **104** via secure connections **108**. The secure connections **108** can be real-time bidirectional connections secured using one or more encryption protocols such as a secure sockets layer (SSL) protocol, a transport layer security (TLS) protocol, or a combination thereof. Additionally, data or packets transmitted over the secure connection **108** can be encrypted using a Secure Hash Algorithm (SHA) or another suitable encryption algorithm. Data or packets transmitted over the secure connection **108** can also be encrypted using an Advanced Encryption Standard (AES) cipher.

The server **104** can store data and files received from the edge devices **102** in one or more databases **107** in the cloud computing environment **106**. In some embodiments, the database **107** can be a relational database such as a PostgreSQL-compatible database. In further embodiments, the database **107** can be a column-oriented or key-value database. In certain embodiments, the database **107** can be stored in a server memory or storage unit **220**. In other embodiments, the database **107** can be distributed among multiple storage nodes.

As will be discussed in more detail in the following sections, each of the edge devices **102** can be carried by or installed in a carrier vehicle **110** (see FIG. **4** for examples of different types of carrier vehicles **110**).

For example, the edge device **102** can be secured or otherwise coupled to a windshield, window, or dashboard/deck of the carrier vehicle **110**. Also, for example, the edge device **102** can be secured or otherwise coupled to a handlebar/handrail of a micro-mobility vehicle serving as the carrier vehicle **110**. Alternatively, the edge device **102** can be secured or otherwise coupled to a mount or body of a UAV or drone serving as the carrier vehicle **110**.

When properly coupled or secured to the windshield, window, or dashboard/deck of the carrier vehicle **110** or secured to a handrail, handlebar, or mount/body of the carrier vehicle **110**, the edge device **102** can use its video image sensors **208** (see, e.g., FIG. **5A-5E**) to capture videos of a potential traffic violation. Each of the edge devices **102** can then process and analyze video frames from such videos using certain computer vision tools from a computer vision library and deep learning models to detect whether a potential traffic violation has occurred. If the edge device **102** determines that a potential traffic violation has occurred, the edge device **102** can transmit data and files to the server **104**.

US 11,003,919 B1

9                                                                    10

The server **104** can make a final determination concerning the potential traffic violation based on data and files received from at least two edge devices **102** concerning the same potential traffic violation. As such, the approach taken by the system **100** is a multi-device corroborative approach for detecting traffic violations.

FIG. **1B** illustrates a scenario where the system **100** of FIG. **1A** can be utilized to detect a traffic violation. As shown in FIG. **1B**, a vehicle **112** can be parked or otherwise stopped in a restricted road area **114**. The restricted road area **114** can be a bus lane, a bike lane, a no parking or no stopping zone (e.g., a no-parking zone in front of a red curb or fire hydrant), a pedestrian crosswalk, or a combination thereof. In other embodiments, the restricted road area **114** can be a restricted parking spot where the vehicle **112** does not have the necessary credentials or authorizations to park in the parking spot. The restricted road area **114** can be marked by certain insignia, text, nearby signage, road or curb coloration, or a combination thereof. In other embodiments, the restricted road area **114** can be designated or indicated in a private or public database (e.g., a municipal GIS database) accessible by the edge device **102**, the server **104**, or a combination thereof.

As shown in FIG. **1B**, a first carrier vehicle **110A** having a first edge device **102A** (see, e.g., FIG. **1A**) installed within the first carrier vehicle **110A** or otherwise coupled to the first carrier vehicle **110A** can drive by (i.e., next to) or behind the vehicle **112** parked or stopped in the restricted road area **114**. For example, the first carrier vehicle **110A** can be driving in a lane or other roadway blocked by the vehicle **112**. Alternatively, the first carrier vehicle **110A** can be driving in an adjacent roadway **116** such as a lane next to the restricted road area **114**. The first carrier vehicle **110A** can encounter the vehicle **112** while traversing its daily route (e.g., bus route, garbage collection route, etc.).

As shown in FIG. **1A**, the first edge device **102A** can capture a first video **120A** of the vehicle **112** and at least part of the restricted road area **114** using one or more video image sensors **208** (see, e.g., FIGS. **5A-5E**) of the first edge device **102A**.

The first video **120A** can comprise a first frame captured at a first point in time. The one or more processors of the first edge device **102A** can be programmed to generate or record a first timestamp **118A** reflecting the first point in time.

In one embodiment, the first video **120A** can be a video in the MPEG-4 Part 12 or MP4 file format.

In some embodiments, the first video **120A** can refer to one of the multiple videos captured by the various video image sensors **208**. In other embodiments, the first video **120A** can refer to one compiled video comprising multiple videos captured by the video image sensors **208**. In further embodiments, the first video **120A** can refer to all of the videos captured by all of the video image sensors **208**.

The first edge device **102A** can then determine a location of the vehicle **112** using, in part, a first positioning data **122A** obtained from a first positioning unit (see, e.g., FIG. **2A**) of the first edge device **102A**. The first edge device **102A** can also determine the location of the vehicle **112** using, in part, inertial measurement data obtained from a first IMU (see, e.g., FIG. **2A**) and wheel odometry data **216** (see, FIG. **2A**) obtained from a wheel odometer of the first carrier vehicle **110A**.

One or more processors of the first edge device **102A** can be programmed to automatically identify objects from the first video **120A** by applying a plurality of functions from a computer vision library **312** (see, e.g., FIG. **3**) to the first video **120A** to, among other things, read video frames from the first video **120A** and passing at least some of the video frames from the first video **120A**, including the first frame, to a deep learning model **314** (see, e.g., FIG. **3**) running on the first edge device **102A**. For example, the vehicle **112** and the restricted road area **114** can be identified as part of this object detection step. The computer vision library and the deep learning model will be discussed in more detail in later sections.

The one or more processors of the first edge device **102A** can also pass at least some of the first video **120A** to the deep learning model **314** to identify a first set of vehicle attributes **126A** of the vehicle **112**. The first set of vehicle attributes **126A** can include a color of the vehicle **112**, a make and model of the vehicle **112**, and a vehicle type (e.g., a personal vehicle or a public service vehicle such as a fire truck, ambulance, parking enforcement vehicle, police car, etc.) identified by the first edge device **102A**.

As will be discussed in more detail in later sections, the one or more processors of the first edge device **102A** can also be programmed to bound the vehicle **112** and the restricted road area **114** in frames of the first video **120A** in a plurality of first bounding boxes or lines (see, e.g., FIG. **9**).

At least one of the video image sensors **208** of the first edge device **102A** can be a dedicated license plate recognition (LPR) camera. The first video **120A** can comprise at least one video frame or image showing a license plate of the vehicle **112**. The first edge device **102A** can pass the video frame captured by the LPR camera to a license plate recognition engine **304** running on the first edge device **102A** (see, e.g., FIG. **3**) to recognize a first alphanumeric string **124A** representing a license plate of the vehicle **112**.

In other embodiments not shown in the figures, the license plate recognition engine **304** can be run on the server **104**. In further embodiments, the license plate recognition engine **304** can be run on the first edge device **102A** and the server **104**.

Alternatively, the first edge device **102A** can pass a video frame captured by one of the other video image sensors **208** (e.g., one of the HDR cameras) to the license plate recognition engine **304** run on the first edge device **102A**, the server **104**, or a combination thereof.

The one or more processors of the first edge device **102A** can further be programmed to detect a first potential traffic violation at the first point in time based on an overlap of the plurality of first bounding boxes or lines.

The first edge device **102A** can then transmit an evidence package **316** comprising a segment of the first video **120A** around the first point in time, the first positioning data **122A**, the first timestamp **118A**, the first set of vehicle attributes **126A**, and the first alphanumeric string **124A** representing the license plate of the vehicle **112** to the server **104**.

In some embodiments, the length of the first video **120A** transmitted to the server **104** can be configurable or adjustable.

Each of the edge devices **102** (including the first edge device **102A** or the second edge device **102B**) can be configured to continuously take videos of its surrounding environment (i.e., an environment outside of the carrier vehicle **110**) as the carrier vehicle **110** traverses its usual route. Each edge device **102** can be configured to apply additional functions from the computer vision library **312** to such videos to (i) automatically segment video frames at a pixel-level, (ii) extract salient points **319** from the video frames, (iii) automatically identify objects shown in the videos, and (iv) semantically annotate or label the objects using the deep learning model **314**. The one or more processors of each edge device **102** can also continuously

US 11,003,919 B1

11

determine the location of the edge device **102** and associate positioning data with objects (including landmarks) identified from the videos. The edge devices **102** can then transmit the videos, the salient points **317**, the identified objects and landmarks, and the positioning data to the server **104** as part of a mapping procedure. The edge devices **102** can periodically or continuously transmit such videos and mapping data to the server **104**. The videos and mapping data can be used by the server **104** to continuously train and optimize the deep learning model **314** and construct three-dimensional (3D) semantic annotated maps that can be used, in turn, by each of the edge devices **102** to further refine its violation detection capabilities.

As shown in FIG. **1**B, a second carrier vehicle **110**B having a second edge device **102**B installed within or otherwise coupled to the second carrier vehicle **110**B can drive by (i.e., next to) or behind the same vehicle **112** parked or stopped in the same restricted road area **114** at a second point in time after the first point in time. For example, the second carrier vehicle **110**B can be driving in a lane or other roadway blocked by the vehicle **112**. Alternatively, the second carrier vehicle **110**B can be driving in an adjacent roadway **116** (e.g., a lane next to the restricted road area **114**). The second carrier vehicle **110**B can encounter the vehicle **112** while traversing its daily route (e.g., bus route, garbage collection route, etc.).

As shown in FIG. **1**A, the second edge device **102**B can capture a second video **120**B of the vehicle **112** and the restricted road area **114** using one or more video image sensors **208** (see, e.g., FIGS. **5**A-**5**E).

The second video **120**B can comprise a second frame captured at a second point in time. The one or more processors of the second edge device **102**B can be programmed to generate or record a second timestamp **118**B reflecting the second point in time.

In one embodiment, the second video **120**B can be a video in the MPEG-4 Part 12 or MP4 file format.

In some embodiments, the second video **120**B can refer to one of the multiple videos captured by the various video image sensors **208**. In other embodiments, the second video **120**B can refer to one compiled video comprising multiple videos captured by the video image sensors **208**. In further embodiments, the second video **120**B can refer to all of the videos captured by all of the video image sensors **208**.

The second edge device **102**B can then determine a location of the vehicle **112** using, in part, a second positioning data **122**B obtained from a second positioning unit (see, e.g., FIG. **2**A) of the second edge device **102**B. The second edge device **102**B can also determine the location of the vehicle **112** using, in part, inertial measurement data obtained from a second IMU (see, e.g., FIG. **2**A) and wheel odometry data **216** (see, FIG. **2**A) obtained from a wheel odometer of the second carrier vehicle **110**B.

One or more processors of the second edge device **102**B can be programmed to automatically identify objects from the second video **120**B by applying a plurality of functions from the computer vision library **312** to the second video **120**B to, among other things, read video frames from the second video **120**B and passing at least some of the video frames from the second video **120**B, including the second frame, to a deep learning model **314** running on the second edge device **102**B. For example, the vehicle **112** and the restricted road area **114** can be identified as part of this object detection step.

The one or more processors of the second edge device **102**B can also pass at least some of the second video **120**B to the deep learning model **314** to identify a second set of

12

vehicle attributes **126**B of the vehicle **112**. The second set of vehicle attributes **126**B can include a color of the vehicle **112**, a make and model of the vehicle **112**, and a vehicle type (e.g., a personal vehicle or a public service vehicle such as a fire truck, ambulance, parking enforcement vehicle, police car, etc.) identified by the second edge device **102**B.

As will be discussed in more detail in later sections, the one or more processors of the second edge device **102**B can also be programmed to bound the vehicle **112** and the restricted road area **114** in frames of the second video **120**B in a plurality of second bounding boxes or lines (see, e.g., FIG. **9**).

At least one of the video image sensors **208** of the second edge device **102**B can be a dedicated LPR camera. The second video **120**B can comprise at least one video frame or image showing a license plate of the vehicle **112**. The second edge device **102**B can pass the video frame captured by the LPR camera to a license plate recognition engine **304** (see, e.g., FIG. **3**) running on the second edge device **102**B to recognize a second alphanumeric string **124**B representing a license plate of the vehicle **112**.

In other embodiments not shown in the figures, the license plate recognition engine **304** can be run on the server **104**. In further embodiments, the license plate recognition engine **304** can be run on the second edge device **102**B and the server **104**.

Alternatively, the second edge device **102**B can pass a video frame captured by one of the other video image sensors **208** (e.g., one of the HDR cameras) to the license plate recognition engine **304** run on the second edge device **102**B, the server **104**, or a combination thereof.

The one or more processors of the second edge device **102**B can further be programmed to detect a second potential traffic violation at the second point in time based on an overlap of the plurality of second bounding boxes or lines. The second edge device **102**B can then transmit an evidence package **316** comprising a segment of the second video **120**B around the second point in time, the second positioning data **122**B, the second timestamp **118**B, the second set of vehicle attributes **126**B, and the second alphanumeric string **124**B representing the license plate of the vehicle **112** to the server **104**.

In some embodiments, the length of the second video **120**B transmitted to the server **104** can be configurable or adjustable.

The server **104** can confirm or determine that a traffic violation has occurred based in part on comparing data and videos received from the first edge device **102**A and the second edge device **102**B. For example, the server **104** can determine that a traffic violation has occurred based in part on an elapsed time between the second point in time and the first point in time (as indicated by the timestamps) and a comparison of (i) the first alphanumeric string **124**A with the second alphanumeric string **124**B, (ii) the first set of vehicle attributes **126**A with the second set of vehicle attributes **126**B, and (iii) the first positioning data **122**A with the second positioning data **122**B. As a more specific example, the server **104** can determine that a traffic violation has occurred when: the (a) elapsed time is greater than a minimum time threshold set by the server **104**, the (b) alphanumeric strings and the vehicles attributes match one another, and the (c) positioning data either match or the difference between such data is within acceptable ranges. The minimum time threshold can be adjusted based on a time restriction associated with the restricted road area **114** (e.g., if a curb is a 10-minute loading zone) or based on rules

US 11,003,919 B1

13

or regulations set by a municipality. Confirming or determining the traffic violation will be discussed in more detail in the later sections.

FIG. 1A also illustrates that the server 104 can transmit certain data and files to a third-party computing device/resource or client device 130. For example, the third-party computing device can be a server or computing resource of a third-party traffic violation processor. As a more specific example, the third-party computing device can be a server or computing resource of a government vehicle registration department. In other examples, the third-party computing device can be a server or computing resource of a subcontractor responsible for processing traffic violations for a municipality or other government entity.

The client device 130 can refer to a portable or non-portable computing device. For example, the client device 130 can refer to a desktop computer or a laptop computer. In other embodiments, the client device 130 can refer to a tablet computer or smartphone.

The server 104 can also generate or render a number of graphical user interfaces (GUIs) 334 (see, e.g., FIG. 3) that can be displayed through a web portal or mobile app run on the client device 130.

In other embodiments, the system 100 can offer an application programming interface (API) 331 designed to allow third-parties to access data and visualizations captured or collected by the edge devices 102, the server 104, or a combination thereof.

In some embodiments, at least one of the GUIs 334 can provide information concerning a potential traffic violation or determined traffic violation. For example, the GUI 334 can provide data or information concerning a time/date that the violation occurred, a location of the violation, a device identifier, and a carrier vehicle identifier. The GUI 334 can also provide a video player configured to play back video evidence of the traffic violation.

In another embodiment, the GUI 334 can comprise a live map showing real-time locations of all edge devices 102, traffic violations, and violation hot-spots. In yet another embodiment, the GUI 334 can provide a live event feed of all flagged events or potential traffic violations and the processing status of such violations. The GUIs 334 and the web portal or app 332 will be discussed in more detail in later sections.

FIG. 2A illustrates one embodiment of an edge device 102 of the system 100. The edge device 100 can be any of the edge devices (e.g., the first edge device 102A or the second edge device 102B) disclosed herein. For purposes of this disclosure, any references to the edge device 102 can also be interpreted as a reference to a specific component, processor, module, chip, or circuitry within the edge device 102.

As shown in FIG. 2A, the edge device 102 can comprise a plurality of processors 200, memory and storage units 202, wireless communication modules 204, inertial measurement units (IMUs) 206, and video image sensors 208. The edge device 102 can also comprise a positioning unit 210, a vehicle bus connector 212, and a power management integrated circuit (PMIC) 214. The components of the edge device 102 can be connected to one another via high-speed buses or interfaces.

The processors 200 can include one or more central processing units (CPUs), graphical processing units (GPUs), Application-Specific Integrated Circuits (ASICs), field-programmable gate arrays (FPGAs), or a combination thereof. The processors 200 can execute software stored in the memory and storage units 202 to execute the methods or instructions described herein.

14

For example, the processors 200 can refer to one or more GPUs and CPUs of a processor module configured to perform operations or undertake calculations at a terascale. As a more specific example, the processors 200 of the edge device 102 can be configured to perform operations at 21 teraflops (TFLOPS). The processors 200 of the edge device 102 can be configured to run multiple deep learning models or neural networks in parallel and process data from multiple high-resolution sensors such as the plurality of video image sensors 208. More specifically, the processor module can be a Xavier NX™ module developed by NVIDIA Corporation. The processors 200 can comprise at least one GPU having a plurality of processing cores (e.g., between 300 and 400 processing cores) and tensor cores, at least one CPU (e.g., at least one 64-bit CPU having multiple processing cores), and a deep learning accelerator (DLA) or other specially-designed circuitry optimized for deep learning algorithms (e.g., an NVDLA™ engine developed by NVIDIA Corporation).

In some embodiments, at least part of the GPU's processing power can be utilized for object detection and license plate recognition. In these embodiments, at least part of the DLA's processing power can be utilized for object detection and lane line detection. Moreover, at least part of the CPU's processing power can be used for lane line detection and simultaneous localization and mapping. The CPU's processing power can also be used to run other functions and maintain the operation of the edge device 102.

The memory and storage units 202 can comprise volatile memory and non-volatile memory or storage. For example, the memory and storage units 202 can comprise flash memory or storage such as one or more solid-state drives, dynamic random access memory (DRAM) or synchronous dynamic random access memory (SDRAM) such as low-power double data rate (LPDDR) SDRAM, and embedded multi-media controller (eMMC) storage. For example, the memory and storage units 202 can comprise a 512 gigabyte (GB) SSD, an 8 GB 128-bit LPDDR4× memory, and 16 GB eMMC 5.1 storage device. Although FIG. 2A illustrates the memory and storage units 202 as separate from the processors 200, it should be understood by one of ordinary skill in the art that the memory and storage units 202 can be part of a processor module comprising at least some of the processors 200. The memory and storage units 202 can store software, firmware, data (including video and image data), tables, logs, databases, or a combination thereof.

The wireless communication modules 204 can comprise at least one of a cellular communication module, a WiFi communication module, a Bluetooth® communication module, or a combination thereof. For example, the cellular communication module can support communications over a 5G network or a 4G network (e.g., a 4G long-term evolution (LTE) network) with automatic fallback to 3G networks. The cellular communication module can comprise a number of embedded SIM cards or embedded universal integrated circuit cards (eUICCs) allowing the device operator to change cellular service providers over-the-air without needing to physically change the embedded SIM cards. As a more specific example, the cellular communication module can be a 4G LTE Cat-12 cellular module.

The WiFi communication module can allow the edge device 102 to communicate over a WiFi network such as a WiFi network provided by the carrier vehicle 110, a municipality, a business, or a combination thereof. The WiFi communication module can allow the edge device 102 to

US 11,003,919 B1

15

communicate over one or more WiFi (IEEE 802.11) commination protocols such as the 802.11n, 802.11ac, or 802.11ax protocol.

The Bluetooth® module can allow the edge device 102 to communicate with other edge devices or client devices over a Bluetooth® communication protocol (e.g., Bluetooth® basic rate/enhanced data rate (BR/EDR), a Bluetooth® low energy (BLE) communication protocol, or a combination thereof). The Bluetooth® module can support a Bluetooth® v4.2 standard or a Bluetooth v5.0 standard. In some embodiments, the wireless communication modules 204 can comprise a combined WiFi and Bluetooth® module.

Each of the IMUs 206 can comprise a 3-axis accelerometer and a 3-axis gyroscope. For example, the 3-axis accelerometer can be a 3-axis microelectromechanical system (MEMS) accelerometer and a 3-axis MEMS gyroscope. As a more specific example, the IMUs 206 can be a low-power 6-axis IMU provided by Bosch Sensortec GmbH.

The edge device 102 can comprise one or more video image sensors 208. In one example embodiment, the edge device 102 can comprise a plurality of video image sensors 208. As a more specific example, the edge device 102 can comprise four video image sensors 208 (e.g., a first video image sensor 208A, a second video image sensor 208B, a third video image sensor 208C, and a fourth video image sensor 208D). At least one of the video image sensors 208 can be configured to capture video at a frame rate of between 1 frame per second and 120 frames per second (FPS). In other embodiments, at least one of the video image sensors 208 can be configured to capture video at a frame rate of between 20 FPS and 80 FPS.

At least one of the video image sensors 208 (e.g., the second video image sensor 208B) can be a license plate recognition (LPR) camera having a fixed-focal or varifocal telephoto lens. In some embodiments, the LPR camera can comprise one or more infrared (IR) filters and a plurality of IR light-emitting diodes (LEDs) that allow the LPR camera to operate at night or in low-light conditions. The LPR camera can capture video images at a minimum resolution of 1920×1080 (or 2 megapixel (MP)). The LPR camera can also capture video at a frame rate of between 1 frame per second and 120 FPS. In other embodiments, the LPR camera can also capture video at a frame rate of between 20 FPS and 80 FPS.

The other video image sensors 208 (e.g., the first video image sensor 208A, the third video image sensor 208C, and the fourth video image sensor 208D) can be ultra-low-light high-dynamic range (HDR) image sensors. The HDR image sensors can capture video images at a minimum resolution of 1920×1080 (or 2MP). The HDR image sensors can also capture video at a frame rate of between 1 frame per second and 120 FPS. In certain embodiments, the HDR image sensors can also capture video at a frame rate of between 20 FPS and 80 FPS. In some embodiments, the video image sensors 208 can be or comprise ultra-low-light CMOS image sensors provided by Sony Semiconductor Solutions Corporation.

The video image sensors 208 can be connected to the processors 200 via a high-speed camera interface such as a Mobile Industry Processor Interface (MIPI) camera serial interface.

In alternative embodiments, the video image sensors 208 can refer to built-in video image sensors of the carrier vehicle 110. For example, the video images sensors 208 can refer to one or more built-in cameras included as part of the carrier vehicle's Advanced Driver Assistance Systems (ADAS).

16

The edge device 102 can also comprise a high-precision automotive-grade positioning unit 210. The positioning unit 210 can comprise a multi-band global navigation satellite system (GNSS) receiver configured to concurrently receive signals from a GPS satellite navigation system, a GLONASS satellite navigation system, a Galileo navigation system, and a BeiDou satellite navigation system. For example, the positioning unit 210 can comprise a multi-band GNSS receiver configured to concurrently receive signals from at least two satellite navigation systems including the GPS satellite navigation system, the GLONASS satellite navigation system, the Galileo navigation system, and the BeiDou satellite navigation system. In other embodiments, the positioning unit 210 be configured to receive signals from all four of the aforementioned satellite navigation systems or three out of the four satellite navigation systems. For example, the positioning unit 210 can be a ZED-F9K dead reckoning module provided by u-blox holding AG.

The positioning unit 210 can provide positioning data that can allow the edge device 102 to determine its own location at a centimeter-level accuracy. The positioning unit 210 can also provide positioning data that can be used by the edge device 102 to determine the location of the vehicle 112 (see, e.g., FIG. 1B). For example, the edge device 102 can use positioning data concerning its own location to substitute for the location of the vehicle 112. The edge device 102 can also use positioning data concerning its own location to estimate or approximate the location of the vehicle 112.

In other embodiments, the edge device 102 can determine the location of the vehicle 112 by recognizing an object or landmark (e.g., a bus stop sign) near the vehicle 112 with a known geolocation associated with the object or landmark. In these embodiments, the edge device 102 can use the location of the object or landmark as the location of the vehicle 112. In further embodiments, the location of the vehicle 112 can be determined by factoring in a distance calculated between the edge device 102 and the vehicle 112 based on a size of the license plate shown in one or more video frames of the video captured by the edge device 112 and a lens parameter of one of the video images sensors 208 (e.g., a zoom factor of the lens).

FIG. 2A also illustrates that the edge device 102 can comprise a vehicle bus connector 212. For example, the vehicle bus connector 212 can allow the edge device 102 to obtain wheel odometry data 216 from a wheel odometer of the carrier vehicle 110 carrying the edge device 102. For example, the vehicle bus connector 212 can be a J1939 connector. The edge device 102 can take into account the wheel odometry data 216 to determine the location of the vehicle 112 (see, e.g., FIG. 1B).

FIG. 2A illustrates that the edge device can comprise a PMIC 214. The PMIC 214 can be used to manage power from a power source. In some embodiments, the edge device 102 can be powered by a portable power source such as a battery. In other embodiments, the edge device 102 can be powered via a physical connection (e.g., a power cord) to a power outlet or direct-current (DC) auxiliary power outlet (e.g., 12V/24V) of the carrier vehicle 110.

FIG. 2B illustrates one embodiment of the server 104 of the system 100. As previously discussed, the server 104 can comprise or refer to one or more virtual servers or virtualized computing resources. For example, the server 104 can refer to a virtual server or cloud server hosted and delivered by a cloud computing platform (e.g., Amazon Web Services®, Microsoft Azure®, or Google Cloud®). In other embodiments, the server 104 can refer to one or more physical servers or dedicated computing resources or nodes

US 11,003,919 B1

17

such as a rack-mounted server, a blade server, a mainframe, a dedicated desktop or laptop computer, one or more processors or processors cores therein, or a combination thereof.

For purposes of the present disclosure, any references to the server 104 can also be interpreted as a reference to a specific component, processor, module, chip, or circuitry within the server 104.

For example, the server 104 can comprise one or more server processors 218, server memory and storage units 220, and a server communication interface 222. The server processors 218 can be coupled to the server memory and storage units 220 and the server communication interface 222 through high-speed buses or interfaces.

The one or more server processors 218 can comprise one or more CPUs, GPUs, ASICs, FPGAs, or a combination thereof. The one or more server processors 218 can execute software stored in the server memory and storage units 220 to execute the methods or instructions described herein. The one or more server processors 218 can be embedded processors, processor cores, microprocessors, logic circuits, hardware FSMs, DSPs, or a combination thereof. As a more specific example, at least one of the server processors 218 can be a 64-bit processor.

The server memory and storage units 220 can store software, data (including video or image data), tables, logs, databases, or a combination thereof. The server memory and storage units 220 can comprise an internal memory and/or an external memory, such as a memory residing on a storage node or a storage server. The server memory and storage units 220 can be a volatile memory or a non-volatile memory. For example, the server memory and storage units 220 can comprise nonvolatile storage such as NVRAM, Flash memory, solid-state drives, hard disk drives, and volatile storage such as SRAM, DRAM, or SDRAM.

The server communication interface 222 can refer to one or more wired and/or wireless communication interfaces or modules. For example, the server communication interface 222 can be a network interface card. The server communication interface 222 can comprise or refer to at least one of a WiFi communication module, a cellular communication module (e.g., a 4G or 5G cellular communication module), and a Bluetooth®/BLE or other-type of short-range communication module. The server 104 can connect to or communicatively couple with each of the edge devices 102 via the server communication interface 222. The server 104 can transmit or receive packets of data using the server communication interface 222.

FIG. 3 illustrates certain modules and engines of the edge device 102 and the server 104. In some embodiments, the edge device 102 can comprise at least an event detection engine 300, a localization and mapping engine 302, and a license plate recognition engine 304. In these and other embodiments, the server 104 can comprise at least a knowledge engine 306, a reasoning engine 308, and an analytics engine 310.

Software instructions run on the edge device 102, including any of the engines and modules disclosed herein, can be written in the Java® programming language, C++ programming language, the Python® programming language, the Golang™ programming language, or a combination thereof. Software instructions run on the server 104, including any of the engines and modules disclosed herein, can be written in the Ruby® programming language (e.g., using the Ruby on Rails® web application framework), Python® programming language, or a combination thereof.

18

As previously discussed, the edge device 102 (e.g., the first edge device 102A, the second edge device 102B, or any other edge devices 102 deployed in a carrier vehicle 110) can continuously capture video of an external environment surrounding the edge device 102. For example, the video image sensors 208 of the edge device 102 can capture everything that is within a combined field of view 512 (see, e.g., FIG. 5C) of the video image sensors 208.

The event detection engine 300 can call a plurality of functions from a computer vision library 312 to read or otherwise obtain frames from the video (e.g., the first video 120A or the second video 120B) and enhance the video images by resizing, cropping, or rotating the video images.

In one example embodiment, the computer vision library 312 can be the OpenCV® library maintained and operated by the Open Source Vision Foundation. In other embodiments, the computer vision library 312 can be or comprise functions from the TensorFlow® software library, the SimpleCV® library, or a combination thereof.

The event detection engine 300 can then apply a semantic segmentation function from the computer vision library 312 to automatically annotate the video images at a pixel-level with semantic labels. The semantic labels can be class labels such as person, road, tree, building, vehicle, curb, sidewalk, traffic sign, fire hydrant, parking meter, lane line, etc. Pixel-level semantic segmentation can refer to associating a class label with each pixel of a video image.

The enhanced and semantically segmented images can be provided as training data by the event detection engine 300 to a deep learning model 314 running on the edge device 102. The enhanced and semantically segmented images can also be transmitted by the edge device 102 to the server 104 to be used to construct various semantic annotated maps 318 stored in the knowledge engine 306 of the server 104.

The deep learning model 314 can be or comprise a neural network trained for object detection. For example, the deep learning model 314 can be or comprise a convolutional neural network (CNN) comprising a plurality of convolutional layers and fully connected layers. The deep learning model 314 can be trained in part from video images of videos captured by the edge device 102. The deep learning model 314 can also be trained in part from video images of videos captured by other edge devices 102 (i.e., edge devices 102 other than the first edge device 102A and the second edge device 102B). For example, the deep learning model 314 can be trained using video images from videos captured by other edge devices 102 deployed in the same municipality or other carrier vehicles 110 in the same carrier fleet. The deep learning model 314 can also be trained using video images from videos captured by edge devices 102 at an earlier point in time.

In some embodiments, the deep learning model 314 can be the You Only Look Once (YOLO) object detection model. As a more specific example, the deep learning model 314 can be the YOLOv3 object detection model.

The event detection engine 300 can pass video frames in real-time to the deep learning model 314 to detect objects in real-time and apply bounding boxes (see, e.g., FIG. 9) to such objects. For example, the deep learning model 314 can apply class labels to detected objects and apply bounding boxes around such detected objects. The deep learning model 314 can also identify certain attributes of the detected objects. For example, the deep learning module 314 can identify a set of attributes of an object identified as a vehicle such as the color of the vehicle, the make and model of the vehicle, and the vehicle type (e.g., whether the vehicle is a personal vehicle or a public service vehicle).

US 11,003,919 B1

19

As shown in FIG. **3**, the edge device **102** can also comprise a license plate recognition engine **304**. The license plate recognition engine **304** can be configured to recognize license plate numbers of vehicles in the video frames. For example, the license plate recognition engine **304** can pass a video frame or image captured by a dedicated LPR camera of the edge device **102** (e.g., the second video image sensor **208**B of FIGS. **2**A, **5**A, and **5**D) to a machine learning model specifically trained to recognize license plate numbers from video images. Alternatively, the license plate recognition engine **304** can pass a video frame or image captured by one of the HDR image sensors (e.g., the first video image sensor **208**A, the third video image sensor **208**C, or the fourth video image sensor **208**D) to the machine learning model trained to recognize license plate numbers from such video frames or images.

As a more specific example, the machine learning model can be or comprise a deep learning network or a convolutional neural network specifically trained to recognize license plate numbers from video images. In some embodiments, the machine learning model can be or comprise the OpenALPR™ license plate recognition model. The license plate recognition engine **304** can use the machine learning model to recognize alphanumeric strings representing license plate numbers from video images comprising license plates.

In alternative embodiments, the license plate recognition engine **304** can be run on the server **104**. In additional embodiments, the license plate recognition engine **304** can be run on both the edge device **102** and the server **104**.

When a vehicle (e.g., the vehicle **112**) is parked illegally in a restricted road area **114** (e.g., a bus lane or bike lane), the event detection engine **300** can bound the vehicle in the video frames or images with a vehicular bounding box **900** and bound at least a segment of the restricted road area **114** in the video frames or images with a road bounding box **902** (see, e.g., FIG. **9**). Moreover, the event detection engine **300** can identify the color of the vehicle, the make and model of the vehicle, and the vehicle type from video frames or images. The event detection engine **300** can detect at least some overlap between the vehicular bounding box **900** and the road bounding box **902** when the vehicle is parked in the restricted road area **114**.

The event detection engine **300** can detect that a potential traffic violation has occurred based on a detected overlap between the vehicular bounding box **900** and the road bounding box **902**. The event detection engine **300** can then generate an evidence package **316** to be transmitted to the server **104**. In some embodiments, the evidence package **316** can comprise clips or segments of the relevant video(s) captured by the edge device **102**, a timestamp of the event recorded by the event detection engine **300**, an alphanumeric string representing the license plate number of the offending vehicle (e.g., the vehicle **112**), and the location of the offending vehicle as determined by the localization and mapping engine **302**.

The localization and mapping engine **302** can determine the location of the offending vehicle (e.g., the vehicle **112**) using any combination of positioning data obtained from the positioning unit **210**, inertial measurement data obtained from the IMUs **206**, and wheel odometry data **216** obtained from the wheel odometer of the carrier vehicle **110** carrying the edge device **102**. For example, the localization and mapping engine **302** can use positioning data concerning the current location of the edge device **102** to estimate or approximate the location of the offending vehicle. Moreover, the localization and mapping engine **302** can determine

20

the location of the offending vehicle by recognizing an object or landmark (e.g., a bus stop sign) near the vehicle with a known geolocation associated with the object or landmark. In some embodiments, the localization and mapping engine **302** can further refine the determined location of the offending vehicle by factoring in a distance calculated between the edge device **102** and the offending vehicle based on a size of the license plate shown in one or more video frames and a lens parameter of one of the video images sensors **208** (e.g., a zoom factor of the lens) of the edge device **102**.

The localization and mapping engine **302** can also be configured to call on certain functions from the computer vision library **312** to extract point clouds **317** comprising a plurality of salient points **319** (see, also, FIG. **7**) from the videos captured by the video image sensors **208**. The salient points **319** can be visually salient features or key points of objects shown in the videos. For example, the salient points **319** can be the key features of a building, a vehicle, a tree, a road, a fire hydrant, etc. The point clouds **317** or salient points **319** extracted by the localization and mapping engine **302** can be transmitted from the edge device **102** to the server **104** along with any semantic labels used to identify the objects defined by the salient points **319**. The point clouds **317** or salient points **319** can be used by the knowledge engine **306** of the server **104** to construct three-dimensional (3D) semantic annotated maps **318**. The 3D semantic annotated maps **318** can be maintained and updated by the server **104** and transmitted back to the edge devices **102** to aid in violation detection.

In this manner, the localization and mapping engine **302** can be configured to undertake simultaneous localization and mapping. The localization and mapping engine **302** can associate positioning data with landmarks, structures, and roads shown in the videos captured by the edge device **102**. Data and video gathered by each of the edge devices **102** can be used by the knowledge engine **306** of the server **104** to construct and maintain the 3D semantic annotated maps **318**. Each of the edge devices **102** can periodically or continuously transmit the salient points **319**/points clouds, semantic labels, and positioning data gathered by the localization and mapping engine **302** to the server **104** for the purposes of constructing and maintaining the 3D semantic annotated maps **318**.

The knowledge engine **306** of the server **104** can be configured to construct a virtual 3D environment representing the real world environment captured by the video image sensors **208** of the edge devices **102**. The knowledge engine **306** can be configured to construct the 3D semantic annotated maps **318** from videos and data received from the edge devices **102** and continuously update such maps based on new videos or data received from the edge devices **102**. The knowledge engine **306** can use inverse perspective mapping to construct the 3D semantic annotated maps **318** from two-dimensional (2D) video image data obtained from the edge devices **102**.

The semantic annotated maps **318** can be built on top of existing standard definition maps and can be built on top of geometric maps **320** constructed from sensor data and salient points **319** obtained from the edge devices **102**. For example, the sensor data can comprise data from the positioning units **210** and IMUs **206** of the edge devices **102** and wheel odometry data **216** from the carrier vehicles **110**.

The geometric maps **320** can be stored in the knowledge engine **306** along with the semantic annotated maps **318**. The knowledge engine **306** can also obtain data or information from one or more government mapping databases or

US 11,003,919 B1

government GIS maps to construct or further fine-tune the semantic annotated maps 318. In this manner, the semantic annotated maps 318 can be a fusion of mapping data and semantic labels obtained from multiple sources including, but not limited to, the plurality of edge devices 102, municipal mapping databases, or other government mapping databases, and third-party private mapping databases. The semantic annotated maps 318 can be set apart from traditional standard definition maps or government GIS maps in that the semantic annotated maps 318 are: (i) three-dimensional, (ii) accurate to within a few centimeters rather than a few meters, and (iii) annotated with semantic and geolocation information concerning objects within the maps. For example, objects such as lane lines, lane dividers, crosswalks, traffic lights, no parking signs or other types of street signs, fire hydrants, parking meters, curbs, trees or other types of plants, or a combination thereof are identified in the semantic annotated maps 318 and their geolocations and any rules or regulations concerning such objects are also stored as part of the semantic annotated maps 318. As a more specific example, all bus lanes or bike lanes within a municipality and their hours of operation/occupancy can be stored as part of a semantic annotated map 318 of the municipality.

The semantic annotated maps 318 can be updated periodically or continuously as the server 104 receives new mapping data, positioning data, and/or semantic labels from the various edge devices 102. For example, a bus serving as a carrier vehicle 100 having an edge device installed within the bus can drive along the same bus route multiple times a day. Each time the bus travels down a specific roadway or passes by a specific landmark (e.g., building or street sign), the edge device 102 on the bus can take video(s) of the environment surrounding the roadway or landmark. The videos can first be processed locally on the edge device 102 (using the computer vision tools and deep learning models previously discussed) and the outputs (e.g., the detected objects, semantic labels, and location data) from such detection can be transmitted to the knowledge engine 306 and compared against data already included as part of the semantic annotated maps 318. If such labels and data match or substantially match what is already included as part of the semantic annotated maps 318, the detection of this roadway or landmark can be corroborated and remain unchanged. If, however, the labels and data do not match what is already included as part of the semantic annotated maps 318, the roadway or landmark can be updated or replaced in the semantic annotated maps 318. An update or replacement can be undertaken if a confidence level or confidence value of the new objects detected is higher than the confidence level or confidence value of objects previously detected by the same edge device 102 or another edge device 102. This map updating procedure or maintenance procedure can be repeated as the server 104 receives more data or information from additional edge devices 102.

As shown in FIG. 3, the server 104 can transmit or deploy revised or updated semantic annotated maps 322 to the edge devices 102. For example, the server 104 can transmit or deploy revised or updated semantic annotated maps 322 periodically or when an update has been made to the existing semantic annotated maps 318. The updated semantic annotated maps 322 can be used by the edge device 102 to more accurately localize restricted road areas 114 to ensure accurate detection. Ensuring that the edge devices 102 have access to updated semantic annotated maps 322 reduces the likelihood of false positive detections.

The knowledge engine 306 can also store all event data or files included as part of any evidence packages 316 received from the edge devices 102 concerning potential traffic violations. The knowledge engine 306 can then pass certain data or information from the evidence package 316 to the reasoning engine 308 of the server 104.

The reasoning engine 308 can comprise a logic reasoning module 324, a context reasoning module 326, and a severity reasoning module 328. The context reasoning module 326 can further comprise a game engine 330 running on the server 104.

The logic reasoning module 324 can use logic (e.g., logic operators) to filter out false positive detections. For example, the logic reasoning module 324 can look up the alphanumeric string representing the detected license plate number of the offending vehicle in a government vehicular database (e.g., a Department of Motor Vehicles database) to see if the registered make/model of the vehicle associated with the detected license plate number matches the vehicle make/model detected by the edge device 102. If such a comparison results in a mismatch, the potential traffic violation can be considered a false positive. Moreover, the logic reasoning module 324 can also compare the location of the purported restricted road area 114 against a government database of all restricted roadways or zones to ensure that the detected roadway or lane is in fact under certain restrictions or prohibitions against entry or parking. If such comparisons result in a match, the logic reasoning module 324 can pass the data and files included as part of the evidence package 316 to the context reasoning module 326.

The context reasoning module 326 can use a game engine 330 to reconstruct the violation as a game engine simulation 1000 (see, e.g., FIG. 10) in a 3D virtual environment. The context reasoning module 326 can also visualize or render the game engine simulation 1000 as a video clip that can be presented through a web portal or app 332 run on a client device 130 in communication with the server 104.

The game engine simulation 1000 (see, e.g., FIG. 10) can be a simulation of the potential traffic violation captured by the video image sensors 208 of the edge device 102.

For example, the game engine simulation 1000 can be a simulation of a car parked or driving illegally in a bus lane or bike lane. In this example, the game engine simulation 1000 can include not only the car and the bus or bike lane but also other vehicles or pedestrians in the vicinity of the car and their movements and actions.

The game engine simulation 1000 can be reconstructed from videos and data received from the edge device 102. For example, the game engine simulation 1000 can be constructed from videos and data included as part of the evidence package 316 received from the edge device 102. The game engine 330 can also use semantic labels and other data obtained from the semantic annotated maps 318 to construct the game engine simulation 1000.

In some embodiments, the game engine 330 can be a game engine built on the Unreal Engine® creation platform. For example, the game engine 330 can be the CARLA simulation creation platform. In other embodiments, the game engine 330 can be the Godot™ game engine or the Armory™ game engine.

The context reasoning module 326 can use the game engine simulation 1000 to understand a context surrounding the traffic violation. The context reasoning module 326 can apply certain rules to the game engine simulation 1000 to determine if a potential traffic violation is indeed a traffic violation or whether the violation should be mitigated. For example, the context reasoning module 326 can determine a

US 11,003,919 B1

23

causation of the potential traffic violation based on the game engine simulation **1000**. As a more specific example, the context reasoning module **326** can determine that the vehicle **112** stopped only temporarily in the restricted road area **114** to allow an emergency vehicle to pass by. Rules can be set by the context reasoning module **326** to exclude certain detected violations when the game engine simulation **1000** shows that such violations were caused by one or more mitigating circumstances (e.g., an emergency vehicle passing by or another vehicle suddenly swerving into a lane). In this manner, the context reasoning module **326** can use the game engine simulation **1000** to determine that certain potential traffic violations should be considered false positives.

If the context reasoning module **326** determines that no mitigating circumstances are detected or discovered, the data and videos included as part of the evidence package **316** can be passed to the severity reasoning module **328**. The severity reasoning module **328** can make the final determination as to whether a traffic violation has indeed occurred by comparing data and videos received from a first edge device **102**A and a second edge device **102**B.

For example, each of the two edge devices **102** can capture video of the same vehicle **112** parked in the same restricted road area **114**. More specifically, the first edge device **102**A can capture a first video **120**A where at least one of the frames, captured at a first point in time, shows the vehicle **112** parked in the restricted road area **114**. In addition, the second edge device **102**B can capture a second video **120**B where at least one of the frames, captured at a second point in time after the first point in time, shows the same vehicle **112** parked in the same restricted road area **114**. A first timestamp **118**A generated or recorded by the first edge device **102**A can reflect the first point in time and a second timestamp **118**B generated or recorded by the second edge device **102**B can reflect the second point in time. The first edge device **102**A can transmit to the server **104** an evidence package **316** comprising a configurable clip of the first video **120**A, a first alphanumeric string **124**A representing a recognized license plate number of the vehicle **112**, a first set of vehicle attributes **126**A such as a recognized color, make/model, and vehicle type of the vehicle **112**, the first timestamp **118**A, and a first positioning data **122**A representing an estimated location of the vehicle **112**. The second edge device **102**B can transmit to the server **104**, at a later point in time, another evidence package **316** comprising a configurable clip of the second video **120**B, a second alphanumeric string **124**B representing a recognized license plate of the vehicle **112**, a second set of vehicle attributes **126**B such as a recognized color, make/model, and vehicle type of the vehicle **112**, the second timestamp **118**B, and a second positioning data **122**B representing an estimated location of the vehicle **112**.

The severity reasoning module **328** can make a final determination that a traffic violation has occurred based in part on an elapsed time between the first timestamp **118**A and the second timestamp **118**B and a comparison of (i) the first alphanumeric string **124**A with the second alphanumeric string **124**B, (ii) the first set of vehicle attributes **126**A with the second set of vehicle attributes **126**B, and (iii) the first positioning data **122**A with the second positioning data **122**B. As a more specific example, the severity reasoning module **328** can determine that a traffic violation has indeed occurred when: the (a) elapsed time is greater than a minimum time threshold set by the severity reasoning module **328**, the (b) alphanumeric strings and the vehicles attributes match one another, and (c) the positioning data

24

either match or any difference between the positioning data are within acceptable ranges. The minimum time threshold can be adjusted based on a time restriction associated with the restricted road area **114** or based on rules or regulations set by a municipality. For example, the minimum time threshold can be adjusted based on the type of restricted road area **114** (i.e., whether the restricted road area **114** is a bus lane, a bike lane, a no-parking curb, a passenger loading or unloading zone, etc.).

In some embodiments, the minimum time threshold can be adjusted by the severity reasoning module **328** based on a time-of-day, a day-of-the-week, an event occurring in a municipality, or certain holidays. The severity reasoning module **328** can also set additional time thresholds such as a plurality of severity time thresholds. For example, the severity reasoning module **328** can set the severity time thresholds as being five-minutes (for a non-severe violation), ten-minutes (for a severe violation), or twenty-minutes (for an extremely severe violation). The severity reasoning module **328** can tag or label the determined traffic violation with a severity level based on whether the elapsed time between the first timestamp **118**A and the second timestamp **118**B exceeded one of the severity time thresholds.

As shown in FIG. **3**, the server **104** can also comprise an analytics engine **310**. The analytics engine **310** can be configured to render visualizations, event feeds, and/or a live map showing the locations of all potential or confirmed traffic violations. The analytics engine **310** can also provide insights or predictions based on the traffic violations detected. For example, the analytics engine **310** can determine violation hotspots and render graphics visualizing such hotspots.

The visualizations, event feeds, and live maps rendered by the analytics engine **310** can be accessed through a web portal or app **332** run on a client device **130** able to access the server **104** or be communicatively coupled to the server **104**. The client device **130** can be used by a third-party reviewer (e.g., a law enforcement official or a private contractor) to review the detected traffic violations.

In some embodiments, the web portal can be a browser-based portal and the app can be a downloadable software application such as a mobile application. More specifically, the mobile application can be an Apple® iOS mobile application or an Android® mobile application.

The server **104** can render one or more graphic user interfaces (GUIs) **334** that can be accessed or displayed through the web portal or app **332**. For example, one of the GUIs **334** can comprise a live map showing real-time locations of all edge devices **102**, traffic violations, and violation hot-spots. Another of the GUIs **334** provide a live event feed of all flagged events or potential traffic violations and the processing status of such violations. Yet another GUI **334** can be a violation review GUI **1100** (see, e.g., FIG. **11**) that can play back video evidence of a traffic violation along with data or information concerning a time/date that the violation occurred, a determined location of the violation, a device identifier, and a carrier vehicle identifier. As will be discussed in more detail in the following sections, the violation review GUI **1100** can provide a user of the client device **130** with user interface elements to approve or reject a violation.

In other embodiments, the system **100** can offer an application programming interface (API) **331** designed to allow third-parties to access data and visualizations captured or collected by the edge devices **102**, the server **104**, or a combination thereof.

US 11,003,919 B1

25

One technical problem faced by those in the field of automated traffic violation detection is how to lower the rate of false positive detection. One effective technical solution offered by the applicant is the system 100 and methods disclosed herein where potential traffic violations are initially detected by the edge device 102 and the evidence packages 316 concerning such violations are transmitted to the server 104 that acts as the final arbiter using, in part, logic reasoning and context reasoning. Moreover, the server 104 can reduce the rate of false positive detection even further by allowing a third-party reviewer to review evidence of the detected violation through a web portal or software application running on a client device 130 in communication with the server 104.

Another technical problem faced by those in the field of automated traffic violation detection is how to balance the processing load so that a server or cloud computing resource is not responsible for all detection tasks, which can slow down the detection process and require large video files to be continuously transmitted to the server 104 for real-time or near real-time detection. One effective technical solution offered by the applicant is the system 100 and methods disclosed herein where videos captured by the video image sensors 208 of the edge device 102 are first processed on the fly with multiple power processors of the edge device 102 using computer vision tools and deep learning models and then a compiled evidence package 316 is transmitted to the server 104 for further processing only when a potential violation is detected. This also alleviates any privacy concerns associated with deploying edge devices 102 configured to capture videos of public streets and scenery.

Yet another technical problem faced by those in the field of automated traffic violation detection is that the standard geo-maps used by those in the field are often outdated, inaccurate, and do not reflect the real-world environment. One effective technical solution offered by the applicant is the system 100 and methods disclosed herein which uses the edge devices 102 to not only conduct violation detection but also gather real-time videos of the real-world environment and extract point clouds 317 comprising a plurality of salient points 319 defining objects within such videos and transmit such point clouds 317, along with semantic labels of such objects, to the server 104 to construct and update semantic annotated maps that are then pushed back to the edge devices 102 to aid in traffic violation detection.

FIG. 3 also illustrates that the server 104 can receive third party video and data 336 concerning a potential traffic violation. The server 104 can receive the third party video and data 336 via one or more application programming interfaces (APIs) 338. For example, the server 104 can receive third party video and data 336 from a third-party mapping service, a third-party violation detection service or camera operator, or a fleet of autonomous or semiautonomous vehicles. For example, the knowledge engine 306 can use the third party video and data 336 to construct or update the semantic annotated maps 318. Also, for example, the reasoning engine 308 can use the third party video and data 336 to determine whether a traffic violation has indeed occurred and to gauge the severity of the violation. The analytics engine 310 can use the third party video and data 336 to generate graphics, visualizations, or maps concerning violations detected from such third party video and data 336.

FIG. 4 illustrates that, in some embodiments, the carrier vehicle 400 can be a municipal fleet vehicle. For example, the carrier vehicle 110 can be a transit vehicle such as a municipal bus, train, or light-rail vehicle, a school bus, a street sweeper, a sanitation vehicle (e.g., a garbage truck or

26

recycling truck), a traffic or parking enforcement vehicle, or a law enforcement vehicle (e.g., a police car or highway patrol car), a tram or light-rail train.

In other embodiments, the carrier vehicle 110 can be a semi-autonomous vehicle such as a vehicle operating in one or more self-driving modes with a human operator in the vehicle. In further embodiments, the carrier vehicle 110 can be an autonomous vehicle or self-driving vehicle.

In certain embodiments, the carrier vehicle 110 can be a private vehicle or vehicle not associated with a municipality or government entity.

As will be discussed in more detail in the following sections, the edge device 102 can be detachably or removably coupled to the carrier vehicle 400. For example, the edge device 102 can comprise an attachment arm 502 (see FIGS. 5A-5D) for securing or otherwise coupling the edge device 102 to a window or dashboard of the carrier vehicle 110. As a more specific example, the edge device 102 can be coupled to a front windshield, a rear windshield, a side window, a front dashboard, or a rear deck or dashboard of the carrier vehicle 110.

In some embodiments, the edge device 102 can be coupled to an exterior surface or side of the carrier vehicle 110 such as a front, lateral, or rear exterior surface or side of the carrier vehicle 110. In additional embodiments, the edge device 102 can be coupled to a component or arm extending from the carrier vehicle 110. For example, the edge device 102 can be coupled to a stop arm (i.e., an arm carrying a stop sign) of a school bus.

As previously discussed, the system 100 can comprise edge devices 102 installed in or otherwise coupled carrier vehicles 110 deployed within a geographic area or municipality. For example, an edge device 102 can be coupled to a front windshield or dash/deck of each of a bus driving around a city on its daily bus route. Also, for example, an edge device 102 can be coupled to a front windshield or dash/deck of a street sweeper on its daily sweeping route or a garbage/recycling truck on its daily collection route.

One problem faced by most municipalities is how to cost-effectively monitor low-level traffic violations at scale in a municipal locale. One effective solution offered by the applicant is the system 100 and methods disclosed herein which uses municipal fleet vehicles already deployed in the municipal locale to assist with automated traffic enforcement by coupling an edge device 102 comprising a plurality of video image sensors 208 to the municipal fleet vehicle.

It is also contemplated by this disclosure that the edge device 102 can be carried by or otherwise coupled to a micro-mobility vehicle (e.g., an electric scooter). In other embodiments contemplated by this disclosure, the edge device 102 can be carried by or otherwise coupled to a UAV or drone.

FIGS. 5A and 5B illustrate front and right side views, respectively, of one embodiment of the edge device 102. The edge device 102 can comprise a device housing 500 and an attachment arm 502.

The device housing 500 can be substantially shaped as an elongate cuboid having rounded corners and edges. In other embodiments, the device housing 500 can be substantially shaped as a rectangular box, an ovoid, a truncated pyramid, a sphere, or any combination thereof.

In some embodiments, the device housing 500 can be made in part of a polymeric material, a metallic material, or a combination thereof. For example, the device housing 500 can be made in part of a rigid polymeric material such as polycarbonate, acrylanitrile butadiene styrene (ABS), or a combination thereof. The device housing 500 can also be

US 11,003,919 B1

27

made in a part of an aluminum alloy, stainless steel, titanium, or a combination thereof. In some embodiments, at least portions of the device housing 500 can be made of glass (e.g., the parts covering the image sensor lenses).

As shown in FIGS. 5A and 5B, when the device housing 500 is implemented as an elongate cuboid, the device housing 500 can have a housing length 504, a housing height 506, and a housing depth 508. In some embodiments, the housing length 504 can be between about 150 mm and about 250 mm. For example, the housing length 504 can be about 200 mm. The housing height 506 can be between about 50 mm and 100 mm. For example, the housing height 506 can be about 75 mm. The housing depth 508 can be between about 50 mm and 100 mm. For example, the housing depth 508 can be about 75 mm.

In some embodiments, the attachment arm 502 can extend from a top of the device housing 500. In other embodiments, the attachment arm 502 can also extend from a bottom of the device housing 500. As shown in FIG. 5B, at least one of the linkages of the attachment arm 502 can rotate with respect to one or more of the other linkage(s) of the attachment arm 502 to tilt the device housing 500. The device housing 500 can be tilted to allow a driver of the carrier vehicle 110 or an installer of the edge device 102 to obtain better camera angles or account for a slant or angle of the vehicle's windshield.

The attachment arm 502 can comprise a high bonding adhesive 510 at a terminal end of the attachment arm 502 to allow the attachment arm 502 to be adhered to a windshield (e.g., a front windshield or a rear windshield), window, or dashboard of the carrier vehicle 110. In some embodiments, the high bonding adhesive 510 can be a very high bonding (VHB) adhesive layer or tape, an ultra-high bonding (UHB) adhesive layer or tape, or a combination thereof. As shown in FIGS. 5B and 5E, in one example embodiment, the attachment arm 502 can be configured such that the adhesive 510 faces forward or in a forward direction above the device housing 500. In other embodiments not shown in the figures but contemplated by this disclosure, the adhesive 510 can face downward below the device housing 500 to allow the attachment arm 502 to be secured to a dashboard or deck of the carrier vehicle 110.

In other embodiments contemplated by this disclosure but not shown in the figures, the attachment arm 502 can be detachably or removably coupled to a windshield, window, or dashboard of the carrier vehicle 110 via a suction mechanism (e.g., one or more releasable high-strength suction cups), a magnetic connector, or a combination thereof with or without adhesives. In additional embodiments, the device housing 500 can be fastened or otherwise coupled to an exterior surface or interior surface of the carrier vehicle 110 via screws or other fasteners, clips, nuts and bolts, adhesives, suction cups, magnetic connectors, or a combination thereof.

In further embodiments contemplated by this disclosure but not shown in the figures, the attachment arm 502 can be detachably or removably coupled to a micro-mobility vehicle or a UAV or drone. For example, the attachment arm 502 can be detachably or removably coupled to a handrail/handlebar of an electric scooter. Also, for example, the attachment arm 502 can be detachably or removably coupled to a mount or body of a drone or UAV.

FIGS. 5A-5D illustrate that the device housing 500 can house or contain all of the electronic components (see, e.g., FIG. 2A) of the edge device 102 including the plurality of video image sensors 208. For example, the video image sensors 208 can comprise a first video image sensor 208A,

28

a second video image sensor 208B, a third video image sensor 208C, and a fourth video image sensor 208D.

As shown in FIG. 5A, one or more of the video image sensors 208 can be angled outward or oriented in one or more peripheral directions relative to the other video image sensors 208 facing forward. The edge device 102 can be positioned such that the forward facing video image sensors (e.g., the second video image sensor 208B and the third video image sensor 208C) are oriented in a direction of forward travel of the carrier vehicle 110. In these embodiments, the angled video image sensors (e.g., the first video image sensor 208A and the fourth video image sensor 208D) can be oriented such that the environment surrounding the carrier vehicle 110 or to the periphery of the carrier vehicle 110 can be captured by the angled video image sensors. The first video image sensor 208A and the fourth video image sensor 208D can be angled with respect to the second video image sensor 208B and the third video image sensor 208C.

In the example embodiment shown in FIG. 5A, the device housing 500 can be configured such that the camera or sensor lenses of the forward facing image video sensors (e.g., the second video image sensor 208B and the third video image sensor 208C) are exposed along the length or long side of the device housing 500 and each of the angled video image sensors (e.g., the first video image sensor 208A and the fourth video image sensor 208D) is exposed along an edge or side of the device housing 500.

When in operation, the forward facing video image sensors can capture videos of the environment (e.g., the roadway, other vehicles, buildings, or other landmarks) mostly in front of the carrier vehicle 110 and the angled video image sensors can capture videos of the environment mostly to the sides of the carrier vehicle 110. As a more specific example, the angled video image sensors can capture videos of adjacent lane(s), vehicle(s) in the adjacent lane(s), a sidewalk environment including people or objects (e.g., fire hydrants or other municipal assets) on the sidewalk, and buildings facades.

At least one of the video image sensors 208 (e.g., the second video image sensor 208B) can be a license plate recognition (LPR) camera having a fixed-focal or varifocal telephoto lens. In some embodiments, the LPR camera can comprise one or more infrared (IR) filters and a plurality of IR light-emitting diodes (LEDs) that allow the LPR camera to operate at night or in low-light conditions. The LPR camera can capture video images at a minimum resolution of 1920×1080 (or 2 MP). The LPR camera can also capture video at a frame rate of between 1 frame per second and 120 FPS. In some embodiments, the LPR camera can also capture video at a frame rate of between 20 FPS and 80 FPS.

The other video image sensors 208 (e.g., the first video image sensor 208A, the third video image sensor 208C, and the fourth video image sensor 208D) can be ultra-low-light HDR image sensors. The HDR image sensors can capture video images at a minimum resolution of 1920×1080 (or 2MP). The HDR image sensors can also capture video at a frame rate of between 1 frame per second and 120 FPS. In certain embodiments, the HDR image sensors can also capture video at a frame rate of between 20 FPS and 80 FPS. In some embodiments, the video image sensors 208 can be or comprise ultra-low-light CMOS image sensors distributed by Sony Semiconductor Solutions Corporation.

FIG. 5C illustrates that the video image sensors 208 housed within the embodiment of the edge device 102 shown in FIG. 5A can have a combined field of view 512 of greater than 180 degrees. For example, the combined field of

US 11,003,919 B1

29

view **512** can be about 240 degrees. In other embodiments, the combined field of view **512** can be between 180 degrees and 240 degrees.

FIGS. **5**D and **5**E illustrate perspective and right side views, respectively, of another embodiment of the edge device **102** having a camera skirt **514**. The camera skirt **514** can block or filter out light emanating from an interior of the carrier vehicle **110** to prevent the lights from interfering with the video image sensors **208**. For example, when the carrier vehicle **110** is a municipal bus, the interior of the municipal bus can be lit by artificial lights (e.g., fluorescent lights, LED lights, etc.) to ensure passenger safety. The camera skirt **514** can block or filter out such excess light to prevent the excess light from degrading the video footage captured by the video image sensors **208**.

As shown in FIG. **5**D, the camera skirt **514** can comprise a tapered or narrowed end and a wide flared end. The tapered end of the camera skirt **514** can be coupled to a front portion of the device housing **500**. The camera skirt **514** can also comprise a skirt distal edge **516** defining the wide flared end. The skirt distal edge **516** can be configured to contact or press against one portion of the windshield or window of the carrier vehicle **110** when the edge device **102** is adhered or otherwise coupled to another portion of the windshield or window via the attachment arm **502**.

As shown in FIG. **5**D, the skirt distal edge **516** can be substantially elliptical-shaped or stadium-shaped. In other embodiments, the skirt distal edge **516** can be substantially shaped as a rectangle or oval. For example, at least part of the camera skirt **514** can be substantially shaped as a flattened frustoconic or a trapezoidal prism having rounded corners and edges.

FIG. **5**D also illustrates that the combined field of view **512** of the video image sensors **208** housed within the embodiment of the edge device **102** shown in FIG. **5**D can be less than 180 degrees. For example, the combined field of view **512** can be about 120 degrees or between about 90 degrees and 120 degrees.

FIG. **6** illustrates an alternative embodiment of the edge device **102** where the edge device **102** is a personal communication device such as a smartphone or tablet computer. In this embodiment, the video image sensors **208** of the edge device **102** can be the built-in image sensors or cameras of the smartphone or tablet computer. Moreover, references to the one or more processors **200**, the wireless communication modules **204**, the positioning unit **210**, the memory and storage units **202**, and the IMUs **206** of the edge device **102** can refer to the same or similar components within the smartphone or tablet computer.

Also, in this embodiment, the smartphone or tablet computer serving as the edge device **102** can also wirelessly communicate or be communicatively coupled to the server **104** via the secure connection **108**. The smartphone or tablet computer can also be positioned near a windshield or window of a carrier vehicle **110** via a phone or tablet holder coupled to the windshield, window, dashboard, deck, mount, or body of the carrier vehicle **110**.

FIG. **7** illustrates point clouds **317** comprising a plurality of salient points **319** being extracted from a video frame of a video captured by an edge device **102**. In some embodiments, the localization and mapping engine **302** of the edge device **102** (see, e.g., FIG. **3**) can call on certain functions from the computer vision library **312** to extract the point clouds **317** and salient points **319** from the videos captured by the video image sensors **208**. The salient points **319** can be visually salient features or key points of objects or landmarks shown in the videos. For example, the salient

30

points **319** can be the key features of a building, a vehicle, a tree, a road, a fire hydrant, etc. The point clouds **317** or salient points **319** extracted by the localization and mapping engine **302** can be transmitted from the edge device **102** to the server **104** along with any semantic labels used to identify the objects defined by the point clouds **317** or salient points **319**. The point clouds **317** or salient points **319** or can be used by the knowledge engine **306** of the server **104** to construct the 3D semantic annotated maps **318**.

FIG. **8** illustrates that a video frame can be segmented at a pixel-level and each pixel of the video frame can be associated with a semantic label or class label **800**. For example, the event detection engine **300** of the edge device **102** can apply one or more functions (e.g., a semantic segmentation function) from the computer vision library **312** to automatically annotate the video frame at a pixel-level with the semantic labels or class labels **800**. The semantic labels or class labels **800** can be used by the knowledge engine **306** of the server **104** to construct the 3D semantic annotated maps **318**.

FIG. **9** is a visual representation of the vehicle **112** being bound by a vehicular bounding box **900** and a segment of a restricted road area **114** being bound by a road bounding box **902**. The event detection engine **300** can pass video frames from the video(s) captured by the video image sensors **208** to the deep learning model **314** running on the edge device **102**. Video frames can be processed in real-time by the deep learning model **314**. The deep learning model **314** can detect the objects in the video frames and automatically bound the detected objects in bounding boxes. Although FIG. **9** illustrates only the vehicle **112** and the restricted road area **114** being bound by the bounding boxes, it should be understood by one of ordinary skill in the art that each video frame of the video(s) captured by the edge device **102** can comprise a plurality of bounding boxes bounding any number of objects detected within the video frame.

As previously discussed, in one embodiment, the deep learning model **314** can be the YOLO object detection model. As a more specific example, the deep learning model **314** can be the YOLOv3 object detection model. The YOLO object detection model (including the YOLOv3 object detection model) can comprise a plurality of convolutional layers and fully connected layers making up the model's CNN.

The deep learning model **314** can automatically output bounding boxes and class predictions of all objects (e.g., vehicles, roads, pedestrians, etc.) detected in each video frame by feeding the video frames into the CNN. In some embodiments, only one forward pass of the video frame through the CNN is needed to obtain the bounding boxes and class predictions.

The edge device **102** can then determine whether the road area or lane occupied by the vehicle **112** is under any restrictions or prohibitions against occupancy or entry (e.g., a bus lane that only allows buses to be in such lanes during certain hours of the day). For example, the edge device **102** can use positioning data obtained from the positioning unit **210** and the semantic annotated maps **318** to determine whether the road area or lane occupied by the vehicle **112** is under any restrictions or prohibitions against occupancy or entry. For example, the edge device **102** can compare the positioning data against the geolocations of previously identified bus lanes or no parking zones included as part of the stored semantic annotated maps **318**. Alternatively, the edge device **102** can determine whether the road occupied by the vehicle **112** is under any restrictions or prohibitions against occupancy or entry by comparing the positioning data against the geolocations of previously identified bus lanes or

US 11,003,919 B1

31

no parking zones included as part of a government map database (e.g., a government GIS database) accessible by the edge device 102.

As shown in FIG. 9, when the vehicle 112 occupies at least part of the restricted road area 114, the vehicular bounding box 900 can overlap with the road bounding box 902 bounding the restricted road area 114. When the edge device 102 determines that the vehicular bounding box 900 overlaps with the road bounding box 902, the edge device 102 can determine that a potential traffic violation has occurred and begin to compile the evidence package 316 (see, e.g., FIG. 3) to transmit to the server 104.

The edge device 102 can determine that bounding boxes overlap by extracting coordinates and dimensions of the bounding boxes from the deep learning model 314. For example, the one or more processors of the edge device 102 can be programmed to extract the coordinates and dimensions of the vehicular bounding box 900 and the road bounding box 902 and compare such coordinates and dimensions against one another to determine whether there is overlap. Although bounding boxes are shown in FIG. 9, it should be understood by one of ordinary skill in the art that bounding lines, instead of boxes, or both bounding lines and bounding boxes can be used to bound the restricted road area 114.

Moreover, the one or more processors of the edge device 102 can also be programmed to not apply bounding boxes to objects (e.g., vehicles, roads, etc.) if a confidence level or confidence value of such detection is below a predetermined confidence threshold. For example, the confidence threshold can be set at 50%. The confidence level or confidence value of the detection can be provided as an additional output by the deep learning model 314 (see, e.g., FIG. 3) as part of the object detection process.

The one or more processors of the edge device 102 can also be programmed to pass video frames or images captured by the dedicated LPR camera (e.g., the second video image sensor 208B of FIGS. 2A, 5A, and 5D) to the license plate recognition engine 304 of the edge device 102 (see, e.g., FIG. 3).

Alternatively, the one or more processors of the edge device 102 can also be programmed to pass video frames or images captured by one of the HDR image sensors (e.g., the first video image sensor 208A, the third video image sensor 208C, or the fourth video image sensor 208D) to the license plate recognition engine 304 of the edge device 102.

In further embodiments, the license plate recognition engine 304 can be run on the server 104. In additional embodiments, the license plate recognition engine 304 can be run on both the edge device 102 and the server 104.

The license plate recognition engine 304 can comprise a machine learning model specifically trained to recognize license plate numbers from video images. For example, the machine learning model can be a deep learning network or a convolutional neural network specifically trained to recognize license plate numbers from video images. As a more specific example, the machine learning model can be the OpenALPR™ license plate recognition model. The edge device 102 can use the machine learning model to recognize an alphanumeric string 904 representing a recognized license plate number of the vehicle 112.

In some embodiments, the machine learning model can also be configured to recognize a make and model of the vehicle 112 from the video(s) captured by the edge device 102. The edge device 102 can also determine the make and model of the vehicle 112 by querying a third-party or municipal license plate database accessible by the edge

32

device 102 using the alphanumeric string 904 representing the recognized license plate number of the vehicle 112.

Although FIG. 9 illustrates the bounding boxes and license plate number as being visually presented on a display screen, it should be understood by one of ordinary skill in the art that applying and comparing the bounding boxes and extracting alphanumeric strings representing the license plate number can be done without being visualized and with only the outputs of such processes being stored in a database or displayed to a user.

FIG. 10 illustrates a game engine simulation 1000 generated by the game engine 330 (see, e.g., FIG. 3) of the context reasoning module 326 of the server 104. The game engine simulation 1000 can be a simulation of the potential traffic violation captured by the video image sensors 208 of the edge device 102 involving the vehicle 112 and the restricted road area 114.

For example, the game engine simulation 1000 can be a simulation of a car parked or driving illegally in a bus lane. In this example, the game engine simulation 1000 can include not only the car and the bus lane but also other vehicles or pedestrians in the vicinity of the car and their movements and actions.

The game engine simulation 1000 can be reconstructed from videos (e.g., the first video 120A, the second video 120B, or a combination thereof) and data received from the edge device 102. For example, the game engine simulation 1000 can be constructed from videos and data included as part of the evidence package 316 received from the edge device 102. The game engine 330 can also use semantic labels and data obtained from the semantic annotated maps 318 to construct the game engine simulation 1000.

In some embodiments, the game engine 330 can be a game engine built on the Unreal Engine® creation platform. For example, the game engine 330 can be the CARLA simulation creation platform. In other embodiments, the game engine 330 can be the Godot™ game engine or the Armory™ game engine.

The context reasoning module 326 can use the game engine simulation 1000 to understand a context surrounding the traffic violation. The context reasoning module 326 can apply certain rules to the game engine simulation 1000 to determine if a potential traffic violation is indeed a traffic violation or whether the violation should be mitigated. For example, the context reasoning module 326 can determine a causation of the potential traffic violation based on the game engine simulation 1000. As a more specific example, the context reasoning module 326 can determine that the vehicle 112 stopped only temporarily in the restricted road area 114 to allow an emergency vehicle to pass by. Rules can be set by the context reasoning module 326 to exclude certain detected violations when the game engine simulation 1000 shows that such events violations were caused by one or more mitigating circumstances. In this manner, the game engine simulation 1000 can allow the context reasoning module 326 to determine that certain potential traffic violations should be considered false positives or excused.

In some embodiments, the game engine simulations 1000 can only be used by the server 104 and not displayed to a user of the system 100. In other embodiments, the game engine simulation 1000 can be rendered as a video clip to a user through a web portal or mobile application to allow the user to make a final decision concerning whether the potential traffic violation is indeed a traffic violation.

FIG. 11 illustrates one example of a violation review GUI 1100. In some embodiments, the violation review GUI 1100 can be accessed through the web or browser-based portal. In

US 11,003,919 B1

33

other embodiments, the violation review GUI **1100** can be accessed through a downloadable mobile application run on the client device **130** (see, e.g., FIGS. **1A** and **3**). For example, the mobile application can be an Apple® iOS mobile application or an Android® mobile application.

The violation review GUI **1100** can be one instance of the GUI **334** presented to a user or customer of the system **100** (e.g., a law enforcement official or third-party contractor responsible for adjudicating or otherwise making decisions concerning traffic violations for a municipality or other government entity). For example, the violation review GUI **1100** can comprise a video player **1102** embedded in a portion of the violation review GUI **110** that allows the user to play back one or more evidence videos captured by the edge device(s) **102** concerning the detected traffic violation. The violation review GUI **1100** can also display a number of video control graphic elements **1104** that allow the user to pause, forward, or reverse the video playback, zoom into any video frames of interest, expand the video player to full-screen view, save still images, forward or reverse by single-frames, change the brightness, contrast, or color balance of the video, or a combination thereof.

In some embodiments, a portion or window of the violation review GUI **1100** can provide data or information concerning, among other things, a (i) time and date that the violation occurred, a (ii) violation type (e.g., a bus lane violation), a (iii) violation status (e.g., a moving violation or a non-moving violation), and a (vi) a device or evidence certification status. The violation review GUI **1100** can also provide data or information concerning a location of the violation as determined by one or more of the edge devices **102** (e.g., street name(s) and/or longitude/latitude), a device identifier (e.g., a camera ID number), a carrier vehicle identifier (e.g., a bus ID number), a recognized license plate number, and attributes of the offending vehicle including a color, make/model, or vehicle type of the offending vehicle (e.g., whether the vehicle is a private vehicle or a public vehicle such as a police car, fire truck, ambulance, etc.).

FIG. **11** also illustrates that an additional portion or window of the violation review GUI **1100** can comprise a map **1106** displaying where the violation occurred or is suspected of occurring. In some embodiments, the map **1106** can be manipulated to allow the user to zoom in or out and drag/move the map.

The violation review GUI **1100** can also allow the user to add one or more tags to categorize or classify the violation under review. For example, the violation review GUI **1100** can allow the user to add the one or more tags by applying one or more user inputs to a tagging graphic element **1108**. Once the user applies a user input to the tagging graphic element **1108**, the user can select from a list of predefined tags to tag the traffic violation. In other embodiments, the user can create a new tag by typing into a text input element.

The violation review GUI **1100** can also provide the user the ability reject or approve the detected traffic violation by applying one or more user inputs to a reject graphic element **1110** and an approve graphic element **1112** displayed through the violation review GUI **1100**. For example, the user can apply a user input (e.g., a click or touch input) to the reject graphic element **1110** when data or information concerning the detected traffic violation (e.g., the license plate, the color, or the make/model of the offending vehicle) do not match up with the video evidence shown in the video player **1102**. Moreover, a user can apply a user input to the reject graphic element **1110** when the user observes a mitigating circumstance from the video playback not

34

detected by the reasoning engine **308** or not included as part of the game engine simulation **1000**.

The user can also apply a user input to the approve graphic element **1112** when the user is satisfied that the traffic violation has occurred based on a review of the video evidence and the data/information provided through the violation review GUI **1100**.

A number of embodiments have been described. Nevertheless, it will be understood by one of ordinary skill in the art that various changes and modifications can be made to this disclosure without departing from the spirit and scope of the embodiments. Elements of systems, devices, apparatus, and methods shown with any embodiment are exemplary for the specific embodiment and can be used in combination or otherwise on other embodiments within this disclosure. For example, the steps of any methods depicted in the figures or described in this disclosure do not require the particular order or sequential order shown or described to achieve the desired results. In addition, other steps operations may be provided, or steps or operations may be eliminated or omitted from the described methods or processes to achieve the desired results. Moreover, any components or parts of any apparatus or systems described in this disclosure or depicted in the figures may be removed, eliminated, or omitted to achieve the desired results. In addition, certain components or parts of the systems, devices, or apparatus shown or described herein have been omitted for the sake of succinctness and clarity.

Accordingly, other embodiments are within the scope of the following claims and the specification and/or drawings may be regarded in an illustrative rather than a restrictive sense.

Each of the individual variations or embodiments described and illustrated herein has discrete components and features which may be readily separated from or combined with the features of any of the other variations or embodiments. Modifications may be made to adapt a particular situation, material, composition of matter, process, process act(s) or step(s) to the objective(s), spirit or scope of the present invention.

Methods recited herein may be carried out in any order of the recited events that is logically possible, as well as the recited order of events. Moreover, additional steps or operations may be provided or steps or operations may be eliminated to achieve the desired result.

Furthermore, where a range of values is provided, every intervening value between the upper and lower limit of that range and any other stated or intervening value in that stated range is encompassed within the invention. Also, any optional feature of the inventive variations described may be set forth and claimed independently, or in combination with any one or more of the features described herein. For example, a description of a range from 1 to 5 should be considered to have disclosed subranges such as from 1 to 3, from 1 to 4, from 2 to 4, from 2 to 5, from 3 to 5, etc. as well as individual numbers within that range, for example 1.5, 2.5, etc. and any whole or partial increments therebetween.

All existing subject matter mentioned herein (e.g., publications, patents, patent applications) is incorporated by reference herein in its entirety except insofar as the subject matter may conflict with that of the present invention (in which case what is present herein shall prevail). The referenced items are provided solely for their disclosure prior to the filing date of the present application. Nothing herein is to be construed as an admission that the present invention is not entitled to antedate such material by virtue of prior invention.

**35**

Reference to a singular item, includes the possibility that there are plural of the same items present. More specifically, as used herein and in the appended claims, the singular forms "a," "an," "said" and "the" include plural referents unless the context clearly dictates otherwise. It is further noted that the claims may be drafted to exclude any optional element. As such, this statement is intended to serve as antecedent basis for use of such exclusive terminology as "solely," "only" and the like in connection with the recitation of claim elements, or use of a "negative" limitation. Unless defined otherwise, all technical and scientific terms used herein have the same meaning as commonly understood by one of ordinary skill in the art to which this invention belongs.

Reference to the phrase "at least one of", when such phrase modifies a plurality of items or components (or an enumerated list of items or components) means any combination of one or more of those items or components. For example, the phrase "at least one of A, B, and C" means: (i) A; (ii) B; (iii) C; (iv) A, B, and C; (v) A and B; (vi) B and C; or (vii) A and C.

In understanding the scope of the present disclosure, the term "comprising" and its derivatives, as used herein, are intended to be open-ended terms that specify the presence of the stated features, elements, components, groups, integers, and/or steps, but do not exclude the presence of other unstated features, elements, components, groups, integers and/or steps. The foregoing also applies to words having similar meanings such as the terms, "including", "having" and their derivatives. Also, the terms "part," "section," "portion," "member" "element," or "component" when used in the singular can have the dual meaning of a single part or a plurality of parts. As used herein, the following directional terms "forward, rearward, above, downward, vertical, horizontal, below, transverse, laterally, and vertically" as well as any other similar directional terms refer to those positions of a device or piece of equipment or those directions of the device or piece of equipment being translated or moved.

Finally, terms of degree such as "substantially", "about" and "approximately" as used herein mean the specified value or the specified value and a reasonable amount of deviation from the specified value (e.g., a deviation of up to ±0.1%, ±1%, ±5%, or ±10%, as such variations are appropriate) such that the end result is not significantly or materially changed. For example, "about 1.0 cm" can be interpreted to mean "1.0 cm" or between "0.9 cm and 1.1 cm." When terms of degree such as "about" or "approximately" are used to refer to numbers or values that are part of a range, the term can be used to modify both the minimum and maximum numbers or values.

The term "engine" or "module" as used herein can refer to software, firmware, hardware, or a combination thereof. In the case of a software implementation, for instance, these may represent program code that performs specified tasks when executed on a processor (e.g., CPU, GPU, or processor cores therein). The program code can be stored in one or more computer-readable memory or storage devices. Any references to a function, task, or operation performed by an "engine" or "module" can also refer to one or more processors of a device or server programmed to execute such program code to perform the function, task, or operation.

It will be understood by one of ordinary skill in the art that the various methods disclosed herein may be embodied in a non-transitory readable medium, machine-readable medium, and/or a machine accessible medium comprising instructions compatible, readable, and/or executable by a processor or server processor of a machine, device, or

**36**

computing device. The structures and modules in the figures may be shown as distinct and communicating with only a few specific structures and not others. The structures may be merged with each other, may perform overlapping functions, and may communicate with other structures not shown to be connected in the figures. Accordingly, the specification and/or drawings may be regarded in an illustrative rather than a restrictive sense.

This disclosure is not intended to be limited to the scope of the particular forms set forth, but is intended to cover alternatives, modifications, and equivalents of the variations or embodiments described herein. Further, the scope of the disclosure fully encompasses other variations or embodiments that may become obvious to those skilled in the art in view of this disclosure.

We claim:

1. A method for detecting a traffic violation, comprising:

capturing a first video of a vehicle and a restricted road area using one or more video image sensors of a first edge device, wherein the first video comprises a first frame captured at a first point in time;

determining a location of the vehicle using in part a first positioning data obtained from a first positioning unit of the first edge device;

identifying, using one or more processors of the first edge device, the vehicle, the restricted road area, a first set of vehicle attributes of the vehicle, and a first alphanumeric string representing a license plate number of the vehicle from frames of the first video by applying a plurality of functions from a computer vision library to the first video and passing at least some the frames of the first video including the first frame to a deep learning model running on the first edge device;

bounding, using the one or more processors of the first edge device, the vehicle and the restricted road area in the first frame in a plurality of first bounding boxes;

detecting, at the first edge device, a first potential traffic violation at the first point in time based in part on overlap of the plurality of first bounding boxes and transmitting at least the first alphanumeric string, the first set of vehicle attributes, and the first positioning data from the first edge device to the server;

capturing a second video of the vehicle and the restricted road area using one or more video image sensors of a second edge device, wherein the second video comprises a second frame captured at a second point in time after the first point in time;

identifying, using one or more processors of the second edge device, the vehicle, the restricted road area, a second set of vehicle attributes of the vehicle, and a second alphanumeric string representing the license plate number of the vehicle from frames of the second video by applying a plurality of functions from a computer vision library to the second video and passing at least some of the frames of the second video including the second frame to a deep learning model running on the second edge device;

bounding, using the one or more processors of the second edge device, the vehicle and the restricted road area in the second frame in a plurality of second bounding boxes;

detecting, at the second edge device, a second potential traffic violation at the second point in time based in part on overlap of the plurality of second bounding boxes and transmitting at least the second alphanumeric string, the second set of vehicle attributes, and a second

US 11,003,919 B1

37

positioning data obtained from a second positioning unit of the second edge device from the second edge device to the server; and

determining, at the server, that a traffic violation has occurred based on an elapsed time between the second point in time and the first point in time and based on a comparison of the first alphanumeric string with the second alphanumeric string, the first set of vehicle attributes with the second set of vehicle attributes, and the first positioning data with the second positioning data.

2. The method of claim 1, wherein the deep learning model comprises a convolutional neural network trained for object detection, and wherein the deep learning model is trained in part from videos captured using edge devices other than the first edge device and the second edge device.

3. The method of claim 1, wherein the first positioning unit is a multi-band global navigation satellite system (GNSS) receiver configured for concurrent reception of signals from at least two of a GPS satellite navigation system, a GLONASS satellite navigation system, a Galileo navigation system, and a BeiDou satellite navigation system.

4. The method of claim 1, wherein the step of bounding the vehicle and the restricted road area further comprises bounding the vehicle using a vehicular bounding box and bounding the restricted road area using a road bounding box, and wherein the step of determining the first potential traffic violation further comprises detecting an overlap of the vehicular bounding box with the road bounding box.

5. The method of claim 1, wherein at least one of the video image sensors of the first edge device is a license plate recognition (LPR) camera, wherein the method further comprises passing a video frame captured by the LPR camera to a license plate recognition engine model running on the first edge device to identify the first alphanumeric string representing the license plate number of the vehicle.

6. The method of claim 1, where the step of capturing the first video further comprises capturing the first video at a frame rate of between 1 frame per second and 120 frames per second (FPS), and wherein at least some of the video image sensors of the first edge device are high-dynamic range (HDR) image sensors.

7. The method of claim 1, wherein the first edge device is configured to be coupled to a first carrier vehicle, wherein the first edge device comprises a first vehicle bus connector for obtaining wheel odometry data from a wheel odometer of the first carrier vehicle, and wherein the step of determining the location of the vehicle further comprises using in part the wheel odometry data from the first carrier vehicle.

8. The method of claim 1, further comprising generating, using the one or more server processors, a simulation of the traffic violation using a reasoning engine running on the server by utilizing a game engine based on data and video frames obtained from at least one of the first video and the second video.

9. The method of claim 1, further comprising generating, using the one or more server processors, a graphical user interface (GUI) to be displayed on a client device communicatively coupled to the server, wherein the GUI comprises a video clip made from at least one of the first video and the second video, the location of the vehicle determined by at least one of the first edge device and the second edge device, and a portion of a map showing the location.

10. The method of claim 1, wherein the first edge device comprises an attachment arm configured to secure the first edge device to at least one of a window, a dashboard, a deck, a mount, a rail, a handlebar, and a body of a carrier vehicle.

38

11. A system for detecting a traffic violation, comprising:

a first edge device comprising one or more first edge device processors, one or more first video image sensors, and a first positioning unit,

wherein the first video image sensors are configured to capture a first video of a vehicle and a restricted road area, wherein the first video comprises a first frame captured at a first point in time;

wherein the one or more first edge device processors are programmed to:

determine a location of the vehicle using in part a first positioning data obtained from the first positioning unit;

identify the vehicle, the restricted road area, a first set of vehicle attributes of the vehicle, and a first alphanumeric string representing a license plate number of the vehicle from frames of the first video by applying a plurality of functions from a computer vision library to the first video and passing at least some of the first video including the first frame to a deep learning model running on the first edge device;

bound the vehicle and the restricted road area in the first frame in a plurality of first bounding boxes;

detect a first potential traffic violation at the first point in time based in part on overlap of the plurality of first bounding boxes and transmit at least the first alphanumeric string, the first set of vehicle attributes, and the first positioning data from the first edge device to a server;

a second edge device comprising one or more second edge device processors, one or more second video image sensors, and a second positioning unit,

wherein the second video image sensors are configured to capture a second video of the vehicle and the restricted road area, wherein the second video comprises a second frame captured at a second point in time after the first point in time;

wherein the one or more second edge device processors are programmed to:

determine the location of the vehicle using in part a second positioning data obtained from the second positioning unit;

identify the vehicle, the restricted road area, a second set of vehicle attributes of the vehicle, and a second alphanumeric string representing the license plate number of the vehicle from frames of the second video by applying a plurality of functions from the computer vision library to the second video and passing at least some of the second video including the second frame to the deep learning model running on the second edge device;

bound the vehicle and the restricted road area in the second frame in a plurality of second bounding boxes;

detect a second potential traffic violation at the second point in time based in part on overlap of the plurality of second bounding boxes and transmit at least the second alphanumeric string, the second set of vehicle attributes, and the second positioning data from the second edge device to the server; and

wherein the server comprises one or more server processors programmed to determine that a traffic violation has occurred based on an elapsed time between the second point in time and the first point in time and based on a comparison of the first alphanumeric string

US 11,003,919 B1

39

40

with the second alphanumeric string, the first set of vehicle attributes with the second set of vehicle attributes, and the first positioning data with the second positioning data.

12. The system of claim **11**, wherein the deep learning model comprises a convolutional neural network trained for object detection, and wherein the deep learning model is trained in part from videos captured using edge devices other than the first edge device and the second edge device.

13. The system of claim **11**, wherein the first positioning unit and the second positioning unit are multi-band global navigation satellite system (GNSS) receivers configured for concurrent reception of signals from at least two of a GPS satellite navigation system, a GLONASS satellite navigation system, a Galileo navigation system, and a BeiDou satellite navigation system.

14. The system of claim **11**, wherein the one or more first edge device processors are further programmed to:

bound the vehicle in the first frame using a vehicular bounding box;

bound the restricted road area in the first frame using a road bounding box; and

detect the first potential traffic violation by detecting an overlap of the vehicular bounding box with the road bounding box.

15. The system of claim **11**, wherein at least one of the video image sensors of the first edge device is a license plate recognition (LPR) camera, wherein a video frame captured by the LPR camera is passed to a license plate recognition engine running on the first edge device to identify the first alphanumeric string representing the license plate number of the vehicle.

16. The system of claim **11**, wherein the first video is captured at a frame rate of between 1 frame per second and 120 frames per second (FPS), and wherein at least some of the video image sensors of the first edge device are high-dynamic range (HDR) image sensors.

17. The system of claim **11**, wherein the first edge device is configured to be coupled to a first carrier vehicle, wherein the first edge device comprises a first vehicle bus connector for obtaining wheel odometry data from a wheel odometer of the first carrier vehicle, and wherein the location of the vehicle is determined in part from the wheel odometry data.

18. The system of claim **11**, wherein the server comprises a reasoning engine running on the server, wherein the reasoning engine generates a simulation of the traffic violation utilizing a game engine based on data and video frames obtained from the first video and the second video.

19. The system of claim **11**, wherein the one or more server processors are further programmed to generate a graphical user interface (GUI) to be displayed on a client device communicatively coupled to the server, wherein the GUI comprises a video clip made from at least one of the first video and the second video, the location of the vehicle determined by at least one of the first edge device and the second edge device, and a portion of a map showing the location.

20. A device for detecting a potential traffic violation, comprising:

one or more video image sensors configured to capture a video of a vehicle and a restricted road area;

a global navigation satellite system (GNSS) receiver configured to determine a location of the vehicle; and

one or more processors programmed to executed instructions to:

identify the vehicle and the restricted road area from frames of the video by applying a plurality of func-

tions from a computer vision library to the frames and passing the frames to a deep learning model running on the device;

bound the vehicle in the frames with a vehicular bounding box and bound the restricted road area in the frames with a road bounding box; and

detect that a potential traffic violation has occurred based in part on the location of the vehicle and overlap of the vehicular bounding box with the road bounding box.

21. The method of claim **1**, wherein the first video is captured using the one or more video image sensors of the first edge device when the first edge device is coupled to a first carrier vehicle while the first carrier vehicle is in motion, and wherein the second video is captured using the one or more video image sensors of the second edge device when the second edge device is coupled to a second carrier vehicle while the second carrier vehicle is in motion.

22. The method of claim **1**, wherein the restricted road area is a restricted lane of a roadway.

23. The method of claim **1**, wherein bounding the vehicle and the restricted road area in the first frame in the plurality of first bounding boxes further comprises passing at least the first frame to the deep learning model running on the first edge device to bound the vehicle and the restricted road area in the plurality of first bounding boxes, and wherein bounding the vehicle and the restricted road area in the second frame in the plurality of second bounding boxes further comprises passing at least the second frame to the deep learning model running on the second edge device to bound the vehicle and the restricted road area in the plurality of second bounding boxes.

24. The method of claim **1**, further comprising:

determining, using the first edge device, a road area as the restricted road area using the first positioning data obtained from the first positioning unit and using data or information from a semantic annotated map stored on the first edge device; and

determining, using the second edge device, the road area as the restricted road area using the second positioning data obtained from the second positioning unit and using data or information from a semantic annotated map stored on the second edge device.

25. The system of claim **11**, wherein the first video is captured using the one or more video image sensors of the first edge device when the first edge device is coupled to a first carrier vehicle while the first carrier vehicle is in motion, and wherein the second video is captured using the one or more video image sensors of the second edge device when the second edge device is coupled to a second carrier vehicle while the second carrier vehicle is in motion.

26. The system of claim **11**, wherein the restricted road area is a restricted lane of a roadway.

27. The system of claim **11**, wherein the one or more first edge device processors are further programmed to bound the vehicle and the restricted road area in the first frame in the plurality of first bounding boxes by passing at least the first frame to the deep learning model running on the first edge device to bound the vehicle and the restricted road area in the plurality of first bounding boxes, and wherein the one or more second edge device processors are further programmed to bound the vehicle and the restricted road area in the second frame in the plurality of second bounding boxes by passing at least the second frame to the deep learning model running on the second edge device to bound the vehicle and the restricted road area in the plurality of second bounding boxes.

US 11,003,919 B1

41

42

**28**. The system of claim **11**, wherein the one or more first edge device processors are further programmed to determine a road area as the restricted road area using the first positioning data obtained from the first positioning unit and using data or information from a semantic annotated map stored on the first edge device; and wherein the one or more second edge device processors are further programmed to determine a road area as the restricted road area using the second positioning data obtained from the second positioning unit and using data or information from a semantic annotated map stored on the second edge device.

**29**. The device of claim **20**, wherein the video is captured using the one or more video image sensors of the edge device when the edge device is coupled to a carrier vehicle while the carrier vehicle is in motion.

**30**. The device of claim **20**, wherein the restricted road area is a restricted lane of a roadway.

**31**. The device of claim **20**, wherein the one or more processors are further programmed to pass the frames of the video to the deep learning model to bound the vehicle in the frames with the vehicular bounding box and bound the restricted road area in the frames with the road bounding box.

**32**. The device of claim **20**, wherein the one or more processors are further programmed to determine a road area as the restricted road area using the location of the vehicle and using data or information from a semantic annotated map stored on the edge device.

\* \* \* \* \*

# Exhibit B

**Hayden AI Technologies Inc. v. Safe Fleet Holdings LLC et al.**
**No. 1:23-cv-03471-EK-JRC (E.D.N.Y.)**

Defendants' Infringement of U.S. Patent No. 11,003,919[*]

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| 1[pre]. A method for detecting a traffic violation, comprising: | To the extent the preamble is limiting, use of the Safe Fleet ClearLane system practices a method for detecting a traffic violation.<br><br>The ClearLane system provides a means to "automatically detect[s] a bus lane violation", which is a traffic violation.<br><br>The Safe Fleet ClearLane system installed on transit buses traveling in the bus-only lanes uses two types of bus-mounted cameras along with a purpose-built computer with internal sensors, a GPS receiver, and a cellular router. The front-facing camera provides context, recording video of the entire scene. The mobile Automated License Plate Reader (ALPR) camera reads vehicle license plates. The context and ALPR cameras work in tandem, capturing the license plate details associated with any vehicle in violation of the posted bus lane restriction.<br><br>&bull; Automatically detect a bus lane violation<br><br>(https://www.safefleet.net/products/fleet-video-systems/transit-surveillance-systems/automated-bus-lane-enforcement-able/.) |

---

[*]       Discovery in this case is ongoing. Hayden AI accordingly submits this chart based on currently available information about the structure, function and operation of the Safe Fleet ClearLane product. Hayden AI expressly reserves the right to revise, amend, supplement, or otherwise alter its infringement theories—including but not limited to joint or divided infringement theories, induced infringement theories, contributory infringement theories, or theories of infringement under the doctrine of equivalents—in light of information gleaned through discovery. Hayden AI expressly reserves the right to amend its enumerated asserted claims for good cause, consistent with the scheduling order in this case, Dkt. No. 49.

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| | (https://www.safefleet.net/document/safe-fleet-clearlane/.)<br><br>The ClearLane system can also be used to detect other types of traffic violations, including "violations in bike lanes, intersections, crosswalks, and more."<br><br> (https://www.safefleet.net/document/able-clearlane-ebook/.) |
| [1a.] capturing a first video of a vehicle and a restricted road area using one or more video image sensors of a first edge device, wherein the first video comprises a first frame captured at a first point in time; | Use of the Safe Fleet ClearLane system practices a method for detecting a traffic violation comprising capturing a first video of a vehicle and a restricted road area using one or more video image sensors of a first edge device, wherein the first video comprises a first frame captured at a first point in time.<br><br>The ClearLane system "uses two types of bus-mounted cameras (context and ALPR)", *i.e.*, "video image sensors of a first edge device". |

2

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| | The Safe Fleet ClearLane system monitors bus lanes, automatically capturing evidence of infractions, and analyzing them against the city's laws to confirm a violation. The system uses two types of bus-mounted cameras (context and ALPR), a computer with inertial sensors, a GPS receiver, and a cellular router. <br><br>(https://www.safefleet.net/blog/get-increased-ridership-and-faster-rides-with-ai/; *see also* Dkt. No. 27-3 (Ranka Decl.) ¶¶ 45–46 ("The Safe Fleet Clear Lane system has two cameras for deployment on a bus.").) <br><br>The cameras are used to "scan and read the license plates of vehicles in violation" and "record[] video of the entire scene."  These recordings comprise a first frame captured at a first point in time. <br><br>In simplistic terms, ClearLane works like this: <br><br>1. The ALPR camera scans and reads the license plates of vehicles in violation. <br><br>2. The context camera captures the event, recording video of the entire scene and identifying the vehicle in question. <br><br>3. Advanced A.I. algorithms analyze these recordings and using a GPS receiver, compare them against the laws and regulations of the region. <br><br>4. The mobile computer creates an evidence package. <br><br>5. The evidence package is sent to the appropriate authorities via the cellular router. <br><br>(https://www.safefleet.net/blog/get-increased-ridership-and-faster-rides-with-ai/.) |

3

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
|  | ███████████████████████████████████████████████ |
| [1b.]  determining a location of the vehicle using in part a first positioning data obtained from a first positioning unit of the first edge device; | Use of the Safe Fleet ClearLane system practices a method for detecting a traffic violation comprising determining the location of the vehicle using in part a first positioning data obtained from a first positioning unit of the first edge device.<br><br>The ClearLane system uses, *inter alia*, "a GPS receiver," which is a positioning unit.<br><br>The Safe Fleet ClearLane system monitors bus lanes, automatically capturing evidence of infractions, and analyzing them against the city's laws to confirm a violation. The system uses two types of bus-mounted cameras (context and ALPR), a computer with inertial sensors, a GPS receiver, and a cellular router.<br><br>(https://www.safefleet.net/blog/get-increased-ridership-and-faster-rides-with-ai/.)<br><br>The enforcement system works by using these technologies onboard the bus:<br>■ Two different types of cameras— Context and ALPR<br>■ A purpose-built computer with inertial sensors<br>■ A GPS receiver<br>■ A cellular router<br><br>(https://www.safefleet.net/document/able-clearlane-ebook/.) |

4

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| [1c.] identifying, using one or more processors of the first edge device, the vehicle, the restricted road area, a first set of vehicle attributes of the vehicle, and a first alphanumeric string representing a license plate number of the vehicle from frames of the first video by applying a plurality of functions from a computer vision library to the first video and passing at least some the frames of the first video including the first frame to a deep learning model running on the first edge device; | Use of the Safe Fleet ClearLane system practices a method for detecting a traffic violation comprising identifying, using one or more processors of the first edge device, the vehicle, the restricted road area, a first set of vehicle attributes of the vehicle, and a first alphanumeric string representing a license plate number of the vehicle from frames of the first video by applying a plurality of functions from a computer vision library to the first video and passing at least some the frames of the first video including the first frame to a deep learning model running on the first edge device.<br><br>The Safe Fleet ClearLane system includes a "purpose-built computer with internal sensors", which is a processor of the first edge device.<br><br>The Safe Fleet ClearLane system installed on transit buses traveling in the bus-only lanes uses two types of bus-mounted cameras along with a purpose-built computer with internal sensors, a GPS receiver, and a cellular router. The front-facing camera provides context, recording video of the entire scene. The mobile Automated License Plate Reader (ALPR) camera reads vehicle license plates. The context and ALPR cameras work in tandem, capturing the license plate details associated with any vehicle in violation of the posted bus lane restriction.<br><br>(https://www.safefleet.net/products/fleet-video-systems/transit-surveillance-systems/automated-bus-lane-enforcement-able/.)<br><br>**Identifying Vehicle** |

5

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| | **Identifying Restricted Road Area**<br><br>████████████████████████████<br>████████████████████████████<br>████████████████████████████<br><br>*See also* Dkt. No. 28-23 (Pulskamp Decl.) ¶ 10 ("Seon's proposed ABLE system . . . applies 'computer vision algorithms to analyze the forward-facing camera video, identify the driving lanes and determine the location of the bus relative to the bus lane'").<br><br>**Identifying Vehicle Attributes**<br>The Safe Fleet ClearLane system "evidence package"—transmitted from the edge device to the server—contains information indicating the location of the license plate on the vehicle.<br><br>████████████████████<br>████████████████████<br>████████████████████<br><br>████████████████ is an attribute of a vehicle.  It is determined using computer vision functions from a computer vision library.<br><br>The Safe Fleet ClearLane system also uses its "powerful analytics" (*i.e.*, computer vision functions from a computer vision library) to collect data such as "vehicle, state of origin, and vehicle position," which are vehicle attributes. |

6

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| | **Powerful Analytics = Incredible Accuracy**<br><br>The system collects video and data such as license plate, vehicle, state of origin, vehicle position and uses a sophisticated algorithm and artificial intelligence modeling to achieve an average of 95% in vehicle detection and license plate accuracy.<br><br>(https://www.safefleet.net/products/fleet-video-systems/transit-surveillance-systems/automated-bus-lane-enforcement-able/.)<br><br>**Identifying an Alphanumeric String**<br><br>The Safe Fleet ClearLane system identifies "license plate details" (*i.e.*, "a first alphanumeric string representing a license plate number of the vehicle from frames of the first video").<br><br>The Safe Fleet ClearLane system installed on transit buses traveling in the bus-only lanes uses two types of bus-mounted cameras along with a purpose-built computer with internal sensors, a GPS receiver, and a cellular router. The front-facing camera provides context, recording video of the entire scene. The mobile Automated License Plate Reader (ALPR) camera reads vehicle license plates. The context and ALPR cameras work in tandem, capturing the license plate details associated with any vehicle in violation of the posted bus lane restriction.<br><br>(https://www.safefleet.net/products/fleet-video-systems/transit-surveillance-systems/automated-bus-lane-enforcement-able/.)<br><br>The system uses "a sophisticated algorithm and artificial intelligence modeling" (*i.e.*, "a deep learning model running on the first edge device") "to achieve an average of 95% in vehicle detection and license plate accuracy". |

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| | **Powerful Analytics = Incredible Accuracy**<br><br>The system collects video and data such as license plate, vehicle, state of origin, vehicle position and uses a sophisticated algorithm and artificial intelligence modeling to achieve an average of 95% in vehicle detection and license plate accuracy.<br><br>(https://www.safefleet.net/products/fleet-video-systems/transit-surveillance-systems/automated-bus-lane-enforcement-able/.) |
| [1d.] bounding, using the one or more processors of the first edge device, the vehicle and the restricted road area in the first frame in a plurality of first bounding boxes; | Use of the Safe Fleet ClearLane system practices a method for detecting a traffic violation comprising bounding, using the one or more processors of the first edge device, the vehicle and the restricted road area in the first frame in a plurality of first bounding boxes.<br><br>The Safe Fleet Clear Lane system includes one or more processors on the edge device. *See* claim [1c], *supra*.<br><br>**Vehicle**<br>The Safe Fleet ClearLane system bounds, using the one or more processors on the edge device, the vehicle in a first bounding box. |

8

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| |  **Doctrine of Equivalents**<br><br>In the alternative, limitation [1d] is infringed by equivalents. |

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
|  |  **Restricted Road Area** The Safe Fleet ClearLane system bounds the restricted road area in the first frame in a plurality of first bounding boxes.  As a non-limiting example, the Safe Fleet image below illustrates the restricted road area bounded in a blue bounding box. |

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| |  (https://www.safefleet.net/blog/get-increased-ridership-and-faster-rides-with-ai/.) <br><br> **Doctrine of Equivalents** <br><br> In the alternative, limitation [1e] is infringed by equivalents. <br><br> ████████████████████████████ ████████████████████████████ ████████████████████████████ <br><br> The Safe Fleet ClearLane system detects the lane ██████████████ ████████████████████████████ |

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| |  |
| [1e.] detecting, at the first edge device, a first potential traffic violation at the first point in time based in part on overlap of the plurality of first bounding boxes and transmitting at least the first alphanumeric string, the first set of vehicle attributes, and the first positioning data | Use of the Safe Fleet ClearLane system practices a method for detecting a traffic violation comprising detecting, at the first edge device, a first potential traffic violation at the first point in time based in part on an overlap of the plurality of first bounding boxes and transmitting at least the first alphanumeric string, the first set of vehicle attributes, and the first positioning data from the first edge device to the server.<br><br>**Detecting**<br>The Safe Fleet ClearLane system detects, at the edge device, a first potential violation at the first point in time based on the overlap of the bounding boxes. |

12

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| from the first edge device to the server; | (https://www.safefleet.net/blog/get-increased-ridership-and-faster-rides-with-ai/.) <br><br> Said detection process occurs locally on the edge device (*i.e.*, on the vehicle), where the on-board computer "compares [the data] against the laws and regulations of the region". |

13

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| | In simplistic terms, ClearLane works like this:<br><br>1. The ALPR camera scans and reads the license plates of vehicles in violation.<br><br>2. The context camera captures the event, recording video of the entire scene and identifying the vehicle in question.<br><br>3. Advanced A.I. algorithms analyze these recordings and using a GPS receiver, compare them against the laws and regulations of the region.<br><br>4. The mobile computer creates an evidence package.<br><br>5. The evidence package is sent to the appropriate authorities via the cellular router.<br><br>(https://www.safefleet.net/blog/get-increased-ridership-and-faster-rides-with-ai/.) |

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| | As explained with reference to limitation [1d], *supra*, ██████████████ ████ Also as explained with reference to limitation [1d], *supra*, ████████ ████████████████. |
| | The Safe Fleet ClearLane system device ████████████████ ████████████████████ |
| | The Safe Fleet ClearLane system ████████████████  |

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| |  **Doctrine of Equivalents** In the alternative, limitation [1e] is infringed by equivalents. **Transmitting** |

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
|  | In response to detecting a potential violation, the processor of the Safe Fleet ClearLane system creates "an evidence package" and transmits said evidence package using the on-board cellular router to a central server.<br><br>4. The mobile computer creates an evidence package.<br><br>5. The evidence package is sent to the appropriate authorities via the cellular router.<br><br>(https://www.safefleet.net/blog/get-increased-ridership-and-faster-rides-with-ai/.)<br><br><br><br>(https://www.safefleet.net/document/safe-fleet-clearlane/.)<br><br>This evidence package includes ██████████████████████████████████████████████████████████████████████████████████████████████ |

17

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| |  |

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| | **Powerful Analytics = Incredible Accuracy**<br><br>The system collects video and data such as license plate, vehicle, state of origin, vehicle position and uses a sophisticated algorithm and artificial intelligence modeling to achieve an average of 95% in vehicle detection and license plate accuracy.<br><br>(https://www.safefleet.net/products/fleet-video-systems/transit-surveillance-systems/automated-bus-lane-enforcement-able/.) |
| [1f.] capturing a second video of the vehicle and the restricted road area using one or more video image sensors of a second edge device, wherein the second video comprises a second frame captured at a second point in time after the first point in time; | Use of the Safe Fleet ClearLane system practices a method for detecting a traffic violation comprising capturing a second video of the vehicle and the restricted road area using one or more video image sensors of a second edge device, wherein the second video comprises a second frame captured at a second point in time after the first point in time.<br><br>*See* claim [1a], *supra*.<br><br>The Safe Fleet ClearLane system uses a plurality of bus-mounted edge devices, installed on multiple buses.<br><br>As a non-limiting example, the Safe Fleet ClearLane system allows users to "view[] their buses as they navigate dedicated bus lanes throughout the day on a real-time, live-streaming map".<br><br>**viewing their buses** as they navigate dedicated bus lanes throughout the day on a real-time, live-streaming map and then plan for additional buses, routes, or route changes.<br><br>(https://www.safefleet.net/document/able-clearlane-ebook/.)<br><br>The multiple cameras are "constantly capturing data in search of bus lane violations." |

19

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| | These cameras are constantly capturing data in search of bus lane violations," says Dan Pulskamp, VP, transit bus and rail, at Safe Fleet. "If a vehicle is parked in the bus lane, the ClearLane system takes a picture of the vehicle, license plate, and provides a day, time and GPS location stamp of where the offense took place." <br><br> (https://www.metro-magazine.com/10175956/safe-fleets-new-system-aims-to-clear-lanes-improve-ridership.) |
| [1g.]  identifying, using one or more processors of the second edge device, the vehicle, the restricted road area, a second set of vehicle attributes of the vehicle, and a second alphanumeric string representing the license plate number of the vehicle from frames of the second video by applying a plurality of functions from a computer vision library to the second video and passing at least some of the frames of the second video including the second frame to a deep learning model running on the second edge device; | Use of the Safe Fleet ClearLane system practices a method for detecting a traffic violation comprising identifying, using one or more processors of the second edge device, the vehicle, the restricted road area, a second set of vehicle attributes of the vehicle, and a second alphanumeric string representing the license plate number of the vehicle from frames of the second video by applying a plurality of functions from a computer vision library to the second video and passing at least some of the frames of the second video including the second frame to a deep learning model running on the second edge device. <br><br> *See* claim [1b], *supra*. <br><br> The Safe Fleet ClearLane system uses a plurality of bus-mounted edge devices, installed on multiple buses.  *See* claim [1f], *supra*. |
| [1h.]  bounding, using the one or more processors of the second edge device, the vehicle and the restricted road area in the second frame | Use of the Safe Fleet ClearLane system practices a method for detecting a traffic violation comprising bounding, using the one or more processors of the second edge device, the vehicle and the restricted road area in the second frame in a plurality of second bounding boxes. <br><br> *See* claim [1c], *supra*. |

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| in a plurality of second bounding boxes; | The Safe Fleet ClearLane system uses a plurality of bus-mounted edge devices, installed on multiple buses. *See* claim [1f]. |
| [1i.] detecting, at the second edge device, a second potential traffic violation at the second point in time based in part on overlap of the plurality of second bounding boxes and transmitting at least the second alphanumeric string, the second set of vehicle attributes, and a second positioning data obtained from a second positioning unit of the second edge device from the second edge device to the server; and | Use of the Safe Fleet ClearLane system practices a method for detecting a traffic violation comprising detecting, at the second edge device, a second potential traffic violation at the second point in time based in part on overlap of the plurality of second bounding boxes and transmitting at least the second alphanumeric string, the second set of vehicle attributes, and a second positioning data obtained from a second positioning unit of the second edge device from the second edge device to the server.<br><br>*See* claim [1d], *supra*.<br><br>The Safe Fleet ClearLane system uses a plurality of bus-mounted edge devices, installed on multiple buses. *See* claim [1f], *supra*. |
| [1j.] determining, at the server, that a traffic violation has occurred based on an elapsed time between the second point in time and the first point in time and based on a comparison of the first alphanumeric string with the second alphanumeric string, the first set of vehicle attributes with the second set of vehicle attributes, and the | Use of the Safe Fleet ClearLane system practices a method for detecting a traffic violation comprising determining, at the server, that a traffic violation has occurred based on an elapsed time between the second point in time and the first point in time and based on a comparison of the first alphanumeric string with the second alphanumeric string, the first set of vehicle attributes with the second set of vehicle attributes, and the first positioning data with the second positioning data.<br><br>The Safe Fleet ClearLane system "sen[ds] for review" an evidence package to a server. |

21

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| first positioning data with the second positioning data. | <br><br>(https://www.safefleet.net/document/safe-fleet-clearlane/.)<br><br>"The Safe Fleet ClearLane server system . . . receives input . . . from multiple buses. The server system compares the received license plate information, time stamps, and geographic location to determine whether a vehicle is detected in the same bus lane for a minimum period of time. If there is a match, the server applies business rules and compares the license plate to a whitelist." (Dkt. No. 27-3 (Ranka Decl.) ¶ 54.) |

22

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
|  |  |

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| 2.  The method of claim **1**, wherein the deep learning model comprises a convolutional neural network trained for object detection, and wherein the deep learning model is trained in part from videos captured using edge devices other than the first edge device and the second edge device. | Use of the Safe Fleet ClearLane system practices the method of claim 1, wherein the deep learning model comprises a convolutional neural network trained for object detection, and wherein the deep learning model is trained in part from videos captured using edge devices other than the first edge device and the second edge device.<br><br>*See* claim 1, *supra*. |

24

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
|  |  |

25

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| 4.  The method of claim **1**, wherein the step of bounding the vehicle and the restricted road area further comprises bounding the vehicle using a vehicular bounding box and bounding the restricted road area using a road bounding box, and wherein the step of determining the first potential traffic violation further comprises detecting an overlap of the vehicular bounding box with the road bounding box. | Use of the Safe Fleet ClearLane system practices the method of claim 1, wherein the step of bounding the vehicle and the restricted road area further comprises bounding the vehicle using a vehicular bounding box and bounding the restricted road area using a road bounding box, and wherein the step of determining the first potential traffic violation further comprises detecting an overlap of the vehicular bounding box with the road bounding box.<br><br>*See* claim 1, *supra*.<br>*See* claims [20e]–[20f], *infra*. |

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| 5.  The method of claim **1**, wherein at least one of the video image sensors of the first edge device is a license plate recognition (LPR) camera, wherein the method further comprises passing a video frame captured by the LPR camera to a license plate recognition engine model running on the first edge device to identify the first alphanumeric string representing the license plate number of the vehicle. | Use of the Safe Fleet ClearLane system practices the method of claim 1, wherein at least one of the video image sensors of the first edge device is a license plate recognition (LPR) camera, wherein the method further comprises passing a video frame captured by the LPR camera to a license plate recognition engine model running on the first edge device to identify the first alphanumeric string representing the license plate number of the vehicle.<br><br>*See* claim 1, *supra*.<br><br>The Safe Fleet ClearLane system uses an "ALPR camera" which is a license plate recognition camera.<br><br>The Safe Fleet ClearLane system installed on transit buses traveling in the bus-only lanes uses two types of bus-mounted cameras along with a purpose-built computer with internal sensors, a GPS receiver, and a cellular router. The front-facing camera provides context, recording video of the entire scene. The mobile Automated License Plate Reader (ALPR) camera reads vehicle license plates. The context and ALPR cameras work in tandem, capturing the license plate details associated with any vehicle in violation of the posted bus lane restriction.<br><br>(https://www.safefleet.net/products/fleet-video-systems/transit-surveillance-systems/automated-bus-lane-enforcement-able/.)<br><br>"The [ALPR] camera is used to take videos of vehicle license plates and interfaces with an automated license plate recognition (ALPR) engine."  (Dkt. No. 27-3 (Ranka Decl.) ¶ 45.) |

27

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| 6. The method of claim **1**, wherein the step of capturing the first video further comprises capturing the first video at a frame rate of between 1 frame per second and 120 frames per second (FPS), and wherein at least some of the video image sensors of the first edge device are high-dynamic range (HDR) image sensors. | Use of the Safe Fleet ClearLane system practices the method of claim 1, wherein the step of capturing the first video further comprises capturing the first video at a frame rate of between 1 frame per second and 120 frames per second (FPS), and wherein at least some of the video image sensors of the first edge device are high-dynamic range (HDR) image sensors.<br><br>*See* claim 1, *supra*.<br><br>The Safe Fleet ClearLane system uses two types of cameras, context and ALPR.  "The second camera of the Safe Fleet ClearLane System is a context camera and has a wider field of view than the ALPR camera.  The context camera is mounted on a vehicle such as a bus to take video of the context around a bus lane."  (Dkt. No. 27-3 (Ranka Decl.) ¶ 46.)<br><br>Safe Fleet ClearLane system cameras are "constantly capturing" images at a frame rate of between 1 and 120 FPS.<br><br>These cameras are constantly capturing data in search of bus lane violations," says Dan Pulskamp, VP, transit bus and rail, at Safe Fleet. "If a vehicle is parked in the bus lane, the ClearLane system takes a picture of the vehicle, license plate, and provides a day, time and GPS location stamp of where the offense took place."<br><br>(https://www.metro-magazine.com/10175956/safe-fleets-new-system-aims-to-clear-lanes-improve-ridership.)<br><br>The first video captured by the context camera is captured a frame rate of between 1 and 120 FPS, and is a high-dynamic range (HDR) camera. |

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| 10.  The method of claim **1**, wherein the first edge device comprises an attachment arm configured to secure the first edge device to at least one of a window, a dashboard, a deck, a mount, a rail, a handlebar and a body of a carrier vehicle. | Use of the Safe Fleet ClearLane system practices the method of claim 1, wherein the first edge device comprises an attachment arm configured to secure the first edge device to at least one of a window, a dashboard, a deck, a mount, a rail, a handlebar and a body of a carrier vehicle.<br><br>*See* claim 1, *supra*.<br><br>The Safe Fleet ClearLane system is "installed on transit buses," including its two "bus mounted cameras."  The Safe Fleet ClearLane system is, therefore, "secured" to buses.<br><br>The Safe Fleet ClearLane system installed on transit buses traveling in the bus-only lanes uses two types of bus-mounted cameras along with a purpose-built computer with internal sensors, a GPS receiver, and a cellular router. The front-facing camera provides context, recording video of the entire scene. The mobile Automated License Plate Reader (ALPR) camera reads vehicle license plates. The context and ALPR cameras work in tandem, capturing the license plate details associated with any vehicle in violation of the posted bus lane restriction.<br><br>(https://www.safefleet.net/products/fleet-video-systems/transit-surveillance-systems/automated-bus-lane-enforcement-able/.)<br><br>The Safe Fleet ClearLane system monitors bus lanes, automatically capturing evidence of infractions, and analyzing them against the city's laws to confirm a violation. The system uses two types of bus-mounted cameras (context and ALPR), a computer with inertial sensors, a GPS receiver, and a cellular router.<br><br>(https://www.safefleet.net/blog/get-increased-ridership-and-faster-rides-with-ai/.)<br><br>*See also* Dkt. No. 27-3 (Ranka Decl.) ¶¶ 45–46 (describing "mounted" cameras.) |

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
|  | A person of ordinary skill would recognize that the Safe Fleet ClearLane system edge device is secured to the moving fleet vehicle by an apparatus that is not substantially different from an "attachment arm."  The Safe Fleet ClearLane system edge device is secured to the fleet vehicle by an apparatus that performs substantially the same function (securing the edge device to the vehicle), in substantially the same way (by physically connecting it to the vehicle), to achieve substantially the same result (ensuring that the edge device is a semi-permanent fixture of the fleet vehicle). |

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| 11[pre].  A system for detecting a traffic violation, comprising: | To the extent the preamble is limiting, the Safe Fleet ClearLane is a system for detecting a traffic violation.<br><br>The Safe Fleet ClearLane system is a system that "automatically detect[s] a bus lane violation", which is a traffic violation.<br><br>The Safe Fleet ClearLane system installed on transit buses traveling in the bus-only lanes uses two types of bus-mounted cameras along with a purpose-built computer with internal sensors, a GPS receiver, and a cellular router. The front-facing camera provides context, recording video of the entire scene. The mobile Automated License Plate Reader (ALPR) camera reads vehicle license plates. The context and ALPR cameras work in tandem, capturing the license plate details associated with any vehicle in violation of the posted bus lane restriction.<br><br>• Automatically detect a bus lane violation<br><br>• Capture license plate photo/video of vehicle infringement<br><br>• Deliver evidence to the ticketing system<br><br>(https://www.safefleet.net/products/fleet-video-systems/transit-surveillance-systems/automated-bus-lane-enforcement-able/.)<br><br>**Automated Bus Lane Violations**<br>Automatically issue violation notices to vehicle owners who block bus lanes during enforcement periods.<br><br>(https://www.safefleet.net/document/safe-fleet-clearlane/.) |

31

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| | The ClearLane system can also detect other types of traffic violations, including "violations in bike lanes, intersections, crosswalks, and more." <br><br> The system can also be used to capture violations in bike lanes, intersections, crosswalks, and more. <br><br> (https://www.safefleet.net/document/able-clearlane-ebook/.) |
| [11a.] a first edge device comprising one or more first edge device processors, one or more first video image sensors, and a first positioning unit; | The Safe Fleet ClearLane system is a system for detecting a traffic violation comprising a first edge device comprising one or more first edge device processors, one or more first video image sensors, and a fist positioning unit. <br><br> **First Edge Device** <br> The ClearLane system uses "two types of bus-mounted cameras" (*i.e.*, "video image sensors"), "a GPS receiver" (*i.e.*, a "positioning unit") and "a computer" (*i.e.*, "edge device processor"). The Safe Fleet ClearLane system cameras are also "processors" capable of performing certain operations. <br><br> The Safe Fleet ClearLane system monitors bus lanes, automatically capturing evidence of infractions, and analyzing them against the city's laws to confirm a violation. The system uses two types of bus-mounted cameras (context and ALPR), a computer with inertial sensors, a GPS receiver, and a cellular router. <br><br> (https://www.safefleet.net/blog/get-increased-ridership-and-faster-rides-with-ai/.) |

32

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
|  | The enforcement system works by using these technologies onboard the bus: <br><br> ■ Two different types of cameras– Context and ALPR <br><br> ■ A purpose-built computer with inertial sensors <br><br> ■ A GPS receiver <br><br> ■ A cellular router <br><br> (https://www.safefleet.net/document/able-clearlane-ebook/.) <br><br> Each of these components is on the bus-mounted component of the Safe Fleet ClearLane system (*i.e.*, the edge device), as depicted in the following annotated diagram. |

33

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| | (https://www.safefleet.net/document/safe-fleet-clearlane/ (annotated).) |
| [11b.] wherein the first video image sensors are configured to capture a first video of a vehicle and a restricted road area, wherein the first video comprises a first frame captured at a first point in time; | The Safe Fleet ClearLane system is a system for detecting a traffic violation comprising a first edge device wherein the first video image sensors are configured to capture a first video of a vehicle and a restricted road area, wherein the first video comprises a first frame captured at a first point in time.<br><br>*See* claim [1a.] |

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| [11c.] wherein the one or more first edge device processors are programmed to: | The Safe Fleet ClearLane system is a system for detecting a traffic violation comprising a first edge device wherein the first edge device processors are programmed to perform various operations.<br><br>*See* claims [1b]–[1e], *supra*. |
| [11d.] determine a location of the vehicle using in part a first positioning data obtained from the first positioning unit; | The Safe Fleet ClearLane system is a system for detecting a traffic violation comprising a first edge device wherein the one or more first edge device processors are programmed to determine the location of the vehicle using in part a first positioning data obtained from the first positioning unit.<br><br>*See* claim [1b], *supra*. |
| [11e.] identify the vehicle, the restricted road area, a first set of vehicle attributes of the vehicle, and a first alphanumeric string representing a license plate number of the vehicle from frames of the first video by applying a plurality of functions from a computer vision library to the first video and passing at least some of the first video including the first frame to a deep learning model running on the first edge device; | The Safe Fleet ClearLane system is a system for detecting a traffic violation comprising a first edge device wherein the one or more first edge device processors are programmed to identify the vehicle, the restricted road area, a first set of vehicle attributes of the vehicle, and a first alphanumeric string representing a license plate number of the vehicle from frames of the first video by applying a plurality of functions from a computer vision library to the first video and passing at least some of the first video including the first frame to a deep learning model running on the first edge device.<br><br>*See* claim [1c], *supra*. |
| [11f.] bound the vehicle and the restricted road area in the first frame in a plurality of first bounding boxes; | The Safe Fleet ClearLane system is a system for detecting a traffic violation comprising a first edge device wherein the one or more first edge device processors are programmed to bound the vehicle and the restricted road area in the first frame in a plurality of first bounding boxes.<br><br>*See* claim [1d], *supra*. |

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
|  |  |
| [11g.] detect a first potential traffic violation at the first point in time based in part on overlap of the plurality of first bounding boxes and transmit at least the first alphanumeric string, the first set of vehicle attributes, and the first positioning data from the first edge device to a server; | The Safe Fleet ClearLane system is a system for detecting a traffic violation comprising a first edge device wherein the one or more first edge device processors are programmed to detect a first potential traffic violation at the first point in time based in part on overlap of the plurality of first bounding boxes and transmit at least the first alphanumeric string, the first set of vehicle attributes, and the first positioning data from the first edge device to a server. *See* claim [1e], *supra*. |
| [11h.] a second edge device comprising one or more second edge device processors, one or more second video image sensors, and a second positioning unit, | The Safe Fleet ClearLane system is a system for detecting a traffic violation comprising a second edge device comprising one or more second edge device processors, one or more second video image sensors, and a second positioning unit. The Safe Fleet ClearLane system uses a plurality of bus-mounted edge devices, installed on multiple buses. *See* claim [1f], *supra*. |
| [11i.] wherein the second video image sensors are configured to capture a second video of the vehicle and the restricted road area, wherein the second video comprises a second frame captured at a second point in time after the first point in time; | The Safe Fleet ClearLane system is a system for detecting a traffic violation comprising a second edge device wherein the second video image sensors are configured to capture a second video of the vehicle and the restricted road area, wherein the second video comprises a second frame captured at a second point in time after the first point in time. *See* claim [11b]; claim 1[a], *supra*. |
| [11j.] wherein the one or more second edge device | The Safe Fleet ClearLane system is a system for detecting a traffic violation comprising a second edge device wherein the one or more second edge device processors are configured to perform various operations. |

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| processors are programmed to: | *See* claim [11c]; claims [1b] –[1e], *supra*. |
| [11k.] determine the location of the vehicle using in part a second positioning data obtained from the second positioning unit; | The Safe Fleet ClearLane system is a system for detecting a traffic violation comprising a second edge device wherein the one or more second edge device processors are programmed to determine the location of the vehicle using in part a second positioning data obtained from the second positioning unit.<br><br>*See* claim [11d]; claim [1b], *supra*. |
| [11l.] identify the vehicle, the restricted road area, a second set of vehicle attributes of the vehicle, and a second alphanumeric string representing the license plate number of the vehicle from frames of the second video by applying a plurality of functions from the computer vision library to the second video and passing at least some of the second video including the second frame to the deep learning model running on the second edge device; | The Safe Fleet ClearLane system is a system for detecting a traffic violation comprising a second edge device wherein the one or more second edge device processors are programmed to identify the vehicle, the restricted road area, a second set of vehicle attributes of the vehicle, and a second alphanumeric string representing a license plate number of the vehicle from frames of the second video by applying a plurality of functions from a computer vision library to the second video and passing at least some of the second video including the first frame to a deep learning model running on the first edge device.<br><br>*See* claim [11e]; claim [1c], *supra*. |
| [11m.] bound the vehicle and the restricted road area in the second frame in a plurality of second bounding boxes; | The Safe Fleet ClearLane system is a system for detecting a traffic violation comprising a second edge device wherein the one or more second edge device processors are programmed to bound the vehicle and the restricted road area in the first frame in a plurality of second bounding boxes.<br><br>*See* claim [11f[; claim [1d], *supra*. |

37

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| | |
| [11n.]  detect a second potential traffic violation at the second point in time based in part on overlap of the plurality of second bounding boxes and transmit at least the second alphanumeric string, the second set of vehicle attributes, and the second positioning data from the second edge device to the server; and | The Safe Fleet ClearLane system is a system for detecting a traffic violation comprising a second edge device wherein the one or more second edge device processors are programmed to detect a second potential traffic violation at the second point in time based in part on overlap of the plurality of second bounding boxes and transmit at least the second alphanumeric string, the second set of vehicle attributes, and the second positioning data from the second edge device to the server. |
| [11o.]  wherein the server comprises one or more server processors programmed to determine that a traffic violation has occurred based on an elapsed time between the second point in time and the first point in time and based on a comparison of the first alphanumeric string with the second alphanumeric string, the first set of vehicle attributes with the second set of vehicle attributes, and the first positioning data with the second positioning data. | The Safe Fleet ClearLane system is a system for detecting a traffic violation wherein the server comprises one or more server processors programmed to determine that a traffic violation has occurred based on an elapsed time between the second point in time and the first point in time and based on a comparison of the first alphanumeric string with the second alphanumeric string, the first set of vehicle attributes with the second set of vehicle attributes, and the first positioning data with the second positioning data. <br><br> *See* Claim [1j], *supra*. <br><br> The Safe Fleet ClearLane system "sen[ds] for review" an evidence package to a server.  The server "process[es]" the evidence package. |

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| | <br><br>(https://www.safefleet.net/document/safe-fleet-clearlane/.) |

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| 12. The system of claim **11**, wherein the deep learning model comprises a convolutional neural network trained for object detection, and wherein the deep learning model is trained in part from videos captured using edge devices other than the first edge device and the second edge device. | The Safe Fleet ClearLane system is the system of claim 11, wherein the deep learning model comprises a convolutional neural network trained for object detection, and wherein the deep learning model is trained in part from videos captured using edge devices other than the first edge device and the second edge device. *See supra*, claim 11; claim 2. |

40

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| 14[pre].  The system of claim 11, wherein the one or more first edge device processors are further programmed to: | The Safe Fleet ClearLane system is the system of claim 11.<br><br>*See supra*, claim 11. |
| [14a.]  bound the vehicle in the first frame using a vehicular in the first frame using a vehicular bounding box; | The Safe Fleet ClearLane system is the system of claim 11, wherein the one or more first edge device processors are further programmed to bound the vehicle in the first frame using a vehicular in the first frame using a vehicular bounding box.<br><br>*See supra*, claim 11.<br>*See infra*, claim [20e]. |
| [14b.]  bound the restricted road area in the first frame suing a road bounding box; | The Safe Fleet ClearLane system is the system of claim 11, wherein the one or more first edge device processors are further programmed to bound the restricted road area in the first frame suing a road bounding box.<br><br>*See supra*, claim 11.<br>*See infra*, claim [20e]. |
| [14c.]  detect the first potential traffic violation by detecting an overlap of the vehicular bounding box with the road bounding box. | The Safe Fleet ClearLane system is the system of claim 11, wherein the one or more first edge device processors are further programmed to detect the first potential traffic violation by detecting an overlap of the vehicular bounding box with the road bounding box.<br><br>*See supra*, claim 11.<br>*See infra*, claim [20f]. |

41

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| 15.  The system of claim **11**, wherein at least one of the video image sensors of the first edge device is a license plate recognition (LPR) camera, wherein a video frame captured by the LPR camera is passed to a license plate recognition engine running on the first edge device to identify the first alphanumeric string representing the license plate number of the vehicle. | The Safe Fleet ClearLane system is the system of claim 11, wherein at least one of the video image sensors of the first edge device is a license plate recognition (LPR) camera, wherein a video frame captured by the LPR camera is passed to a license plate recognition engine running on the first edge device to identify the first alphanumeric string representing the license plate number of the vehicle. <br><br> *See supra*, claim 11; claim 5. |

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| 16. The system of claim **11**, wherein the first video is captured at a frame rate of between 1 frame per second and 120 frames per second (FPS), and wherein at least some of the video image sensors of the first edge device are high-dynamic range (HDR) image sensors. | The Safe Fleet ClearLane system is the system of claim 11, wherein the first video is captured at a frame rate of between 1 frame per second and 120 frames per second (FPS), and wherein at least some of the video image sensors of the first edge device are high-dynamic range (HDR) image sensors.<br><br>*See supra*, claim 11; claim 6. |

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| 20[pre].  A device for detecting a potential traffic violation, comprising: | To the extent the preamble is limiting, the Safe Fleet ClearLane system comprises a device for detecting a traffic violation.<br><br>The ClearLane system includes a device "onboard the bus," which includes at least "two different types of cameras—Context and ALPR, a purpose-built computer with inertial sensors, a GPS receiver, [and] a cellular router."<br><br>The enforcement system works by using these technologies onboard the bus:<br><br>■ Two different types of cameras– Context and ALPR<br><br>■ A purpose-built computer with inertial sensors<br><br>■ A GPS receiver<br><br>■ A cellular router<br><br>(https://www.safefleet.net/document/able-clearlane-ebook/.)<br><br>The ClearLane system provides a means to "automatically detect[s] a bus lane violation", which is a traffic violation. |

44

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| | The Safe Fleet ClearLane system installed on transit buses traveling in the bus-only lanes uses two types of bus-mounted cameras along with a purpose-built computer with internal sensors, a GPS receiver, and a cellular router. The front-facing camera provides context, recording video of the entire scene. The mobile Automated License Plate Reader (ALPR) camera reads vehicle license plates. The context and ALPR cameras work in tandem, capturing the license plate details associated with any vehicle in violation of the posted bus lane restriction.<br><br>• Automatically detect a bus lane violation<br><br>• Capture license plate photo/video of vehicle infringement<br><br>• Deliver evidence to the ticketing system<br><br>(https://www.safefleet.net/products/fleet-video-systems/transit-surveillance-systems/automated-bus-lane-enforcement-able/.)<br><br>**Automated Bus Lane Violations**<br>Automatically issue violation notices to vehicle owners who block bus lanes during enforcement periods.<br><br>(https://www.safefleet.net/document/safe-fleet-clearlane/.)<br><br>The ClearLane system can also be used to detect other types of traffic violations, including "violations in bike lanes, intersections, crosswalks, and more." |

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| | The system can also be used to capture violations in bike lanes, intersections, crosswalks, and more.<br><br>(https://www.safefleet.net/document/able-clearlane-ebook/.) |
| [20a.] one or more video image sensors configured to capture a video of a vehicle and a restricted road area; | The Safe Fleet ClearLane system comprises a device for detecting a potential traffic violation comprising one or more video image sensors configured to capture a video of a vehicle and a restricted road area.<br><br>The ClearLane system uses "two types of bus-mounted cameras (context and ALPR)", *i.e.*, "video image sensors."<br><br>The Safe Fleet ClearLane system monitors bus lanes, automatically capturing evidence of infractions, and analyzing them against the city's laws to confirm a violation. The system uses two types of bus-mounted cameras (context and ALPR), a computer with inertial sensors, a GPS receiver, and a cellular router.<br><br>(https://www.safefleet.net/blog/get-increased-ridership-and-faster-rides-with-ai/.)<br><br>The context camera "captures the event, recording video of the entire scene" (*i.e.*, a "plurality of lanes of a roadway") "and identifying the vehicle in question" (*i.e.*, a "vehicle"). |

46

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| | In simplistic terms, ClearLane works like this:<br><br>1. The ALPR camera scans and reads the license plates of vehicles in violation.<br><br>2. The context camera captures the event, recording video of the entire scene and identifying the vehicle in question.<br><br>3. Advanced A.I. algorithms analyze these recordings and using a GPS receiver, compare them against the laws and regulations of the region.<br><br>4. The mobile computer creates an evidence package.<br><br>5. The evidence package is sent to the appropriate authorities via the cellular router.<br><br>(https://www.safefleet.net/blog/get-increased-ridership-and-faster-rides-with-ai/.) |
| [20b.] a global navigation satellite system (GNSS) receiver configured to determine a location of the vehicle; | The Safe Fleet ClearLane system comprises a device for detecting a potential traffic violation comprising a global navigation satellite system (GNSS) receiver configured to determine a location of the vehicle.<br><br>The ClearLane system uses, *inter alia*, "a GPS receiver", which is a global navigation satellite system receiver. |

47

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
|  | The Safe Fleet ClearLane system monitors bus lanes, automatically capturing evidence of infractions, and analyzing them against the city's laws to confirm a violation. The system uses two types of bus-mounted cameras (context and ALPR), a computer with inertial sensors, a GPS receiver, and a cellular router.<br><br>(https://www.safefleet.net/blog/get-increased-ridership-and-faster-rides-with-ai/.)<br><br>The enforcement system works by using these technologies onboard the bus:<br><br>■ Two different types of cameras– Context and ALPR<br><br>■ A purpose-built computer with inertial sensors<br><br>■ A GPS receiver<br><br>■ A cellular router<br><br>(https://www.safefleet.net/document/able-clearlane-ebook/.)<br><br>The Safe Fleet ClearLane system uses GPS to determine the location of the vehicle. |

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| | The ClearLane system determines a location of the vehicle using in part a first positioning data obtained from this sensor when it "analyzes [video] recordings and us[es] a GPS receiver, compare[s] them against the laws and regulations of the region. |

49

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
|  | In simplistic terms, ClearLane works like this:<br><br>1. The ALPR camera scans and reads the license plates of vehicles in violation.<br><br>2. The context camera captures the event, recording video of the entire scene and identifying the vehicle in question.<br><br>3. Advanced A.I. algorithms analyze these recordings and using a GPS receiver, compare them against the laws and regulations of the region.<br><br>4. The mobile computer creates an evidence package.<br><br>5. The evidence package is sent to the appropriate authorities via the cellular router.<br><br>(https://www.safefleet.net/blog/get-increased-ridership-and-faster-rides-with-ai/.)<br><br>**3 Advanced algorithms process business rules against vehicle**<br>GPS Receiver<br><br>The system relies on a context and an ALPR camera, a purpose-built computer with intertial sensors, a GPS receiver and a cellular router.<br><br>(https://www.safefleet.net/document/safe-fleet-clearlane/ (annotated).) |
| [20c.] one or more processors programmed to executed [*sic*] instructions to: | The Safe Fleet ClearLane system comprises a device for detecting a potential traffic violation comprising one or more processors programmed to execute instructions. |

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| | The Safe Fleet ClearLane system installed on transit buses traveling in the bus-only lanes uses two types of bus-mounted cameras along with a purpose-built computer with internal sensors, a GPS receiver, and a cellular router. The front-facing camera provides context, recording video of the entire scene. The mobile Automated License Plate Reader (ALPR) camera reads vehicle license plates. The context and ALPR cameras work in tandem, capturing the license plate details associated with any vehicle in violation of the posted bus lane restriction.<br><br>• Automatically detect a bus lane violation<br><br>• Capture license plate photo/video of vehicle infringement<br><br>• Deliver evidence to the ticketing system<br><br>(https://www.safefleet.net/products/fleet-video-systems/transit-surveillance-systems/automated-bus-lane-enforcement-able/.) |

51

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| |  |
| [20d.] identify the vehicle and the restricted road area from the frames of the video by applying a plurality of functions from a computer vision library to the frames and passing the frames to a deep learning model running on the device; | The Safe Fleet ClearLane system comprises a device for detecting a potential traffic violation comprising one or more processors programmed to execute instructions to identify the vehicle and the restricted road area from the frames of the video by applying a plurality of functions from a computer vision library to the frames and passing the frames to a deep learning model running on the device.<br><br>**Identifying Vehicle** |

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| | The system uses "a sophisticated algorithm and artificial intelligence modeling" (*i.e.*, "a deep learning model running on the first edge device") "to achieve an average of 95% in vehicle detection and license plate accuracy".<br><br>(https://www.safefleet.net/products/fleet-video-systems/transit-surveillance-systems/automated-bus-lane-enforcement-able/.)<br><br>**Identifying Restricted Road Area** |
| [20e.] bound the vehicle in the frames with a vehicular bounding box and bound the restricted road area in the | The Safe Fleet ClearLane system comprises a device for detecting a potential traffic violation comprising one or more processors programmed to execute instructions to bound the vehicle in the frames with a vehicular bounding box and bound the restricted road area in the frames with a road bounding box. |

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| frames with a road bounding box; and | **Vehicle**<br><br>The Safe Fleet ClearLane system bounds the vehicle in a vehicular bounding box.<br><br><br><br>**Doctrine of Equivalents** |

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| | <br><br>**Restricted Road Area**<br><br>The Safe Fleet ClearLane system bounds the restricted road area with a road bounding box.  As a non-limiting example, the Safe Fleet image below illustrates the restricted road area bounded in a blue bounding box. |

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
|  |  (https://www.safefleet.net/blog/get-increased-ridership-and-faster-rides-with-ai/.)<br><br>**Doctrine of Equivalents**<br><br>In the alternative, Defendants infringe this limitation by equivalents.<br><br>███████████████████████████████<br>███████████████████████████████<br>█████████████████████<br><br>███████████████████████████████<br>███████████████████████████████<br>███████████████████████████████ |

56

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| |  |
| [20f.] detect that a potential traffic violation has occurred based in part on the location of the vehicle and overlap of the vehicular bounding box with the road bounding box. | The Safe Fleet ClearLane system comprises a device for detecting a potential traffic violation comprising one or more processors programmed to execute instructions to detect that a potential traffic violation has occurred based in part on the location of the vehicle and the overlap of the vehicular bounding box with the road bounding box.<br><br>The Safe Fleet ClearLane system detects that a potential traffic violation has occurred based on the overlap of the bounding boxes. |

57

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
|  |  (https://www.safefleet.net/blog/get-increased-ridership-and-faster-rides-with-ai/.)<br><br>Said detection process occurs locally on the edge device (*i.e.*, on the vehicle), where the on-board computer "compares [the data] against the laws and regulations of the region". |

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
|  | In simplistic terms, ClearLane works like this:<br><br>1. The ALPR camera scans and reads the license plates of vehicles in violation.<br><br>2. The context camera captures the event, recording video of the entire scene and identifying the vehicle in question.<br><br>3. Advanced A.I. algorithms analyze these recordings and using a GPS receiver, compare them against the laws and regulations of the region.<br><br>4. The mobile computer creates an evidence package.<br><br>5. The evidence package is sent to the appropriate authorities via the cellular router.<br><br>(https://www.safefleet.net/blog/get-increased-ridership-and-faster-rides-with-ai/.)<br><br>█████████████████████████ |

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| | As explained with reference to limitation [20e], *supra*, ███████████████ ████████. Also as explained with reference to limitation [20e], *supra* ██████████████████████████ ██████████████████████████ ██████████ <br><br> ██████████████████████████ ██████████████████████████ ██████████ <br><br> **Doctrine of Equivalents** <br><br> In the alternative, Defendants infringe limitation [1f] by equivalents. <br><br>  |

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| 21. The method of claim **1**, wherein the first video is captured using the one or more video image sensors of the first edge device when the first edge device is coupled to a first carrier vehicle while the first carrier vehicle is in motion, and wherein the second video is captured using the one or more video image sensors of the second edge device when the second edge device is coupled to a second carrier vehicle while the second carrier vehicle is in motion. | Use of the Safe Fleet ClearLane system practices the method of claim 1, wherein the first video is captured using the one or more video image sensors of the first edge device when the first edge device is coupled to a first carrier vehicle while the first carrier vehicle is in motion, and wherein the second video is captured using the one or more video image sensors of the second edge device when the second edge device is coupled to a second carrier vehicle while the second carrier vehicle is in motion. *See supra*, claim 1. The Safe Fleet ClearLane system uses "bus-mounted cameras," which continuously capture footage as the bus drives on its route. The Safe Fleet ClearLane system monitors bus lanes, automatically capturing evidence of infractions, and analyzing them against the city's laws to confirm a violation. The system uses two types of bus-mounted cameras (context and ALPR), a computer with inertial sensors, a GPS receiver, and a cellular router. (https://www.safefleet.net/blog/get-increased-ridership-and-faster-rides-with-ai/.) |

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| 22. The method of claim **1**, wherein the restricted road area is a restricted lane of a roadway. | Use of the Safe Fleet ClearLane system practices the method of claim 1, wherein the restricted road area is a restricted lane of a roadway.<br><br>*See supra*, claim 1. |

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| |  |

63

| Claim Element | Exemplary Evidence of Infringement |
| --- | --- |
| 24. The method of claim **1**, further comprising: | Use of the Safe Fleet ClearLane system practices the method of claim 1.<br><br>*See* claim 1, supra. |
| [24a.] determining, using the first edge device, a road area as the restricted road area using the first positioning data obtained from the first positioning unit and using data or information from a semantic annotated map stored on the first edge device; and | Use of the Safe Fleet ClearLane system practices the method of claim 1, further comprising determining, using the first edge device, a road areas the restricted road area using the first positioning data obtained from the first positioning unit and using data or information from a semantic annotated map stored on the first edge device. |

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
|  |  |

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| |  |
| [24b.] determining, using the second edge device, the road area as the restricted road area using the second positioning data obtained | Use of the Safe Fleet ClearLane system practices the method of claim 1, further comprising determining, using the second edge device, the road area as the restricted road area using the second positioning data obtained from the second positioning unit and using data or information from a semantic annotated map stored on the second edge device. |

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| from the second positioning unit and using data or information from a semantic annotated map stored on the second edge device. | *See* claim [24a], *supra*.<br><br>The Safe Fleet ClearLane system uses a plurality of bus mounted edge devices, installed on multiple buses. *See* claim [1f], *supra*. Each of these edge devices is capable of performing the same steps. |

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| 25. The system of claim **11**, wherein the first video is captured using the one or more video image sensors of the first edge device when the first edge device is coupled to a first carrier vehicle while the first carrier vehicle is in motion, and wherein the second video is captured using the one or more video image sensors of the second edge device when the second edge device is coupled to a second carrier vehicle while the second carrier vehicle is in motion. | The Safe Fleet ClearLane system is the system of claim 11, wherein the first video is captured using the one or more video image sensors of the first edge device when the first edge device is coupled to a first carrier vehicle while the first carrier vehicle is in motion, and wherein the second video is captured using the one or more video image sensors of the second edge device when the second edge device is coupled to a second carrier vehicle while the second carrier vehicle is in motion.<br><br>*See supra*, claim 11; claim 21. |

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| 26.  The system of claim **11**, wherein the restricted road area is a restricted lane of a roadway. | The Safe Fleet ClearLane system is the system of claim 11, wherein the restricted road area is a restricted lane of a roadway.<br><br>*See supra*, claim 11; claim 22. |

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| 28.  The system of claim **11**, wherein the one or more first edge device processors are further programmed to determine a road area as the restricted road area using the first positioning data obtained from the first positioning unit and using data or information from a semantic annotated map stored on the first edge device; and wherein one or more second edge device processors are further programmed to determine a road area as the restricted road area using the second positioning data obtained from the second positioning unit and using data or information from a semantic annotated map stored on the second edge device. | The Safe Fleet ClearLane system is the system of claim 11, wherein the one or more first edge device processors are further programmed to determine a road area as the restricted road area using the first positioning data obtained from the first positioning unit and using data or information from a semantic annotated map stored on the first edge device; and wherein one or more second edge device processors are further programmed to determine a road area as the restricted road area using the second positioning data obtained from the second positioning unit and using data or information from a semantic annotated map stored on the second edge device.<br><br>*See supra*, claim 11; claim 24. |

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| 29.  The device of claim **20**, wherein the video is captured using the one or more video image sensors of the edge device when the edge device is coupled to a carrier vehicle while the carrier vehicle is in motion. | The Safe Fleet ClearLane system comprises the device of claim 20, wherein the video is captured using the one or more video image sensors of the edge device when the edge device is coupled to a carrier vehicle while the carrier vehicle is in motion.<br><br>*See supra*, claim 20; claim 21. |

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| 30.  The device of claim **20**, wherein the restricted road area is a restricted lane of a roadway. | The Safe Fleet ClearLane system comprises the device of claim 20, wherein the restricted road area is a restricted lane of a roadway.<br><br>*See supra*, claim 20; claim 22. |

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| 32.  The device of claim **20**, wherein the one or more processors are further programmed to determine a road area as the restricted road area using the location of the vehicle and using data or information from a semantic annotated map stored on the edge device. | The Safe Fleet ClearLane system comprises the device of claim 20, wherein the restricted road area is a restricted lane of a roadway.<br><br>*See supra*, claim 20; claim 24. |

71

# Exhibit C

Case 1:23-cv-03471-EK-JRC    Document 80    Filed 12/15/23    Page 149 of 258 PageID #: 3375

US011164014B1

## (12) United States Patent
### Ghadiok et al.

(10) **Patent No.:** **US 11,164,014 B1**
(45) **Date of Patent:** **Nov. 2, 2021**

(54) **LANE VIOLATION DETECTION USING CONVOLUTIONAL NEURAL NETWORKS**

(71) Applicant: **Hayden AI Technologies, Inc.,** Oakland, CA (US)

(72) Inventors: **Vaibhav Ghadiok**, Mountain View, CA (US); **Christopher Carson**, Oakland, CA (US); **Bo Shen**, Fremont, CA (US)

(73) Assignee: **Hayden AI Technologies, Inc.,** Oakland, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **17/242,969**

(22) Filed: **Apr. 28, 2021**

### Related U.S. Application Data

(60) Provisional application No. 63/111,290, filed on Nov. 9, 2020.

(51) **Int. Cl.**
| | |
|---|---|
| *G06K 9/00* | (2006.01) |
| *G06K 9/32* | (2006.01) |
| *G06K 9/46* | (2006.01) |
| *G06K 9/44* | (2006.01) |
| *G06N 3/08* | (2006.01) |
| *G06K 9/40* | (2006.01) |

(52) **U.S. Cl.**
CPC ....... *G06K 9/00798* (2013.01); *G06K 9/3233* (2013.01); *G06K 9/40* (2013.01); *G06K 9/44* (2013.01); *G06K 9/4647* (2013.01); *G06N 3/08* (2013.01); *G06K 2209/23* (2013.01)

(58) **Field of Classification Search**
CPC .... G06K 9/00798; G06K 9/4647; G06K 9/40; G06K 9/44; G06K 9/3233; G06K 2209/23; G06N 3/08
See application file for complete search history.

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2014/0036076 A1* | 2/2014 | Nerayoff | G06K 9/00791 348/148 |
| 2014/0311456 A1* | 10/2014 | Richter | F02D 41/3845 123/476 |
| 2021/0209941 A1* | 7/2021 | Tremaine | H02B 1/30 |
| 2021/0237737 A1* | 8/2021 | Al-Nuaimi | G08G 1/167 |
| 2021/0241003 A1* | 8/2021 | Seo | G06K 9/00798 |

#### OTHER PUBLICATIONS

Mikel Canizo, "Multi-Head CNN-RNN for multi time series anomaly detection: An industrial case study" (hereafter Mikel). (Year: 2019).*

* cited by examiner

*Primary Examiner* — Dhaval V Patel
(74) *Attorney, Agent, or Firm* — Levine Bagade Han LLP

(57) **ABSTRACT**

Disclosed herein are systems, methods, and devices for detecting traffic lane violations. In one embodiment, a method for detecting a potential traffic violation is disclosed comprising bounding a vehicle detected from one or more video frames of a video in a vehicle bounding box. The vehicle can be detected and bounded using a first convolutional neural network. The method can also comprise bounding, using the one or more processors of the edge device, a plurality of lanes of a roadway detected from the one or more video frames in a plurality of polygons. The plurality of lanes can be detected and bounded using multiple heads of a multi-headed second convolutional neural network. The method can further comprise detecting a potential traffic violation based in part on an overlap of at least part of the vehicle bounding box and at least part of one of the polygons.

**26 Claims, 16 Drawing Sheets**





**FIG. 1A**



**FIG. 1B**



FIG. 2A

FIG. 2B

Case 1:23-cv-03471-EK-JRC   Document 80   Filed 12/15/23   Page 153 of 258 PageID #: 3380



**FIG. 3**



CARRIER VEHICLE 110

**MUNICIPAL FLEET VEHICLE**



**SEMI-AUTONOMOUS VEHICLE**



**AUTONOMOUS VEHICLE**



**FIG. 4**

Case 1:23-cv-03471-EK-JRC    Document 80    Filed 12/15/23    Page 155 of 258 PageID #: 3382



FIG. 5A

FIG. 5B

FIG. 5C

FIG. 5D

FIG. 5E



**FIG. 6**



**FIG. 7**



**FIG. 8**



FIG. 9



**FIG. 10**



**FIG. 11A**



**FIG. 11B**



FIG. 12A　　　　　FIG. 12B

Case 1:23-cv-03471-EK-JRC   Document 80   Filed 12/15/23   Page 163 of 258 PageID #: 3390



Image view

Bus-lane map

Detected bus lane

**FIG. 12C**



3D Bounding
Box 1214

**FIG. 12D**



**FIG. 12E**



**FIG. 12F**

1300

1302

Device OTA Update Engine queries Container Registry and/or Server OTA Update Engine

1304

Docker container image updated?

No

Yes

1306

Updated docker container image is pulled from container registry along with notification flags and docker container flags

1308

Create a docker container based on the docker container image

1310

Check docker container with notification flags and docker container flags

1312

Software in docker container compatible with systemd watchdog?

No

1314

No additional watchdog services are provided for software within docker container

Yes

1316

Stop previous version of docker container

1318

Run new docker container for a predetermined test period

1322

Resume running previous version of docket container

1320

Docker running properly?

No

Yes

1324

Docker container runs by default on device boot

**FIG. 13**

US 11,164,014 B1

# LANE VIOLATION DETECTION USING CONVOLUTIONAL NEURAL NETWORKS

## CROSS-REFERENCE TO RELATED APPLICATION

This application claims the benefit of U.S. Provisional Patent Application No. 63/111,290 filed on Nov. 9, 2020, the content of which is incorporated herein by reference in its entirety.

## TECHNICAL FIELD

This disclosure relates generally to the field of computer-based traffic violation detection, more specifically, to systems and methods for detecting traffic lane violations using convolutional neural networks.

## BACKGROUND

Non-public vehicles parking in bus lanes or bike lanes is a significant transportation problem for municipalities, counties, and other government entities. While some cities have put in place Clear Lane Initiatives aimed at improving bus speeds, enforcement of bus lane violations is often lacking and the reliability of multiple buses can be affected by just one vehicle illegally parked or temporarily stopped in a bus lane. Such disruptions in bus schedules can frustrate those that depend on public transportation and result in decreased ridership. On the contrary, as buses speed up due to bus lanes remaining unobstructed, reliability improves, leading to increased ridership, less congestion on city streets, and less pollution overall.

Similarly, vehicles parked illegally in bike lanes can force bicyclists to ride on the road, making their rides more dangerous and discouraging the use of bicycles as a safe and reliable mode of transportation. Moreover, vehicles parked along curbs or lanes designated as no parking zones or during times when parking is forbidden can disrupt crucial municipal services such as street sweeping, waste collection, and firefighting operations.

Traditional traffic enforcement technology and approaches are often not suited for lane enforcement purposes. For example, most traffic enforcement cameras are set up near crosswalks or intersections and are not suitable for enforcing lane violations beyond the cameras' fixed field of view. While some municipalities have deployed automated camera-based solutions to enforce traffic violations beyond intersections and cross-walks, such solutions are often logic-based and can result in detections with up to 80% false positive detection rate. Moreover, municipalities often do not have the financial means to dedicate specialized personnel to enforce lane violations.

Furthermore, lane detection, in particular, is challenging because models trained for recognizing objects such as vehicles, pedestrians, or traffic lights are often not suitable for detecting lanes on a roadway. Moreover, almost all roadways have multiple lanes and traditional traffic enforcement tools often have difficulty distinguishing between such lanes.

Therefore, an improved traffic violation detection system is needed which addresses the challenges faced by traditional traffic enforcement systems and approaches. Such a solution should be accurate and use resources currently available to a municipality or other government entity. Moreover, such a solution should improve traffic safety and enable transportation efficiency. Furthermore, such a solution should be scalable and reliable and not be overly expensive to deploy.

## SUMMARY

Disclosed herein are systems, methods, and devices for detecting traffic lane violations using convolutional neural networks. In one embodiment, a method for detecting a potential traffic violation is disclosed comprising bounding, using one or more processors of an edge device, a vehicle detected from one or more video frames of a video in a vehicle bounding box. The video can be captured by one or more video image sensors of the edge device. The vehicle can be detected and bounded using a first convolutional neural network.

The method can further comprise bounding, using the one or more processors of the edge device, a plurality of lanes of a roadway detected from the one or more video frames in a plurality of polygons. The plurality of lanes can be detected and bounded using multiple heads of a multi-headed second convolutional neural network separate from the first convolutional neural network, and wherein at least one of the polygons is a lane-of-interest (LOI) polygon bounding an LOI. The method can further comprise detecting, using the one or more processors, a potential traffic violation based in part on an overlap of at least part of the vehicle bounding box and at least part of the LOI polygon. In certain embodiments, the method can also comprise applying a noise smoothing operation to the one or more video frames comprising the plurality of lanes prior to bounding the plurality of lanes using the polygons.

In some embodiments, detecting the potential traffic violation can further comprise the steps of discarding an upper portion of the vehicle bounding box such that only a lower portion of the vehicle bounding box remains, masking the LOI polygon by filling an area within the LOI polygon with pixels, determining a pixel intensity value associated with each pixel within the lower portion of the vehicle bounding box, calculating a lane occupancy score by taking an average of the pixel intensity values of all pixels within the lower portion of the vehicle bounding box, and detecting the potential traffic violation when the lane occupancy score exceeds a predetermined threshold value. The pixel intensity value can represent a degree of overlap between the LOI polygon and the lower portion of the vehicle bounding box.

The method can further comprise transmitting outputs from a first convolutional neural network comprising data or information concerning the vehicle bounding box from the first worker to a third worker of the event detection engine using an inter-process communication protocol. In one embodiments, the inter-process communication protocol can be user datagram protocol (UDP) sockets. The first convolutional neural network can be run by a first worker of an event detection engine on the edge device. The method can also comprise transmitting outputs from a second convolutional neural network comprising data or information concerning the plurality of polygons and the LOI polygon from the second worker to the third worker using the inter-process communication protocol. The second convolutional neural network can be run by a second worker of the event detection engine. The method can comprise detecting the potential traffic violation using the third worker based on data and information received via the inter-process communication protocol from the first worker and the second worker.

US 11,164,014 B1

3

In some embodiments, the method can comprise cropping and resizing the one or more video frames prior to bounding the vehicle in the vehicle bounding box and cropping and resizing the one or more video frames prior to bounding the plurality of lanes. The method can further comprise translating coordinates in the cropped and resized video frames into new coordinates based on a uniform coordinate domain prior to detecting the potential traffic violation.

The method can also comprise determining whether a vanishing point is present within the one or more video frames and adjusting at least one of the one or more video image sensors of the edge device or a cropping parameter used to crop the one or more video frames if the vanishing point is not detected.

In some embodiments, the method can comprise receiving, at the edge device, over-the-air (OTA) updates to the first convolutional neural network via a first docker container image and receiving, at the edge device, OTA updates to the second convolutional neural network via a second docker container image. The second docker container image can be separate from the first docker container image.

The method can further comprise receiving the OTA updates by querying a container registry for any updates to the first convolutional neural network or the second convolutional neural network, downloading the first docker container image if an update to the first convolutional neural network is detected and downloading the second docker container image if an update to the second convolutional neural network is detected, creating a first docker container based on the first docker container image or creating a second docker container based on the second docker container image, checking for a compatibility of an update within the first docker container or the second docker container with a kernel-level watchdog via one or more notification flags, running the first docker container or the second docker container for a predetermined test period, and resume running a previous version of the first docker container or the second docker container if a service failure is detected within the predetermined test period or changing a setup of the edge device so the first docker container or the second docker container runs automatically on device boot if no service failures are detected within the predetermined test period.

The method can further comprise receiving, at the edge device, over-the-air (OTA) updates to an operating system (OS) run on the edge device, wherein receiving the OTA updates comprises receiving an OS package URL and a checksum. The OS package URL can be made up of at least a package name and a package version number. The method can also comprise downloading an OS package via the OS package URL when the package version number is different from a version number of an OS running on the edge device, comparing the checksum to ensure the OS package is downloaded successfully, and updating the OS running on the edge device using contents within the OS package downloaded.

Also disclosed is a device for detecting a potential traffic violation. The device can comprise one or more video image sensors configured to capture a video of a vehicle and a plurality of lanes of a roadway, one or more processors programmed to execute instructions to bound the vehicle detected from one or more video frames of the video in a vehicle bounding box, bound a plurality of lanes of a roadway detected from the one or more video frames in a plurality of polygons, and detect that a potential traffic

4

violation has occurred based in part on an overlap of at least part of the vehicle bounding box and at least part of one of the polygons.

In some embodiments, the vehicle can be detected and bounded using a first convolutional neural network and the plurality of lanes can be detected and bounded using multiple heads of a multi-headed second convolutional neural network separate from the first convolutional neural network.

At least one of the polygons can be a lane-of-interest (LOI) polygon bounding a lane-of-interest such as a restricted lane. The device can detect that a potential traffic violation has occurred based in part on an overlap of at least part of the vehicle bounding box and at least part of the LOI polygon.

The device can be coupled to a carrier vehicle. The video can be captured using the one or more video image sensors of the device while the carrier vehicle is in motion. In some embodiments, the device can detect a potential traffic violation involving a moving vehicle. In certain embodiments, both the carrier vehicle carrying the device and the offending vehicle can be in motion.

The one or more processors can be programmed to execute further instructions to discard an upper portion of the vehicle bounding box such that only a lower portion of the vehicle bounding box remains, masking the LOI polygon by filling an area within the LOI polygon with pixels, determining a pixel intensity value associated with each pixel within the lower portion of the vehicle bounding box, calculating a lane occupancy score by taking an average of the pixel intensity values of all pixels within the lower portion of the vehicle bounding box, and detecting the potential traffic violation when the lane occupancy score exceeds a predetermined threshold value. The pixel intensity value can represent a degree of overlap between the LOI polygon and the lower portion of the vehicle bounding box.

The first convolutional neural network can be run by a first worker of an event detection engine on the device. The second convolutional neural network can be run by a second worker of the event detection engine. In some embodiments, the one or more processors can be programmed to execute instructions to transmit outputs from the first convolutional neural network comprising data or information concerning the vehicle bounding box from the first worker to a third worker of the event detection engine using an inter-process communication protocol and transmit outputs from the second convolutional neural network comprising data or information concerning the plurality of polygons and the LOI polygon from the second worker to the third worker using the inter-process communication protocol. The one or more processors can be programmed to execute further instructions to detect the potential traffic violation using the third worker based on data and information received via the inter-process communication protocol from the first worker and the second worker.

The one or more processors can be programmed to execute further instructions to crop and resize the one or more video frames prior to bounding the vehicle in the vehicle bounding box, crop and resize the one or more video frames prior to bounding the plurality of lanes, and translate coordinates in the cropped and resized video frames into new coordinates based on a uniform coordinate domain prior to detecting the potential traffic violation.

The one or more processors can also be programmed to execute instructions to receive, at the device, OTA updates to the first convolutional neural network via a first docker container image, and receive, at the edge device, OTA

US 11,164,014 B1

5

updates to the second convolutional neural network via a second docker container image, wherein the second docker container image is separate from the first docker container image.

Also disclosed is a non-transitory computer-readable medium comprising machine-executable instructions stored thereon. The machine-executable instructions can comprise the steps of bounding a vehicle detected from one or more video frames of a video in a vehicle bounding box, bounding a plurality of lanes of a roadway detected from the one or more video frames in a plurality of polygons, and detecting a potential traffic violation based in part on an overlap of at least part of the vehicle bounding box and at least part of one of the polygons.

In some embodiments, the vehicle can be detected and bounded using a first convolutional neural network the LOI polygon. The plurality of lanes can be detected and bounded using multiple heads of a multi-headed second convolutional neural network separate from the first convolutional neural network. At least one of the polygons can be a lane-of-interest (LOI) polygon bounding an LOI. The potential traffic violation can be detected based in part on an overlap of at least part of the vehicle bounding box and at least part of the LOI polygon.

The video can be captured by one or more video image sensors of an edge device. In some embodiments, the edge device can be coupled to a carrier vehicle. The video can be captured using the one or more video image sensors of the edge device while the carrier vehicle is in motion.

In some embodiments, the device can detect a potential traffic violation involving a moving vehicle. In certain embodiments, both the carrier vehicle carrying the edge device and the offending vehicle can be in motion.

The machine-executable instructions can also comprise the steps of discarding an upper portion of the vehicle bounding box such that only a lower portion of the vehicle bounding box remains, masking the LOI polygon by filling an area within the LOI polygon with pixels, determining a pixel intensity value associated with each pixel within the lower portion of the vehicle bounding box, calculating a lane occupancy score by taking an average of the pixel intensity values of all pixels within the lower portion of the vehicle bounding box, and detecting the potential traffic violation when the lane occupancy score exceeds a predetermined threshold value. The pixel intensity value can represent a degree of overlap between the LOI polygon and the lower portion of the vehicle bounding box.

The machine-executable instructions can further comprise the steps of transmitting outputs from the first convolutional neural network comprising data or information concerning the vehicle bounding box from a first worker to a third worker of the event detection engine using an inter-process communication protocol (e.g., user datagram protocol (UDP) sockets), transmitting outputs from the second convolutional neural network comprising data or information concerning the plurality of polygons and the LOI polygon from a second worker to the third worker using the inter-process communication protocol, and detecting that the potential traffic violation has occurred using the third worker based on data and information received via the inter-process communication protocol from the first worker and the second worker.

The first convolutional neural network can be run by the first worker of an event detection engine. The second convolutional neural network can be run by the second worker of the event detection engine.

6

The machine-executable instructions can further comprise the steps of cropping and resizing the one or more video frames prior to bounding the vehicle in the vehicle bounding box, cropping and resizing the one or more video frames prior to bounding the plurality of lanes, and translating coordinates in the cropped and resized video frames into new coordinates based on a uniform coordinate domain prior to detecting the potential traffic violation.

The machine-executable instructions can further comprise the steps of receiving, at the edge device, over-the-air (OTA) updates to the first convolutional neural network via a first docker container image and receiving, at the edge device, OTA updates to the second convolutional neural network via a second docker container image. The second docker container image can be separate from the first docker container image.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1**A illustrates one embodiment of a system for detecting traffic violations.

FIG. **1**B illustrates a scenario where the system of FIG. **1**A can be utilized to detect a traffic violation.

FIG. **2**A illustrates one embodiment of an edge device of the system.

FIG. **2**B illustrates one embodiment of a server of the system.

FIG. **3** illustrates various modules and engines of the edge device and server.

FIG. **4** illustrates different examples of carrier vehicles used to carry the edge device.

FIG. **5**A illustrates a front view of one embodiment of an edge device.

FIG. **5**B illustrates a right side view of the embodiment of the edge device shown in FIG. **5**A.

FIG. **5**C illustrates a combined field of view of cameras housed within the embodiment of the edge device shown in FIG. **5**A.

FIG. **5**D illustrates a perspective view of another embodiment of the edge device having a camera skirt.

FIG. **5**E illustrates a right side view of the embodiment of the edge device shown in FIG. **5**D.

FIG. **6** illustrates another embodiment of an edge device implemented as a personal communication device such as a smartphone.

FIG. **7** illustrates one embodiment of a method of detecting a potential traffic violation using multiple convolutional neural networks.

FIG. **8** illustrates a video frame showing a vehicle bounded by a vehicle bounding box.

FIG. **9** illustrates one embodiment of a multi-headed convolutional neural network trained for lane detection.

FIG. **10** illustrates visualizations of detection outputs of the multi-headed convolutional neural network including certain raw detection outputs.

FIGS. **11**A and **11**B illustrate one embodiment of a method of conducting lane detection when at least part of the lane is obstructed by a vehicle or object.

FIGS. **12**A and **12**B illustrate one embodiment of a method of calculating a lane occupancy score.

FIGS. **12**C and **12**D illustrate another embodiment of a method of calculating a lane occupancy score.

FIGS. **12**E and **12**F illustrate a further embodiment of a method of calculating a lane occupancy score.

US 11,164,014 B1

7

FIG. **13** is a flowchart illustrating one embodiment of a method of providing updates to the edge device.

DETAILED DESCRIPTION

FIG. **1A** illustrates one embodiment of a system **100** for detecting traffic violations. The system **100** can comprise a plurality of edge devices **102** communicatively coupled to or in wireless communication with a server **104** in a cloud computing environment **106**.

The server **104** can comprise or refer to one or more virtual servers or virtualized computing resources. For example, the server **104** can refer to a virtual server or cloud server hosted and delivered by a cloud computing platform (e.g., Amazon Web Services®, Microsoft Azure®, or Google Cloud®). In other embodiments, the server **104** can refer to one or more stand-alone servers such as a rack-mounted server, a blade server, a mainframe, a dedicated desktop or laptop computer, one or more processors or processor cores therein, or a combination thereof.

The edge devices **102** can communicate with the server **104** over one or more networks. In some embodiments, the networks can refer to one or more wide area networks (WANs) such as the Internet or other smaller WANs, wireless local area networks (WLANs), local area networks (LANs), wireless personal area networks (WPANs), system-area networks (SANs), metropolitan area networks (MANs), campus area networks (CANs), enterprise private networks (EPNs), virtual private networks (VPNs), multi-hop networks, or a combination thereof. The server **104** and the plurality of edge devices **102** can connect to the network using any number of wired connections (e.g., Ethernet, fiber optic cables, etc.), wireless connections established using a wireless communication protocol or standard such as a 3G wireless communication standard, a 4G wireless communication standard, a 5G wireless communication standard, a long-term evolution (LTE) wireless communication standard, a Bluetooth™ (IEEE 802.15.1) or Bluetooth™ Lower Energy (BLE) short-range communication protocol, a wireless fidelity (WiFi) (IEEE 802.11) communication protocol, an ultra-wideband (UWB) (IEEE 802.15.3) communication protocol, a ZigBee™ (IEEE 802.15.4) communication protocol, or a combination thereof.

The edge devices **102** can transmit data and files to the server **104** and receive data and files from the server **104** via secure connections **108**. The secure connections **108** can be real-time bidirectional connections secured using one or more encryption protocols such as a secure sockets layer (SSL) protocol, a transport layer security (TLS) protocol, or a combination thereof. Additionally, data or packets transmitted over the secure connection **108** can be encrypted using a Secure Hash Algorithm (SHA) or another suitable encryption algorithm. Data or packets transmitted over the secure connection **108** can also be encrypted using an Advanced Encryption Standard (AES) cipher.

The server **104** can store data and files received from the edge devices **102** in one or more databases **107** in the cloud computing environment **106**. In some embodiments, the database **107** can be a relational database. In further embodiments, the database **107** can be a column-oriented or key-value database. In certain embodiments, the database **107** can be stored in a server memory or storage unit **220**. In other embodiments, the database **107** can be distributed among multiple storage nodes.

As will be discussed in more detail in the following sections, each of the edge devices **102** can be carried by or

8

installed in a carrier vehicle **110** (see FIG. **4** for examples of different types of carrier vehicles **110**).

For example, the edge device **102** can be secured or otherwise coupled to a windshield, window, or dashboard/deck of the carrier vehicle **110**. Also, for example, the edge device **102** can be secured or otherwise coupled to a handle-bar/handrail of a micro-mobility vehicle serving as the carrier vehicle **110**. Alternatively, the edge device **102** can be secured or otherwise coupled to a mount or body of a UAV or drone serving as the carrier vehicle **110**.

When properly coupled or secured to the windshield, window, or dashboard/deck of the carrier vehicle **110** or secured to a handlebar, handlebar, or mount/body of the carrier vehicle **110**, the edge device **102** can use its video image sensors **208** (see, e.g., FIG. **5A-5E**) to capture videos of an external environment within a field view of the video image sensors **208**. Each of the edge devices **102** can then process and analyze video frames from such videos using certain computer vision tools from a computer vision library and a plurality of deep learning models to detect whether a potential traffic violation has occurred. If the edge device **102** determines that a potential traffic violation has occurred, the edge device **102** can transmit data and files concerning the potential traffic violation (e.g., in the form of an evidence package) to the server **104**.

FIG. **1B** illustrates a scenario where the system **100** of FIG. **1A** can be utilized to detect a traffic violation. As shown in FIG. **1B**, a vehicle **112** can be parked or otherwise stopped in a restricted road area **114**. The restricted road area **114** can be a bus lane, a bike lane, a no parking or no stopping zone (e.g., a no-parking zone in front of a red curb or fire hydrant), a pedestrian crosswalk, or a combination thereof. In other embodiments, the restricted road area **114** can be a restricted parking spot where the vehicle **112** does not have the necessary credentials or authorizations to park in the parking spot. The restricted road area **114** can be marked by certain insignia, text, nearby signage, road or curb coloration, or a combination thereof. In other embodiments, the restricted road area **114** can be designated or indicated in a private or public database (e.g., a municipal GIS database) accessible by the edge device **102**, the server **104**, or a combination thereof.

The traffic violation can also include illegal double-parking, parking in a space where the time has expired, or parking too close to a fire hydrant.

As shown in FIG. **1B**, a carrier vehicle **110** having an edge device **102** (see, e.g., FIG. **1A**) installed within the carrier vehicle **110** or otherwise coupled to the carrier vehicle **110** can drive by (i.e., next to) or behind the vehicle **112** parked, stopped, or driving in the restricted road area **114**. For example, the carrier vehicle **110** can be driving in a lane or other roadway blocked by the vehicle **112**. Alternatively, the carrier vehicle **110** can be driving in an adjacent roadway **116** such as a lane next to the restricted road area **114**. The carrier vehicle **110** can encounter the vehicle **112** while traversing its daily route (e.g., bus route, garbage collection route, etc.).

As shown in FIG. **1A**, the edge device **102** can capture a video **120** of the vehicle **112** and at least part of the restricted road area **114** using one or more video image sensors **208** (see, e.g., FIGS. **5A-5E**) of the edge device **102**.

In one embodiment, the video **120** can be a video in the MPEG-4 Part 12 or MP4 file format.

In some embodiments, the video **120** can refer to one of the multiple videos captured by the various video image sensors **208**. In other embodiments, the video **120** can refer to one compiled video comprising multiple videos captured

US 11,164,014 B1

9

by the video image sensors **208**. In further embodiments, the video **120** can refer to all of the videos captured by all of the video image sensors **208**.

The edge device **102** can then determine a location of the vehicle **112** using, in part, a positioning data **122** obtained from a positioning unit (see, e.g., FIG. **2A**) of the edge device **102**. The edge device **102** can also determine the location of the vehicle **112** using, in part, inertial measurement data obtained from an IMU (see, e.g., FIG. **2A**) and wheel odometry data **216** (see, FIG. **2A**) obtained from a wheel odometer of the carrier vehicle **110**.

One or more processors of the edge device **102** can be programmed to automatically identify objects from the video **120** by applying a plurality of functions from a computer vision library **312** (see, e.g., FIG. **3**) to the video **120** to, among other things, read video frames from the video **120** and pass at least some of the video frames from the video **120** to a plurality of deep learning models (see, e.g., the first convolutional neural network **314** and the second convolutional neural network **315** in FIG. **3**) running on the edge device **102**. For example, the vehicle **112** and the restricted road area **114** can be identified as part of this object detection step.

In some embodiments, the one or more processors of the edge device **102** can also pass at least some of the video frames of the video **120** to one or more of the deep learning models to identify a set of vehicle attributes **126** of the vehicle **112**. The set of vehicle attributes **126** can include a color of the vehicle **112**, a make and model of the vehicle **112**, and a vehicle type (e.g., a personal vehicle or a public service vehicle such as a fire truck, ambulance, parking enforcement vehicle, police car, etc.) identified by the edge device **102**.

At least one of the video image sensors **208** of the edge device **102** can be a dedicated license plate recognition (LPR) camera. The video **120** can comprise at least one video frame or image showing a license plate of the vehicle **112**. The edge device **102** can pass the video frame captured by the LPR camera to a license plate recognition engine **304** running on the edge device **102** (see, e.g., FIG. **3**) to recognize an alphanumeric string **124** representing a license plate of the vehicle **112**.

In other embodiments not shown in the figures, the license plate recognition engine **304** can be run on the server **104**. In further embodiments, the license plate recognition engine **304** can be run on the edge device **102** and the server **104**.

Alternatively, the edge device **102** can pass a video frame captured by one of the other video image sensors **208** (e.g., one of the HDR cameras) to the license plate recognition engine **304** run on the edge device **102**, the server **104**, or a combination thereof.

The edge device **102** can also transmit an evidence package **316** comprising a segment of the video **120**, the positioning data **122**, certain timestamps **118**, the set of vehicle attributes **126**, and an alphanumeric string **124** representing a license plate of the vehicle **112** to the server **104**.

In some embodiments, the length of the video **120** transmitted to the server **104** can be configurable or adjustable.

Each of the edge devices **102** can be configured to continuously take videos of its surrounding environment (i.e., an environment outside of the carrier vehicle **110**) as the carrier vehicle **110** traverses its usual route. In some embodiments, each edge device **102** can also be configured to apply additional functions from the computer vision library **312** to such videos to (i) automatically segment video frames at a pixel-level, (ii) extract salient points **319** from

10

the video frames, (iii) automatically identify objects shown in the videos, and (iv) semantically annotate or label the objects using one or more of the deep learning models. The one or more processors of each edge device **102** can also continuously determine the location of the edge device **102** and associate positioning data with objects (including landmarks) identified from the videos. The edge devices **102** can then transmit the videos, the salient points **317**, the identified objects and landmarks, and the positioning data to the server **104** as part of a mapping procedure. The edge devices **102** can periodically or continuously transmit such videos and mapping data to the server **104**. The videos and mapping data can be used by the server **104** to continuously train and optimize the deep learning models and construct three-dimensional (3D) semantic annotated maps that can be used, in turn, by each of the edge devices **102** to further refine its violation detection capabilities.

In some embodiments, the system **100** can offer an application programming interface (API) **331** (see FIG. **3**) designed to allow third-parties to access data and visualizations captured or collected by the edge devices **102**, the server **104**, or a combination thereof.

FIG. **1A** also illustrates that the server **104** can transmit certain data and files to a third-party computing device/resource or client device **130**. For example, the third-party computing device can be a server or computing resource of a third-party traffic violation processor. As a more specific example, the third-party computing device can be a server or computing resource of a government vehicle registration department. In other examples, the third-party computing device can be a server or computing resource of a subcontractor responsible for processing traffic violations for a municipality or other government entity.

The client device **130** can refer to a portable or non-portable computing device. For example, the client device **130** can refer to a desktop computer or a laptop computer. In other embodiments, the client device **130** can refer to a tablet computer or smartphone.

The server **104** can also generate or render a number of graphical user interfaces (GUIs) **334** (see, e.g., FIG. **3**) that can be displayed through a web portal or mobile app run on the client device **130**.

In some embodiments, at least one of the GUIs **334** can provide information concerning a potential traffic violation or determined traffic violation. For example, the GUI **334** can provide data or information concerning a time/date that the violation occurred, a location of the violation, a device identifier, and a carrier vehicle identifier. The GUI **334** can also provide a video player configured to play back video evidence of the traffic violation.

In another embodiment, the GUI **334** can comprise a live map showing real-time locations of all edge devices **102**, traffic violations, and violation hot-spots. In yet another embodiment, the GUI **334** can provide a live event feed of all flagged events or potential traffic violations and the processing status of such violations. The GUIs **334** and the web portal or app **332** will be discussed in more detail in later sections.

The server **104** can also confirm or determine that a traffic violation has occurred based in part on comparing data and videos received from the edge device **102** and other edge devices **102**.

FIG. **2A** illustrates one embodiment of an edge device **102** of the system **100**. The edge device **100** can be any of the edge devices disclosed herein. For purposes of this disclosure, any references to the edge device **102** can also be

US 11,164,014 B1

11

interpreted as a reference to a specific component, processor, module, chip, or circuitry within the edge device **102**.

As shown in FIG. **2A**, the edge device **102** can comprise a plurality of processors **200**, memory and storage units **202**, wireless communication modules **204**, inertial measurement units (IMUs) **206**, and video image sensors **208**. The edge device **102** can also comprise a positioning unit **210**, a vehicle bus connector **212**, and a power management integrated circuit (PMIC) **214**. The components of the edge device **102** can be connected to one another via high-speed buses or interfaces.

The processors **200** can include one or more central processing units (CPUs), graphical processing units (GPUs), Application-Specific Integrated Circuits (ASICs), field-programmable gate arrays (FPGAs), or a combination thereof. The processors **200** can execute software stored in the memory and storage units **202** to execute the methods or instructions described herein.

For example, the processors **200** can refer to one or more GPUs and CPUs of a processor module configured to perform operations or undertake calculations at a terascale. As a more specific example, the processors **200** of the edge device **102** can be configured to perform operations at 21 teraflops (TFLOPS). The processors **200** of the edge device **102** can be configured to run multiple deep learning models or neural networks in parallel and process data from multiple high-resolution sensors such as the plurality of video image sensors **208**. More specifically, the processor module can be a Jetson Xavier NX™ module developed by NVIDIA Corporation. The processors **200** can comprise at least one GPU having a plurality of processing cores (e.g., between 300 and 400 processing cores) and tensor cores, at least one CPU (e.g., at least one 64-bit CPU having multiple processing cores), and a deep learning accelerator (DLA) or other specially-designed circuitry optimized for deep learning algorithms (e.g., an NVDLA™ engine developed by NVIDIA Corporation).

In some embodiments, at least part of the GPU's processing power can be utilized for object detection and license plate recognition. In these embodiments, at least part of the DLA's processing power can be utilized for object detection and lane line detection. Moreover, at least part of the CPU's processing power can be used for lane line detection and simultaneous localization and mapping. The CPU's processing power can also be used to run other functions and maintain the operation of the edge device **102**.

The memory and storage units **202** can comprise volatile memory and non-volatile memory or storage. For example, the memory and storage units **202** can comprise flash memory or storage such as one or more solid-state drives, dynamic random access memory (DRAM) or synchronous dynamic random access memory (SDRAM) such as low-power double data rate (LPDDR) SDRAM, and embedded multi-media controller (eMMC) storage. For example, the memory and storage units **202** can comprise a 512 gigabyte (GB) SSD, an 8 GB 128-bit LPDDR4x memory, and 16 GB eMMC 5.1 storage device. Although FIG. **2A** illustrates the memory and storage units **202** as separate from the processors **200**, it should be understood by one of ordinary skill in the art that the memory and storage units **202** can be part of a processor module comprising at least some of the processors **200**. The memory and storage units **202** can store software, firmware, data (including video and image data), tables, logs, databases, or a combination thereof.

The wireless communication modules **204** can comprise at least one of a cellular communication module, a WiFi communication module, a Bluetooth® communication mod-

12

ule, or a combination thereof. For example, the cellular communication module can support communications over a 5G network or a 4G network (e.g., a 4G long-term evolution (LTE) network) with automatic fallback to 3G networks. The cellular communication module can comprise a number of embedded SIM cards or embedded universal integrated circuit cards (eUICCs) allowing the device operator to change cellular service providers over-the-air without needing to physically change the embedded SIM cards. As a more specific example, the cellular communication module can be a 4G LTE Cat-12 cellular module.

The WiFi communication module can allow the edge device **102** to communicate over a WiFi network such as a WiFi network provided by the carrier vehicle **110**, a municipality, a business, or a combination thereof. The WiFi communication module can allow the edge device **102** to communicate over one or more WiFi (IEEE 802.11) commination protocols such as the 802.11n, 802.11ac, or 802.11ax protocol.

The Bluetooth® module can allow the edge device **102** to communicate with other edge devices or client devices over a Bluetooth® communication protocol (e.g., Bluetooth® basic rate/enhanced data rate (BR/EDR), a Bluetooth® low energy (BLE) communication protocol, or a combination thereof). The Bluetooth® module can support a Bluetooth® v4.2 standard or a Bluetooth v5.0 standard. In some embodiments, the wireless communication modules **204** can comprise a combined WiFi and Bluetooth® module.

Each of the IMUs **206** can comprise a 3-axis accelerometer and a 3-axis gyroscope. For example, the 3-axis accelerometer can be a 3-axis microelectromechanical system (MEMS) accelerometer and a 3-axis MEMS gyroscope. As a more specific example, the IMUs **206** can be a low-power 6-axis IMU provided by Bosch Sensortec GmbH.

The edge device **102** can comprise one or more video image sensors **208**. In one example embodiment, the edge device **102** can comprise a plurality of video image sensors **208**. As a more specific example, the edge device **102** can comprise four video image sensors **208** (e.g., a first video image sensor **208**A, a second video image sensor **208**B, a third video image sensor **208**C, and a fourth video image sensor **208**D). At least one of the video image sensors **208** can be configured to capture video at a frame rate of between 1 frame per second and 120 frames per second (FPS) (e.g., about 30 FPS). In other embodiments, at least one of the video image sensors **208** can be configured to capture video at a frame rate of between 20 FPS and 80 FPS.

At least one of the video image sensors **208** (e.g., the second video image sensor **208**B) can be a license plate recognition (LPR) camera having a fixed-focal or varifocal telephoto lens. In some embodiments, the LPR camera can comprise one or more infrared (IR) filters and a plurality of IR light-emitting diodes (LEDs) that allow the LPR camera to operate at night or in low-light conditions. The LPR camera can capture video images at a minimum resolution of 1920×1080 (or 2 megapixels (MP)). The LPR camera can also capture video at a frame rate of between 1 frame per second and 120 FPS. In other embodiments, the LPR camera can also capture video at a frame rate of between 20 FPS and 80 FPS.

The other video image sensors **208** (e.g., the first video image sensor **208**A, the third video image sensor **208**C, and the fourth video image sensor **208**D) can be ultra-low-light high-dynamic range (HDR) image sensors. The HDR image sensors can capture video images at a minimum resolution of 1920×1080 (or 2 MP). The HDR image sensors can also capture video at a frame rate of between 1 frame per second

US 11,164,014 B1

13

and 120 FPS. In certain embodiments, the HDR image sensors can also capture video at a frame rate of between 20 FPS and 80 FPS. In some embodiments, the video image sensors **208** can be or comprise ultra-low-light CMOS image sensors provided by Sony Semiconductor Solutions Corporation.

The video image sensors **208** can be connected to the processors **200** via a high-speed camera interface such as a Mobile Industry Processor Interface (MIPI) camera serial interface.

In alternative embodiments, the video image sensors **208** can refer to built-in video image sensors of the carrier vehicle **110**. For example, the video images sensors **208** can refer to one or more built-in cameras included as part of the carrier vehicle's Advanced Driver Assistance Systems (ADAS).

The edge device **102** can also comprise a high-precision automotive-grade positioning unit **210**. The positioning unit **210** can comprise a multi-band global navigation satellite system (GNSS) receiver configured to concurrently receive signals from a GPS satellite navigation system, a GLONASS satellite navigation system, a Galileo navigation system, and a BeiDou satellite navigation system. For example, the positioning unit **210** can comprise a multi-band GNSS receiver configured to concurrently receive signals from at least two satellite navigation systems including the GPS satellite navigation system, the GLONASS satellite navigation system, the Galileo navigation system, and the BeiDou satellite navigation system. In other embodiments, the positioning unit **210** be configured to receive signals from all four of the aforementioned satellite navigation systems or three out of the four satellite navigation systems. For example, the positioning unit **210** can be a ZED-F9K dead reckoning module provided by u-blox holding AG.

The positioning unit **210** can provide positioning data that can allow the edge device **102** to determine its own location at a centimeter-level accuracy. The positioning unit **210** can also provide positioning data that can be used by the edge device **102** to determine the location of the vehicle **112**. For example, the edge device **102** can use positioning data concerning its own location to substitute for the location of the vehicle **112**. The edge device **102** can also use positioning data concerning its own location to estimate or approximate the location of the vehicle **112**.

In other embodiments, the edge device **102** can determine the location of the vehicle **112** by recognizing an object or landmark (e.g., a bus stop sign) near the vehicle **112** with a known geolocation associated with the object or landmark. In these embodiments, the edge device **102** can use the location of the object or landmark as the location of the vehicle **112**. In further embodiments, the location of the vehicle **112** can be determined by factoring in a distance calculated between the edge device **102** and the vehicle **112** based on a size of the license plate shown in one or more video frames of the video captured by the edge device **112** and a lens parameter of one of the video images sensors **208** (e.g., a zoom factor of the lens).

FIG. **2A** also illustrates that the edge device **102** can comprise a vehicle bus connector **212**. For example, the vehicle bus connector **212** can allow the edge device **102** to obtain wheel odometry data **216** from a wheel odometer of the carrier vehicle **110** carrying the edge device **102**. For example, the vehicle bus connector **212** can be a J1939 connector. The edge device **102** can take into account the wheel odometry data **216** to determine the location of the vehicle **112** (see, e.g., FIG. **1B**).

14

FIG. **2A** illustrates that the edge device can comprise a PMIC **214**. The PMIC **214** can be used to manage power from a power source. In some embodiments, the edge device **102** can be powered by a portable power source such as a battery. In other embodiments, the edge device **102** can be powered via a physical connection (e.g., a power cord) to a power outlet or direct-current (DC) auxiliary power outlet (e.g., 12V/24V) of the carrier vehicle **110**.

FIG. **2B** illustrates one embodiment of the server **104** of the system **100**. As previously discussed, the server **104** can comprise or refer to one or more virtual servers or virtualized computing resources. For example, the server **104** can refer to a virtual server or cloud server hosted and delivered by a cloud computing platform (e.g., Amazon Web Services®, Microsoft Azure®, or Google Cloud®). In other embodiments, the server **104** can refer to one or more physical servers or dedicated computing resources or nodes such as a rack-mounted server, a blade server, a mainframe, a dedicated desktop or laptop computer, one or more processors or processors cores therein, or a combination thereof.

For purposes of the present disclosure, any references to the server **104** can also be interpreted as a reference to a specific component, processor, module, chip, or circuitry within the server **104**.

For example, the server **104** can comprise one or more server processors **218**, server memory and storage units **220**, and a server communication interface **222**. The server processors **218** can be coupled to the server memory and storage units **220** and the server communication interface **222** through high-speed buses or interfaces.

The one or more server processors **218** can comprise one or more CPUs, GPUs, ASICs, FPGAs, or a combination thereof. The one or more server processors **218** can execute software stored in the server memory and storage units **220** to execute the methods or instructions described herein. The one or more server processors **218** can be embedded processors, processor cores, microprocessors, logic circuits, hardware FSMs, DSPs, or a combination thereof. As a more specific example, at least one of the server processors **218** can be a 64-bit processor.

The server memory and storage units **220** can store software, data (including video or image data), tables, logs, databases, or a combination thereof. The server memory and storage units **220** can comprise an internal memory and/or an external memory, such as a memory residing on a storage node or a storage server. The server memory and storage units **220** can be a volatile memory or a non-volatile memory. For example, the server memory and storage units **220** can comprise nonvolatile storage such as NVRAM, Flash memory, solid-state drives, hard disk drives, and volatile storage such as SRAM, DRAM, or SDRAM.

The server communication interface **222** can refer to one or more wired and/or wireless communication interfaces or modules. For example, the server communication interface **222** can be a network interface card. The server communication interface **222** can comprise or refer to at least one of a WiFi communication module, a cellular communication module (e.g., a 4G or 5G cellular communication module), and a Bluetooth®/BLE or other-type of short-range communication module. The server **104** can connect to or communicatively couple with each of the edge devices **102** via the server communication interface **222**. The server **104** can transmit or receive packets of data using the server communication interface **222**.

FIG. **3** illustrates certain modules and engines of the edge device **102** and the server **104**. In some embodiments, the

US 11,164,014 B1

15

edge device **102** can comprise at least an event detection engine **300**, a localization and mapping engine **302**, and a license plate recognition engine **304**. In these and other embodiments, the server **104** can comprise at least a knowledge engine **306**, a reasoning engine **308**, and an analytics engine **310**.

Software instructions run on the edge device **102**, including any of the engines and modules disclosed herein, can be written in the Java® programming language, C++ programming language, the Python® programming language, the Golang™ programming language, or a combination thereof. Software instructions run on the server **104**, including any of the engines and modules disclosed herein, can be written in the Ruby® programming language (e.g., using the Ruby on Rails® web application framework), Python® programming language, or a combination thereof.

As previously discussed, the edge device **102** can continuously capture video of an external environment surrounding the edge device **102**. For example, the video image sensors **208** of the edge device **102** can capture everything that is within a combined field of view **512** (see, e.g., FIG. **5**C) of the video image sensors **208**.

The event detection engine **300** can call a plurality of functions from a computer vision library **312** to read or otherwise obtain frames from the video (e.g., the video **120**) and enhance the video images by resizing, cropping, or rotating the video images.

In one example embodiment, the computer vision library **312** can be the OpenCV® library maintained and operated by the Open Source Vision Foundation. In other embodiments, the computer vision library **312** can be or comprise functions from the TensorFlow® software library, the SimpleCV® library, or a combination thereof.

The event detection engine **300** can then apply a semantic segmentation function from the computer vision library **312** to automatically annotate the video images at a pixel-level with semantic labels. The semantic labels can be class labels such as person, road, tree, building, vehicle, curb, sidewalk, traffic lights, traffic sign, curbside city assets such as fire hydrants, parking meter, lane line, landmarks, curbside side attributes (color/markings), etc. Pixel-level semantic segmentation can refer to associating a class label with each pixel of a video image.

The enhanced and semantically segmented images can be provided as training data by the event detection engine **300** to the deep learning models running on the edge device **102**. The enhanced and semantically segmented images can also be transmitted by the edge device **102** to the server **104** to be used to construct various semantic annotated maps **318** stored in the knowledge engine **306** of the server **104**.

As shown in FIG. **3**, the edge device **102** can also comprise a license plate recognition engine **304**. The license plate recognition engine **304** can be configured to recognize license plate numbers of vehicles in the video frames. For example, the license plate recognition engine **304** can pass a video frame or image captured by a dedicated LPR camera of the edge device **102** (e.g., the second video image sensor **208**B of FIGS. **2**A, **5**A, and **5**D) to a machine learning model specifically trained to recognize license plate numbers from video images. Alternatively, the license plate recognition engine **304** can pass a video frame or image captured by one of the HDR image sensors (e.g., the first video image sensor **208**A, the third video image sensor **208**C, or the fourth video image sensor **208**D) to the machine learning model trained to recognize license plate numbers from such video frames or images.

16

As a more specific example, the machine learning model can be or comprise a deep learning network or a convolutional neural network specifically trained to recognize license plate numbers from video images. In some embodiments, the machine learning model can be or comprise the OpenALPR™ license plate recognition model. The license plate recognition engine **304** can use the machine learning model to recognize alphanumeric strings representing license plate numbers from video images comprising license plates.

In alternative embodiments, the license plate recognition engine **304** can be run on the server **104**. In additional embodiments, the license plate recognition engine **304** can be run on both the edge device **102** and the server **104**.

When a vehicle (e.g., the vehicle **112**) is driving or parked illegally in a restricted road area **114** (e.g., a bus lane or bike lane), the event detection engine **300** can bound the vehicle captured in the video frames with a vehicle bounding box and bound at least a segment of the restricted road area **114** captured in the video frames with a polygon. Moreover, the event detection engine **300** can identify the color of the vehicle, the make and model of the vehicle, and the vehicle type from video frames or images. The event detection engine **300** can detect at least some overlap between the vehicle bounding box and the polygon when the vehicle is captured driving or parked in the restricted road area **114**.

The event detection engine **300** can detect that a potential traffic violation has occurred based on a detected overlap between the vehicle bounding box and the polygon. The event detection engine **300** can then generate an evidence package **316** to be transmitted to the server **104**. In some embodiments, the evidence package **316** can comprise clips or segments of the relevant video(s) captured by the edge device **102**, a timestamp of the event recorded by the event detection engine **300**, an alphanumeric string representing the license plate number of the offending vehicle (e.g., the vehicle **112**), and the location of the offending vehicle as determined by the localization and mapping engine **302**.

The localization and mapping engine **302** can determine the location of the offending vehicle (e.g., the vehicle **112**) using any combination of positioning data obtained from the positioning unit **210**, inertial measurement data obtained from the IMUs **206**, and wheel odometry data **216** obtained from the wheel odometer of the carrier vehicle **110** carrying the edge device **102**. For example, the localization and mapping engine **302** can use positioning data concerning the current location of the edge device **102** to estimate or approximate the location of the offending vehicle. Moreover, the localization and mapping engine **302** can determine the location of the offending vehicle by recognizing an object or landmark (e.g., a bus stop sign) near the vehicle with a known geolocation associated with the object or landmark. In some embodiments, the localization and mapping engine **302** can further refine the determined location of the offending vehicle by factoring in a distance calculated between the edge device **102** and the offending vehicle based on a size of the license plate shown in one or more video frames and a lens parameter of one of the video images sensors **208** (e.g., a zoom factor of the lens) of the edge device **102**.

The localization and mapping engine **302** can also be configured to call on certain functions from the computer vision library **312** to extract point clouds **317** comprising a plurality of salient points **319** (see, also, FIG. **7**) from the videos captured by the video image sensors **208**. The salient points **319** can be visually salient features or key points of objects shown in the videos. For example, the salient points

US 11,164,014 B1

**17**

319 can be the key features of a building, a vehicle, a tree, a road, a fire hydrant, etc. The point clouds **317** or salient points **319** extracted by the localization and mapping engine **302** can be transmitted from the edge device **102** to the server **104** along with any semantic labels used to identify the objects defined by the salient points **319**. The point clouds **317** or salient points **319** can be used by the knowledge engine **306** of the server **104** to construct three-dimensional (3D) semantic annotated maps **318**. The 3D semantic annotated maps **318** can be maintained and updated by the server **104** and transmitted back to the edge devices **102** to aid in violation detection.

In this manner, the localization and mapping engine **302** can be configured to undertake simultaneous localization and mapping. The localization and mapping engine **302** can associate positioning data with landmarks, structures, and roads shown in the videos captured by the edge device **102**. Data and video gathered by each of the edge devices **102** can be used by the knowledge engine **306** of the server **104** to construct and maintain the 3D semantic annotated maps **318**. Each of the edge devices **102** can periodically or continuously transmit the salient points **319**/points clouds, semantic labels, and positioning data gathered by the localization and mapping engine **302** to the server **104** for the purposes of constructing and maintaining the 3D semantic annotated maps **318**.

The knowledge engine **306** of the server **104** can be configured to construct a virtual 3D environment representing the real-world environment captured by the video image sensors **208** of the edge devices **102**. The knowledge engine **306** can be configured to construct the 3D semantic annotated maps **318** from videos and data received from the edge devices **102** and continuously update such maps based on new videos or data received from the edge devices **102**. The knowledge engine **306** can use inverse perspective mapping to construct the 3D semantic annotated maps **318** from two-dimensional (2D) video image data obtained from the edge devices **102**.

The semantic annotated maps **318** can be built on top of existing standard definition maps and can be built on top of geometric maps **320** constructed from sensor data and salient points **319** obtained from the edge devices **102**. For example, the sensor data can comprise data from the positioning units **210** and IMUs **206** of the edge devices **102** and wheel odometry data **216** from the carrier vehicles **110**.

The geometric maps **320** can be stored in the knowledge engine **306** along with the semantic annotated maps **318**. The knowledge engine **306** can also obtain data or information from one or more government mapping databases or government GIS maps to construct or further fine-tune the semantic annotated maps **318**. In this manner, the semantic annotated maps **318** can be a fusion of mapping data and semantic labels obtained from multiple sources including, but not limited to, the plurality of edge devices **102**, municipal mapping databases, or other government mapping databases, and third-party private mapping databases. The semantic annotated maps **318** can be set apart from traditional standard definition maps or government GIS maps in that the semantic annotated maps **318** are: (i) three-dimensional, (ii) accurate to within a few centimeters rather than a few meters, and (iii) annotated with semantic and geolocation information concerning objects within the maps. For example, objects such as lane lines, lane dividers, crosswalks, traffic lights, no parking signs or other types of street signs, fire hydrants, parking meters, curbs, trees or other types of plants, or a combination thereof are identified in the semantic annotated maps **318** and their geolocations and any

**18**

rules or regulations concerning such objects are also stored as part of the semantic annotated maps **318**. As a more specific example, all bus lanes or bike lanes within a municipality and their hours of operation/occupancy can be stored as part of a semantic annotated map **318** of the municipality.

The semantic annotated maps **318** can be updated periodically or continuously as the server **104** receives new mapping data, positioning data, and/or semantic labels from the various edge devices **102**. For example, a bus serving as a carrier vehicle **100** having an edge device installed within the bus can drive along the same bus route multiple times a day. Each time the bus travels down a specific roadway or passes by a specific landmark (e.g., building or street sign), the edge device **102** on the bus can take video(s) of the environment surrounding the roadway or landmark. The videos can first be processed locally on the edge device **102** (using the computer vision tools and deep learning models previously discussed) and the outputs (e.g., the detected objects, semantic labels, and location data) from such detection can be transmitted to the knowledge engine **306** and compared against data already included as part of the semantic annotated maps **318**. If such labels and data match or substantially match what is already included as part of the semantic annotated maps **318**, the detection of this roadway or landmark can be corroborated and remain unchanged. If, however, the labels and data do not match what is already included as part of the semantic annotated maps **318**, the roadway or landmark can be updated or replaced in the semantic annotated maps **318**. An update or replacement can be undertaken if a confidence level or confidence value of the new objects detected is higher than the confidence level or confidence value of objects previously detected by the same edge device **102** or another edge device **102**. This map updating procedure or maintenance procedure can be repeated as the server **104** receives more data or information from additional edge devices **102**.

As shown in FIG. **3**, the server **104** can transmit or deploy revised or updated semantic annotated maps **322** to the edge devices **102**. For example, the server **104** can transmit or deploy revised or updated semantic annotated maps **322** periodically or when an update has been made to the existing semantic annotated maps **318**. The updated semantic annotated maps **322** can be used by the edge device **102** to more accurately localize restricted road areas **114** to ensure accurate detection. Ensuring that the edge devices **102** have access to updated semantic annotated maps **322** reduces the likelihood of false positive detections.

The knowledge engine **306** can also store all event data or files included as part of any evidence packages **316** received from the edge devices **102** concerning potential traffic violations. The knowledge engine **306** can then pass certain data or information from the evidence package **316** to the reasoning engine **308** of the server **104**.

The reasoning engine **308** can comprise a logic reasoning module **324**, a context reasoning module **326**, and a severity reasoning module **328**. The context reasoning module **326** can further comprise a game engine **330** running on the server **104**.

The logic reasoning module **324** can use logic (e.g., logic operators) to filter out false positive detections. For example, the logic reasoning module **324** can look up the alphanumeric string representing the detected license plate number of the offending vehicle in a government vehicular database (e.g., a Department of Motor Vehicles database) to see if the registered make/model of the vehicle associated with the detected license plate number matches the vehicle make/

US 11,164,014 B1

19

model detected by the edge device **102**. If such a comparison results in a mismatch, the potential traffic violation can be considered a false positive. Moreover, the logic reasoning module **324** can also compare the location of the purported restricted road area **114** against a government database of all restricted roadways or zones to ensure that the detected roadway or lane is in fact under certain restrictions or prohibitions against entry or parking. If such comparisons result in a match, the logic reasoning module **324** can pass the data and files included as part of the evidence package **316** to the context reasoning module **326**.

The context reasoning module **326** can use a game engine **330** to reconstruct the violation as a game engine simulation in a 3D virtual environment. The context reasoning module **326** can also visualize or render the game engine simulation as a video clip that can be presented through a web portal or app **332** run on a client device **130** in communication with the server **104**.

The game engine simulation can be a simulation of the potential traffic violation captured by the video image sensors **208** of the edge device **102**.

For example, the game engine simulation can be a simulation of a car parked or driving illegally in a bus lane or bike lane. In this example, the game engine simulation can include not only the car and the bus or bike lane but also other vehicles or pedestrians in the vicinity of the car and their movements and actions.

The game engine simulation can be reconstructed from videos and data received from the edge device **102**. For example, the game engine simulation can be constructed from videos and data included as part of the evidence package **316** received from the edge device **102**. The game engine **330** can also use semantic labels and other data obtained from the semantic annotated maps **318** to construct the game engine simulation.

In some embodiments, the game engine **330** can be a game engine built on the Unreal Engine® creation platform. For example, the game engine **330** can be the CARLA simulation creation platform. In other embodiments, the game engine **330** can be the Godot™ game engine or the Armory™ game engine.

The context reasoning module **326** can use the game engine simulation to understand a context surrounding the traffic violation. The context reasoning module **326** can apply certain rules to the game engine simulation to determine if a potential traffic violation is indeed a traffic violation or whether the violation should be mitigated. For example, the context reasoning module **326** can determine a causation of the potential traffic violation based on the game engine simulation. As a more specific example, the context reasoning module **326** can determine that the vehicle **112** stopped only temporarily in the restricted road area **114** to allow an emergency vehicle to pass by. Rules can be set by the context reasoning module **326** to exclude certain detected violations when the game engine simulation shows that such violations were caused by one or more mitigating circumstances (e.g., an emergency vehicle passing by or another vehicle suddenly swerving into a lane). In this manner, the context reasoning module **326** can use the game engine simulation to determine that certain potential traffic violations should be considered false positives.

If the context reasoning module **326** determines that no mitigating circumstances are detected or discovered, the data and videos included as part of the evidence package **316** can be passed to the severity reasoning module **328**. The severity reasoning module **328** can make the final determi-

20

nation as to whether a traffic violation has indeed occurred by comparing data and videos received from multiple edge devices **102**.

As shown in FIG. **3**, the server **104** can also comprise an analytics engine **310**. The analytics engine **310** can be configured to render visualizations, event feeds, and/or a live map showing the locations of all potential or confirmed traffic violations. The analytics engine **310** can also provide insights or predictions based on the traffic violations detected. For example, the analytics engine **310** can determine violation hotspots and render graphics visualizing such hotspots.

The visualizations, event feeds, and live maps rendered by the analytics engine **310** can be accessed through a web portal or app **332** run on a client device **130** able to access the server **104** or be communicatively coupled to the server **104**. The client device **130** can be used by a third-party reviewer (e.g., a law enforcement official or a private contractor) to review the detected traffic violations.

In some embodiments, the web portal can be a browser-based portal and the app can be a downloadable software application such as a mobile application. More specifically, the mobile application can be an Apple® iOS mobile application or an Android® mobile application.

The server **104** can render one or more graphical user interfaces (GUIs) **334** that can be accessed or displayed through the web portal or app **332**. For example, one of the GUIs **334** can comprise a live map showing real-time locations of all edge devices **102**, traffic violations, and violation hot-spots. Another of the GUIs **334** provide a live event feed of all flagged events or potential traffic violations and the processing status of such violations. Yet another GUI **334** can be a violation review GUI that can play back video evidence of a traffic violation along with data or information concerning a time/date that the violation occurred, a determined location of the violation, a device identifier, and a carrier vehicle identifier. As will be discussed in more detail in the following sections, the violation review GUI can provide a user of the client device **130** with user interface elements to approve or reject a violation.

In other embodiments, the system **100** can offer an application programming interface (API) **331** designed to allow third-parties to access data and visualizations captured or collected by the edge devices **102**, the server **104**, or a combination thereof.

FIG. **3** also illustrates that the server **104** can receive third-party video and data **336** concerning a potential traffic violation. The server **104** can receive the third-party video and data **336** via one or more application programming interfaces (APIs) **338**. For example, the server **104** can receive third-party video and data **336** from a third-party mapping service, a third-party violation detection service or camera operator, or a fleet of autonomous or semiautonomous vehicles. For example, the knowledge engine **306** can use the third party video and data **336** to construct or update the semantic annotated maps **318**. Also, for example, the reasoning engine **308** can use the third party video and data **336** to determine whether a traffic violation has indeed occurred and to gauge the severity of the violation. The analytics engine **310** can use the third party video and data **336** to generate graphics, visualizations, or maps concerning violations detected from such third party video and data **336**.

The edge device **102** can combine information from multiple different types of sensors and determine, with a high-level of accuracy, an object's type location, and other attributes of the object essential for detecting traffic violations.

US 11,164,014 B1

21

In one embodiment, the edge device **102** can fuse sensor data received from optical sensors such as the video image sensors **208**, mechanical sensors such as wheel odometry data **216** obtained from a wheel odometer of the carrier vehicle **110**, and electrical sensors that connect to a vehicle's on-board diagnostics (OBD) systems, and IMU-based GPS.

FIG. **3** also illustrates that the edge device **102** can further comprise a device over-the-air (OTA) update engine **352** and the server **104** can comprise a server OTA update engine **354**. The web portal or app **332** can be used by the system administrator to manage the OTA updates.

The device OTA update engine **352** and the server OTA update engine **354** can update an operating system (OS) software, a firmware, and/or an application software running on the edge device **102** wirelessly or over the air. For example, the device OTA update engine **352** and the server OTA update engine **354** can update any maps, deep learning models, and/or point cloud data stored or running on the edge device **102** over the air.

The OTA update engine **352** can query a container registry **356** periodically for any updates to software running on the edge device **102** or data or models stored on the edge device **102**. In another embodiment, the device OTA update engine **352** can query the server OTA update engine **354** running on the server **104** for any software or data updates.

The software and data updates can be packaged as docker container images **350**. For purposes of this disclosure, a docker container image **350** can be defined as a lightweight, standalone, and executable package of software or data that comprises everything needed to run the software or read or manipulate the data including software code, runtime instructions, system tools, system libraries, and system settings. Docker container images **350** can be used to generate or create docker containers on the edge device **102**. For example, docker containers can refer to containerized software or data run or stored on the edge device **102**. As will be discussed in more detail in later sections, the docker containers can be run as workers (see, e.g., the first worker **702A**, the second worker **702B**, and the third worker **702C**) on the edge device **102**.

The docker container images **350** can be managed and distributed by a container registry **356**. In some embodiments, the container registry **356** can be provided by a third-party cloud computing provider. For example, the container registry **356** can be the Amazon Elastic Container Registry™. In other embodiments, the container registry **356** can be an application running on the server **104**.

In certain embodiments, the docker container images **350** can be stored in a cloud storage node **358** offered by a cloud storage service provider. For example, the docker container images **350** can be stored as objects in an object-based cloud storage environment provided by a cloud storage service provider such as the Amazon™ Simple Storage Service (Amazon S3).

The server OTA update engine **354** can push or upload new software or data updates to the container registry **356** and/or the cloud storage node **358**. The server OTA update engine **354** can periodically check for any updates to any device firmware or device drivers from a device manufacturer and package or bundle such updates as docker container images **350** to be pushed or uploaded to the container registry **356** and/or the cloud storage node **358**. In some embodiments, a system administrator can use the web portal **332** to upload any software or data updates to the container registry **356** and/or the server **104** via the server OTA update engine **354**.

22

The device OTA update engine **352** can also determine whether the software within the new docker container is running properly. If the device OTA update engine **352** determines that a service running the new docker container has failed within a predetermined test period, the device OTA update engine **352** can resume running a previous version of the docker container. If the device OTA update engine **352** determines that no service failures are detected within the predetermined test period, the device OTA update engine **352** can change a setup of the edge device **102** so the new docker container runs automatically or by default on device boot.

In some embodiments, docker containers and docker container images **350** can be used to update an operating system (OS) running on the edge device **102**. In other embodiments, an OS running on the edge device **102** can be updated over the air using an OS package **360** transmitted wirelessly from the server **104**, the cloud storage node **358**, or another device/server hosting the OS update.

FIG. **4** illustrates that, in some embodiments, the carrier vehicle **400** can be a municipal fleet vehicle. For example, the carrier vehicle **110** can be a transit vehicle such as a municipal bus, train, or light-rail vehicle, a school bus, a street sweeper, a sanitation vehicle (e.g., a garbage truck or recycling truck), a traffic or parking enforcement vehicle, or a law enforcement vehicle (e.g., a police car or highway patrol car), a tram or light-rail train.

In other embodiments, the carrier vehicle **110** can be a semi-autonomous vehicle such as a vehicle operating in one or more self-driving modes with a human operator in the vehicle. In further embodiments, the carrier vehicle **110** can be an autonomous vehicle or self-driving vehicle.

In certain embodiments, the carrier vehicle **110** can be a private vehicle or vehicle not associated with a municipality or government entity.

As will be discussed in more detail in the following sections, the edge device **102** can be detachably or removably coupled to the carrier vehicle **400**. For example, the edge device **102** can comprise an attachment arm **502** (see FIGS. **5A-5D**) for securing or otherwise coupling the edge device **102** to a window or dashboard of the carrier vehicle **110**. As a more specific example, the edge device **102** can be coupled to a front windshield, a rear windshield, a side window, a front dashboard, or a rear deck or dashboard of the carrier vehicle **110**.

In some embodiments, the edge device **102** can be coupled to an exterior surface or side of the carrier vehicle **110** such as a front, lateral, or rear exterior surface or side of the carrier vehicle **110**. In additional embodiments, the edge device **102** can be coupled to a component or arm extending from the carrier vehicle **110**. For example, the edge device **102** can be coupled to a stop arm (i.e., an arm carrying a stop sign) of a school bus.

As previously discussed, the system **100** can comprise edge devices **102** installed in or otherwise coupled carrier vehicles **110** deployed within a geographic area or municipality. For example, an edge device **102** can be coupled to a front windshield or dash/deck of each of a bus driving around a city on its daily bus route. Also, for example, an edge device **102** can be coupled to a front windshield or dash/deck of a street sweeper on its daily sweeping route or a garbage/recycling truck on its daily collection route.

It is also contemplated by this disclosure that the edge device **102** can be carried by or otherwise coupled to a micro-mobility vehicle (e.g., an electric scooter). In other

US 11,164,014 B1

23

embodiments contemplated by this disclosure, the edge device 102 can be carried by or otherwise coupled to a UAV or drone.

FIGS. 5A and 5B illustrate front and right side views, respectively, of one embodiment of the edge device 102. The edge device 102 can comprise a device housing 500 and an attachment arm 502.

The device housing 500 can be substantially shaped as an elongate cuboid having rounded corners and edges. In other embodiments, the device housing 500 can be substantially shaped as a rectangular box, an ovoid, a truncated pyramid, a sphere, or any combination thereof.

In some embodiments, the device housing 500 can be made in part of a polymeric material, a metallic material, or a combination thereof. For example, the device housing 500 can be made in part of a rigid polymeric material such as polycarbonate, acrylonitrile butadiene styrene (ABS), or a combination thereof. The device housing 500 can also be made in a part of an aluminum alloy, stainless steel, titanium, or a combination thereof. In some embodiments, at least portions of the device housing 500 can be made of glass (e.g., the parts covering the image sensor lenses).

As shown in FIGS. 5A and 5B, when the device housing 500 is implemented as an elongate cuboid, the device housing 500 can have a housing length 504, a housing height 506, and a housing depth 508. In some embodiments, the housing length 504 can be between about 150 mm and about 250 mm. For example, the housing length 504 can be about 200 mm. The housing height 506 can be between about 50 mm and 100 mm. For example, the housing height 506 can be about 75 mm. The housing depth 508 can be between about 50 mm and 100 mm. For example, the housing depth 508 can be about 75 mm.

In some embodiments, the attachment arm 502 can extend from a top of the device housing 500. In other embodiments, the attachment arm 502 can also extend from a bottom of the device housing 500. As shown in FIG. 5B, at least one of the linkages of the attachment arm 502 can rotate with respect to one or more of the other linkage(s) of the attachment arm 502 to tilt the device housing 500. The device housing 500 can be tilted to allow a driver of the carrier vehicle 110 or an installer of the edge device 102 to obtain better camera angles or account for a slant or angle of the vehicle's windshield.

The attachment arm 502 can comprise a high bonding adhesive 510 at a terminal end of the attachment arm 502 to allow the attachment arm 502 to be adhered to a windshield (e.g., a front windshield or a rear windshield), window, or dashboard of the carrier vehicle 110. In some embodiments, the high bonding adhesive 510 can be a very high bonding (VHB) adhesive layer or tape, an ultra-high bonding (UHB) adhesive layer or tape, or a combination thereof. As shown in FIGS. 5B and 5E, in one example embodiment, the attachment arm 502 can be configured such that the adhesive 510 faces forward or in a forward direction above the device housing 500. In other embodiments not shown in the figures but contemplated by this disclosure, the adhesive 510 can face downward below the device housing 500 to allow the attachment arm 502 to be secured to a dashboard or deck of the carrier vehicle 110.

In other embodiments contemplated by this disclosure but not shown in the figures, the attachment arm 502 can be detachably or removably coupled to a windshield, window, or dashboard of the carrier vehicle 110 via a suction mechanism (e.g., one or more releasable high-strength suction cups), a magnetic connector, or a combination thereof with or without adhesives. In additional embodiments, the device

24

housing 500 can be fastened or otherwise coupled to an exterior surface or interior surface of the carrier vehicle 110 via screws or other fasteners, clips, nuts and bolts, adhesives, suction cups, magnetic connectors, or a combination thereof.

In further embodiments contemplated by this disclosure but not shown in the figures, the attachment arm 502 can be detachably or removably coupled to a micro-mobility vehicle or a UAV or drone. For example, the attachment arm 502 can be detachably or removably coupled to a handrail/handlebar of an electric scooter. Also, for example, the attachment arm 502 can be detachably or removably coupled to a mount or body of a drone or UAV.

FIGS. 5A-5D illustrate that the device housing 500 can house or contain all of the electronic components (see, e.g., FIG. 2A) of the edge device 102 including the plurality of video image sensors 208. For example, the video image sensors 208 can comprise a first video image sensor 208A, a second video image sensor 208B, a third video image sensor 208C, and a fourth video image sensor 208D.

As shown in FIG. 5A, one or more of the video image sensors 208 can be angled outward or oriented in one or more peripheral directions relative to the other video image sensors 208 facing forward. The edge device 102 can be positioned such that the forward facing video image sensors (e.g., the second video image sensor 208B and the third video image sensor 208C) are oriented in a direction of forward travel of the carrier vehicle 110. In these embodiments, the angled video image sensors (e.g., the first video image sensor 208A and the fourth video image sensor 208D) can be oriented such that the environment surrounding the carrier vehicle 110 or to the periphery of the carrier vehicle 110 can be captured by the angled video image sensors. The first video image sensor 208A and the fourth video image sensor 208D can be angled with respect to the second video image sensor 208B and the third video image sensor 208C.

In the example embodiment shown in FIG. 5A, the device housing 500 can be configured such that the camera or sensor lenses of the forward-facing image video sensors (e.g., the second video image sensor 208B and the third video image sensor 208C) are exposed along the length or long side of the device housing 500 and each of the angled video image sensors (e.g., the first video image sensor 208A and the fourth video image sensor 208D) is exposed along an edge or side of the device housing 500.

When in operation, the forward-facing video image sensors can capture videos of the environment (e.g., the roadway, other vehicles, buildings, or other landmarks) mostly in front of the carrier vehicle 110 and the angled video image sensors can capture videos of the environment mostly to the sides of the carrier vehicle 110. As a more specific example, the angled video image sensors can capture videos of adjacent lane(s), vehicle(s) in the adjacent lane(s), a sidewalk environment including people or objects (e.g., fire hydrants or other municipal assets) on the sidewalk, and buildings facades.

At least one of the video image sensors 208 (e.g., the second video image sensor 208B) can be a license plate recognition (LPR) camera having a fixed-focal or varifocal telephoto lens. In some embodiments, the LPR camera can comprise one or more infrared (IR) filters and a plurality of IR light-emitting diodes (LEDs) that allow the LPR camera to operate at night or in low-light conditions. The LPR camera can capture video images at a minimum resolution of 1920×1080 (or 2 MP). The LPR camera can also capture video at a frame rate of between 1 frame per second and 120

US 11,164,014 B1

25

FPS. In some embodiments, the LPR camera can also capture video at a frame rate of between 20 FPS and 80 FPS.

The other video image sensors 208 (e.g., the first video image sensor 208A, the third video image sensor 208C, and the fourth video image sensor 208D) can be ultra-low-light HDR image sensors. The HDR image sensors can capture video images at a minimum resolution of 1920×1080 (or 2 MP). The HDR image sensors can also capture video at a frame rate of between 1 frame per second and 120 FPS. In certain embodiments, the HDR image sensors can also capture video at a frame rate of between 20 FPS and 80 FPS. In some embodiments, the video image sensors 208 can be or comprise ultra-low-light CMOS image sensors distributed by Sony Semiconductor Solutions Corporation.

FIG. 5C illustrates that the video image sensors 208 housed within the embodiment of the edge device 102 shown in FIG. 5A can have a combined field of view 512 of greater than 180 degrees. For example, the combined field of view 512 can be about 240 degrees. In other embodiments, the combined field of view 512 can be between 180 degrees and 240 degrees.

FIGS. 5D and 5E illustrate perspective and right side views, respectively, of another embodiment of the edge device 102 having a camera skirt 514. The camera skirt 514 can block or filter out light emanating from an interior of the carrier vehicle 110 to prevent the lights from interfering with the video image sensors 208. For example, when the carrier vehicle 110 is a municipal bus, the interior of the municipal bus can be lit by artificial lights (e.g., fluorescent lights, LED lights, etc.) to ensure passenger safety. The camera skirt 514 can block or filter out such excess light to prevent the excess light from degrading the video footage captured by the video image sensors 208.

As shown in FIG. 5D, the camera skirt 514 can comprise a tapered or narrowed end and a wide flared end. The tapered end of the camera skirt 514 can be coupled to a front portion of the device housing 500. The camera skirt 514 can also comprise a skirt distal edge 516 defining the wide flared end. The skirt distal edge 516 can be configured to contact or press against one portion of the windshield or window of the carrier vehicle 110 when the edge device 102 is adhered or otherwise coupled to another portion of the windshield or window via the attachment arm 502.

As shown in FIG. 5D, the skirt distal edge 516 can be substantially elliptical-shaped or stadium-shaped. In other embodiments, the skirt distal edge 516 can be substantially shaped as a rectangle or oval. For example, at least part of the camera skirt 514 can be substantially shaped as a flattened frustoconic or a trapezoidal prism having rounded corners and edges.

FIG. 5D also illustrates that the combined field of view 512 of the video image sensors 208 housed within the embodiment of the edge device 102 shown in FIG. 5D can be less than 180 degrees. For example, the combined field of view 512 can be about 120 degrees or between about 90 degrees and 120 degrees.

FIG. 6 illustrates an alternative embodiment of the edge device 102 where the edge device 102 is a personal communication device such as a smartphone or tablet computer. In this embodiment, the video image sensors 208 of the edge device 102 can be the built-in image sensors or cameras of the smartphone or tablet computer. Moreover, references to the one or more processors 200, the wireless communication modules 204, the positioning unit 210, the memory and storage units 202, and the IMUs 206 of the edge device 102 can refer to the same or similar components within the smartphone or tablet computer.

26

Also, in this embodiment, the smartphone or tablet computer serving as the edge device 102 can also wirelessly communicate or be communicatively coupled to the server 104 via the secure connection 108. The smartphone or tablet computer can also be positioned near a windshield or window of a carrier vehicle 110 via a phone or tablet holder coupled to the windshield, window, dashboard, deck, mount, or body of the carrier vehicle 110.

FIG. 7 illustrates one embodiment of a method 700 for detecting a potential traffic violation. The method 700 can be undertaken by a plurality of workers 702 of the event detection engine 300.

The workers 702 can be software programs or modules dedicated to performing a specific set of tasks or operations. These tasks or operations can be part of a docker container created based on a docker container image 350. As previously discussed, the docker container images 350 can be transmitted over-the-air from a container registry 356 and/or a cloud storage node 358. Each worker 702 can be a software program or module dedicated to executing the tasks or operations within a docker container.

As shown in FIG. 7, the output from one worker 702 (e.g., the first worker 702A) can be transmitted to another worker (e.g., the third worker 702C) running on the same edge device 102. For example, the output or results (e.g., the inferences or predictions) provided by one worker can be transmitted to another worker using an inter-process communication protocol such as the user datagram protocol (UDP).

In some embodiments, the event detection engine 300 of each of the edge devices 102 can comprise at least a first worker 702A, a second worker 702B, and a third worker 702C. Although FIG. 7 illustrates the event detection engine 300 comprising three workers 702, it is contemplated by this disclosure that the event detection engine 300 can comprise four or more workers 702 or two workers 702.

As shown in FIG. 7, both the first worker 702A and the second worker 702B can retrieve or grab video frames from a shared camera memory 704. The shared camera memory 704 can be an onboard memory (e.g., non-volatile memory) of the edge device 102 for storing videos captured by the video image sensors 208. Since the video image sensors 208 are capturing approximately 30 video frames per second, the video frames are stored in the shared camera memory 704 prior to being analyzed by the first worker 702A or the second worker 702B. In some embodiments, the video frames can be grabbed using a video frame grab function such as the GStreamer tool.

As will be discussed in more detail in the following sections, the objective of the first worker 702A can be to detect objects of certain object classes (e.g., cars, trucks, buses, etc.) within a video frame and bound each of the objects with a vehicle bounding box 800 (see, e.g., FIG. 8). The objective of the second worker 702B can be to detect one or more lanes within the same video frame and bound the lanes in polygons 1008 (see, e.g., FIGS. 10, 11A, and 11B) including bounding a lane-of-interest (LOI) such as a restricted road area/lane 114 in a LOI polygon 1012. In alternative embodiments, the LOI can be a type of lane that is not restricted by a municipal/governmental restriction or another type of traffic restriction but a municipality or other type of governmental entity may be interested in the usage rate of such a lane.

The objective of the third worker 702C can be to detect whether a potential traffic violation has occurred by calculating a lane occupancy score 1200 (see, e.g., FIGS. 12A and 12B) using outputs (e.g., the vehicle bounding box and the

US 11,164,014 B1

27

LOI polygon **1012**) produced and received from the first worker **702**A and the second worker **702**B.

FIG. **7** illustrates that the first worker **702**A can crop and resize a video frame retrieved from the shared camera memory **704** in operation **706**. The first worker **702**A can crop and resize the video frame to optimize the video frame for analysis by one or more deep learning models or convolutional neural networks running on the edge device **102**. For example, the first worker **702**A can crop and resize the video frame to optimize the video frame for the first convolutional neural network **314** running on the edge device **102**.

In one embodiment, the first worker **702**A can crop and resize the video frame to match the pixel width and height of the training video frames used to train the first convolutional neural network **314**. For example, the first worker **702**A can crop and resize the video frame such that the aspect ratio of the video frame matches the aspect ratio of the training video frames.

As a more specific example, the video frames captured by the video image sensors **208** can have an aspect ratio of 1920×1080. When the event detection engine **300** is configured to determine traffic lane violations, the first worker **702**A can be programmed to crop the video frames such that vehicles and roadways with lanes are retained but other objects or landmarks (e.g., sidewalks, pedestrians, building façades) are cropped out.

When the first convolutional neural network **314** is the DetectNet deep neural network, the first worker **702**A can crop and resize the video frames such that the aspect ratio of the video frames is about 500×500 (corresponding to the pixel height and width of the training video frames used by the DetectNet deep neural network).

The method **700** can also comprise detecting a vehicle **112** from the video frame and bounding the vehicle **112** shown in the video frame with a vehicle bounding box **800** in operation **708**. The first worker **702**A can be programmed to pass the video frame to the first convolutional neural network **314** to obtain an object class **802**, a confidence score **804** for the object class detected, and a set of coordinates for the vehicle bounding box **800** (see, e.g., FIG. **8**).

In some embodiments, the first convolutional neural network **314** can be configured such that only certain vehicle-related objects are supported by the first convolutional neural network **314**. For example, the first convolutional neural network **314** can be configured such that the object classes **802** supported only consist of cars, trucks, and buses. In other embodiments, the first convolutional neural network **314** can be configured such that the object classes **802** supported also include bicycles, scooters, and other types of wheeled mobility vehicles. In other embodiments, the first convolutional neural network **314** can be configured such that the object classes **802** supported also comprise non-vehicles classes such as pedestrians, landmarks, street signs, fire hydrants, bus stops, and building façades.

In certain embodiments, the first convolutional neural network **314** can be designed to detect up to 60 objects per video frame. Although the first convolutional neural network **314** can be designed to accommodate numerous object classes **802**, one advantage of limiting the number of object classes **802** is to reduce the computational load on the processors of the edge device **102**, shorten the training time of the neural network, and make the neural network more efficient.

The first convolutional neural network **314** can be a convolutional neural network comprising a plurality of convolutional layers and fully connected layers trained for

28

object detection (and, in particular, vehicle detection). In one embodiment, the first convolutional neural network **314** can be a modified instance of the DetectNet deep neural network.

In other embodiments, the first convolutional neural network **314** can be the You Only Look Once Lite (YOLO Lite) object detection model. In some embodiments, the first convolutional neural network **314** can also identify certain attributes of the detected objects. For example, the first convolutional neural network **314** can identify a set of attributes of an object identified as a car such as the color of the car, the make and model of the car, and the car type (e.g., whether the vehicle is a personal vehicle or a public service vehicle).

The first convolutional neural network **314** can be trained, at least in part, from video frames of videos captured by the edge device **102** or other edge devices **102** deployed in the same municipality or coupled to other carrier vehicles **110** in the same carrier fleet. The first convolutional neural network **314** can be trained, at least in part, from video frames of videos captured by the edge device **102** or other edge devices at an earlier point in time. Moreover, the first convolutional neural network **314** can be trained, at least in part, from video frames from one or more open-sourced training sets or datasets.

As previously discussed, the first worker **702**A can obtain a confidence score **804** from the first convolutional neural network **314**. The confidence score **804** can be between 0 and 1.0. The first worker **702**A can be programmed to not apply a vehicle bounding box to a vehicle if the confidence score **804** of the detection is below a preset confidence threshold. For example, the confidence threshold can be set at between 0.65 and 0.90 (e.g., at 0.70). The confidence threshold can be adjusted based on an environmental condition (e.g., a lighting condition), a location, a time-of-day, a day-of-the-week, or a combination thereof.

As previously discussed, the first worker **702**A can also obtain a set of coordinates for the vehicle bounding box **800**. The coordinates can be coordinates of corners of the vehicle bounding box **800**. For example, the coordinates for the vehicle bounding box **800** can be x- and y-coordinates for an upper left corner and a lower right corner of the vehicle bounding box **800**. In other embodiments, the coordinates for the vehicle bounding box **800** can be x- and y-coordinates of all four corners or the upper right corner and the lower left corner of the vehicle bounding box **800**.

In some embodiments, the vehicle bounding box **800** can bound the entire two-dimensional (2D) image of the vehicle captured in the video frame. In other embodiments, the vehicle bounding box **800** can bound at least part of the 2D image of the vehicle captured in the video frame such as a majority of the pixels making up the 2D image of the vehicle.

The method **700** can further comprise transmitting the outputs produced by the first worker **702**A and/or the first convolutional neural network **314** to a third worker **702**C in operation **710**. In some embodiments, the outputs produced by the first worker **702**A and/or the first convolutional neural network **315** can comprise coordinates of the vehicle bounding box **800** and the object class **802** of the object detected (see, e.g., FIG. **8**). The outputs produced by the first worker **702**A and/or the first convolutional neural network **314** can be packaged into UDP packets and transmitted using UDP sockets to the third worker **702**C.

In other embodiments, the outputs produced by the first worker **702**A and/or the first convolutional neural network **314** can be transmitted to the third worker **702**C using

US 11,164,014 B1

29                                                              30

another network communication protocol such as a remote procedure call (RPC) communication protocol.

FIG. 7 illustrates that the second worker 702B can crop and resize a video frame retrieved from the shared camera memory 704 in operation 712. In some embodiments, the video frame retrieved by the second worker 702B can be the same as the video frame retrieved by the first worker 702A.

In other embodiments, the video frame retrieved by the second worker 702B can be a different video frame from the video frame retrieved by the first worker 702A. For example, the video frame can be captured at a different point in time than the video frame retrieved by the first worker 702A (e.g., several seconds or milliseconds before or after). In all such embodiments, one or more vehicles and lanes (see, e.g., FIGS. 10, 11A, and 11B) should be visible in the video frame.

The second worker 702B can crop and resize the video frame to optimize the video frame for analysis by one or more deep learning models or convolutional neural networks running on the edge device 102. For example, the second worker 702A can crop and resize the video frame to optimize the video frame for the second convolutional neural network 315.

In one embodiment, the second worker 702A can crop and resize the video frame to match the pixel width and height of the training video frames used to train the second convolutional neural network 315. For example, the second worker 702B can crop and resize the video frame such that the aspect ratio of the video frame matches the aspect ratio of the training video frames.

As a more specific example, the video frames captured by the video image sensors 208 can have an aspect ratio of 1920×1080. The second worker 702B can be programmed to crop the video frames such that vehicles and lanes are retained but other objects or landmarks (e.g., sidewalks, pedestrians, building façades) are cropped out.

When the second convolutional neural network 315 is the Segnet deep neural network, the second worker 702B can crop and resize the video frames such that the aspect ratio of the video frames is about 752×160 (corresponding to the pixel height and width of the training video frames used by the Segnet deep neural network).

When cropping the video frame, the method 700 can further comprise an additional step of determining whether a vanishing point 1010 (see, e.g., FIGS. 10, 11A, and 11B) is present within the video frame. The vanishing point 1010 can be one point or region in the video frame where distal or terminal ends of the lanes shown in the video frame converge into the point or region. If the vanishing point 1010 is not detected by the second worker 702B, a cropping parameter (e.g., a pixel height) can be adjusted until the vanishing point 1010 is detected. Alternatively, one or more video image sensors 208 on the edge device 102 can be physically adjusted (for example, as part of an initial calibration routine) until the vanishing point 1010 is shown in the video frames captured by the video image sensors 208. Adjusting the cropping parameters or the video image sensors 208 until a vanishing point 1010 is detected in the video frame can be part of a calibration procedure that I run before deploying the edge devices 102 in the field.

The vanishing point 1010 can be used to approximate the sizes of lanes detected by the second worker 702B. For example, the vanishing point 1010 can be used to detect when one or more of the lanes within a video frame are obstructed by an object (e.g., a bus, car, truck, or another type of vehicle). The vanishing point 1010 will be discussed in more detail in later sections.

The method 700 can further comprise applying a noise smoothing operation to the video frame in operation 714. The noise smoothing operation can reduce noise in the cropped and resized video frame. The noise smoothing operation can be applied to the video frame containing the one or more lanes prior to the step of bounding the one or more lanes using polygons 1008. For example, the noise smoothing operation can blur out or discard unnecessary details contained within the video frame. In some embodiments, the noise smoothing operation can be an exponentially weighted moving average (EWMA) smoothing operation.

In other embodiments, the noise smoothing operation can be a nearest neighbor image smoothing or scaling operation. In further embodiments, the noise smoothing operation can be a mean filtering image smoothing operation.

The method 700 can also comprise passing the processed video frame (i.e., the cropped, resized, and smoothed video frame) to the second convolutional neural network 315 to detect and bound lanes captured in the video frame in operation 716. The second convolutional neural network 315 can bound the lanes in a plurality of polygons. The second convolutional neural network 315 can be a convolutional neural network trained specifically for lane detection.

In some embodiments, the second convolutional neural network 315 can be a multi-headed convolutional neural network comprising a plurality of prediction heads 900 (see, e.g., FIG. 9). For example, the second convolutional neural network 315 can be a modified instance of the Segnet convolutional neural network.

Each of the heads 900 of the second convolutional neural network 315 can be configured to detect a specific type of lane or lane marking(s). At least one of the lanes detected by the second convolutional neural network 315 can be a restricted lane 114 (e.g., a bus lane, fire lane, bike lane, etc.). The restricted lane 114 can be identified by the second convolutional neural network 315 and a polygon 1008 can be used to bound the restricted lane 114. Lane bounding using polygons will be discussed in more detail in later sections.

The method 700 can further comprise transmitting the outputs produced by the second worker 702B and/or the second convolutional neural network 315 to a third worker 702C in operation 718. In some embodiments, the outputs produced by the second worker 702B and/or the second convolutional neural network 315 can be coordinates of the polygons 1008 including coordinates of a LOI polygon 1012 (see, e.g., FIGS. 12A and 12B). As shown in FIG. 7, the outputs produced by the second worker 702B and/or the second convolutional network 315 can be packaged into UDP packets and transmitted using UDP sockets to the third worker 702C.

In other embodiments, the outputs produced by the second worker 702B and/or the second convolutional neural network 315 can be transmitted to the third worker 702C using another network communication protocol such as an RPC communication protocol.

As shown in FIG. 7, the third worker 702C can receive the outputs/results produced by the first worker 702A and the second worker 702B in operation 720. The third worker 702C can receive the outputs/results as UDP packets received over UDP sockets. The applicant discovered that inter-process communication times between workers 702 were reduced when UDP sockets were used over other communication protocols.

US 11,164,014 B1

31

The outputs or results received from the first worker **702**A can be in the form of predictions or detections made by the first convolutional neural network **314** (e.g., a DetectNet prediction) of the objects captured in the video frame that fit a supported object class **802** (e.g., car, truck, or bus) and the coordinates of the vehicle bounding boxes **800** bounding such objects. The outputs or results received from the second worker **702**B can be in the form of predictions made by the second convolutional neural network **315** (e.g., a Segnet prediction) of the lanes captured in the video frame and the coordinates of polygons **1008** bounding such lanes including the coordinates of at least one LOI polygon **1012**.

The method **700** can further comprise validating the payloads of UDP packets received from the first worker **702**A and the second worker **702**B in operation **722**. The payloads can be validated or checked using a payload verification procedure such as a payload checksum verification algorithm. This is to ensure the packets received containing the predictions were not corrupted during transmission.

The method **700** can also comprise the third worker **702**C synchronizing the payloads or messages received from the first worker **702**A and the second worker **702**B in operation **724**. Synchronizing the payloads or messages can comprise checks or verifications on the predictions or data contained in such payloads or messages such that any comparison or further processing of such predictions or data is only performed if the predictions or data concern objects or lanes in the same video frame (i.e., the predictions or coordinates calculated are not generated from different video frames captured at significantly different points in time).

The method **700** can further comprise translating the coordinates of the vehicle bounding box **800** and the coordinates of the polygons **1008** (including the coordinates of the LOI polygon **1012**) into a uniform coordinate domain in operation **726**. Since the same video frame was cropped and resized differently by the first worker **702**A (e.g., cropped and resized to an aspect ratio of 500×500 from an original aspect ratio of 1920×1080) and the second worker **702**B (e.g., cropped and resized to an aspect ratio of 752×160 from an original aspect ratio of 1920×1080) to suit the needs of their respective convolutional neural networks, the pixel coordinates of pixels used to represent the vehicle bounding box **800** and the polygons **1008** must be translated into a shared coordinate domain or back to the coordinate domain of the original video frame (before the video frame was cropped or resized). This is to ensure that any subsequent comparison of the relative positions of boxes and polygons are done in one uniform coordinate domain.

The method **700** can also comprise calculating a lane occupancy score **1200** (see, e.g., FIGS. **12**A and **12**B) based in part on the translated coordinates of the vehicle bounding box **800** and the LOI polygon **1012** in operation **728**. In some embodiments, the lane occupancy score **1200** can be a number between 0 and 1. The lane occupancy score **1200** can be calculated using one or more heuristics.

For example, the third worker **702**C can calculate the lane occupancy score **1200** using a lane occupancy heuristic. The lane occupancy heuristic can comprise the steps of masking or filling in an area within the LOI polygon **1012** with certain pixels. The third worker **702**C can then determine a pixel intensity value associated with each pixel within at least part of the vehicle bounding box **800**. The pixel intensity value can range between 0 and 1 with 1 being a high degree of likelihood that the pixel is located within the LOI polygon **1012** and with 0 being a high degree of likelihood that the pixel is not located within the LOI

32

polygon **1012**. The lane occupancy score **1200** can be calculated by taking an average of the pixel intensity values of all pixels within at least part of the vehicle bounding box **800**. Calculating the lane occupancy score **1200** will be discussed in more detail in later sections.

The method **700** can further comprise detecting that a potential traffic violation has occurred when the lane occupancy score **1200** exceeds a predetermined threshold value. The third worker **702**C can then generate an evidence package (e.g., the evidence package **316**) when the lane occupancy score **1200** exceeds a predetermined threshold value in operation **730**.

In some embodiments, the evidence package can comprise the video frame or other video frames captured by the video image sensors **208**, the positioning data **122** obtained by the positioning unit **210** of the edge device **102**, certain timestamps documenting when the video frame was captured, a set of vehicle attributes concerning the vehicle **112**, and an alphanumeric string representing a license plate of the vehicle **112**. The evidence package can be prepared by the third worker **702**C or another worker on the edge device **102** to be sent to the server **104** or a third-party computing device/resource or client device **130**.

One technical problem faced by the applicants is how to efficiently and effectively provide training data or updates to the applications and deep learning models (e.g., the first convolutional neural network **314** and the second convolutional neural network **315**) running on an edge device **102** without the updates slowing down the entire event detection engine **300** or crashing the entire event detection engine **300** in the case of a failure. One technical solution discovered and developed by the applicants is the multiple-worker architecture disclosed herein where the event detection engine **300** comprises multiple workers with each worker executing a part of the detection method. In the system developed by the applicants, each of the deep learning models (e.g., the first convolutional neural network **314** or the second convolutional neural network **315**) within such workers can be updated separately via separate docker container images received from a container registry **356** or a cloud storage node **358**.

FIG. **8** illustrates a visual representation of a vehicle **112** being bound by a vehicle bounding box **800**. As previously discussed, the first worker **702**A can pass video frames in real-time (or near real-time) to the first convolutional neural network **314** to obtain an object class **802** (e.g., a car, a truck, or a bus), a confidence score **804** (e.g., between 0 and 1), and a set of coordinates for the vehicle bounding box **800**.

In some embodiments, the first convolutional neural network **314** can be designed to automatically output the object class **802** (e.g., a car, a truck, or a bus), the confidence score **804** (e.g., between 0 and 1), and the set of coordinates for the vehicle bounding box **800** with only one forward pass of the video frame through the neural network.

FIG. **8** also illustrates that the video frame can capture the vehicle **112** driving, parked, or stopped in a restricted lane **114**. In some embodiments, the restricted lane **114** can be a bus lane, a bike lane, or any other type of restricted roadway. The restricted lane **114** can be marked by certain insignia, text, nearby signage, road or curb coloration, or a combination thereof. In other embodiments, the restricted lane **114** can be designated or indicated in a private or public database (e.g., a municipal GIS database) accessible by the edge device **102**, the server **104**, or a combination thereof.

As previously discussed, the second worker **702**B can be programmed to analyze the same video frame and recognize the restricted lane **114** from the video frame. The second

US 11,164,014 B1

33

worker 702B can be programmed to undertake several operations to bound the restricted lane 114 in a polygon 1008. A third worker 702C can then be used to detect a potential traffic violation based on a degree of overlap between at least part of the vehicle bounding box 800 and at least part of the LOI polygon 1012 representing the restricted lane 114. More details will be provided in the following sections concerning recognizing the restricted lane 114 and detecting the potential traffic violation.

Although FIG. 8 illustrates only one instance of a vehicle bounding box 800, it is contemplated by this disclosure that multiple vehicles can be bounded by vehicle bounding boxes 800 in the same video frame. Moreover, although FIG. 8 illustrates a visual representation of the vehicle bounding box 800, it should be understood by one of ordinary skill in the art that the coordinates of the vehicle bounding boxes 800 can be used as inputs for further processing by another worker 702 or stored in a database without the actual vehicle bounding box 800 being visualized.

FIG. 9 illustrates a schematic representation of one embodiment of the second convolutional neural network 315. As previously discussed, the second convolutional neural network 315 can be a multi-headed convolutional neural network trained for lane detection.

As shown in FIG. 9, the second convolutional neural network 315 can comprise a plurality of fully-connected prediction heads 900 operating on top of several shared layers. For example, the prediction heads 900 can comprise a first head 900A, a second head 900B, a third head 900C, and a fourth head 900D. The first head 900A, the second head 900B, the third head 900C, and the fourth head 900D can share a common stack of network layers including at least a convolution and pooling layer 904 and a convolutional feature map layer 906.

The convolution and pooling layer 904 can be configured to receive as inputs video frames 902 that have been cropped, resized, and/or smoothed by pre-processing operations undertaken by the second worker 702B. The convolution and pooling layer 904 can then pool certain raw pixel data and sub-sample certain raw pixel regions of the video frames 902 to reduce the size of the data to be handled by the subsequent layers of the network.

The convolutional feature map layer 906 can extract certain essential or relevant image features from the pooled image data received from the convolution and pooling layer 904 and feed the essential image features extracted to the plurality of prediction heads 900.

The prediction heads 900, including the first head 900A, the second head 900B, the third head 900C, and the fourth head 900D, can then make their own predictions or detections concerning different types of lanes captured by the video frames 902. By designing the second convolutional neural network 315 in this manner (i.e., multiple prediction heads 900 sharing the same underlying layers), the second worker 702B can ensure that the predictions made by the various prediction heads 900 are not affected by any differences in the way the image data is processed by the underlying layers.

Although reference is made in this disclosure to four prediction heads 900, it is contemplated by this disclosure that the second convolutional neural network 315 can comprise five or more prediction heads 900 with at least some of the heads 900 detecting different types of lanes. Moreover, it is contemplated by this disclosure that the event detection engine 300 can be configured such that the object detection workflow of the first convolutional neural network 314 is integrated with the second convolutional neural network 315

34

such that the object detection steps are conducted by an additional head 900 of a singular neural network.

In some embodiments, the first head 900A of the second convolutional neural network 315 can be trained to detect a lane-of-travel 1002 (see, e.g., FIGS. 10, 11A, and 11B). The lane-of-travel 1002 can be the lane currently used by the carrier vehicle 110 carrying the edge device 102 used to capture the video frames currently being analyzed. The lane-of-travel 1002 can be detected using a position of the lane relative to adjacent lanes and the rest of the video frame. The first head 900A can be trained using an open-source dataset designed specifically for lane detection. For example, the dataset can be the CULane dataset. In other embodiments, the first head 900A can also be trained using video frames obtained from deployed edge devices 102.

In these and other embodiments, the second head 900B of the second convolutional neural network 315 can be trained to detect lane markings 1004 (see, e.g., FIGS. 10, 11A, and 11B). For example, the lane markings 1004 can comprise lane lines, text markings, markings indicating a crosswalk, markings indicating turn lanes, dividing line markings, or a combination thereof.

The second head 900B can be trained using an open-source dataset designed specifically for detecting lane markings 1004. For example, the dataset can be the Apolloscape dataset. In other embodiments, the second head 900B can also be trained using video frames obtained from deployed edge devices 102.

The third head 900C of the second convolutional neural network 315 can be trained to detect the restricted lane 114 (see, e.g., FIGS. 8, 10, 11A, and 11B). In some embodiments, the restricted lane 114 can be a bus lane. In other embodiments, the restricted lane 114 can be a bike lane, a fire lane, a toll lane, or a combination thereof. The third head 900C can detect the restricted lane 114 based on a color of the lane, a specific type of lane marking, a lane position, or a combination thereof. The third head 900C can be trained using video frames obtained from deployed edge devices 102. In other embodiments, the third head 900C can also be trained using training data (e.g., video frames) obtained from an open-source dataset.

The fourth head 900D of the second convolutional neural network 315 can be trained to detect one or more adjacent or peripheral lanes 1006 (see, e.g., FIGS. 10, 11A, and 11B). In some embodiments, the adjacent or peripheral lanes 1006 can be lanes immediately adjacent to the lane-of-travel 1002 or lanes further adjoining the immediately adjacent lanes. In certain embodiments, the fourth head 900D can detect the adjacent or peripheral lanes 1006 based on a position of such lanes relative to the lane-of-travel 1002. The fourth head 900D can be trained using video frames obtained from deployed edge devices 102. In other embodiments, the fourth head 900D can also be trained using training data (e.g., video frames) obtained from an open-source dataset.

In some embodiments, the training data (e.g., video frames) used to train the prediction heads 900 (any of the first head 900A, the second head 900B, the third head 900C, or the fourth head 900D) can be annotated using a multi-label classification scheme. For example, the same video frame can be labeled with multiple labels (e.g., annotations indicating a bus lane, a lane-of-travel, adjacent/peripheral lanes, crosswalks, etc.) such that the video frame can be used to train multiple or all of the prediction heads 900.

FIG. 10 illustrates visualizations of detection outputs of the multi-headed second convolutional neural network 315 including certain raw detection outputs 1000. FIG. 10 shows

US 11,164,014 B1

35                                                                                36

the raw detection outputs 1000 of the plurality of prediction heads 900 at the bottom of the stack of images.

The white-colored portions of the video frame images representing the raw detection outputs 1000 can indicate where a lane or lane marking 1004 has been detected by the prediction heads 900. For example, a white-colored lane marking 1004 can indicate a positive detection by the second head 900B. Also, for example, a white-colored middle lane can indicate a positive detection of the lane-of-travel 1002 by the first head 900A.

The raw detection outputs 1000 from the various prediction heads 900 can then be combined to re-create the lanes shown in the original video frame. In certain embodiments, the lane-of-travel 1002 can first be identified and the restricted lane 114 (e.g., bus lane) can then be identified relative to the lane-of-travel 1002. In some instances, the restricted lane 114 can be adjacent to the lane-of-travel 1002. In other instances, the restricted lane 114 can be the same as the lane-of-travel 1002 when the carrier vehicle 110 carrying the edge device 102 is actually driving in the restricted lane 114. One or more adjacent or peripheral lanes 1006 detected by the fourth head 900D can also be added to confirm or adjust the side boundaries of all lanes detected thus far. The lane markings 1004 detected by the second head 900B can also be overlaid on the lanes detected to establish or further cross-check the side and forward boundaries of the lanes detected.

All of the lanes detected can then be bound using polygons 1008 to indicate the boundaries of the lanes. The boundaries of such lanes can be determined by combining and reconciling the detection outputs from the various prediction heads 900 including all lanes and lane markings 1004 detected.

In some embodiments, the polygons 1008 can be quadrilaterals. More specifically, at least some of the polygons 1008 can be shaped substantially as trapezoids.

The top frame in FIG. 10 illustrates the polygons 1008 overlaid on the actual video frame fed into the multi-headed second convolutional neural network 315. As shown in FIG. 10, the vanishing point 1010 in the video frame can be used by at least some of the prediction heads 900 to make their initial raw detections of certain lanes. These raw detection outputs can then be refined as detection outputs from multiple prediction heads 900 are combined and/or reconciled with one another. For example, the boundaries of a detected lane can be adjusted based on the boundaries of other detected lanes adjacent to the detected lane. Moreover, a forward boundary of the detected lane can be determined based on certain lane markings 1004 (e.g., a pedestrian crosswalk) detected.

FIG. 10 also illustrates that at least one of the polygons 1008 can be a polygon 1008 bounding a lane-of-interest (LOI), also referred to as a LOI polygon 1012. In some embodiments, the LOI can be a restricted lane 114 such as a bus lane, bike lane, fire lane, or toll lane. In these embodiments, the LOI polygon 1012 can bound the bus lane, bike lane, fire lane, or toll lane.

One technical problem faced by the applicants is how to accurately detect a restricted lane on a roadway with multiple lanes when an edge device used to capture video of the multiple lanes can be driving on any one of the lanes on the roadway. One technical solution discovered by the applicants is the method and system disclosed herein where multiple prediction heads of a convolutional neural network are used to detect the multiple lanes where each head is assigned a different type of lane or lane feature. The multiple lanes include a lane-of-travel as well as the restricted lane

and any adjacent or peripheral lanes. Output from all such prediction heads are then combined and reconciled with one another to arrive at a final prediction concerning the location of the lanes. The applicants also discovered that the approach disclosed herein produces more accurate predictions concerning the lanes shown in the video frames and the locations of such lanes than traditional computer vision techniques.

In addition to bounding the detected lanes in polygons 1008, the second worker 702B can also continuously check the size of the polygons 1008 against polygons 1008 calculated based on previous video frames (or video frames captured at an earlier point in time). This is necessary since lanes captured in video frames are often temporarily obstructed by vehicles driving in such lanes, which can adversely affect the accuracy of polygons 1008 calculated from such video frames.

FIGS. 11A and 11B illustrate a method of conducting lane detection when at least part of a lane is obstructed by a vehicle or object. For example, as shown in FIG. 11A, part of a lane adjacent to the lane-of-travel 1002 can be obstructed by a bus traveling in the lane. In this example, the obstructed lane can be a restricted lane 114 considered the LOI.

When a lane (such as the restricted lane 114) is obstructed, the shape of the lane detected by the second convolutional neural network 115 can be an irregular shape 1100 or shaped as a blob. To prevent the irregular shape 1100 or blob from being used to generate or update a lane polygon 1008, the second worker 702B can continuously perform a preliminary check on the shape of the lanes detected by approximating an area of the lanes detected by the second convolutional neural network 115.

For example, the second worker 702B can approximate the area of the lanes detected by using the coordinates of the vanishing point 1010 in the video frame as a vertex of an elongated triangle with the base of the detected lane serving as the base of the triangle. As a more specific example, the second worker 702B can generate the elongated triangle such that a width of the irregular shape 1100 is used to approximate a base of the elongated triangle. The second worker 702B can then compare the area of this particular elongated triangle against the area of another elongated triangle approximating the same lane calculated at an earlier point in time. For example, the second worker 702B can compare the area of this particular elongated triangle against the area of another elongated triangle calculated several seconds earlier of the same lane. If the difference in the areas of the two triangles are below a predetermined area threshold, the second worker 702B can continue to bound the detected lane in a polygon 1008. However, if the difference in the areas of the two triangles exceed a predetermined area threshold, the second worker 702B can discard the results of this particular lane detection and use the same lane detected in a previous video frame (e.g., a video frame captured several seconds before the present frame) to generate the polygon 1008. In this manner, the second worker 702B can ensure that the polygons 1008 calculated do not fluctuate extensively in size over short periods of time due to the lanes being obstructed by vehicles traveling in such lanes.

One technical problem faced by the applicants is how to accurately detect lanes from video frames in real-time or near real-time when such lanes are often obstructed by vehicles traveling in the lanes. One technical solution developed by the applicants is the method disclosed herein where a lane area is first approximated using a vanishing point captured in the video frame and the approximate lane area is

US 11,164,014 B1

37

compared against an approximate lane area calculated for the same lane at an earlier point in time (e.g., several seconds ago). If the differences in the lane areas exceed a predetermined area threshold, the same lane captured in a previous video frame can be used to generate the polygon of this lane.

FIGS. **12**A and **12**B illustrate one embodiment of a method of calculating a lane occupancy score **1200**. In this embodiment, the lane occupancy score **1200** can be calculated based in part on the translated coordinates of the vehicle bounding box **800** and the LOI polygon **1012**. As previously discussed, the translated coordinates of the vehicle bounding box **800** and the LOI polygon **1012** can be based on the same uniform coordinate domain (for example, a coordinate domain of the video frame originally captured).

As shown in FIGS. **12**A and **12**B, an upper portion of the vehicle bounding box **800** can be discarded or left unused such that only a lower portion of the vehicle bounding box **800** (also referred to as a lower bounding box **1202**) remains. The applicants have discovered that a lane occupancy score **1200** can be accurately calculated using only the lower portion of the vehicle bounding box **800**. Using only the lower portion of the vehicle bounding box **800** (also referred to herein as the lower bounding box **1202**) saves processing time and speeds up the detection.

In some embodiments, the lower bounding box **1202** is a truncated version of the vehicle bounding box **800** including only the bottom 5% to 30% (e.g., 15%) of the vehicle bounding box **800**. For example, the lower bounding box **1202** can be the bottom 15% of the vehicle bounding box **800**.

As a more specific example, the lower bounding box **1202** can be a rectangular bounding box with a height dimension equal to between 5% to 30% of the height dimension of the vehicle bounding box **800** but with the same width dimension as the vehicle bounding box **800**. As another example, the lower bounding box **1202** can be a rectangular bounding box with an area equivalent to between 5% to 30% of the total area of the vehicle bounding box **800**. In all such examples, the lower bounding box **1202** can encompass the tires **1204** of the vehicle **112** captured in the video frame. Moreover, it should be understood by one of ordinary skill in the art that although the word "box" is used to refer to the vehicle bounding box **800** and the lower bounding box **1202**, the height and width dimensions of such bounding "boxes" do not need to be equal.

The method of calculating the lane occupancy score **1200** can also comprise masking the LOI polygon **1012** such that the entire area within the LOI polygon **1012** is filled with pixels. For example, the pixels used to fill the area encompassed by the LOI polygon **1012** can be pixels of a certain color or intensity. In some embodiments, the color or intensity of the pixels can represent or correspond to a confidence level or confidence score (e.g., the confidence score **804**) of a detection undertaken by the first worker **702**A (from the first convolutional neural network **314**), the second worker **702**B (from the second convolutional neural network **315**), or a combination thereof.

The method can further comprise determining a pixel intensity value associated with each pixel within the lower bounding box **1202**. The pixel intensity value can be a decimal number between 0 and 1. In some embodiments, the pixel intensity value corresponds to a confidence score or confidence level provided by the second convolutional network **315** that the pixel is part of the LOI polygon **1012**. Pixels within the lower bounding box **1202** that are located within a region that overlaps with the LOI polygon **1012** can have a pixel intensity value closer to 1. Pixels within the

38

lower bounding box **1202** that are located within a region that does not overlap with the LOI polygon **1012** can have a pixel intensity value closer to 0. All other pixels including pixels in a border region between overlapping and non-overlapping regions can have a pixel intensity value in between 0 and 1.

For example, as shown in FIG. **12**A, a vehicle can be stopped or traveling in a restricted lane that has been bounded by an LOI polygon **1012**. The LOI polygon **1012** has been masked by filling in the area encompassed by the LOI polygon **1012** with pixels. A lower bounding box **1202** representing a lower portion of the vehicle bounding box **800** has been overlaid on the masked LOI polygon to represent the overlap between the two bounded regions.

FIG. **12**A illustrates three pixels within the lower bounding box **1202** including a first pixel **1206**A, a second pixel **1206**B, and a third pixel **1206**C. Based on the scenario shown in FIG. **12**A, the first pixel **1206**A is within an overlap region (shown as **A1** in FIG. **12**A), the second pixel **1206**B is located on a border of the overlap region, and the third pixel **1206**C is located in a non-overlapping region (shown as **A2** in FIG. **12**A). In this case, the first pixel **1206**A can have a pixel intensity value of about 0.99 (for example, as provided by the second worker **702**B), the second pixel **1206**B can have a pixel intensity value of about 0.65 (as provided by the second worker **702**B), and the third pixel **1206**C can have a pixel intensity value of about 0.09 (also provided by the second worker **702**B).

FIG. **12**B illustrates an alternative scenario where a vehicle **112** is traveling or stopped in a lane adjacent to a restricted lane that has been bound by an LOI polygon **1012**. In this scenario, the vehicle **112** is not actually in the restricted lane. Three pixels are also shown in FIG. **12**B including a first pixel **1208**A, a second pixel **1208**B, and a third pixel **1208**C. The first pixel **1208**A is within a non-overlapping region (shown as **A1** in FIG. **12**B), the second pixel **1208**B is located on a border of the non-overlapping region, and the third pixel **1208**C is located in an overlap region (shown as **A2** in FIG. **12**B). In this case, the first pixel **1208**A can have a pixel intensity value of about 0.09 (for example, as provided by the second worker **702**B), the second pixel **1208**B can have a pixel intensity value of about 0.25 (as provided by the second worker **702**B), and the third pixel **1208**C can have a pixel intensity value of about 0.79 (also provided by the second worker **702**B).

With these pixel intensity values determined, a lane occupancy score **1200** can be calculated. The lane occupancy score **1200** can be calculated by taking an average of the pixel intensity values of all pixels within each of the lower bounding boxes **1202**. The lane occupancy score **1200** can also be considered the mean mask intensity value of the portion of the LOI polygon **1012** within the lower bounding box **1202**.

For example, the lane occupancy score **1200** can be calculated using Formula I below:

$$\text{Lane Occupancy Score} = \frac{\sum_{i=1}^{n} \text{Pixel Intensity Value}_i}{n} \qquad \text{Formula I}$$

where n is the number of pixels within the lower portion of the vehicle bounding box (or lower bounding box **1202**) and where the Pixel Intensity Value$_i$ is a confidence level or confidence score associated with each of the pixels within the LOI polygon **1012** relating to a likelihood that the pixel

US 11,164,014 B1

39                                                           40

is depicting part of a lane-of-interest such as a restricted lane. The pixel intensity values can be provided by the second worker **702**B using the second convolutional neural network **315**.

The method can further comprise detecting a potential traffic violation when the lane occupancy score **1200** exceeds a predetermined threshold value. In some embodiments, the predetermined threshold value can be about 0.75 or 0.85, or a value between 0.75 and 0.85. In other embodiments, the predetermined threshold value can be between about 0.70 and 0.75 or between about 0.85 and 0.90.

Going back to the scenarios shown in FIGS. **12**A and **12**B, the lane occupancy score **1200** of the vehicle **112** shown in FIG. **12**A can be calculated as approximately 0.89 while the lane occupancy score **1200** of the vehicle **112** shown in FIG. **12**B can be calculated as approximately 0.19. In both cases, the predetermined threshold value for the lane occupancy score **1200** can be set at 0.75. With respect to the scenario shown in FIG. **12**A, the third worker **702**C of the event detection engine **300** can determine that a potential traffic violation has occurred and can begin to generate an evidence package to be sent to the server **104** or a third-party computing device/client device **130**. With respect to the scenario shown in FIG. **12**B, the third worker **702**C can determine that a potential traffic violation has not occurred.

FIGS. **12**C and **12**D illustrate another embodiment of a method of calculating a lane occupancy score **1200** using a baseline segment **1210** along a lower side **1212** of the vehicle bounding box **800**. As shown in FIG. **12**C, the baseline segment **1210** along the lower side **1212** of the vehicle bounding box **800** can correspond to a road segment under a rear end of the vehicle.

In some embodiments, the baseline segment **1210** can be a line segment along the lower side **1212** of the vehicle bounding box **800** close to a lower right corner of the vehicle bounding box **800**. The baseline segment **1210** can be considered "on the ground" such that the pixels making up the baseline segment **1210** can be compared against the LOI polygon **1012** by the second convolutional neural network **315**.

The method can also comprise determining a length of the baseline segment **1210**. The length of the baseline segment **1210** can be estimated based on the lengths of at least three edges of a three-dimensional (3D) bounding box **1214** bounding a contour or outline of the vehicle **112**. The 3D bounding box **1214** can be generated using certain functions and/or tools from the computer vision library **312** (see, e.g., FIG. **3**). For example, the three edges can be defined by a near edge **1216** representing a height of the 3D bounding box **1214**, a first far edge **1218** also representing a height of the 3D bounding box **1214**, and a second far edge **1220** representing a width of the 3D bounding box **1214**. The 3D bounding box **1214** and its various edges (including the near edge **1216**, the first far edge **1218**, and the second far edge **1220**) can be projected or mapped onto a two-dimensional (2D) space and the corresponding side segments of the now 2D bounding box can be used to calculate the length of the baseline segment **1210**.

The method can further comprise masking the LOI polygon **1012** such that the entire area within the LOI polygon **1012** is filled with pixels. For example, the pixels used to fill the area encompassed by the LOI polygon **1012** can be pixels of a certain color or intensity.

The method can also comprise determining the pixel intensity value associated with each pixel along the baseline segment **1210**. The pixel intensity value can represent a degree of overlap between the LOI polygon **1012** and the baseline segment **1210**. The method can further comprise calculating a lane occupancy score by taking an average of the pixel intensity values of all pixels along the baseline segment **1210**. A potential traffic violation can then be detected if the lane occupancy score exceeds a predetermined threshold value.

FIGS. **12**E and **12**F illustrate another embodiment of a method of calculating a lane occupancy score **1200** using a polygonal base **1222** serving as part of a 3D bounding box **1224** generated from the 2D vehicle bounding box **800**. As shown in FIGS. **12**E and **12**F, the polygonal base **1222** can be a bottom face of the 3D bounding box **1224**. The polygonal base **1222** can represent a road surface underneath the vehicle **112** detected in the video frame. In certain embodiments, the polygonal base **1222** can be shaped substantially as a parallelogram or another type of quadrilateral.

In some embodiments, the 3D bounding box **1224** can be calculated from the vehicle bounding box **800** generated by the first convolutional neural network **314**. In these embodiments, the 3D bounding box **1224** can be calculated by first estimating the vehicle's size and orientation using certain regression techniques and/or using a convolutional neural network and then constraining and bounding the vehicle using projective geometry. In certain embodiment, the 3D bounding box **1224** can be obtained by passing the video frame to a deep learning model trained to bound objects (e.g., vehicles) in 3D bounding boxes.

The method can further comprise masking the LOI polygon **1012** such that the entire area within the LOI polygon **1012** is filled with pixels. For example, the pixels used to fill the area encompassed by the LOI polygon **1012** can be pixels of a certain color or intensity.

The method can also comprise determining the pixel intensity value associated with each pixel within the polygonal base **1222**. The pixel intensity value can represent a degree of overlap between the LOI polygon **1012** and the polygonal base **1222**. The method can further comprise calculating a lane occupancy score by taking an average of the pixel intensity values of all pixels within the polygonal base **1222**. A potential traffic violation can then be detected if the lane occupancy score exceeds a predetermined threshold value.

In an alternative embodiment, a deep learning model (or another head of the second convolutional neural network **315**) can be trained to recognize vehicle tires (such as the tires **1204** shown in FIGS. **12**A and **12**B). Once the tires of a vehicle are recognized or detected, the pixel location of the tires can be compared with the coordinates of the LOI polygon **1012** to determine whether the vehicle is occupying the lane bounded by the LOI polygon **1012**. For example, a heuristic can be used that as long as the pixel location of at least two tires (e.g., the two back tires) of the vehicle is determined to be within the LOI polygon **1012**, the vehicle can be considered to be within the lane bounded by the LOI polygon **1012**.

In yet another embodiment, the event detection engine **300** can use one or more geometric computer vision algorithms to construct a three-dimensional (3D) model of the vehicle and the lanes captured in the video frame. The 3D model can be used to more accurately determine a potential traffic violation or to corroborate results determined using lane occupancy scores.

FIG. **13** is a flowchart illustrating a method **1300** of providing software and/or data updates to the edge devices **102**. The updates can be provided wirelessly or over the air.

US 11,164,014 B1

41

For example, the updates can be provided over one or more cellular networks, wireless local area networks, or a combination thereof.

One technical problem faced by the applicants is how to securely and efficiently provide software updates and data updates to the edge devices 102 and/or hardware components installed on the edge devices 102. One effective technical solution discovered by the applicants is that software updates and data updates, including updates to the deep learning model 314 and the 3D semantic annotated maps 318, can be securely and efficiently transmitted wirelessly or over the air using docker containers and docker container images 350 (see FIG. 3).

As part of the method 1300, the device over-the-air (OTA) update engine 352 (see FIG. 3) can query a container registry 356 periodically for any updates to software running on the edge device 102 or data or models stored on the edge device 102 in operation 1302. The device OTA update engine 352 can query the container registry 356 by using a docker pull command. In another embodiment, the device OTA update engine 352 can query the server OTA update engine 354 running on the server 104 for any software or data updates.

For example, the device OTA update engine 352 can query at least one of the container registry 356 and the server OTA update engine 354 after a preset time interval. The preset time interval can be adjustable or configurable. For example, the preset time interval can be every 60 seconds. In other example embodiments, the preset time interval can be less than 60 seconds (e.g., every 30 seconds), more than 60 seconds (e.g., every five minutes), hourly (e.g., once every hour), daily (e.g., once every 24 hours), or weekly (e.g., once every seven days). The preset time interval can be adjusted based on the operation or task undertaken by the edge device 102. For example, when the edge device 102 is undertaking a mapping operation such as generating the 3D semantic annotated maps 318, the preset time interval can be every 60 seconds or less. This can allow the edge device 102 to receive updated mapping data and information from all other deployed edge devices 102. However, when the edge device 102 is performing a lane enforcement function such as monitoring for bus lane violations, the preset time interval can be hourly, daily, or weekly.

The software and data updates can be packaged as docker container images 350. For purposes of this disclosure, a docker container image 350 can be defined as a lightweight, standalone, and executable package of software or data that comprises everything needed to run the software or read or manipulate the data including software code, runtime instructions, system tools, system libraries, and system settings. Docker container images 350 can be used to generate or create docker containers on the edge device 102. Docker containers can refer to containerized software or data run or stored on the edge device 102.

The docker containers can be run using a docker engine. In some embodiments, the docker engine can be part of the device OTA update engine 352. In other embodiments, the docker engine can be separate from the device OTA update engine 352. Docker containers can allow software or digital data to be isolated from its environment and provide the same resource isolation and allocation benefits as virtual machines (VMs) but take up less space, handle more applications, and boot up faster.

The docker container images 350 can be managed and distributed by a container registry 356. In some embodiments, the container registry 356 can be provided by a third-party cloud computing provider. For example, the

42

container registry 356 can be the Amazon Elastic Container Registry™. In other embodiments, the container registry 356 can be an application running on the server 104.

In certain embodiments, the docker container images 350 can be stored in a cloud storage node 358 offered by a cloud storage service provider. For example, the docker container images 350 can be stored as objects in an object-based cloud storage environment provided by a cloud storage service provider such as the Amazon™ Simple Storage Service (Amazon S3).

The server OTA update engine 354 can push or upload new software or data updates to the container registry 356 and/or the cloud storage node 358. The server OTA update engine 354 can periodically check for any updates to any device firmware or device drivers from a device manufacturer and package or bundle such updates as docker container images 350 to be pushed or uploaded to the container registry 356 and/or the cloud storage node 358. In some embodiments, a system administrator can use the web portal 332 to upload any software or data updates to the container registry 356 and/or the server 104 via the server OTA update engine 354.

The method 1300 can further comprise determining whether any docker container images (e.g., any docker container images containing updates to the first convolutional neural network 314 or the second convolutional neural network 315) have been updated since the last query in operation 1304. If none of the docker container images have been updated since the last query, the device OTA update engine 352 can once again query the container registry 354 or the server 104 after the preset time interval. If the device OTA update engine 352 determines that one or more of the docker container images 350 have been updated since the last query, the device OTA update engine 352 can pull or download the updated docker container images from the container registry 356 or the cloud storage node 358 along with any accompanying notification flags and docker container flags in operation 1306.

The method 1300 can further comprise creating a docker container based on the new docker container image 350 downloaded in operation 1308. The docker container can be created using standard docker creation protocols. The docker container can also be named according to the version of the docker container.

The method 1300 can also comprise checking the docker container created with one or more notification flags (e.g., NOTIFY flag) and/or docker container flags in operation 1310. The method 1300 can further comprise determining whether a software running in the docker container is compatible with a kernel-level watchdog in operation 1312. For example, the NOTIFY flag can be used to determine if a software running in the docker container is compatible with the systemd watchdog. For Linux/Unix-based systems, systemd is the suite of software that controls what core processes to run when a Linux/Unix system boots up. The watchdog monitors the performance of these core processes (e.g., whether these processes initiated successfully, the amount of memory used, CPU usage, the input/output resources used, etc.) and resets the system if problems are detected.

If the software running in the docker container is determined not to be compatible with the systemd watchdog (e.g., the NOTIFY flag is false), the service that will run the docker container on start is much simpler but no additional watchdog services are provided for the software running within the docker container in operation 1314. If the software running in the docker container is determined to be

US 11,164,014 B1

**43**

compatible with the systemd watchdog (e.g., the NOTIFY flag is true), additional flags may be required for the docker container.

The method **1300** can further comprise stopping a previous version of the docker container running on the edge device **102** in operation **1316** and running the new docker container for a predetermined test period in operation **1318**. The predetermined test period can be configurable or adjustable. In some embodiments, the predetermined test period can be about 60 seconds. In other embodiments, the predetermined test period can be less than 60 seconds.

The device OTA update engine **352** can determine whether the software within the new docker container is running properly in operation **1320**. If the device OTA update engine **352** determines that a service running the new docker container has failed within the predetermined test period, the device OTA update engine **352** can resume running a previous version of the docker container in operation **1322**. If the device OTA update engine **352** determines that no service failures are detected within the predetermined test period, the device OTA update engine **352** can change a setup of the edge device **102** so the new docker container runs automatically or by default on device boot in operation **1324**. Additional clean-up steps can then be performed such that only the three newest versions of the device container are stored on the edge device **102** and older versions of the device container are deleted.

As a more specific example, the device OTA update engine **352** can receive OTA updates to the first convolutional neural network **314** via a first docker container image and OTA updates to the second convolutional neural network **315** via a second docker container image. The second docker container image can be separate from the first docker container image.

The device OTA update engine **352** can query a container registry for any OTA updates to the first convolutional neural network **314** or the second convolutional neural network **315**. The device OTA update engine **352** can download a first docker container image if an update to the first convolutional neural network is detected. The device OTA update engine **352** can also download a second docker container image if an update to the second convolutional neural network is detected.

The device OTA update engine **352** can also create a first docker container based on the first docker container image or create a second docker container based on the second docker container image. The device OTA update engine **352** can then check for a compatibility of an update within the first docker container or the second docker container with a kernel-level watchdog via one or more notification flags.

The device OTA update engine **352** can then run the first docker container or the second docker container for a predetermined test period. The device OTA update engine **352** can resume running a previous version of the first docker container or a previous version of the second docker container if a service failure is detected within the predetermined test period. If no service failures are detected within the predetermined test period, the device OTA update engine **352** can change a setup of the edge device so the first docker container or the second docker container runs automatically on device boot.

In some embodiments, docker containers and docker container images **350** can be used to update an operating system (OS) running on the edge device **102**. For example, a docker container image **350** can comprise updates to an application software or firmware along with updates to the OS on which the application software or firmware runs.

**44**

In other embodiments, an OS running on the edge device **102** can be updated over the air using an OS package **360** (see FIG. **3**) transmitted wirelessly from the server **104**, the cloud storage node **358**, or another device/server hosting the OS update. For example, a method of updating an OS running on the edge device **102** can comprise receiving an OS package URL and a checksum over the air from the server **104** or the cloud storage node **358**.

The OS package URL can be made up of at least a package name and a package version number. The OS package URL can be named according to Debian packaging guidelines (see: https://wiki.debian.org/Packaging). The device OTA update engine **352** can check whether the package version number is newer or different in some manner than a version of the same OS running on the edge device **102**. If the device OTA update engine **352** determines that the package version is newer or different in some manner than the version of the same OS running on the edge device **102**, the device OTA update engine **352** can download the OS package **360** via the OS package URL. After the OS package **360** is downloaded, the device OTA update engine **352** can compare the checksum to ensure the OS package **360** downloaded successfully. If the checksum is correct or validated, the OS running on the edge device **102** is updated using contents within the OS package **360**.

In some embodiments, the OS updated on the edge device **102** can be a Linux-based OS such as the Ubuntu™ OS. In certain embodiments, operating systems running on the edge device **102** can be updated using either OS packages **360** or docker containers and docker container images **350**.

In some embodiments, the updates received over-the-air including any OS updates (via OS packages **360**), docker container images **350**, or a combination thereof can be encrypted with a key that is unique to each edge device **102**. Each encrypted update package, including each OS package **360** or docker container image **350**, received from the server **104** (or another device) must be decrypted with the same key.

In some embodiments, the key is a hash function of a concatenated string comprising: (i) a serial number of a processor **200** or processing unit/module (e.g., a GPU processing unit) on the edge device **102**, (ii) a serial number of a positioning unit **210** (e.g., a GPS unit), and (iii) a special token. In certain embodiments, the serial numbers and the special token can be any alphanumerical string. In these and other embodiments, the hash function can be a nonreversible hash function such as the MD5 hash function. It should be understood by one of ordinary skill in the art and it is contemplated by this disclosure that other has functions can be used as well. For example, the hash function can be any hash function that produces a 128-bit hash value.

Below is a simplified example of a key that can be created: Key=MD5("23467434d001"+ "GUID320498857622021"+"secret-key-2021") where "23467434d001" is the serial number of a processor module on the edge device **102**, "GUID320498857622021" is the serial number of the GPS unit on the edge device **102**, and "secret-key-2021" is the special token. In this example, the key generated can be the following: 79054025255fb1a26e4bc422aef54eb4.

The hash function and the special token can be known only to the edge device **102** and the server **104** or computing resource providing the update. The edge device **102** can decrypt the OTA update package using the key. Encryption and decryption of all OTA update packages is to ensure that the update packages transmitted over the air are not hacked or susceptible to attacks.

US 11,164,014 B1

45

A number of embodiments have been described. Nevertheless, it will be understood by one of ordinary skill in the art that various changes and modifications can be made to this disclosure without departing from the spirit and scope of the embodiments. Elements of systems, devices, apparatus, and methods shown with any embodiment are exemplary for the specific embodiment and can be used in combination or otherwise on other embodiments within this disclosure. For example, the steps of any methods depicted in the figures or described in this disclosure do not require the particular order or sequential order shown or described to achieve the desired results. In addition, other steps operations may be provided, or steps or operations may be eliminated or omitted from the described methods or processes to achieve the desired results. Moreover, any components or parts of any apparatus or systems described in this disclosure or depicted in the figures may be removed, eliminated, or omitted to achieve the desired results. In addition, certain components or parts of the systems, devices, or apparatus shown or described herein have been omitted for the sake of succinctness and clarity.

Accordingly, other embodiments are within the scope of the following claims and the specification and/or drawings may be regarded in an illustrative rather than a restrictive sense.

Each of the individual variations or embodiments described and illustrated herein has discrete components and features which may be readily separated from or combined with the features of any of the other variations or embodiments. Modifications may be made to adapt a particular situation, material, composition of matter, process, process act(s) or step(s) to the objective(s), spirit, or scope of the present invention.

Methods recited herein may be carried out in any order of the recited events that is logically possible, as well as the recited order of events. Moreover, additional steps or operations may be provided or steps or operations may be eliminated to achieve the desired result.

Furthermore, where a range of values is provided, every intervening value between the upper and lower limit of that range and any other stated or intervening value in that stated range is encompassed within the invention. Also, any optional feature of the inventive variations described may be set forth and claimed independently, or in combination with any one or more of the features described herein. For example, a description of a range from 1 to 5 should be considered to have disclosed subranges such as from 1 to 3, from 1 to 4, from 2 to 4, from 2 to 5, from 3 to 5, etc. as well as individual numbers within that range, for example 1.5, 2.5, etc. and any whole or partial increments therebetween.

All existing subject matter mentioned herein (e.g., publications, patents, patent applications) is incorporated by reference herein in its entirety except insofar as the subject matter may conflict with that of the present invention (in which case what is present herein shall prevail). The referenced items are provided solely for their disclosure prior to the filing date of the present application. Nothing herein is to be construed as an admission that the present invention is not entitled to antedate such material by virtue of prior invention.

Reference to a singular item, includes the possibility that there are plural of the same items present. More specifically, as used herein and in the appended claims, the singular forms "a," "an," "said" and "the" include plural referents unless the context clearly dictates otherwise. It is further noted that the claims may be drafted to exclude any optional element. As such, this statement is intended to serve as

46

antecedent basis for use of such exclusive terminology as "solely," "only" and the like in connection with the recitation of claim elements, or use of a "negative" limitation. Unless defined otherwise, all technical and scientific terms used herein have the same meaning as commonly understood by one of ordinary skill in the art to which this invention belongs.

Reference to the phrase "at least one of", when such phrase modifies a plurality of items or components (or an enumerated list of items or components) means any combination of one or more of those items or components. For example, the phrase "at least one of A, B, and C" means: (i) A; (ii) B; (iii) C; (iv) A, B, and C; (v) A and B; (vi) B and C; or (vii) A and C.

In understanding the scope of the present disclosure, the term "comprising" and its derivatives, as used herein, are intended to be open-ended terms that specify the presence of the stated features, elements, components, groups, integers, and/or steps, but do not exclude the presence of other unstated features, elements, components, groups, integers and/or steps. The foregoing also applies to words having similar meanings such as the terms, "including", "having" and their derivatives. Also, the terms "part," "section," "portion," "member" "element," or "component" when used in the singular can have the dual meaning of a single part or a plurality of parts. As used herein, the following directional terms "forward, rearward, above, downward, vertical, horizontal, below, transverse, laterally, and vertically" as well as any other similar directional terms refer to those positions of a device or piece of equipment or those directions of the device or piece of equipment being translated or moved.

Finally, terms of degree such as "substantially", "about" and "approximately" as used herein mean the specified value or the specified value and a reasonable amount of deviation from the specified value (e.g., a deviation of up to ±0.1%, ±1%, ±5%, or ±10%, as such variations are appropriate) such that the end result is not significantly or materially changed. For example, "about 1.0 cm" can be interpreted to mean "1.0 cm" or between "0.9 cm and 1.1 cm." When terms of degree such as "about" or "approximately" are used to refer to numbers or values that are part of a range, the term can be used to modify both the minimum and maximum numbers or values.

The term "engine" or "module" as used herein can refer to software, firmware, hardware, or a combination thereof. In the case of a software implementation, for instance, these may represent program code that performs specified tasks when executed on a processor (e.g., CPU, GPU, or processor cores therein). The program code can be stored in one or more computer-readable memory or storage devices. Any references to a function, task, or operation performed by an "engine" or "module" can also refer to one or more processors of a device or server programmed to execute such program code to perform the function, task, or operation.

It will be understood by one of ordinary skill in the art that the various methods disclosed herein may be embodied in a non-transitory readable medium, machine-readable medium, and/or a machine accessible medium comprising instructions compatible, readable, and/or executable by a processor or server processor of a machine, device, or computing device. The structures and modules in the figures may be shown as distinct and communicating with only a few specific structures and not others. The structures may be merged with each other, may perform overlapping functions, and may communicate with other structures not shown to be

US 11,164,014 B1

47

connected in the figures. Accordingly, the specification and/or drawings may be regarded in an illustrative rather than a restrictive sense.

This disclosure is not intended to be limited to the scope of the particular forms set forth, but is intended to cover alternatives, modifications, and equivalents of the variations or embodiments described herein. Further, the scope of the disclosure fully encompasses other variations or embodiments that may become obvious to those skilled in the art in view of this disclosure.

We claim:

1. A method for detecting a potential traffic violation, comprising:

cropping and resizing one or more video frames of a video captured by one or more video image sensors of an edge device;

bounding, using one or more processors of the edge device, a vehicle detected from the one or more video frames of the video in a vehicle bounding box, and wherein the vehicle is detected and bounded using a first convolutional neural network;

bounding, using the one or more processors of the edge device, a plurality of lanes of a roadway detected from the one or more video frames in a plurality of polygons, wherein the plurality of lanes are detected and bounded using multiple heads of a multi-headed second convolutional neural network separate from the first convolutional neural network, and wherein at least one of the polygons is a lane-of-interest (LOI) polygon bounding a LOI;

translating coordinates in the cropped and resized video frames into new coordinates based on a uniform coordinate domain; and

detecting, using the one or more processors, a potential traffic violation based in part on an overlap of at least part of the vehicle bounding box and at least part of the LOI polygon.

2. The method of claim 1, wherein detecting the potential traffic violation further comprises:

discarding an upper portion of the vehicle bounding box such that only a lower portion of the vehicle bounding box remains;

masking the LOI polygon by filling an area within the LOI polygon with pixels;

determining a pixel intensity value associated with each pixel within the lower portion of the vehicle bounding box, wherein the pixel intensity value represents a degree of overlap between the LOI polygon and the lower portion of the vehicle bounding box;

calculating a lane occupancy score by taking an average of the pixel intensity values of all pixels within the lower portion of the vehicle bounding box; and

detecting the potential traffic violation when the lane occupancy score exceeds a predetermined threshold value.

3. The method of claim 1, wherein detecting the potential traffic violation further comprises:

determining a length of a baseline segment along a lower side of the vehicle bounding box corresponding to a road segment under a rear end of the vehicle;

masking the LOI polygon by filling an area within the LOI polygon with pixels;

determining a pixel intensity value associated with each pixel along the baseline segment, wherein the pixel intensity value represents a degree of overlap between the LOI polygon and the baseline segment;

48

calculating a lane occupancy score by taking an average of the pixel intensity values of all pixels along the baseline segment; and

detecting the potential traffic violation when the lane occupancy score exceeds a predetermined threshold value.

4. The method of claim 1, wherein detecting the potential traffic violation further comprises:

generating a three-dimensional (3D) bounding box based on the vehicle bounding box, wherein the vehicle bounding box is a two-dimensional (2D) bounding box, and wherein the 3D bounding box comprises a polygonal base representing a road surface underneath the vehicle;

masking the LOI polygon by filling an area within the LOI polygon with pixels;

determining a pixel intensity value associated with each pixel within the polygonal base, wherein the pixel intensity value represents a degree of overlap between the LOI polygon and the polygonal base;

calculating a lane occupancy score by taking an average of the pixel intensity values of all pixels within the polygonal base; and

detecting the potential traffic violation when the lane occupancy score exceeds a predetermined threshold value.

5. The method of claim 1, wherein the first convolutional neural network is run by a first worker of an event detection engine on the edge device, wherein the second convolutional neural network is run by a second worker of the event detection engine, and wherein the method further comprises:

transmitting outputs from the first convolutional neural network comprising data or information concerning the vehicle bounding box from the first worker to a third worker of the event detection engine using an inter-process communication protocol;

transmitting outputs from the second convolutional neural network comprising data or information concerning the plurality of polygons and the LOI polygon from the second worker to the third worker using the inter-process communication protocol; and

detecting the potential traffic violation using the third worker based on data and information received via the inter-process communication protocol from the first worker and the second worker.

6. The method of claim 1, further comprising determining whether a vanishing point is present within the one or more video frames and adjusting at least one of the one or more video image sensors of the edge device or a cropping parameter used to crop the one or more video frames if the vanishing point is not detected.

7. The method of claim 1, further comprising applying a noise smoothing operation to the one or more video frames comprising the plurality of lanes prior to bounding the plurality of lanes using the polygons.

8. The method of claim 1, further comprising:

receiving, at the edge device, over-the-air (OTA) updates to the first convolutional neural network via a first docker container image; and

receiving, at the edge device, OTA updates to the second convolutional neural network via a second docker container image, wherein the second docker container image is separate from the first docker container image.

9. The method of claim 8, wherein receiving the OTA updates further comprises:

US 11,164,014 B1

49

querying a container registry for any updates to the first convolutional neural network or the second convolutional neural network;

downloading the first docker container image if an update to the first convolutional neural network is detected and downloading the second docker container image if an update to the second convolutional neural network is detected;

creating a first docker container based on the first docker container image or creating a second docker container based on the second docker container image;

checking for a compatibility of an update within the first docker container or the second docker container with a kernel-level watchdog via one or more notification flags;

running the first docker container or the second docker container for a predetermined test period; and

resume running a previous version of the first docker container or the second docker container if a service failure is detected within the predetermined test period or changing a setup of the edge device so the first docker container or the second docker container runs automatically on device boot if no service failures are detected within the predetermined test period.

10. The method of claim 1, further comprising:

receiving, at the edge device, over-the-air (OTA) updates to an operating system (OS) run on the edge device, wherein receiving the OTA updates comprises receiving an OS package URL and a checksum, wherein the OS package URL is made up of at least a package name and a package version number;

downloading an OS package via the OS package URL when the package version number is different from a version number of an OS running on the edge device;

comparing the checksum to ensure the OS package is downloaded successfully; and

updating the OS running on the edge device using contents within the OS package downloaded.

11. The method of claim 8, wherein receiving the OTA updates further comprises decrypting the OTA updates received using a key, wherein the key is a hash function of a string concatenated from a serial number of a processor or processing unit of the edge device, a serial number of a positioning unit of the edge device, and an alphanumeric token, and wherein the key is unique to the edge device.

12. The method of claim 1, wherein the edge device is coupled to a carrier vehicle and wherein the video is captured using the one or more video image sensors of the edge device while the carrier vehicle is in motion.

13. A device for detecting a potential traffic violation, comprising:

one or more video image sensors configured to capture a video of a vehicle and a plurality of lanes of a roadway; and

one or more processors programmed to execute instructions to:

crop and resize one or more video frames of the video;

bound the vehicle detected from the one or more video frames of the video in a vehicle bounding box, wherein the vehicle is detected and bounded using a first convolutional neural network;

bound a plurality of lanes of a roadway detected from the one or more video frames in a plurality of polygons, wherein the plurality of lanes are detected and bounded using multiple heads of a multi-headed second convolutional neural network separate from the first convolutional neural network, and wherein

50

at least one of the polygons is a lane-of-interest (LOI) polygon bounding a LOI;

translate coordinates in the cropped and resized video frames into new coordinates based on a uniform coordinate domain; and

detect that a potential traffic violation has occurred based in part on an overlap of at least part of the vehicle bounding box and at least part of the LOI polygon.

14. The device of claim 13, wherein the one or more processors are programmed to execute instructions to:

discard an upper portion of the vehicle bounding box such that only a lower portion of the vehicle bounding box remains;

mask the LOI polygon by filling an area within the LOI polygon with pixels;

determine a pixel intensity value associated with each pixel within the lower portion of the vehicle bounding box, wherein the pixel intensity value represents a degree of overlap between the LOI polygon and the lower portion of the vehicle bounding box;

calculate a lane occupancy score by taking an average of the pixel intensity values of all pixels within the lower portion of the vehicle bounding box; and

detect that a potential traffic violation has occurred when the lane occupancy score exceeds a predetermined threshold value.

15. The device of claim 13, wherein the one or more processors are programmed to execute instructions to:

determine a length of a baseline segment along a lower side of the vehicle bounding box corresponding to a road segment under a rear end of the vehicle;

mask the LOI polygon by filling an area within the LOI polygon with pixels;

determine a pixel intensity value associated with each pixel along the baseline segment, wherein the pixel intensity value represents a degree of overlap between the LOI polygon and the baseline segment;

calculate a lane occupancy score by taking an average of the pixel intensity values of all pixels along the baseline segment; and

detect that a potential traffic violation has occurred when the lane occupancy score exceeds a predetermined threshold value.

16. The device of claim 13, wherein the one or more processors are programmed to execute instructions to:

generate a three-dimensional (3D) bounding box based on the vehicle bounding box, wherein the vehicle bounding box is a two-dimensional (2D) bounding box, and wherein the 3D bounding box comprises a polygonal base representing a road surface underneath the vehicle;

mask the LOI polygon by filling an area within the LOI polygon with pixels;

determine a pixel intensity value associated with each pixel within the polygonal base, wherein the pixel intensity value represents a degree of overlap between the LOI polygon and the polygonal base;

calculate a lane occupancy score by taking an average of the pixel intensity values of all pixels within the polygonal base; and

detect that a potential traffic violation has occurred when the lane occupancy score exceeds a predetermined threshold value.

17. The device of claim 13, wherein the first convolutional neural network is run by a first worker of an event detection engine on the device, wherein the second convolutional

US 11,164,014 B1

51

neural network is run by a second worker of the event detection engine, and wherein the one or more processors are programmed to execute instructions to:

transmit outputs from the first convolutional neural network comprising data or information concerning the vehicle bounding box from the first worker to a third worker of the event detection engine using an inter-process communication protocol;

transmit outputs from the second convolutional neural network comprising data or information concerning the plurality of polygons and the LOI polygon from the second worker to the third worker using the inter-process communication protocol; and

detect the potential traffic violation using the third worker based on data and information received via the inter-process communication protocol from the first worker and the second worker.

18. The device of claim 13, wherein the one or more processors are programmed to execute instructions to:

receive, at the device, over-the-air (OTA) updates to the first convolutional neural network via a first docker container image; and

receive, at the edge device, OTA updates to the second convolutional neural network via a second docker container image, wherein the second docker container image is separate from the first docker container image.

19. The device of claim 18, wherein the one or more processors are programmed to execute instructions to decrypt the OTA updates received using a key, wherein the key is a hash function of a string concatenated from a serial number of a processor or processing unit of the edge device, a serial number of a positioning unit of the edge device, and an alphanumeric token, and wherein the key is unique to the edge device.

20. A non-transitory computer-readable medium comprising machine-executable instructions stored thereon, wherein the instructions comprise the steps of:

cropping and resizing one or more video frames of a video captured by one or more video image sensors of an edge device;

bounding a vehicle detected from the one or more video frames of the video in a vehicle bounding box, and wherein the vehicle is detected and bounded using a first convolutional neural network;

bounding a plurality of lanes of a roadway detected from the one or more video frames in a plurality of polygons, wherein the plurality of lanes are detected and bounded using multiple heads of a multi-headed second convolutional neural network separate from the first convolutional neural network, and wherein at least one of the polygons is a lane-of-interest (LOI) polygon bounding a LOI;

translating coordinates in the cropped and resized video frames into new coordinates based on a uniform coordinate domain; and

detecting a potential traffic violation based in part on an overlap of at least part of the vehicle bounding box and at least part of the LOI polygon.

21. The non-transitory computer-readable medium of claim 20, wherein the instructions further comprise the steps of:

discarding an upper portion of the vehicle bounding box such that only a lower portion of the vehicle bounding box remains;

masking the LOI polygon by filling an area within the LOI polygon with pixels;

52

determining a pixel intensity value associated with each pixel within the lower portion of the vehicle bounding box, wherein the pixel intensity value represents a degree of overlap between the LOI polygon and the lower portion of the vehicle bounding box;

calculating a lane occupancy score by taking an average of the pixel intensity values of all pixels within the lower portion of the vehicle bounding box; and

detecting the potential traffic violation when the lane occupancy score exceeds a predetermined threshold value.

22. The non-transitory computer-readable medium of claim 20, wherein the instructions further comprise the steps of:

determining a length of a baseline segment along a lower side of the vehicle bounding box corresponding to a road segment under a rear end of the vehicle;

masking the LOI polygon by filling an area within the LOI polygon with pixels;

determining a pixel intensity value associated with each pixel along the baseline segment, wherein the pixel intensity value represents a degree of overlap between the LOI polygon and the baseline segment;

calculating a lane occupancy score by taking an average of the pixel intensity values of all pixels along the baseline segment; and

detecting the potential traffic violation when the lane occupancy score exceeds a predetermined threshold value.

23. The non-transitory computer-readable medium of claim 20, wherein the instructions further comprise the steps of:

generating a three-dimensional (3D) bounding box based on the vehicle bounding box, wherein the vehicle bounding box is a two-dimensional (2D) bounding box, and wherein the 3D bounding box comprises a polygonal base representing a road surface underneath the vehicle;

masking the LOI polygon by filling an area within the LOI polygon with pixels;

determining a pixel intensity value associated with each pixel within the polygonal base, wherein the pixel intensity value represents a degree of overlap between the LOI polygon and the polygonal base;

calculating a lane occupancy score by taking an average of the pixel intensity values of all pixels within the polygonal base; and

detecting the potential traffic violation when the lane occupancy score exceeds a predetermined threshold value.

24. The non-transitory computer-readable medium of claim 20, wherein the instructions further comprise the steps of:

transmitting outputs from the first convolutional neural network comprising data or information concerning the vehicle bounding box from a first worker to a third worker of the event detection engine using an inter-process communication protocol, wherein the first convolutional neural network is run by the first worker of an event detection engine;

transmitting outputs from the second convolutional neural network comprising data or information concerning the plurality of polygons and the LOI polygon from a second worker to the third worker using the inter-process communication protocol, wherein the second convolutional neural network is run by the second worker of the event detection engine; and

US 11,164,014 B1

**53**

detecting the potential traffic violation using the third worker based on data and information received via the inter-process communication protocol from the first worker and the second worker.

25. The non-transitory computer-readable medium of claim 20, wherein the instructions further comprise the steps of:

receiving, at the edge device, over-the-air (OTA) updates to the first convolutional neural network via a first docker container image; and

receiving, at the edge device, OTA updates to the second convolutional neural network via a second docker container image, wherein the second docker container image is separate from the first docker container image.

26. The non-transitory computer-readable medium of claim 25, wherein the instructions further comprise the step of decrypting the OTA updates received using a key, wherein the key is a hash function of a string concatenated from a serial number of a processor or processing unit of the edge device, a serial number of a positioning unit of the edge device, and an alphanumeric token, and wherein the key is unique to the edge device.

* * * * *

**54**

# Exhibit D

*Hayden AI Technologies Inc. v. Safe Fleet Holdings LLC et al.*
**No. 1:23-cv-03471-EK-JRC (E.D.N.Y.)**

Defendants' Infringement of U.S. Patent No. 11,164,014[*]

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| 1[pre].  A method for detecting a potential traffic violation, comprising: | To the extent that the preamble is limiting, use of the Safe Fleet ClearLane system practices a method for detecting a potential traffic violation.<br><br>*See infra*, claim 13[pre]. |
| [1a.]  cropping and resizing one or more video frames of a video captured by one or more video image sensors of an edge device. | Use of the Safe Fleet ClearLane system practices a method for detecting a potential traffic violation comprising cropping and resizing one or more video frames of a video captured by one or more video image sensors of an edge device.<br><br>*See infra*, claim [13a]; claim [13c]. |
| [1b.]  bounding, using one or more processors of the edge device, a vehicle detected from the one or more video frames of the video in a vehicle bounding box; and wherein the vehicle is detected and bounded using a first convolutional neural network; | Use of the Safe Fleet ClearLane system practices a method for detecting a potential traffic violation comprising bounding, using one or more processors of the edge device, a vehicle detected from the one or more video frames of the video in a vehicle bounding box; and wherein the vehicle is detected and bounded using a first convolutional neural network.<br><br>*See infra*, claim [13b]; claim [13d]. |
| [1c.]  bounding, using the one or more processors of | Use of the Safe Fleet ClearLane system practices a method for detecting a potential traffic violation comprising bounding, using the one or more processors of the edge device, a plurality of lanes of a |

[*]     Discovery in this case is ongoing.  Hayden AI accordingly submits this chart based on currently available information about the structure, function and operation of the Safe Fleet ClearLane product.  Hayden AI expressly reserves the right to revise, amend, supplement, or otherwise alter its infringement theories—including but not limited to joint or divided infringement theories, induced infringement theories, contributory infringement theories, or theories of infringement under the doctrine of equivalents—in light of information gleaned through discovery.  Hayden AI expressly reserves the right to amend its enumerated asserted claims for good cause, consistent with the scheduling order in this case, Dkt. No. 49.

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| the edge device, a plurality of lanes of a roadway detected from the one or more video frames in a plurality of polygons, wherein the plurality of lanes are detected and bounded using multiple heads of a multi-headed second convolutional neural network, separate from the first convolutional neural network, and wherein at least one of the polygons is a lane-of-interest (LOI) polygon bounding a LOI; | roadway detected from the one or more video frames in a plurality of polygons, wherein the plurality of lanes are detected and bounded using multiple heads of a multi-headed second convolutional neural network, separate from the first convolutional neural network, and wherein at least one of the polygons is a lane-of-interest (LOI) polygon bounding a LOI.<br><br>*See infra*, claim [13b]; claim [13e]. |
| [1d.] translating coordinates in the cropped and resized video frames into new coordinates based on a uniform coordinate domain; and | Use of the Safe Fleet ClearLane system practices a method for detecting a potential traffic violation comprising translating coordinates in the cropped and resized video frames into new coordinates based on a uniform coordinate domain.<br><br>*See infra*, claim [13f]. |
| [1e.] detecting, using the one or more processors, a potential traffic violation based in part on an overlap of at least part of the vehicle bounding box and at least part of the LOI polygon. | Use of the Safe Fleet ClearLane system practices a method for detecting a potential traffic violation comprising detecting, using the one or more processors, a potential traffic violation based in part on an overlap of at least part of the vehicle bounding box and at least part of the LOI polygon.<br><br>*See infra*, claim [13b]; claim [13g]. |

2

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| 2[pre.]  The method of claim **1**, wherein detecting the potential traffic violation further comprises: | To the extent the preamble is limiting, use of the Safe Fleet ClearLane system practices the method of claim 1.<br><br>*See supra*, claim 1. |
| [2a.]  discarding an upper portion of the vehicle bounding box such that only a lower portion of the vehicle bounding box remains; | Use of the Safe Fleet ClearLane system practices the method of claim 1, wherein detecting the potential traffic violation further comprises discarding an upper portion of the vehicle bounding box such that only a lower portion of the vehicle bounding box remains.<br><br>*See supra*, claim 1.<br>*See infra*, claim [14a]. |
| [2b.]  masking the LOI polygon by filling an area within the LOI polygon with pixels; | Use of the Safe Fleet ClearLane system practices the method of claim 1, wherein detecting the potential traffic violation further comprises masking the LOI polygon by filling an area within the LOI polygon with pixels.<br><br>*See supra*, claim 1.<br>*See infra* claim [14b]. |
| [2c.]  determining a pixel intensity value associated with each pixel within the lower portion of the vehicle bounding box, wherein the pixel intensity value represents a degree of overlap between the LOI polygon and the lower portion of the vehicle bounding box; | Use of the Safe Fleet ClearLane system practices the method of claim 1, wherein detecting the potential traffic violation further comprises determining a pixel intensity value associated with each pixel within the lower portion of the vehicle bounding box, wherein the pixel intensity value represents a degree of overlap between the LOI polygon and the lower portion of the vehicle bounding box.<br><br>*See supra*, claim 1.<br>*See infra* claim [14c]. |
| [2d.]  calculating a lane occupancy score by taking an average of the pixel intensity | Use of the Safe Fleet ClearLane system practices the method of claim 1, wherein detecting the potential traffic violation further comprises calculating a lane occupancy score by taking an average of the pixel intensity values of all pixels within the lower portion of the vehicle bounding box. |

3

| Claim Element | Exemplary Evidence of Infringement |
| --- | --- |
| values of all pixels within the lower portion of the vehicle bounding box; and | *See supra*, claim 1.<br>*See infra* claim [14d]. |
| [2e.] detecting the potential traffic violation when the lane occupancy score exceeds a predetermined threshold value. | Use of the Safe Fleet ClearLane system practices the method of claim 1, wherein detecting the potential traffic violation further comprises detecting the potential traffic violation when the lane occupancy score exceeds a predetermined threshold value.<br><br>*See supra*, claim 1.<br>*See infra* claim [14e]. |

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| 3[pre.]  The method of claim **1**, wherein detecting the potential traffic violation further comprises: | To the extent the preamble is limiting, use of the Safe Fleet ClearLane system practices the method of claim 1.<br><br>*See supra*, claim 1. |
| [3a.]  determining a length of a baseline segment along a lower side of the vehicle bounding box corresponding to a road segment under a rear end of the vehicle; | Use of the Safe Fleet ClearLane system practices the method of claim 1, wherein detecting the potential traffic violation further comprises determining a length of a baseline segment along a lower side of the vehicle bounding box corresponding to a road segment under a rear end of the vehicle.<br><br>*See supra*, claim 1.<br>*See infra*, claim [15a]. |
| [3b.]  masking the LOI polygon by filling an area within the LOI polygon with pixels; | Use of the Safe Fleet ClearLane system practices the method of claim 1, wherein detecting the potential traffic violation further comprises masking the LOI polygon by filling an area within the LOI polygon with pixels.<br><br>*See supra*, claim 1.<br>*See infra* claim [15b]. |
| [3c.]  determining a pixel intensity value associated with each pixel along the baseline segment, wherein the pixel intensity value represents a degree of overlap between the LOI polygon and the baseline segment; | Use of the Safe Fleet ClearLane system practices the method of claim 1, wherein detecting the potential traffic violation further comprises determining a pixel intensity value associated with each pixel along the baseline segment, wherein the pixel intensity value represents a degree of overlap between the LOI polygon and the baseline segment.<br><br>*See supra*, claim 1.<br>*See infra* claim [15c]. |
| [3d.]  calculating a lane occupancy score by taking an average of the pixel intensity | Use of the Safe Fleet ClearLane system practices the method of claim 1, wherein detecting the potential traffic violation further comprises calculating a lane occupancy score by taking an average of the pixel intensity values of all pixels along the baseline segment. |

5

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| values of all pixels along the baseline segment; and | *See supra*, claim 1.<br>*See infra* claim [15d]. |
| [3e.] detecting the potential traffic violation when the lane occupancy score exceeds a predetermined threshold value. | Use of the Safe Fleet ClearLane system practices the method of claim 1, wherein detecting the potential traffic violation further comprises detecting the potential traffic violation when the lane occupancy score exceeds a predetermined threshold value.<br><br>*See supra*, claim 1.<br>*See infra* claim [15e]. |

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| 5[pre.]  The method of claim 1. | To the extent the preamble is limiting, use of the Safe Fleet ClearLane system practices the method of claim 1.<br><br>*See supra*, claim 1. |
| [5a.]  wherein the first convolutional neural network is run by a first worker of an event detection engine on the edge device, wherein the second convolutional neural network is run by a second worker of the event detection engine, and wherein the method further comprises: | Use of the Safe Fleet ClearLane system practices the method of claim 1 wherein the first convolutional neural network is run by a first worker of an event detection engine on the edge device, wherein the second convolutional neural network is run by a second worker of the event detection engine.<br><br>*See infra*, claim [17a]. |
| [5b].  transmitting outputs from the first convolutional neural network comprising data or information concerning the vehicle bounding box from the first worker to a third worker of the event detection engine using an inter-process communication protocol; | Use of the Safe Fleet ClearLane system practices the method of claim 1 wherein the first convolutional neural network is run by a first worker of an event detection engine on the edge device, wherein the second convolutional neural network is run by a second worker of the event detection engine, and wherein the method further comprises transmitting outputs from the first convolutional neural network comprising data or information concerning the vehicle bounding box from the first worker to a third worker of the event detection engine using an inter-process communication protocol.<br><br>*See infra*, claim [17b]. |
| [5c.]  transmitting outputs from the second convolutional neural network comprising data or information concerning the plurality of polygons and the LOI polygon from the | Use of the Safe Fleet ClearLane system practices the method of claim 1 wherein the first convolutional neural network is run by a first worker of an event detection engine on the edge device, wherein the second convolutional neural network is run by a second worker of the event detection engine, and wherein the method further comprises transmitting outputs from the second convolutional neural network comprising data or information concerning the plurality of polygons and the LOI polygon from the second worker to the third worker using the inter-process communication protocol. |

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| second worker to the third worker using the inter-process communication protocol; and | *See infra*, claim [17c]. |
| [5d.] detecting the potential traffic violation using the third worker based on data and information received via the inter-process communication protocol from the first worker and the second worker. | Use of the Safe Fleet ClearLane system practices the method of claim 1 wherein the first convolutional neural network is run by a first worker of an event detection engine on the edge device, wherein the second convolutional neural network is run by a second worker of the event detection engine, and wherein the method further comprises detecting the potential traffic violation using the third worker based on data and information received via the inter-process communication protocol from the first worker and the second worker.<br><br>*See infra*, claim [17d]. |

8

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| 8[pre.]  The method of claim **1**, further comprising: | To the extent the preamble is limiting, use of the Safe Fleet ClearLane system practices the method of claim 1.<br><br>*See supra*, claim 1. |
| [8a.]  receiving, at the edge device, over-the-air (OTA) updates to the first convolutional neural network via a first docker container image; and | Use of the Safe Fleet ClearLane system practices the method of claim 1, further comprising receiving, at the edge device, over-the-air (OTA) updates to the first convolutional neural network via a first docker container image.<br><br>*See supra*, claim 1.<br>*See infra*, claim [18a]. |
| [8b].  receiving, at the edge device, OTA updates to the second convolutional neural network via a second docker container image, wherein the second docker container image is separate from the first docker container image. | Use of the Safe Fleet ClearLane system practices the method of claim 1, further comprising receiving, at the edge device, OTA updates to the second convolutional neural network via a second docker container image, wherein the second docker container image is separate from the first docker container image.<br><br>*See supra*, claim 1.<br>*See infra*, claim [18b]. |

9

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| 9[pre.] The method of claim **8**, wherein receiving the OTA updates further comprises: | To the extent the preamble is limiting, use of the Safe Fleet ClearLane system practices the method of claim 8.<br><br>*See supra*, claim 8. |
| [9a.] querying a container registry for any updates to the first convolutional neural network or the second convolutional neural network; | Use of the Safe Fleet ClearLane system practices the method of claim 8, wherein receiving OTA updates further comprises querying a container registry for any updates to the first convolutional neural network or the second convolutional neural network.<br><br>*See supra*, claim 8.<br><br>MTA RFI No. 267429 specifies minimum system requirements, including that "remote management of the equipment shall be enabled and utilized to reduce physical visits for resolution." (Dkt. 28-25 at 3.) Safe Fleet has represented publicly that its ClearLane system and comprising devices meets this specification.<br><br>The Safe Fleet ClearLane system allows for "diagnostic monitoring and remote configuration."<br><br>20.  Due to the mobile nature of the solution, remote management of the equipment shall be enabled and utilized to reduce physical visits for resolution. The system should have the ability to use existing on-board network equipment to send data from the bus to the NYCT server. All data communications, such as events and diagnostics messages shall be available through an open standard interface to NYCT/MTAB electronically.<br><br>The system will communicate through existing on-board equipment and existing video servers to allow diagnostic monitoring and remote configuration.<br><br>(Dkt. No. 28-26 at 13.) |

10

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| | To achieve this remote configuration, the Safe Fleet ClearLane system practices a method for receiving OTA updates comprising querying a container registry for any updates to the first convolutional neural network or the second convolutional neural network. |
| [9b]. downloading the first docker container image if an update to the first convolutional neural network is detected and downloading the second docker container image if an update to the second convolutional neural network is detected; | Use of the Safe Fleet ClearLane system practices the method of claim 8, wherein receiving OTA updates further comprises downloading the first docker container image if an update to the first convolutional neural network is detected and downloading the second docker container image if an update to the second convolutional neural network is detected.<br><br>*See supra*, claim 8.<br><br>MTA RFI No. 267429 specifies minimum system requirements, including that "remote management of the equipment shall be enabled and utilized to reduce physical visits for resolution." (Dkt. 28-25 at 3.) Safe Fleet has represented publicly that its ClearLane system and comprising devices meets this specification.<br><br>The Safe Fleet ClearLane system allows for "diagnostic monitoring and remote configuration."<br><br>20.   Due to the mobile nature of the solution, remote management of the equipment shall be enabled and utilized to reduce physical visits for resolution. The system should have the ability to use existing on-board network equipment to send data from the bus to the NYCT server. All data communications, such as events and diagnostics messages shall be available through an open standard interface to NYCT/MTAB electronically.   The system will communicate through existing on-board equipment and existing video servers to allow diagnostic monitoring and remote configuration.<br><br>(Dkt. No. 28-26 at 13.)<br><br>To achieve this remote configuration, the Safe Fleet ClearLane system practices a method for receiving OTA updates comprising downloading the first docker container image if an update to the |

11

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| | first convolutional neural network is detected and downloading the second docker container image if an update to the second convolutional neural network is detected. |
| [9c.] creating a first docker container based on the first docker container image or creating a second docker container based on the second docker container image; | Use of the Safe Fleet ClearLane system practices the method of claim 8, wherein receiving OTA updates further comprises creating a first docker container based on the first docker container image or creating a second docker container based on the second docker container image. <br><br>*See supra*, claim 8. <br><br>MTA RFI No. 267429 specifies minimum system requirements, including that "remote management of the equipment shall be enabled and utilized to reduce physical visits for resolution." (Dkt. 28-25 at 3.) Safe Fleet has represented publicly that its ClearLane system and comprising devices meets this specification. <br><br>The Safe Fleet ClearLane system allows for "diagnostic monitoring and remote configuration." <br><br>20. Due to the mobile nature of the solution, remote management of the equipment shall be enabled and utilized to reduce physical visits for resolution. The system should have the ability to use existing on-board network equipment to send data from the bus to the NYCT server. All data communications, such as events and diagnostics messages shall be available through an open standard interface to NYCT/MTAB electronically. <br><br>The system will communicate through existing on-board equipment and existing video servers to allow diagnostic monitoring and remote configuration. <br><br>(Dkt. No. 28-26 at 13.) <br><br>To achieve this remote configuration, the Safe Fleet ClearLane system practices a method for receiving OTA updates comprising creating a first docker container based on the first docker container image or creating a second docker container based on the second docker container image. |

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| | |
| [9d.] checking for a compatibility of an update within the first docker container or the second docker container with a kernel-level watchdog via one or more notification flags; | Use of the Safe Fleet ClearLane system practices the method of claim 8, wherein receiving OTA updates further comprises checking for a compatibility of an update within the first docker container or the second docker container with a kernel-level watchdog via one or more notification flags. <br><br> *See supra*, claim 8. <br><br> MTA RFI No. 267429 specifies minimum system requirements, including that "remote management of the equipment shall be enabled and utilized to reduce physical visits for resolution." (Dkt. 28-25 at 3.) Safe Fleet has represented publicly that its ClearLane system and comprising devices meets this specification. <br><br> The Safe Fleet ClearLane system allows for "diagnostic monitoring and remote configuration." <br><br> 20.    Due to the mobile nature of the solution, remote management of the equipment shall be enabled and utilized to reduce physical visits for resolution. The system should have the ability to use existing on-board network equipment to send data from the bus to the NYCT server. All data communications, such as events and diagnostics messages shall be available through an open standard interface to NYCT/MTAB electronically. <br><br> The system will communicate through existing on-board equipment and existing video servers to allow diagnostic monitoring and remote configuration. <br><br> (Dkt. No. 28-26 at 13.) <br><br> To achieve this remote configuration, the Safe Fleet ClearLane system practices a method for receiving OTA updates comprising checking for a compatibility of an update within the first docker container or the second docker container with a kernel-level watchdog via one or more notification flags. |

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| [9e.] running the first docker container or the second docker container for a predetermined test period; and | Use of the Safe Fleet ClearLane system practices the method of claim 8, wherein receiving OTA updates further comprises running the first docker container or the second docker container for a predetermined test period.<br><br>*See supra*, claim 8.<br><br>MTA RFI No. 267429 specifies minimum system requirements, including that "remote management of the equipment shall be enabled and utilized to reduce physical visits for resolution." (Dkt. 28-25 at 3.) Safe Fleet has represented publicly that its ClearLane system and comprising devices meets this specification.<br><br>The Safe Fleet ClearLane system allows for "diagnostic monitoring and remote configuration."<br><br>20. Due to the mobile nature of the solution, remote management of the equipment shall be enabled and utilized to reduce physical visits for resolution. The system should have the ability to use existing on-board network equipment to send data from the bus to the NYCT server. All data communications, such as events and diagnostics messages shall be available through an open standard interface to NYCT/MTAB electronically.<br><br>The system will communicate through existing on-board equipment and existing video servers to allow diagnostic monitoring and remote configuration.<br><br>(Dkt. No. 28-26 at 13.)<br><br>To achieve this remote configuration, the Safe Fleet ClearLane system practices a method for receiving OTA updates comprising running the first docker container or the second docker container for a predetermined test period. |
| [9f.] resume running a previous version of the first docker container or the | Use of the Safe Fleet ClearLane system practices the method of claim 8, wherein receiving OTA updates further comprises resume running a previous version of the first docker container or the second docker container if a service failure is detected within the predetermined test period or |

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| second docker container if a service failure is detected within the predetermined test period or changing a setup of the edge device so the first docker container or the second docker container runs automatically on device boot if no service failures are detected within the predetermined test period. | changing a setup of the edge device so the first docker container or the second docker container runs automatically on device boot if no service failures are detected within the predetermined test period.<br><br>*See supra*, claim 8.<br><br>MTA RFI No. 267429 specifies minimum system requirements, including that "remote management of the equipment shall be enabled and utilized to reduce physical visits for resolution." (Dkt. 28-25 at 3.) Safe Fleet has represented publicly that its ClearLane system and comprising devices meets this specification.<br><br>The Safe Fleet ClearLane system allows for "diagnostic monitoring and remote configuration."<br><br>20.   Due to the mobile nature of the solution, remote management of the equipment shall be enabled and utilized to reduce physical visits for resolution. The system should have the ability to use existing on-board network equipment to send data from the bus to the NYCT server. All data communications, such as events and diagnostics messages shall be available through an open standard interface to NYCT/MTAB electronically.<br><br>The system will communicate through existing on-board equipment and existing video servers to allow diagnostic monitoring and remote configuration.<br><br>(Dkt. No. 28-26 at 13.)<br><br>To achieve this remote configuration, the Safe Fleet ClearLane system practices a method for receiving OTA updates comprising resuming running a previous version of the first docker container or the second docker container if a service failure is detected within the predetermined test period or changing a setup of the edge device so the first docker container or the second docker container runs automatically on device boot if no service failures are detected within the predetermined test period. |

15

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| 10[pre.] The method of claim **1**, further comprising: | To the extent the preamble is limiting, use of the Safe Fleet ClearLane system practices the method of claim 1.<br><br>*See supra*, claim 1. |
| [10a.] receiving, at the edge device, over-the-air (OTA) updates to an operating system (OS) run on the edge device, wherein receiving the OTA updates comprises receiving an OS package URL and a checksum, wherein the OS package URL is made up of at least a package name and a package version number; | Use of the Safe Fleet ClearLane system practices the method of claim 1, further comprising receiving, at the edge device, over-the-air (OTA) updates to an operating system (OS) run on the edge device, wherein receiving the OTA updates comprises receiving an OS package URL and a checksum, wherein the OS package URL is made up of at least a package name and a package version number.<br><br>*See supra*, claim 1.<br><br>MTA RFI No. 267429 specifies minimum system requirements, including that "remote management of the equipment shall be enabled and utilized to reduce physical visits for resolution." (Dkt. 28-25 at 3.) Safe Fleet has represented publicly that its ClearLane system and comprising devices meets this specification.<br><br>The Safe Fleet ClearLane system allows for "diagnostic monitoring and remote configuration." |

16

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| | 20.    Due to the mobile nature of the solution, remote management of the equipment shall be enabled and utilized to reduce physical visits for resolution. The system should have the ability to use existing on-board network equipment to send data from the bus to the NYCT server. All data communications, such as events and diagnostics messages shall be available through an open standard interface to NYCT/MTAB electronically.    The system will communicate through existing on-board equipment and existing video servers to allow diagnostic monitoring and remote configuration. <br><br>(Dkt. No. 28-26 at 13.) <br><br>To achieve this remote configuration, the Safe Fleet ClearLane system practices a method for detecting a potential traffic violation comprising receiving, at the edge device, over-the-air (OTA) updates to an operating system (OS) run on the edge device, wherein receiving the OTA updates comprises receiving an OS package URL and a checksum, wherein the OS package URL is made up of at least a package name and a package version number. |
| [10b.]  downloading an OS package via the OS package URL when the package version number is different from a version number of an OS running on the edge device; | Use of the Safe Fleet ClearLane system practices the method of claim 1, further comprising downloading an OS package via the OS package URL when the package version number is different from a version number of an OS running on the edge device. <br><br>*See supra*, claim 1. <br><br>MTA RFI No. 267429 specifies minimum system requirements, including that "remote management of the equipment shall be enabled and utilized to reduce physical visits for resolution." (Dkt. 28-25 at 3.)  Safe Fleet has represented publicly that its ClearLane system and comprising devices meets this specification. <br><br>The Safe Fleet ClearLane system allows for "diagnostic monitoring and remote configuration." |

17

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| | 20.    Due to the mobile nature of the solution, remote management of the equipment shall be enabled and utilized to reduce physical visits for resolution. The system should have the ability to use existing on-board network equipment to send data from the bus to the NYCT server. All data communications, such as events and diagnostics messages shall be available through an open standard interface to NYCT/MTAB electronically.　　The system will communicate through existing on-board equipment and existing video servers to allow diagnostic monitoring and remote configuration. |
| | (Dkt. No. 28-26 at 13.)<br><br>To achieve this remote configuration, the Safe Fleet ClearLane system practices a method for detecting a potential traffic violation comprising downloading an OS package via the OS package URL when the package version number is different from a version number of an OS running on the edge device. |
| [10c.] comparing the checksum to ensure the OS package is downloaded successfully; and | Use of the Safe Fleet ClearLane system practices the method of claim 1, further comprising comparing the checksum to ensure the OS package is downloaded successfully.<br><br>*See supra*, claim 1.<br><br>MTA RFI No. 267429 specifies minimum system requirements, including that "remote management of the equipment shall be enabled and utilized to reduce physical visits for resolution." (Dkt. 28-25 at 3.) Safe Fleet has represented publicly that its ClearLane system and comprising devices meets this specification.<br><br>The Safe Fleet ClearLane system allows for "diagnostic monitoring and remote configuration." |

18

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| | 20.  Due to the mobile nature of the solution, remote management of the equipment shall be enabled and utilized to reduce physical visits for resolution. The system should have the ability to use existing on-board network equipment to send data from the bus to the NYCT server. All data communications, such as events and diagnostics messages shall be available through an open standard interface to NYCT/MTAB electronically.   The system will communicate through existing on-board equipment and existing video servers to allow diagnostic monitoring and remote configuration. <br><br>(Dkt. No. 28-26 at 13.) <br><br>To achieve this remote configuration, the Safe Fleet ClearLane system practices a method for detecting a potential traffic violation comprising comparing the checksum to ensure the OS package is downloaded successfully. |
| [10d.] updating the OS running on the edge device using contents within the OS package downloaded. | Use of the Safe Fleet ClearLane system practices the method of claim 1, further comprising updating the OS running on the edge device using contents within the OS package downloaded. <br><br>*See supra*, claim 1. <br><br>MTA RFI No. 267429 specifies minimum system requirements, including that "remote management of the equipment shall be enabled and utilized to reduce physical visits for resolution." (Dkt. 28-25 at 3.) Safe Fleet has represented publicly that its ClearLane system and comprising devices meets this specification. <br><br>The Safe Fleet ClearLane system allows for "diagnostic monitoring and remote configuration." |

19

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| | 20.    Due to the mobile nature of the solution, remote management of the equipment shall be enabled and utilized to reduce physical visits for resolution. The system should have the ability to use existing on-board network equipment to send data from the bus to the NYCT server. All data communications, such as events and diagnostics messages shall be available through an open standard interface to NYCT/MTAB electronically. / The system will communicate through existing on-board equipment and existing video servers to allow diagnostic monitoring and remote configuration.<br><br>(Dkt. No. 28-26 at 13.)<br><br>To achieve this remote configuration, the Safe Fleet ClearLane system practices a method for detecting a potential traffic violation comprising updating the OS running on the edge device using contents within the OS package downloaded. |

20

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| 12.  The method of claim **1**, wherein the edge device is coupled to a carrier vehicle and wherein the video is captured using the one or more video image sensors of the edge device while the carrier vehicle is in motion. | To the extent the preamble is limiting, use of the Safe Fleet ClearLane system practices the method of claim 1.<br><br>*See supra*, claim 1.<br><br>The Safe Fleet ClearLane system uses "bus-mounted cameras," which continuously capture footage as the bus drives on its route.<br><br>The Safe Fleet ClearLane system monitors bus lanes, automatically capturing evidence of infractions, and analyzing them against the city's laws to confirm a violation. The system uses two types of bus-mounted cameras (context and ALPR), a computer with inertial sensors, a GPS receiver, and a cellular router.<br><br>(https://www.safefleet.net/blog/get-increased-ridership-and-faster-rides-with-ai/.)<br><br>████████████████████████████████████████████████████████████████████████████████████████████. |

21

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| 13[pre].  A device for detecting a potential traffic violation, comprising: | To the extent the preamble is limiting, the Safe Fleet ClearLane system comprises a device for detecting a potential traffic violation.<br><br>The ClearLane system includes a device "onboard the bus," which includes at least "two different types of cameras—Context and ALPR, a purpose-built computer with inertial sensors, a GPS receiver, [and] a cellular router."<br><br>**The enforcement system works by using these technologies onboard the bus:**<br><br>■ Two different types of cameras— Context and ALPR<br><br>■ A purpose-built computer with inertial sensors<br><br>■ A GPS receiver<br><br>■ A cellular router<br><br>(https://www.safefleet.net/document/able-clearlane-ebook/.)<br><br>The ClearLane system provides a means to "automatically detect[s] a bus lane violation", which is a traffic violation. |

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| | The Safe Fleet ClearLane system installed on transit buses traveling in the bus-only lanes uses two types of bus-mounted cameras along with a purpose-built computer with internal sensors, a GPS receiver, and a cellular router. The front-facing camera provides context, recording video of the entire scene. The mobile Automated License Plate Reader (ALPR) camera reads vehicle license plates. The context and ALPR cameras work in tandem, capturing the license plate details associated with any vehicle in violation of the posted bus lane restriction. <br><br> • Automatically detect a bus lane violation <br><br> • Capture license plate photo/video of vehicle infringement <br><br> • Deliver evidence to the ticketing system <br><br> (https://www.safefleet.net/products/fleet-video-systems/transit-surveillance-systems/automated-bus-lane-enforcement-able/.) <br><br> **Automated Bus Lane Violations** <br><br> Automatically issue violation notices to vehicle owners who block bus lanes during enforcement periods. <br><br> (https://www.safefleet.net/document/safe-fleet-clearlane/.) <br><br> The ClearLane system can also be used to detect other types of traffic violations, including "violations in bike lanes, intersections, crosswalks, and more." |

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| | The system can also be used to capture violations in bike lanes, intersections, crosswalks, and more.<br><br>(https://www.safefleet.net/document/able-clearlane-ebook/.) |
| 13[a].  One or more video image sensors configured to capture a video of a vehicle and a plurality of lanes of a roadway; and | The Safe Fleet ClearLane system comprises a device for detecting for detecting a traffic violation comprising one or more video image sensors configured to capture a video of a vehicle and a plurality of lanes of a roadway.<br><br>The ClearLane system device "uses two types of bus-mounted cameras (context and APLR)", *i.e.*, "video image sensors."<br><br>The Safe Fleet ClearLane system monitors bus lanes, automatically capturing evidence of infractions, and analyzing them against the city's laws to confirm a violation. The system uses two types of bus-mounted cameras (context and ALPR), a computer with inertial sensors, a GPS receiver, and a cellular router.<br><br>(https://www.safefleet.net/blog/get-increased-ridership-and-faster-rides-with-ai/.)<br><br>The context camera "captures the event, recording video of the entire scene" (*i.e.*, a "plurality of lanes of a roadway") "and identif[ies] the vehicle in question" (*i.e.*, a "vehicle"). |

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| | In simplistic terms, ClearLane works like this:<br><br>1. The ALPR camera scans and reads the license plates of vehicles in violation.<br><br>2. The context camera captures the event, recording video of the entire scene and identifying the vehicle in question.<br><br>3. Advanced A.I. algorithms analyze these recordings and using a GPS receiver, compare them against the laws and regulations of the region.<br><br>4. The mobile computer creates an evidence package.<br><br>5. The evidence package is sent to the appropriate authorities via the cellular router.<br><br>(https://www.safefleet.net/blog/get-increased-ridership-and-faster-rides-with-ai/.)<br><br>*See also* Dkt. No. 28-23 (Pulskamp Decl.) ¶ 10 ("Seon's proposed ABLE system . . . applies 'computer vision algorithms to analyze the **forward-facing camera video**, identify the driving lanes and determine the location of the bus relative to the bus lane") (emphasis added). |
| [13b.]  One or more processors programmed to execute instructions to: | The Safe Fleet ClearLane system comprises a device for detecting a traffic violation, comprising one or more processors programmed to executed instructions.<br><br>The Safe Fleet ClearLane system device includes a "purpose-built computer with internal sensors," which is a processor. |

25

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| | The Safe Fleet ClearLane system installed on transit buses traveling in the bus-only lanes uses two types of bus-mounted cameras along with a purpose-built computer with internal sensors, a GPS receiver, and a cellular router. The front-facing camera provides context, recording video of the entire scene. The mobile Automated License Plate Reader (ALPR) camera reads vehicle license plates. The context and ALPR cameras work in tandem, capturing the license plate details associated with any vehicle in violation of the posted bus lane restriction. <br><br> • Automatically detect a bus lane violation <br><br> • Capture license plate photo/video of vehicle infringement <br><br> • Deliver evidence to the ticketing system <br><br> (https://www.safefleet.net/products/fleet-video-systems/transit-surveillance-systems/automated-bus-lane-enforcement-able/.) |

26

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| | |
| [13c.] Crop and resize one or more video frames of the video. | The Safe Fleet ClearLane system device includes one or more processors programmed to execute instructions to crop and resize one or more video frames of the video. |

27

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| |  |

28

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| | ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ |
| | Safe Fleet ClearLane system cameras are "high definition" cameras, ████████████████████ ███████████████████████████████████████████ |
| | In operation, Safe Fleet's ClearLane sysyem crops and resizes captured images for and/or in application to the size/aspect ratio parameters of the YOLACT model. |
| [13d.]  Bound the vehicle detected from the one or more video frames of the video in a vehicle bounding box, wherein the vehicle is detected and bounded using a first convolutional neural network | The Safe Fleet ClearLane system device includes one or more processors programmed to execute instructions to bound the vehicle detected from the one or more video frames of the video in a vehicle bonding box, wherein the vehicle is detected and bounded using a first convolutional neural network.<br><br>The Safe Fleet ClearLane system device ███████████████████████████ ███████████████████████████████████████████████ |

29

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| | <br><br>The Safe Fleet ClearLane system ███████████████████████████████████████████████<br><br>**Doctrine of Equivalents**<br><br>In the alternative, Safe Fleet infringes limitation [13d] by equivalents.<br><br>████████████████████████ |

30

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| |  |
| [13e.] Bound a plurality of lanes of a roadway detected from the one or more video frames in a plurality of polygons, wherein the plurality of lanes are detected and bounded using multiple heads of a multi-headed second convolutional network separate from the first convolutional network, and wherein at least one of the polygons is a lane-of-interest (LOI) polygon bounding a LOI; | The Safe Fleet ClearLane system device includes one or more processors programmed to execute instructions to bound the plurality of lanes of a roadway detected from the one or more video frames in a plurality of polygons, wherein the plurality of lanes are detected and bounded using multiple heads of a multi-headed second convolutional network separate from the first convolutional network, and wherein at least one of the polygons is a lane-of-interest (LOI) polygon bounding a LOI. |

31

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
|  |  |

32

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
|  |  The plurality of lanes are detected and bounded using multiple heads of a multi-headed second convolutional neural network (*e.g.*, ClearLane's ███████████████ separate from the first convolutional neural network. |
| [13f.] Translate coordinates in the cropped and resized video frames into new | The Safe Fleet ClearLane system device includes one or more processors programmed to execute instructions to translate coordinates in the cropped and resized video frames into new coordinates based on a uniform coordinates domain. |

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| coordinates based on a uniform coordinates domain; and | The Safe Fleet ClearLane system device uses a uniform coordinates domain to perform geometric transformations/operations on the image. |
| [13g.] Detect that a potential traffic violation has occurred based in part on an overlap of at least part of the vehicle bounding box and at least part of the LOI polygon. | The Safe Fleet ClearLane system device includes one or more processors programmed to execute instructions to detect that a potential traffic violation has occurred based in part on an overlap of at least part of the vehicle bounding box and at least part of the LOI polygon. As explained with reference to limitation [13d], *supra*, |

34

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| | As explained with reference to limitation [13e], *supra*, ███████████████████████ ████████████████<br><br>The Safe Fleet ClearLane system device ██████████████████████████ ███████████████████████████████ ██████████████████<br><br>**<u>Doctrine of Equivalents</u>**<br><br>In the alternative, Safe Fleet satisfies limitation [13g] by equivalents.<br><br> |

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| 14[pre.]  The device of claim **13**, wherein the one or more processors are programmed to execute instructions to: | To the extent that the preamble of claim 13 is limiting, the Safe Fleet ClearLane system comprises the device of claim 13.<br><br>*See supra*, claim 13. |
| [14a.]  discard an upper portion of the vehicle bounding box such that only a lower portion of the vehicle bounding box remains; | The Safe Fleet ClearLane system device processors are programmed to execute instructions to discard an upper portion of the vehicle bounding box such that only a lower portion of the vehicle bounding box remains.<br><br>*See supra*, claim 13.<br><br><br><br><br><br><br><br>**Doctrine Of Equivalents** |

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| | In the alternative, Defendants infringe claim [14a] by equivalents.<br><br>██████████████████████████████████████████████████████████████████████████████████████████<br><br>From the perspective of a POSA, ██████████████████████████ ████ performs substantially the same function (reducing the part of the image labeled as "vehicle" to the lower portion of the vehicle), substantially the same way (discarding the upper portion of a polygon that corresponds to the identified vehicle), to achieve substantially the same result (ensuring that only the lower portion of the vehicle remains in the bounding polygon).<br><br>From the perspective of a POSA, ████████████████████████████████████ is not substantially different from discarding an upper portion of the vehicle bounding box such that only a lower portion of the vehicle bounding box remains because ████████████████████ ████████████████████ |
| [14b.] mask the LOI polygon by filling an area within the LOI polygon with pixels; | The Safe Fleet ClearLane system device processors are programmed to execute instructions to mask the LOI polygon by filling an area within the LOI polygon with pixels.<br><br>*See supra*, claim 13.<br><br>████████████████████████████████████████████ |

37

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| | <br><br>The "blue area" is the result of "mask[ing] the LOI polygon by filling an area within the LOI polygon with pixels." |
| [14c.] determine a pixel intensity value associated with each pixel within the lower portion of the vehicle bounding box, wherein the pixel intensity value represents a degree of overlap between the LOI polygon and the lower portion of the vehicle bounding box; | The Safe Fleet ClearLane system device processors are programmed to execute instructions to determine a pixel intensity value associated with each pixel within the lower portion of the vehicle bounding box, wherein the pixel intensity value represents a degree of overlap between the LOI polygon and the lower portion of the vehicle bounding box.<br><br>*See supra*, claim 13. |

38

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| | ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| [14d.] calculate a lane occupancy score by taking an average of the pixel intensity values of all pixels within the lower portion of the vehicle bounding box; | The Safe Fleet ClearLane system device processors are programmed to execute instructions to calculate a lane occupancy score by taking an average of the pixel intensity values of all pixels within the lower portion of the vehicle bounding box. *See supra*, claim 13. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| [14e.] detect that a potential traffic violation has occurred when the lane occupancy score exceeds a | The Safe Fleet ClearLane system device processors are programmed to execute instructions to detect that a potential traffic violation has occurred when the lane occupancy score exceeds a predetermined threshold value. *See supra*, claim 13. |

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| predetermined threshold value. | The Safe Fleet ClearLane system device detects that a traffic violation has occurred based on an overlap between the detected vehicle and the lane of interest polygon.  (https://www.safefleet.net/blog/get-increased-ridership-and-faster-rides-with-ai/.) |

40

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
|  |  |

41

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| 15[pre].  The device of claim 13, wherein the one or more processors are programmed to execute instructions to: | To the extent the preamble is limiting, the Safe Fleet ClearLane system comprises the device of claim 13.<br><br>*See supra*, claim 13. |
| [15a].  determine a length of a baseline segment along a lower side of the vehicle bounding box corresponding to a road segment under a rear end of the vehicle; | The Safe Fleet ClearLane system comprises the device of claim 13, wherein the one or more processors are programmed to execute instructions to determine a length of a baseline segment along a lower side of the vehicle bounding box corresponding to a road segment under a rear end of the vehicle.<br><br>*See supra*, claim 13. |

42

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| | The Safe Fleet ClearLane system device "determine[s] a length of a baseline segment along a lower side of the vehicle bounding box corresponding to a road segment under a rear end of the vehicle." |
| [15b.] mask the LOI polygon by filling an area within the LOI polygon with pixels; | The Safe Fleet ClearLane system comprises the device of claim 13, wherein the one or more processors are programmed to execute instructions to mask the LOI polygon by filling an area within the LOI polygon with pixels.<br><br>Safe Fleet states that ███████████████████████████████████████<br><br><br><br>The "blue area" is the result of "mask[ing] the LOI polygon by filling an area within the LOI polygon with pixels." |
| [15c.] determine a pixel intensity value associated with each pixel along the baseline segment, wherein the pixel intensity value | The Safe Fleet ClearLane system comprises the device of claim 13, wherein the one or more processors are programmed to execute instructions to determine a pixel intensity value associated with each pixel along the baseline segment, wherein the pixel intensity value represents a degree of overlap between the LOI polygon and the baseline segment. |

43

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| represents a degree of overlap between the LOI polygon and the baseline segment; | *See supra*, claim 13.<br><br> |
| [15d.] calculate a lane occupancy score by taking an average of the pixel intensity values of all pixels along the baseline segment; and | The Safe Fleet ClearLane system comprises the device of claim 13, wherein the one or more processors are programmed to execute instructions to calculate a lane occupancy score by taking an average of the pixel intensity values of all pixels along the baseline segment.<br><br>*See supra*, claim 13. |

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| |  |
| [15e.] detect that a potential traffic violation has occurred when the lane occupancy score exceeds a predetermined threshold value. | The Safe Fleet ClearLane system comprises the device of claim 13, wherein the one or more processors are programmed to execute instructions to detect that a potential traffic violation has occurred when the lane occupancy score exceeds a predetermined threshold value.<br><br>*See supra*, claim 13.<br><br>The Safe Fleet ClearLane system device detects that a traffic violation has occurred based on an overlap between the detected vehicle and the lane of interest polygon.<br><br><br>(https://www.safefleet.net/blog/get-increased-ridership-and-faster-rides-with-ai/.) |

45

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
|  |  |

46

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| 17[pre.]  The device of claim **13**, | To the extent the preamble is limiting, the Safe Fleet ClearLane system comprises the device of claim 13.<br><br>*See supra*, claim 13. |
| [17a.]  wherein the first convolutional neural network is run by a first worker of an event detection engine on the device, wherein the second convolutional neural network is run by a second worker of the event detection engine, and wherein the one or more processors are programmed to execute instructions to: | The Safe Fleet ClearLane system comprises the device of clam 13 wherein the first convolutional neural network is run by a first worker of an event detection on the device, wherein the second convolutional neural network is run by a second worker of the event detection engine, and wherein the one or more processors are programmed to execute instructions.<br><br>*See supra*, claim 13.<br><br>The Safe Fleet ClearLane system device contains multiple models, |

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ <br><br> These models represent the outputs of two CNNs, "wherein the first convolutional neural network is run by a first worker of an event detection engine on a device, wherein the second convolutional neural network is run by a second worker of the event detection engine, and wherein the one or more processors are programmed to execute instructions." |
| [17b]. transmit outputs from the first convolutional neural network comprising data or information concerning the vehicle bounding box from the first worker to a third worker of the event detection engine using an inter-process communication protocol; | The Safe Fleet ClearLane system comprises the device of clam 13 wherein the first convolutional neural network is run by a first worker of an event detection on the device, wherein the second convolutional neural network is run by a second worker of the event detection engine, and wherein the one or more processors are programmed to execute instructions to transmit outputs from the first convolutional neural network comprising data or information concerning the vehicle bounding box from the first worker to a third worker of the event detection engine using an inter-process communication protocol. <br><br> *See supra*, claim 13. <br><br> The Safe Fleet ClearLane system device transmits outputs from ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (*i.e.*, information from a first convolutional neural network comprising information concerning the vehicle bounding box) from the first worker ▮▮▮▮▮▮▮▮▮▮▮▮ (*i.e.*, a third worker of the event detection engine) using an inter-process communication protocol. |

48

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| | |
| [17c.] transmit outputs from the second convolutional neural network comprising data or information concerning the plurality of polygons and the LOI polygon from the second worker to the third worker using the inter-process communication protocol; and | The Safe Fleet ClearLane system comprises the device of clam 13 wherein the first convolutional neural network is run by a first worker of an event detection on the device, wherein the second convolutional neural network is run by a second worker of the event detection engine, and wherein the one or more processors are programmed to execute instructions to transmit outputs from the second convolutional neural network comprising data or information concerning the plurality of polygons and the LOI polygon from the second worker to the third worker using the inter-process communication protocol.<br><br>*See supra*, claim 13. |

49

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| | |
| [17d.] detect the potential traffic violation using the third worker based on data and information received via the inter-process communication protocol from the first worker and the second worker. | The Safe Fleet ClearLane system comprises the device of clam 13 wherein the first convolutional neural network is run by a first worker of an event detection on the device, wherein the second convolutional neural network is run by a second worker of the event detection engine, and wherein the one or more processors are programmed to execute instructions to detect the potential traffic violation using the third worker based on data and information received via the inter-process communication protocol from the first worker and the second worker.<br><br>The Safe Fleet ClearLane system device detects the potential traffic violation ▮▮▮▮▮ |

50

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
|  | |

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| 18[pre.]  The device of claim **13**, wherein the one or more processors are programmed to execute instructions to: | To the extent the preamble is limiting, the Safe Fleet ClearLane system comprises the device of claim 13.<br><br>*See supra*, claim 13. |
| [18a.]  receive, at the device, over-the-air (OTA) updates to the first convolutional neural network via a first docker container image; and | The Safe Fleet ClearLane system comprises the device of claim 13, wherein the one or more processors are programmed to execute instructions to receive, at the device, over-the-air (OTA) updates to the first convolutional neural network via a first docker container image.<br><br>*See supra*, claim 13.<br><br>MTA RFI No. 267429 specifies minimum system requirements, including that "remote management of the equipment shall be enabled and utilized to reduce physical visits for resolution."  (Dkt. 28-25 at 3.)  Safe Fleet has represented publicly that its ClearLane system and comprising devices meets this specification.<br><br>The Safe Fleet ClearLane system device allows for "diagnostic monitoring and remote configuration."<br><br>20.      Due to the mobile nature of the solution, remote management of the equipment shall be enabled and utilized to reduce physical visits for resolution. The system should have the ability to use existing on-board network equipment to send data from the bus to the NYCT server. All data communications, such as events and diagnostics messages shall be available through an open standard interface to NYCT/MTAB electronically.<br><br>The system will communicate through existing on-board equipment and existing video servers to allow diagnostic monitoring and remote configuration.<br><br>(Dkt. No. 28-26 at 13.) |

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| | To achieve this remote configuration, one or more processors of the Safe Fleet ClearLane system are programmed to execute instructions to receive, at the device, over-the-air (OTA) updates to the first convolutional neural network via a first docker container image. |
| [18b]. receive, at the edge device, OTA updates to the second convolutional neural network via a second docker container image, wherein the second docker container image is separate from the first docker container image. | The Safe Fleet ClearLane system comprises the device of claim 13, wherein the one or more processors are programmed to execute instructions to receive, at the edge device, OTA updates to the second convolutional neural network via a second docker container image, wherein the second docker container image is separate from the first docker container image.<br><br>*See supra*, claim 13.<br><br>MTA RFI No. 267429 specifies minimum system requirements, including that "remote management of the equipment shall be enabled and utilized to reduce physical visits for resolution." (Dkt. 28-25 at 3.) Safe Fleet has represented publicly that its ClearLane system and comprising devices meets this specification.<br><br>The Safe Fleet ClearLane system device allows for "diagnostic monitoring and remote configuration."<br><br>20. Due to the mobile nature of the solution, remote management of the equipment shall be enabled and utilized to reduce physical visits for resolution. The system should have the ability to use existing on-board network equipment to send data from the bus to the NYCT server. All data communications, such as events and diagnostics messages shall be available through an open standard interface to NYCT/MTAB electronically.<br><br>The system will communicate through existing on-board equipment and existing video servers to allow diagnostic monitoring and remote configuration.<br><br>(Dkt. No. 28-26 at 13.) |

53

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
|  | To achieve this remote configuration, one or more processors of the Safe Fleet ClearLane system are programmed receive, at the edge device, OTA updates to the second convolutional neural network via a second docker container image, wherein the second docker container image is separate from the first docker container image.. |

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| 20[pre.] A non-transitory computer-readable medium comprising machine-executable instructions stored thereon, wherein the instructions comprise the steps of: | To the extent the preamble is limiting, the Safe Fleet ClearLane system comprises a non-transitory computer-readable medium comprising machine-executable instructions stored thereon.<br><br>The Safe Fleet ClearLane system includes a remote device equipped with processors and storage media. Those storage media are non-transitory computer-readable media comprising machine-executable instructions to perform certain steps.<br><br> |
| [20a]. cropping and resizing one or more video frames of a video captured by one or more video image sensors of an edge device; | The Safe Fleet ClearLane system comprises a non-transitory computer-readable medium comprising machine-executable instructions stored thereon, wherein the instructions comprise the step of cropping and resizing one or more video frames of a video captured by one or more video image sensors of an edge device.<br><br>*See supra*, claim [13a]; claim [13c]. |

55

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| [20b.] bounding a vehicle detected from the one or more video frames of the video in a vehicle bounding box, and wherein the vehicle is detected and bounded using a first convolutional neural network; | The Safe Fleet ClearLane system comprises a non-transitory computer-readable medium comprising machine-executable instructions stored thereon, wherein the instructions comprise the step of bounding a vehicle detected from the one or more video frames of the video in a vehicle bounding box, and wherein the vehicle is detected and bounded using a first convolutional neural network.<br><br>*See supra*, claim [13d]. |
| [20c.] bounding a plurality of lanes of a roadway detected from the one or more video frames in a plurality of polygons, wherein the plurality of lanes are detected and bounded using multiple heads of a multi-headed second convolutional neural network separate from the first convolutional neural network, and wherein at least one of the polygons is a lane-of-interest (LOI) polygon bounding a LOI; | The Safe Fleet ClearLane system comprises a non-transitory computer-readable medium comprising machine-executable instructions stored thereon, wherein the instructions comprise the step of bounding a plurality of lanes of a roadway detected from the one or more video frames in a plurality of polygons, wherein the plurality of lanes are detected and bounded using multiple heads of a multi-headed second convolutional neural network separate from the first convolutional neural network, and wherein at least one of the polygons is a lane-of-interest (LOI) polygon bounding a LOI.<br><br>*See supra*, claim [13e]. |
| [20d.] translating coordinates in the cropped and resized video frames into new coordinates based on a uniform coordinate domain; and | The Safe Fleet ClearLane system comprises a non-transitory computer-readable medium comprising machine-executable instructions stored thereon, wherein the instructions comprise the step of translating coordinates in the cropped and resized video frames into new coordinates based on a uniform coordinate domain.<br><br>*See supra*, claim [13f]. |

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| [20e.]  detecting a potential traffic violation based in part on an overlap of at least part of the vehicle bounding box and at least part of the LOI polygon. | The Safe Fleet ClearLane system comprises a non-transitory computer-readable medium comprising machine-executable instructions stored thereon, wherein the instructions comprise the step of detecting a potential traffic violation based in part on an overlap of at least part of the vehicle bounding box and at least part of the LOI polygon.<br><br>*See supra*, claim [13g]. |

57

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| 21[pre.]  The non-transitory computer-readable medium of claim **20**, wherein the instructions further comprise the steps of: | To the extent the preamble is limiting, the Safe Fleet ClearLane system comprises the non-transitory computer readable medium of claim 20.<br><br>*See supra*, claim 20. |
| [21a.]  discarding an upper portion of the vehicle bounding box such that only a lower portion of the vehicle bounding box remains; | The Safe Fleet ClearLane system comprises the non-transitory computer readable medium of claim 20, wherein the instructions further comprise the step of discarding an upper portion of the vehicle bounding box such that only a lower portion of the vehicle bounding box remains.<br><br>*See supra*, claim 20.<br>*See supra*, claim [14a]. |
| [21b.]  masking the LOI polygon by filling an area within the LOI polygon with pixels; | The Safe Fleet ClearLane system comprises the non-transitory computer readable medium of claim 20, wherein the instructions further comprise the step of masking the LOI polygon by filling an area within the LOI polygon with pixels.<br><br>*See supra*, claim 20.<br>*See supra*, claim [14b]. |
| [21c.]  determining a pixel intensity value associated with each pixel within the lower portion of the vehicle bounding box, wherein the pixel intensity value represents a degree of overlap between the LOI polygon and the lower portion of the vehicle bounding box; | The Safe Fleet ClearLane system comprises the non-transitory computer readable medium of claim 20, wherein the instructions further comprise the step of determining a pixel intensity value associated with each pixel within the lower portion of the vehicle bounding box, wherein the pixel intensity value represents a degree of overlap between the LOI polygon and the lower portion of the vehicle bounding box.<br><br>*See supra*, claim 20.<br>*See supra*, claim [14c]. |
| [21d.]  calculating a lane occupancy score by taking an | The Safe Fleet ClearLane system comprises the non-transitory computer readable medium of claim 20, wherein the instructions further comprise the step of calculating a lane occupancy score by taking an |

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| average of the pixel intensity values of all pixels within the lower portion of the vehicle bounding box; and | average of the pixel intensity values of all pixels within the lower portion of the vehicle bounding box.<br><br>*See supra*, claim 20.<br>*See supra*, claim [14d]. |
| [21e.] detecting the potential traffic violation when the lane occupancy score exceeds a predetermined threshold value. | The Safe Fleet ClearLane system comprises the non-transitory computer readable medium of claim 20, wherein the instructions further comprise the step of detecting the potential traffic violation when the lane occupancy score exceeds a predetermined threshold value.<br><br>*See supra*, claim 20.<br>*See supra*, claim [14e]. |

59

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| 22[pre.] The non-transitory computer-readable medium of claim **20**, wherein the instructions further comprise the steps of: | To the extent the preamble is limiting, the Safe Fleet ClearLane system comprises the non-transitory computer readable medium of claim 20.<br><br>*See supra*, claim 20. |
| [22a.] determining a length of a baseline segment along a lower side of the vehicle bounding box corresponding to a road segment under a rear end of the vehicle; | The Safe Fleet ClearLane system comprises the non-transitory computer readable medium of claim 20, wherein the instructions further comprise the step of determining a length of a baseline segment along a lower side of the vehicle bounding box corresponding to a road segment under a rear end of the vehicle.<br><br>*See supra*, claim 20.<br>*See supra*, claim [15a]. |
| [22b.] masking the LOI polygon by filling an area within the LOI polygon with pixels; | The Safe Fleet ClearLane system comprises the non-transitory computer readable medium of claim 20, wherein the instructions further comprise the step of masking the LOI polygon by filling an area within the LOI polygon with pixels.<br><br>*See supra*, claim 20.<br>*See supra*, claim [15b]. |
| [22c.] determining a pixel intensity value associated with each pixel along the baseline segment, wherein the pixel intensity value represents a degree of overlap between the LOI polygon and the baseline segment; | The Safe Fleet ClearLane system comprises the non-transitory computer readable medium of claim 20, wherein the instructions further comprise the step of determining a pixel intensity value associated with each pixel along the baseline segment, wherein the pixel intensity value represents a degree of overlap between the LOI polygon and the baseline segment.<br><br>*See supra*, claim 20.<br>*See supra*, claim [15c]. |
| [22d.] calculating a lane occupancy score by taking an average of the pixel intensity | The Safe Fleet ClearLane system comprises the non-transitory computer readable medium of claim 20, wherein the instructions further comprise the step of calculating a lane occupancy score by taking an average of the pixel intensity values of all pixels along the baseline segment. |

60

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| values of all pixels along the baseline segment; and | *See supra*, claim 20.<br>*See supra*, claim [15d]. |
| [22e.] detecting the potential traffic violation when the lane occupancy score exceeds a predetermined threshold value. | The Safe Fleet ClearLane system comprises the non-transitory computer readable medium of claim 20, wherein the instructions further comprise the step of detecting the potential traffic violation when the lane occupancy score exceeds a predetermined threshold value.<br><br>*See supra*, claim 20.<br>*See supra*, claim [15e]. |

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| 24[pre.]  The non-transitory computer-readable medium of claim **20**, wherein the instructions further comprise the steps of: | To the extent the preamble is limiting, the Safe Fleet ClearLane system comprises the non-transitory computer readable medium of claim 20.<br><br>*See supra*, claim 20. |
| [24a.]  transmitting outputs from the first convolutional neural network comprising data or information concerning the vehicle bounding box from a first worker to a third worker of the event detection engine using an inter-process communication protocol, wherein the first convolutional neural network is run by the first worker of an event detection engine; | The Safe Fleet ClearLane system comprises the non-transitory computer readable medium of claim 20, wherein the instructions further comprise the step of transmitting outputs from the first convolutional neural network comprising data or information concerning the vehicle bounding box from a first worker to a third worker of the event detection engine using an inter-process communication protocol, wherein the first convolutional neural network is run by the first worker of an event detection engine.<br><br>*See supra*, claim 20.<br>*See supra*, claim [17a]; claim [17b]. |
| [24b.]  transmitting outputs from the second convolutional neural network comprising data or information concerning the plurality of polygons and the LOI polygon from a second worker to the third worker using the inter-process communication protocol, wherein the second convolutional neural network | The Safe Fleet ClearLane system comprises the non-transitory computer readable medium of claim 20, wherein the instructions further comprise the step of transmitting outputs from the second convolutional neural network comprising data or information concerning the plurality of polygons and the LOI polygon from a second worker to the third worker using the inter-process communication protocol, wherein the second convolutional neural network is run by the second worker of the event detection engine.<br><br>*See supra*, claim 20.<br>*See supra*, claim [17a]; claim [17c]. |

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| is run by the second worker of the event detection engine; and | |
| [24c.] detecting the potential traffic violation using the third worker based on data and information received via the inter-process communication protocol from the first worker and the second worker. | The Safe Fleet ClearLane system comprises the non-transitory computer readable medium of claim 20, wherein the instructions further comprise the step of detecting the potential traffic violation using the third worker based on data and information received via the inter-process communication protocol from the first worker and the second worker.<br><br>*See supra*, claim 20.<br>*See supra*, claim [17a]; claim [17d]. |

63

| Claim Element | Exemplary Evidence of Infringement |
|---|---|
| 25[pre.]  The non-transitory computer-readable medium of claim **20**, wherein the instructions further comprise the steps of: | To the extent the preamble is limiting, the Safe Fleet ClearLane system comprises the non-transitory computer readable medium of claim 20.<br><br>*See supra*, claim 20. |
| [25a.]  receiving, at the edge device, over-the-air (OTA) updates to the first convolutional neural network via a first docker container image; and | The Safe Fleet ClearLane system comprises the non-transitory computer readable medium of claim 20, wherein the instructions further comprise the step of receiving, at the edge device, over-the-air (OTA) updates to the first convolutional neural network via a first docker container image; and<br><br>*See supra*, claim 20.<br>*See supra*, claim [18a]. |
| [25b.]  receiving, at the edge device, OTA updates to the second convolutional neural network via a second docker container image, wherein the second docker container image is separate from the first docker container image. | The Safe Fleet ClearLane system comprises the non-transitory computer readable medium of claim 20, wherein the instructions further comprise the step of receiving, at the edge device, OTA updates to the second convolutional neural network via a second docker container image, wherein the second docker container image is separate from the first docker container image.<br><br>*See supra*, claim 20.<br>*See supra*, claim [18b]. |

64

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on December 15, 2023.

/s/ James S. Trainor
James S. Trainor