**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HAYDEN AI TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAFE FLEET HOLDINGS LLC; SAFE FLEET ACQUISITION CORP.; SEON HOLDINGS CORP.; SEON DESIGN (USA) CORP.; REAR VIEW SAFETY, INC.; DANIEL PULSKAMP; TOM BRODSKY; TOM GILL; JOSEPH SCHECHTER; MATTHEW THOMPSON; JULIAN JIMENEZ; STEVEN KWAN; INDIVIDUAL ONE; DOES 1-10, <br><br> Defendants. | Case No. 1:23-cv-03471-EK-JRC <br><br> **NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate of Good Standing annexed thereto, I, Shashank Chitti, will move this Court pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of Shashank Chitti, a member of the firm of White & Case LLP and a member in good standing of the bar of the State of California, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Plaintiff Hayden AI Technologies, Inc. There are no pending disciplinary proceedings against me in any state or federal court.

Dated: August 11, 2025

Respectfully submitted,

*/s/ Shashank Chitti*
Shashank Chitti

White & Case LLP
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA 94306-2109
T: (650) 213-0300
shashank.chitti@whitecase.com

*Attorney for Plaintiff Hayden AI Technologies, Inc.*