UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAYDEN AI TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAFE FLEET HOLDINGS LLC; SAFE FLEET ACQUISITION CORP.; SEON HOLDINGS CORP.; SEON DESIGN (USA) CORP.; REAR VIEW SAFETY, INC.; DANIEL PULSKAMP; TOM BRODSKY; TOM GILL; JOSEPH SCHECHTER; MATTHEW THOMPSON; JULIAN JIMENEZ; STEVEN KWAN; INDIVIDUAL ONE; DOES 1-10, <br><br> Defendants. | Case No. 1:23-cv-03471-EK-JRC |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Shashank Chitti hereby enters an appearance in the above-captioned action as counsel for Plaintiff Hayden AI Technologies, Inc.  The undersigned is admitted *pro hac vice* to practice before this Court.

Dated: August 12, 2025

WHITE & CASE LLP

By: */s/ Shashank Chitti*
      Shashank Chitti

3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA 94306-2109
T: (650) 213-0300
shashank.chitti@whitecase.com

*Attorney for Plaintiff Hayden AI Technologies, Inc.*